# Attachment 2

Affidavit of Stephanie Tillman

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY G. PORTERFIELD

    **Plaintiff,**

v.                                                          CASE NO.

FLOWERS BAKING COMPANY OF
OPELIKA, LLC.

    **Defendant.**

AFFIDAVIT OF STEPHANIE TILLMAN

I, Stephanie Tillman, having been duly sworn, hereby depose and state as follows:

1. I am currently Vice President and Associate General Counsel for Flowers Foods, Inc. Due to my responsibilities, I am familiar with the corporate structure of Flowers Foods, Inc. and its subsidiaries.

3. The defendant in this matter is Flowers Baking Company of Opelika, LLC. Flowers Baking Company of Opelika, LLC is a Alabama limited liability company. Its sole member is Flowers Foods Bakeries Group, LLC.

4. Flowers Food Bakeries Group, LLC is a Georgia limited liability company. Its sole member is Flowers Foods, Inc.

4. Flowers Foods, Inc. is a Georgia corporation and its principal place of business is located in Georgia.

I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

Executed on September 29, 2005.

*[signature]*
STEPHANIE TILLMAN

Sworn to and subscribed before me this 29th day of September 2005

*[signature]*
Notary Public

My Commission Expires:

**My Commission Expires
July 20, 2008**