# Attachment   3

Affidavit of Craig Horn

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **HENRY G. PORTERFIELD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.** _____ |
| | ) | |
| **FLOWERS BAKING CO. OF** | ) | |
| **OPELIKA, LLC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) ss: |
| COUNTY OF LEE | ) |

## AFFIDAVIT OF CRAIG HORN

I, Craig Horn, having been duly sworn, hereby depose and state as follows:

1.      I am the Controller for Flowers Baking Co. of Opelika, LLC.  I have held this position for approximately eight years.  Prior to holding this position, I was the Controller for Stork Baking Company for approximately 15 months.

2.      As Controller, I am the custodian of W-2 forms for Company distributors as well as the Distributor Summary Reports and I am familiar with the derivation of information on such forms.

3.      Attached hereto as Exhibits are true and correct copies of the W-2 forms for former Company distributor, Henry G. Porterfield, for the years 2003 (Exh. A) and 2004 (Exh. B), along with Distributor Summary Reports (Exh. C) for the first three months of 2005.

4.  Referring to the 2003 W-2 form Box #1 ("Wages, tips, other compensation") of the W-2 form, which contains a figure of $66,774.48, was Mr. Porterfield's gross compensation for 2003, prior to deducting certain business expenses. (Attachment A)  Boxes #3 and #5 ("Social security wages" and "Medicare wages and tips") of the W-2 form contain a figure of $54,365.96. This figure was Mr. Porterfield's net compensation for 2003, following deduction of certain business expenses.

5.  Referring to the 2004 W-2 form Box #1 (Wages, tips, other compensation") of the W-2 form, which contains a figure of $ 51,032.28  was Mr. Porterfield's gross compensation for 2004, prior to deducting certain business expenses. (Attachment B)  Boxes #3 and #5 ("Social security wages" and "Medicare wages and tips") of the W-2 form contain a figure of $35,248.41. This figure was Mr. Porterfield's net compensation for 2004, following deduction of certain business expenses.

6.  Referring to the Distributor Summary Report(s) from January 2, 2005 - March 26, 2005, and looking at the line titled "Gross Earnings", Mr. Porterfield made $10,150.15 as of March 26, 2005. (Attachment C)

I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

_____
Craig Horn

Sworn to and subscribed before me on this 28th day of September , 2005. by Craig Horn who is  X  personally known to me or who provided _____ as identification.

_____
Notary Public

My Commission Expires: MY COMMISSION EXPIRES MARCH 4, 2007