EXHIBIT  TO:

Attachment 3

Affidavit of Craig Horn

| a Control number 058920 FIT | Void ☐ | OMB No. 1545-0008 FIT | 105999 | 058920 |
|---|---|---|---|---|
| b Employer identification number 63-0752595 | | 1 Wages, tips, other compensation 66774.48 | | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code<br>FLOWERS BAKING CO OF<br>OPELIKA LLC<br>101 SIMMONS ST<br>OPELIKA AL 36801 | | 3 Social security wages 54365.96 | | 4 Social security tax withheld 3370.69 |
| | | 5 Medicare wages and tips 54365.96 | | 6 Medicare tax withheld 788.31 |
| | | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number 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 | | 9 Advance EIC payment | | 10 Dependent care benefits |
| e Employee's first name and initial HENRY G   Last name PORTERFIELD<br>208 WILLOW OAK CT<br>PRATTVILLE, AL 36067 | | 11 Nonqualified plans | | 12a See instructions for box 12 |
| | | 13 ☒ | | 12b |
| | | 14 Other | | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State AL | Employer's state ID number 150729 | 16 State wages, tips, etc. 66774.48 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement   **2003**   Department of the Treasury—Internal Revenue Service
Copy D For Employer.   For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

DO NOT CUT, FOLD, OR STAPLE THIS FORM

| a Tax year/Form corrected | 44444 | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|
| 2003 /W-2 | | | |
| b Employee's correct SSN 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 | | c Corrected name (if checked enter correct name in box e and complete box h) ☐ | d Employer's Federal EIN 63-0752595 |
| e Employee's first name and initial  Last name HENRY G    PORTERFIELD | | | f Employer's name, address, and ZIP code FLOWERS BAKING CO OF OPELIKA LLC 101 SIMMONS STREET OPELIKA, AL 36801 |
| 208 WILLOW OAK CT PRATTVILLE, AL 36067 | | | 70/F2X    CTL 6226WX3 630752595 |
| g Employee's address and ZIP code | | | |
| Complete boxes h and/or i only if incorrect on last form filed. ▶ | h Employee's incorrect SSN | i Employee's name (as incorrectly shown on previous form) | |

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1 Wages, tips, other compensation | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages 54,365.96 | 3 Social security wages 54,200.67 | 4 Social security tax withheld 3,370.69 | 4 Social security tax withheld 3,360.44 |
| 5 Medicare wages and tips 54,365.96 | 5 Medicare wages and tips 54,200.67 | 6 Medicare tax withheld 788.31 | 6 Medicare tax withheld 785.91 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b | 12b |
| 14 | 14 | 12c | 12c |
| | | 12d | 12d |

State Correction Information

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State | 15 State | 15 State | 15 State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. | 16 State wages, tips, etc. | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax | 17 State income tax | 17 State income tax | 17 State income tax |

Locality Correction Information

| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
|---|---|---|---|
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form W-2c (Rev. 12-2002)    Corrected Wage and Tax Statement    Copy D—For Employer
Department of the Treasury
Internal Revenue Service