EXHIBIT  TO:

Attachment 3

Affidavit of Craig Horn

## Employee Reference Copy — W-2 Wage and Tax Statement 2004

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 51032.28 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 35248.41 |
| 4 | Social security tax withheld | 2185.40 |
| 5 | Medicare wages and tips | 35248.41 |
| 6 | Medicare tax withheld | 511.10 |
| a | Control Number | 0000907250 W53 |
| | Dept. | SV24 |
| | Corp. / Employer use only | 1322 |
| b | Employer's FED ID number | 63-0752595 |
| d | Employee's SSA number | 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 |

**Employer:** FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

**Employee:** HENRY G PORTERFIELD
208 WILLOW OAK COURT
PRATTVILLE, AL 36067

13 Stat. emp. / Ret. plan / 3rd party sick pay: X (3rd party sick pay)

---

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| Description | Amount | Description | Amount |
|---|---|---|---|
| GROSS PAY | 0.00 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 2,185.40 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 511.10 |
| STATE INCOME TAX BOX 17 OF W-2 | 0.00 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |

To change your employee W-4 profile information file a new W-4 with your payroll department

HENRY G PORTERFIELD
208 WILLOW OAK COURT
PRATTVILLE, AL 36067

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0

© 2001 AUTOMATIC DATA PROCESSING INC

## Federal Filing Copy — W-2 2004
(Duplicate of data above: Wages 51032.28; SS wages 35248.41; SS tax 2185.40; Medicare wages 35248.41; Medicare tax 511.10; Control 0000907250 W53; Dept SV24; 1322; FED ID 63-0752595; SSN 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; FLOWERS BAKING CO OF OPELIKA LLC, 101 SIMMONS STREET, OPELIKA, AL 36801; HENRY G PORTERFIELD, 208 WILLOW OAK COURT, PRATTVILLE, AL 36067; 3rd party sick pay: X)

## State Filing Copy — W-2 2004
(Duplicate of same data)

## City or Local Filing Copy — W-2 2004
(Duplicate of same data)

**DO NOT CUT, FOLD, OR STAPLE THIS FORM**

| a Tax year/Form corrected | 44444 | For Official Use Only ▶ OMB No. 1545-0008 | d Employer's Federal EIN |
|---|---|---|---|
| 2004 /W-2 | | | 63-0752595 |

| b Employee's correct SSN | c Corrected name (if checked enter correct name in box e and complete box i) ☐ | |
|---|---|---|
| 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 | | |

c Employer's name, address, and ZIP code
FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

ST/SV24    CTL 6212N6X 630752595

| e Employee's first name and initial | Last name |
|---|---|
| HENRY | G PORTERFIELD |

208 WILLOW OAK COURT
PRATTVILLE, AL 36067

| f Employee's address and ZIP code | h Employee's incorrect SSN | i Employee's name (as incorrectly shown on previous form) |
|---|---|---|
| Complete boxes h and/or i only if incorrect on last form filed. ▶ | | |

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1 Wages, tips, other compensation | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips | 5 Medicare wages and tips | 6 Medicare tax withheld | 6 Medicare tax withheld |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b | 12b |
| 14 | 14 | 12c | 12c |
| | | 12d | 12d |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State AL | 15 State AL | 15 State | 15 State |
| Employer's state ID number 150729 | Employer's state ID number 150729 | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. 0.00 | 16 State wages, tips, etc. 51,032.28 | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax | 17 State income tax | 17 State income tax | 17 State income tax |

**Locality Correction Information**

| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
|---|---|---|---|
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

Copy D—For Employer
Department of the Treasury
Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
**Corrected Wage and Tax Statement**
Form W-2c (Rev. 12-2002)