# EXHIBIT  C  TO:

Attachment  3

Affidavit of Craig Horn

```
Name: HENRY G PORTERFIELD                                    Distributor Summary Report                                    Page  2
Customer Number: 20000011   SSN: 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   Route: 2069                      Weekly
Company Code: 0105          PBC of Opelika, LLC                          From date: 01/02/2005  To date: 02/26/2005
                                                                           Detail/Summary
```

|  | Week 001 01/08/2005 | Week 002 01/15/2005 | Week 003 01/22/2005 | Week 004 01/29/2005 | Week 005 02/05/2005 |
|---|---:|---:|---:|---:|---:|
| Beginning Balance Owed | 3,643.35 | 2,409.24 | 3,107.34 | 2,927.96 | 3,097.27 |
| Funds Paid To Distributor | 0.00 | 1,161.79 | 745.26 | 1,066.63 | 510.18 |
| Net Prod. Chg. To Distrib.: |  |  |  |  |  |
| Product Charged To Distributor | 5,823.93 | 6,168.65 | 6,007.44 | 6,039.79 | 6,303.44 |
| Total Product Charged | 5,823.93 | 6,168.65 | 6,007.44 | 6,039.79 | 6,302.44 |
| Relay Adjustment | 58.02- | 12.64- | 46.15- | 0.00 | 23.00- |
| Load Adjustment | 70.84- | 18.87- | 16.04- | 1.75- | 65.39 |
| Damaged/Crippled | 10.80- | 37.67- | 30.80- | 10.74- | 3.62- |
| Product Transfers | 18.05 | 35.42 | 116.00- | 219.60- | 217.33- |
| Cost Price Allownce/Overrides | 122.08- | 169.31- | 109.46- | 177.23- | 116.73- |
| Sales | 494.63- | 408.37- | 552.77- | 598.14- | 746.82- |
| Authorized Charges | 4,137.18- | 3,202.62- | 3,159.86- | 3,242.02- | 3,780.94- |
| Pay By Scan Adjustments: |  |  |  |  |  |
| Point of Sale Data | 1,752.18- | 2,182.74- | 2,328.98- | 2,011.97- | 1,916.77- |
| Revaluation Variance | 112.64- | 97.91- | 267.91 | 351.74- | 58.42 |
| Net Accountable | 877.15- | 3.10 | 75.72- | 573.44- | 377.56- |
| Standard Discount |  |  |  |  |  |
| Total Distributor Discounts/Earning | 809.61. | 805.23- | 827.91- | 797.17- | 789.45- |
| Net Distributor Balance | 809.61- | 805.23- | 827.91- | 797.17- | 789.45- |
|  | 1,686.76- | 802.13- | 907.63- | 1,370.61- | 1,167.01- |
| Business Expenses: |  |  |  |  |  |
| Territory Payment | 61.58 | 61.58 | 369.48- | 0.00 | 0.00 |
| Truck Purchase | 95.84 | 95.84 | 95.84 | 95.84 | 95.84 |
| Truck/Bus Insurance | 83.54 | 83.54 | 83.54 | 83.54 | 81.54 |
| Health, Disab Insur | 59.54 | 59.54 | 59.54 | 59.54 | 59.54 |
| Life Insurance | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| Warehouse Rent | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 |
| Administrative Fee | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| FICA Tax-Current Wk | 49.81 | 55.40 | 51.21 | 48.86 | 48.27 |
| Miscellaneous Expense | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| PBS Shrink Charges | 0.80 | 0.80 | 0.08 | 0.00 | 0.00 |
| Total Business Expense | 412.65 | 438.44 | 17.01- | 123.17 | 343.53 |
| Total Distributor Balance | 2,489.24 | 3,187.34 | 2,927.96 | 473.29 | 2,783.97 |
| Less Prior Wk Pay By Scan Inventory | 890.08- | 3,290.38- | 2,922.96 | 3,097.27 | 1,745.10- |
| Less Current Week PBS Delivery Tick | 2,680.95- | 2,562.22- | 1,791.51- | 1,630.88- | 1,698.80- |
|  |  |  | 2,203.06- | 1,976.57- |  |
| eekly Distributor Balance | 1,161.79- | 745.26- | 1,066.63- | 510.10- | 657.93- |
| Gross Earnings | 809.61 | 805.23 | 827.91 | 797.17 | 789.45 |
| Weekly Estimated Operating Expenses | 158.49- | 158.49- | 158.49- | 158.49- | 158.49- |
| stimated Net Taxable Earnings | 651.12 | 726.74 | 669.42 | 638.68 | 630.96 |

```
                                    Distributor Summary Report                              Page    2

Name:         HENRY G PORTERFIELD                                    Weekly
Customer Number: 20080011    SSN: 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   Route: 2869          From date: 01/02/2005  To date: 03/26/2005
Company Code:    0205        FBC of Opelika, LLC                     Detail/Summary

                                    Week 006      Week 007      Week 008      Week 009      Week 010
                                    02/22/2005    02/19/2005    02/26/2005    03/05/2005    03/12/2005

Beginning Balance Owed              2,789.97      2,990.67      3,006.33      3,218.03      3,126.10
Funds Paid To Distributor             657.93        721.21        712.10        556.05        780.74

Net Prod. Chg. To Distrb.:
Product Charged To Distributor      6,542.39      6,223.97      5,758.81      5,990.65      5,687.43
Total Product Charged               6,532.39      6,223.97      5,758.81      5,990.65      5,687.43
Relay Adjustment                       12.79-         1.65-        23.04-         1.65-        15.66-
Load Adjustment                         7.50-        61.32          0.00          2.90-        48.03
Damaged/Crippled                       22.04-        33.21-        20.32-         0.00          0.00
Product Transfers                     128.76-       222.00-       132.27-       229.41-        58.91-
Cost Price Allowance/Overrides        135.84-       158.01-       110.38-       186.25-       185.37-
Sales                                 376.78-       469.78-       429.45-       421.24-       676.53-
Authorized Charges
Pay By Scan Adjustments:            3,691.78-     3,523.25-     2,856.98-     3,300.80-     3,070.79-
Point of Sale Data
Revaluation Variance                1,964.66-     2,096.30-     2,075.50-     2,020.64-     2,018.14-
                                       98.62-        11.58         92.03-         1.27        134.11-

Net Accountable                        94.44        207.36-        21.16        170.98-       431.99-

Standard Discount                     903.89-       845.97-       825.45-       823.03-       754.11-
Total Distributor Discounts/Earning   903.89-       845.97-       825.45-       823.03-       754.11-
Net Distributor Balance               809.45-     1,053.33-       846.61-       994.01-     1,186.10-

Business Expenses:
Truck Purchase                         95.84         95.84         95.84         95.84         95.84
Truck/Bus Insurance                    83.54         83.54         83.54         83.54         83.54
