**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 13, 2005

NOTICE OF REASSIGNMENT

Re:   Henry Porterfield vs. Flowers Baking Company of Opelika
      Civil Action No. 2:05cv937-B

The above-styled case has been reassigned to Judge Mark E. Fuller..

Please note that the case number is now 2:05cv937-F.  This new case number should be used on all future correspondence and pleadings in this action.