UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-937-F |
| | ) |
| FLOWERS BAKING COMPANY OF OPELIKA, LLC, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE*ND**

Pursuant to Local Rule 83.1(b), Sandra B. Reiss of the law firm of Ogletree Deakins, Nash, Smoak & Stewart, P.C. hereby moves for the admission of Kevin P. Hishta to the bar of this Court *pro hac vice* in connection with the firm's representation of the defendant in this action. Attached hereto as Exhibit A is an affidavit of Kevin P. Hishta and Certificate of Good Standing from the Northern District of Georgia.

Respectfully submitted,

Sandra B. Reiss (REI018)
*Counsel for Defendant*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing by placing a copy of same in the U.S. Mail, postage prepaid, on this 19th day of October, 2005 to:

    The Law Offices of
    Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL   36117

    Dan W. Taliaferro
    Attorney at Law
    6987 Halcyon Park Drive
    Montgomery, AL   36117

/s/ Sandra B. Reiss
Of Counsel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:05-cv-937 |
| FLOWERS BAKING COMPANY OF OPELIKA, LLC, | ) ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF KEVIN P. HISHTA

## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF GEORGIA)
COUNTY OF FULTON)

Kevin P. Hishta, having been duly sworn, deposes and states as follows:

1. I am Kevin P. Hishta, an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., which is representing the Defendant in this case.

2. I am a member in good standing of the Georgia Bar and was admitted to practice in all Courts in the State of Georgia, except the Supreme Court of Georgia and the Court of Appeals of Georgia, on November 12, 1982, State Bar No. 357410. I was subsequently admitted to the Supreme Court of Georgia and the Court of Appeals of Georgia on February 17, 1983. I was admitted to the Northern District of Georgia on December 13, 1982, the United States District Court for the Middle District of Georgia on August 27, 1998, and the Eleventh Circuit Court of Appeals on August 30, 1988.

3. I am authorized to practice in and am in good standing with the Northern District of Georgia. A Certificate of Good Standing is attached hereto as Exhibit "1".

4. I am familiar with all rules and regulations governing proceedings in federal court, and certify that I have read and am familiar with the Uniform Local Rules of the United States District Court for the Middle District of Alabama.

5. I certify that I have studied the local rules and agree that, unless permitted to withdraw sooner by order of the Court, will continue to represent the Defendant in these proceedings until the final determination thereof.

6. I understand that, with reference to all matters incident to these proceedings, I will be deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

Dated at Atlanta, Georgia, this 17th day of October, 2005.

_____
Kevin P. Hishta

Subscribed and sworn to before me this 17th day of October, 2005.

_____
Marie Reed
Notary Public

My commission expires: 1/21/06

# EXHIBIT 1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**       }
      } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KEVIN P. HISHTA, State Bar No. 357410,** was duly admitted to practice in said Court on December 13, 1982, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 12th day of October, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

