IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-937-F |
| ) | |
| FLOWERS BAKING COMPANY OF ) | |
| OPELIKA, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Kevin P. Hishta to Appear Pro Hac Vice (Doc. #5) filed on October 20, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE