IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY PORTERFIELD,
    Plaintiff

v.

FLOWERS BAKING COMPANY OF            Case No. 2:05cv937-B
OPELIKA, LLC, GRADY MESSER,
CALVIN RHODES, STEVE BORDEAU,
    Defendants.

## MOTION TO AMEND

COMES NOW Plaintiff, by and through counsel, and amends his complaint as follows:

1. Amending paragraph 2 by inserting the following in lieu thereof:

    2. Defendant Flowers Baking Company of Opelika, LLC is an Alabama corporation which does business in Alabama by agent in Montgomery County, Alabama. Defendant Grady Messer is over the age of nineteen years and is a resident, citizen of the State of Alabama. Defendant Calvin Rhodes is over the age of nineteen years and is a resident, citizen of the State of Alabama.

2. Amending paragraph 5 by inserting the following in lieu thereof:

    5. On or about July 3, 2000, Plaintiffs and Defendants entered into a Distributor's Agreement, and renewed said agreement in years thereafter, whereby Plaintiff had the exclusive rights to distribute Flowers Baking products within a designated territory located within Montgomery, Alabama.

3. Amending, in paragraphs 6 through 29, each and every use of the word "Defendant" by deleting said word and substituting the word "Defendants" in its stead.

Respectfully submitted this the ___ day of November, 2005.

_____
Greg L. Davis
Attorney for Plaintiff

_____
Dan W. Taliaferro
Attorney for Plaintiff

Greg L. Davis, Esq
Dan W. Taliaferro, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing document by U. S. Mail, first class postage prepaid and properly addressed, on the ___ day of November, to the following:

Sandra B. Reiss, Esq.
OGLETREE, DEAKINS, NASH SMOAK & STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118