IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY PORTERFIELD, <br> Plaintiff <br><br> v. <br><br> FLOWERS BAKING COMPANY OF <br> OPELIKA, LLC, GRADY MESSER, <br> CALVIN RHODES, STEVE BORDEAU, <br> Defendants. | * <br> * <br> * <br> * <br> *   Case No. 2:05 CV 937-B <br> * <br> * <br> * |

## MOTION TO JOIN

COMES NOW Plaintiff, by and through counsel, and moves this Court, pursuant to Rule 20, FRCP, to join Defendants Grady Messer and Calvin Rhodes to this cause and as grounds therefore states as follows:

1. The parties are indispensable to this action.

2. The parties caused the harm complained of herein.

3. Plaintiff was not in possession of his contract with Defendant Flowers at the time the complaint was filed, and has discovered the identity of the individuals by contacting other witnesses.

4. Plaintiff alleged fictitious parties and intended to add individuals once their identity was discovered through further discovery.

WHEREFORE, premises considered, Plaintiff moves to add said defendants to this cause.

Respectfully submitted this the 7 day of November, 2005.

_____
Dan W. Taliaferro
Attorney for Plaintiff

Greg L. Davis, Esq
Dan W. Taliaferro, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have served a copy of the foregoing document by U. S. Mail, first class postage prepaid and properly addressed, on the __4__ day of November, to the following:

Sandra B. Reiss, Esq.
OGLETREE, DEAKINS, NASH SMOAK & STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118