UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD**    ) | |
| ) | |
|     **Plaintiff,**    ) | |
| ) | |
| vs.    ) | CASE NO.  2:05-cv-937-F |
| ) | |
| **FLOWERS BAKING CO. OF**    ) | |
| **OPELIKA, LLC.**    ) | |
| ) | |
|     **Defendant.**    ) | |
| ) | |

### REPORT OF PARTIES' RULE 26 PLANNING MEETING

1.    Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(d), a meeting was held via telephone, on November 7, 2005, by and between:

    A.    Greg L. Davis and Dan W. Taliaferro on behalf of Plaintiff; and

    B.    Sandra B. Reiss and Kevin Hishta of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., on behalf of Defendant.

2.    Pre-Discovery Disclosures.  The Parties will exchange the information required by Local Rule 26.1(a)(1) by November 28, 2005.

3.    Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

    A.    Discovery will be sought on the following subjects: Plaintiff's substantive claims and the defenses of Defendant, including all defenses to damages.

    B. All discovery will be commenced in time to be completed by May 10, 2006.

    C. Maximum of 30 interrogatories and 30 requests for production of documents by each party to any other party. If either party needs additional discovery the parties will confer with each other before resorting to assistance from the Court. The timeline for responses to any discovery served by either party will not begin to run until the Court decides whether it will retain jurisdiction over the matter. Maximum of 20 requests for admission by each party to any other party. Responses due as provided in Federal Rules of Civil Procedure.

    D. Maximum of 10 depositions by each party, seven hours each. If either party needs additional depositions, the parties will confer with each other before resorting to assistance from the Court.

    E. Reports from retained experts under Rule 26(a)(2) due:

      1. From plaintiff by February 15, 2006.

      2. From defendant by March 15, 2006.

    F. Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days after notice but no later than 45 days before the close of discovery.

  4. Other Items.

    A. The parties do not request a conference with the court before entry of the scheduling order.

    B. The plaintiff should be allowed until January 20, 2006 to join additional parties and to amend the pleadings; and defendant shall have until February 20, 2006 to do the same.

    C. All potentially dispositive motions should be filed by April 17, 2006.

    D. The parties submit that settlement cannot be realistically evaluated at this time.

    E. The parties request a final pretrial conference the week of July 17, 2006.

    F. Final lists of trial evidence under Rule 26(a)(3) should be due as specified in the pretrial order.

    G. Parties should have ten days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    H. The case should be ready for trial by August 21, 2006, to take place in Montgomery, Alabama, and at this time is expected to take approximately 2-3 days.

DATED this 7th day of November, 2005.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT SANDRA B. REISS WILL E-FILE THE FOREGOING REPORT OF PARTIES' PLANNING MEETING. SPECIFICALLY, THE ABOVE IS AGREED TO BY:

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| **/s/Dan Taliaferro (with permission)** | **/s/Sandra B. Reiss** |
| **Greg Davis, Esq.** | **Kevin P. Hishta, Esq.** (Georgia Bar 357410) |
| **Dan Taliaferro, Esq. (TAL006)** | **Sandra B. Reiss (REI018)** |
| 6987 Halcyon Park Drive | Ogletree, Deakins, Nash, Smoak & Stewart, |
| Montgomery, AL 36117 | Reiss address: |
| e-mail: gldavis@knology.net | One Federal Place, Suite 1000 |
| e-mail: danwtaliaferro@msn.com | 1819 Fifth Avenue North |
| Davis phone: (334) 832-9080 | Birmingham, AL 35203 |
| Taliaferro phone: (334) 409-7000 | |
| | e-mail: Sandra.reiss@odnss.com |
| | Reiss Ph. (205) 328-1900 |
| | Reiss Fax (205) 328-6000 |
| | |
| | Hishta address / next page |

Hishta address:
Ogletree, Deakins, Nash, Smoak & Stewart
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.hishta@ogletreedeakins.com
Hishta Ph. (404) 881-13002
Hishta Fax (404) 870-1732