IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY G. PORTERFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-937-F |
| | ) | |
| FLOWERS BAKING COMPANY OF | ) | |
| OPELIKA, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #7) filed on November 3, 2005, it is hereby ORDERED:

1. that the defendants file their response which shall include a brief and any evidentiary materials on or before November 21, 2005.

2. The plaintiff may file a reply brief on or before November 29, 2005.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 8th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE