IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-937-F |
| ) | |
| FLOWERS BAKING COMPANY OF ) | |
| OPELIKA, L.L.C., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Amend Complaint and Motion to Amend Complaint to Add Parties (Doc. #8 & #9) filed on November 3, 2005, it is hereby

ORDERED that the defendants show cause in writing on or before November 21, 2005 as to why the motions should not be granted.

DONE this 8th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE