UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY G. PORTERFIELD** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 2:05-cv-937-F |
| | ) | |
| **FLOWERS BAKING CO. OF OPELIKA, LLC.** | ) ) ) | |

**SUBMISSION OF EVIDENCE IN SUPPORT OF DEFENDANT'S RESPONSE BRIEF IN OPPOSITION TO PLAINTIFF'S UNTIMELY MOTION TO REMAND; AND DEFENDANT'S RESPONSE BRIEF IN OPPOSITION TO MOTION TO JOIN AND PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendant, Flowers Baking Company of Opelika, LLC (hereinafter "Flowers" or "Defendant"), by and through its undersigned counsel, has simultaneously filed with this Court its Response Brief in Opposition to Plaintiff's Untimely Motion to Remand, as well as Defendant's Response Brief in Opposition to Motion to Join and Plaintiff's Motion to Amend Complaint. Defendant submits the following evidence in support of both of the above-referenced opposition briefs (consisting of a total of 24 pages):

    Attachment 1 -    Affidavit of Calvin Rhodes

    Attachment 2 -    Affidavit of Grady Messer

                           Exh. 1 - Distributor's Agreement between Flowers and Henry Porterfield dated March 11, 2002

                             Exh. 2 - Letter from Grady Messer to Henry Porterfield dated February 4, 2005

1

        Exh. 3 - Letter from Grady Messer to Henry Porterfield dated March 7, 2005

        Exh. 4 - E-mail of Grady Messer to Steve Bordeaux dated March 16, 2005

        Exh. 5 - Letter from Henry Porterfield to Michael Lord dated on or about March 18, 2005

Attachment 3 -     Affidavit of Stephanie Tillman

Respectfully submitted this 21st day of November, 2005.

    /s/Sandra B. Reiss
Sandra B. Reiss (REI018)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000

and

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.Hishta@ogletreedeakins.com
Ph. (404) 881-1302 /Fax (404) 870-1732
*Attorneys for Defendant,*
*Flowers Baking Co. of Opelika, LLC*

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Middle District's Court ECF system on this 21st day of November, 2005, which will forward the same via electronic notice to counsel for Plaintiff, as follows:

    The Law Offices of
    Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL   36117

    Dan W. Taliaferro
    Attorney at Law
    6987 Halcyon Park Drive
    Montgomery, AL  36117

                                          /s/Sandra B. Reiss
                                          Sandra B. Reiss