UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ATTACHMENT 1

HENRY G. PORTERFIELD, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:05-cv-937
)
FLOWERS BAKING COMPANY OF )
OPELIKA, LLC, )
)
    Defendant. )

## AFFIDAVIT OF CALVIN RHODES

I, Calvin Rhodes, having been duly sworn, hereby depose and state as follows:

1. I am the former President of Flowers Baking Company of Opelika, LLC ("Flowers"). I served in that position from 1976 until January 1, 2005, when I retired.

2. I met Henry Porterfield ("Mr. Porterfield") in approximately 1991 when he was an employee. He subsequently became an independent distributor, distributing bakery products in the Montgomery area.

3. I did not make any decisions regarding Mr. Porterfield's performance, territory, or his customers. I retired while he was still engaged as an independent distributor for Flowers.

4. During my tenure with Flowers, I only spoke with Mr. Porterfield on a few occasions and these conversations were not of a substantive nature. I was never contacted by Mr. Porterfield regarding any problems he may have had with Flowers' management while he was an independent distributor.

5. I was a signatory to Mr. Porterfield's 2002 Distributor Agreement, but I was not a party to it. As discussed above, following execution of this Distributor Agreement, I had no substantive involvement with Mr. Porterfield or any issues involving Mr. Porterfield.

I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

Executed on November 17, 2005.

_____
CALVIN RHODES

Subscribed and sworn to before me this 17 day of November, 2005.

_____
Notary Public
My commission expires: 5/26/09