March 7, 2005

<u>BY CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Mr. Henry Porterfield
67 Rosemary Drive
Montgomery, AL 36109


Re:   Distributor Agreement between Flowers Baking Co. of Opelika, LLC ("Company") and Henry Porterfield ("Distributor") dated March 7, 2005 (hereinafter the "Distributor Agreement")


Dear Mr. Porterfield,

This letter is to notify you that you are in breach of the above referenced Distributor Agreement.

We have been notified that due to your actions on your part, you will no longer be allowed to service the Sodexho Troy St. at Montgomery in your territory.

In accordance with provisions of the Distributor Agreement, be advised that you have ten (10) business days from the date of this letter to cure your failure of performance by either:
    (a) Obtaining permission to resume servicing Sodexho Troy St. at Montgomery, or
    (b) Making satisfactory alternative arrangements for providing service to Sodexho Troy St. at Montgomery.

If you refuse or otherwise fail to cure your failure of performance within this stated period, Company reserves the right to thereafter terminate your Distributor Agreement.

If you have any questions, please let me know.


                   Sincerely,


                   Grady Messer
                   Director of Sales

EXHIBIT 3