▶ **Grady Messer**
03/16/2005 02:43 PM
• • • • • • • • • • • • • • • •

To: Steve Bordeaux/Flowers@Flowers
cc: Michael Lord/Flowers@Flowers

Subject: Henry Porterfield

Henry called me about 1:00 P.M. today and wanted to know if I would be here awhile, I told him yes and he said he wanted to come down and talk to me. About 30 minutes later he come into my office and had Montgomery City Councilman Williams and Councilman Knuckles with him. For the record City Councilman Williams is the pastor of Henry's church. They came in and Mr. Williams said that they had been down to see the lady at Troy State about getting Henry's problem resolved but she was real rude and wouldn't talk to them. She told them that she didn't have time. Mr. Williams said that when you have someone livehood at stake, at least she could have talked to them. He went on to say that they were down here on behalf of Henry and try to get his problem resolved. I told them that I didn't know how much they knew about it but I couldn't discuss it with them. They said Henry said it was about losing the Troy State account and I had written Henry a 10 day letter. He asked when the 10 days was up. I told him 10 business days would be March 22. Mr. Knuckles said, well Henry you got several more days to work on this. About that time Henry said he talked to the lady at Troy State this morning and she said he could come back and work her. But after these 2 Councilmen went down and talked to her that she may have changed her mind. At that time Mr. Knuckes said if she said Henry could start back working her then everything should be ok. I told him that you had 10 days to cure a cureable breach. At that point they got up and left.
Henry stayed behind and talked to me some more. Henry said it really wasn't his fault that he lost this account and the last breaches wasn't his fault either. After a little more talking he got up and left. When he was going out the door he said somebody might die over this. I told him he didn't need to be threating anyone and his comment was, I'm not threating anyone but, more than me is going to hurt over this and that's a promise.



EXHIBIT 4