UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ATTACHMENT 3

| | |
|---|---|
| HENRY G. PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:05-cv-937-F |
| v. ) | |
| ) | |
| FLOWERS BAKING CO. OF ) | |
| OPELIKA, LLC., ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF STEPHANIE TILLMAN

I, Stephanie B. Tillman, having been duly sworn, hereby depose and state as follows:

1. I am currently Vice President and Associate General Counsel for Flowers Foods, Inc. Due to my responsibilities, I am familiar with the corporate structure of Flowers Foods, Inc. and its subsidiaries.

2. The Defendant in this matter is Flowers Baking Company of Opelika, LLC. Flowers Baking Company of Opelika, LLC is an Alabama limited liability company. Its sole member is Flowers Foods Bakeries Group, LLC.

3. Flowers Foods Bakeries Group, LLC is a Georgia limited liability company. Its sole member is Flowers Foods, Inc.

4. Flowers Foods, Inc. is a Georgia corporation and its principal place of business is located in Thomasville, Georgia. The address of the principal offices of Flowers Foods, Inc. is 1919 Flowers Circle, Thomasville, Georgia, 31757. All corporate officers of Flowers Foods also work at this location.

5. Numerous core activities are conducted at the Thomasville location which support the thirty-five bakeries located in the Southeast, Southwest, and Mid-Atlantic.

6. For example, Flowers Foods provides overall strategic direction and generally oversees its operating companies from the Thomasville offices. Specific oversight duties and direction include, coordinating and providing various services such as: accounting, vendor management, legal and tax services, and technology support.

7. Shareholder meetings are also conducted at the Flowers Foods' corporate offices in Thomasville and Flowers Foods' corporate records are maintained at that location. The Thomasville personnel also coordinate all required financial reporting for all the operating companies and file consolidated financial reports.

I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

Executed on November 17, 2005.

STEPHANIE B. TILLMAN

Sworn to and subscribed before me this 17th day of Nov. 2005.

_____
Notary Public

My Commission Expires: My Commission Expires July 20, 2008