# EXHIBIT D



MR. Michael Lord
Vice President of Sales
Flowers Baking Co. of Opelika, LLC
101 Simmon Street
Opelika, AL 36801

Re: Distributorship Agreement between Flowers Baking Co. of Opelika, LLC ("Company") and Henry Porterfield ("Distributor") dated March 11, 2002

Dear Mr. Lord,

I received your letter dated March 17, 2005 and I am writing this letter in response to the false accusations made in that letter. Your letter states that threats of physical violence were made by me to the Director of Sales, Mr. Grady Messer on March 16, 2005. This accusation is false and in no way reflects the conversation I had with Mr. Messer. Specifically, Mr. Messer came to me to discuss the Sodexo account and stated that since Sodexo made the decision not to buy Flowers Baking products that I was in breach of my distributorship agreement. I disagreed with Mr. Messer stating that the whole problem with Sodexo could have been handled differently, especially since Mr. Messer was director of sales. Mr. Messer informed me that it was out of his hands. I then stated that any alleged problems with the Sodexo account was no different from problems many if not all of the other distributors had experienced with accounts and obviously there was more to it, that Flowers obviously wanted this distributorship area back to sell to someone else. I told him I felt that Flowers was being racist and if that is the path Flowers was choosing to go then they would not win the battle. I do not believe that this contributes a threat toward Mr. Messer and in no way did my comments or observations constitute a breach of my distributorship. I in no way made any threats of physical violence to the Director of Sales, Mr. Grady Messer.

By intentionally prohibiting me from operating my distributorship you are prohibiting me from making a living. Your actions are not justified and are clearly motivated by other reasons.

I have spent years developing my distributorship and your actions are interfering with my customer relationship and with my reputation. I have worked at Flowers for over 16 years and it is my position that your actions are a breach of my distributorship agreement.

Without being able to operate my distributorship you are in effect prohibiting me from taking any action to cure any problems which may exist on my route. Your letter also points out complaints from customers which I must point out was the first time I have received any notice of customer complaints. Also, any complaints that I have been made aware of I always tried to cure and to make my customers happy.

I in no way take the false accusations made against me lightly and am deeply concerned that such accusations were made against me in the first place.

I feel that it is necessary to take this opportunity to voice a concern that I have made

numerous times to Mr. Grady Messer and Mr. Steve Stevenson and numerous other distributors. As you are well aware, my distributorship agreement provides that Flowers will provide me with "Fresh Product" to deliver to customers on my route. This is not always done. Flowers provides me with bread and bread products which have been frozen and when thawed out the actual date is wiped off the product by management before it is delivered. I have voiced this concern many times and feel that it is a breach of the distributorship agreement and it is a lie to the customer and ultimately to the general public. No one at Flowers seems to care about this material breach on their part and management has advised me that the customers already know that we provide them with bread that has been frozen for months at a time. I find this hard to believe and request that you verify to me that all of the customers on my distributorship route have been made aware of the frozen bread issue. I find this to be a serious breach of my distributorship agreement and one I hope that you will not take lightly.

    Please advise me when I may continue with my duties on my distributorship. I look forward to your response.

Sincerely,

Henry Porterfield

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/21/2005 16:36
NAME  : GREG L DAVIS
FAX   : 3344097001
TEL   : 3348329080
```

```
DATE,TIME          03/21  16:36
FAX NO./NAME       13347490835
DURATION           00:00:44
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```