IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY PORTERFIELD, | * |
| Plaintiff | * |
| v. | * |
| | * |
| FLOWERS BAKING COMPANY OF | *   Case No. 2:05-cv-937-F |
| OPELIKA, LLC, GRADY MESSER, | * |
| CALVIN RHODES, STEVE BORDEAU, | * |
| Defendants. | * |

## MOTION TO EXPAND TIME TO FILE MOTION FOR REMAND

COMES NOW Plaintiff, by and through counsel, and requests of this Court that it expand the time for filing Plaintiff's Motion to remand, and as grounds therefore, states as follows:

1. On October 3, 2005, Defendant filed to remove this case from the Circuit Court of Montgomery County to this Federal Court.

2. On November 3, 2005, Plaintiff filed its Motion to Remand.

3. Counsel for Plaintiff mistakenly believed and assumed that November 3, 2005 was the thirtieth day following October 3, 2005, and neglected to count the exact number of days when noting, on his calendar, that the deadline for remand was November 3, 2005.

4. Counsel for Plaintiff was first apprised of this oversight when Defendant raised this issue in its November 22, 2004 brief.

5. Plaintiff pleads excusable neglect, and it is within the discretion of this Court to consider this motion. See *Pincay v. Andrews*, Case No. 02-56577 (9th Cir. 2004).

6. Neither party is prejudiced by this mistake, and neither party would be prejudiced by this Court considering the Motion To Remand filed on the thirty-first day following removal.

WHEREFORE, premises considered, Plaintiff prays this Court will enlarge the time for filing the Motion To Remand herein, by one day.

Respectfully submitted this the 2nd day of December, 2005.

_____
Dan W. Taliaferro
Gregory L. Davis
Attorneys for Plaintiff

Greg L. Davis, Esq
Dan W. Taliaferro, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing document by U. S. Mail, first class postage prepaid and properly addressed, on the 2nd day of December, to the following:

Sandra B. Reiss, Esq.
OGLETREE, DEAKINS, NASH SMOAK & STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

_____
Dan W. Taliaferro