Health,Disab Insur                     59.54         59.54         59.54         59.54         59.54
Life Insurance                          6.34          6.34          6.34          6.34          6.34
Warehouse Rent                         26.00         26.00         26.00         26.00         26.00
Administrative Fee                     10.00         10.00         10.00         10.00         10.00
FICA Tax-Current Wk                    58.96         46.52         44.95         44.77         39.50
Miscellaneous Expense                  20.00         20.00         20.00         20.00         20.00
Total Business Expense                352.22        347.78        346.21        346.03        340.76
Total Distributor Balance           2,999.67      3,006.33      3,218.03      3,126.10      3,061.50
less Prior Wk Pay By Scan Inventory 1,384.62-     1,627.16-     1,560.90-     1,754.71-     1,754.59-
less Current Week PBS Delivery Tick 2,327.26-     2,091.27-     2,233.18-     2,152.13-     1,760.36-

Weekly Distributor Balance            721.23-       712.10-       556.05-       780.74-       651.45-

Gross Earnings                        903.89        845.97        825.45        823.03        754.11
Weekly Estimated Operating Expenses   237.84-       237.84-       237.84-       237.84-       237.84-
Estimated Net Taxable Earnings        666.05        608.13        587.62        585.19        516.27
```

```
Name:          HENRY G PORTERFIELD                                    Distributor Summary Report                              Page   3
Customer Number: 20006011    SSN: 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    Route: 2069                                                  Weekly
Company Code:  0105          FMC of Opelika, LLC                                                              From date: 01/02/2005  To date: 03/26/2005
                                                                                                              Detail/Summary

                                                          Week 011        Week 012
                                                          03/19/2005      03/26/2005              Total

Beginning Balanced Owed                                    3,061.50        3,067.18              36,484.94
Funds Paid To Distributor                                    653.45          695.96               8,261.30

Net Prod. Chg. To Distrb.:
Product Charged To Distributor                             5,937.70        7,537.86              74,112.06

Total Product Charged                                      5,937.70        7,537.86              74,312.05
Relay Adjustment                                              10.46            0.00                 226.07
Load Adjustment                                               66.22-         127.12                 158.76
Damaged/Crippled                                               6.88            4.48-                180.39-
Product Transfers                                            124.04-          44.80               1,420.87
Cost Price Allwnce/Overrides                                 267.06          370.75-              2,007.60-
Sales                                                        575.51-         818.90-              6,618.92-
Authorized Charges                                         2,829.94        3,211.58-             40,010.56-
Pay By Scan Adjustments:
Point of Sale Data                                         2,239.28-       1,703.38-             24,311.46-
Revaluation Variance                                          84.36-          737.20-             1,355.41-

Net Accountable                                              186.25-         963.49               1,864.58-

Standard Discount                                            806.26-       1,082.07-             10,150.15-
Total Distributor Discounts/Earning                          806.26-       1,082.07-             10,150.25-
Net Distributor Balance                                      992.51-         118.58-             12,014.73-

Business Expenses:
Territory Payment                                              0.80            0.00                 246.32-
Truck Purchase                                                95.84           95.14               1,150.08
Truck/Bus Insurance                                           83.54           83.54               1,002.48
Health/Disab Insur                                            59.54           59.54                 724.48
Life Insurance                                                 4.38            6.34                  76.08
Warehouse Rent                                                26.00           26.00                 312.00
Administrative Fee                                            10.00           10.00                 120.00
FICA Tax-Current Wk                                           43.48           66.84                 590.77
Relief Driver                                                  0.00          354.80                 354.80
Miscellaneous Expense                                         20.00           20.80                 240.80
PBS Shrink Charges                                             0.08            0.80                 123.17
Ttl Business Expense                                         344.74         702.90                4,417.54
Total Distributor Balance                                  3,067.18        4,347.46              37,149.05
Less Prior Wk Pay By Scan Inventory                        1,391.31-       1,322.56-             10,147.82-
Less Current Week PBS Delivery Tick                        2,371.83-       3,424.89-             27,662.52-

Weekly Distributor Balance                                   695.96-         399.99-              8,661.29-

Gross Earnings                                               806.26        1,082.07              10,159.15
Weekly Estimated Operating Expenses                          237.84-         237.84-              2,457.33-
Estimated Net Taxable Earnings                               568.42          844.23               7,692.82
```