IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY PORTERFIELD, | * |
|     Plaintiff | * |
| v. | * |
| | * |
| FLOWERS BAKING COMPANY OF | *  Case No. 2:05-cv-937-F |
| OPELIKA, LLC, GRADY MESSER, | * |
| CALVIN RHODES, STEVE BORDEAU, | * |
|     Defendants. | * |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SURREPLY BRIEF AND/OR ALTERNATIVELY, MOTION TO EXPAND BRIEFING ORDER

COMES NOW Plaintiff, by and through counsel, and moves this Court to strike Defendant's Surreply Brief, or alternatively, to expand the briefing order herein to permit Plaintiff to respond to said surreply brief, and as grounds therefore states as follows:

1. This Court, on November 2, 2005, ordered Defendant to submit a brief in response to Plaintiffs motions to join, amend, and remand, and further ordered Plaintiff to submit a reply brief.

2. Counsel for both parties complied with said order and response and reply briefs were submitted.

3. Defendant submitted, in violation of said November 2, 2005 Order, and without leave of Court, a "Surreply Brief" on December 6, 2005.

4. No motion to expand the briefing schedule was filed by Defendant and none has been filed.

5. Facts stated within said brief mischaracterize the facts presently before this Court, and further provide Defendant with an unfair advantage in argument on this case's pending motions.

WHEREFORE, premises considered, Plaintiff prays this Court will strike Defendant's Surreply Brief, or in the alternative, issue an order expanding the briefing schedule and permit Plaintiff to file a Surreply Brief in reply to the Surreply Brief filed herein by Defendants.

Respectfully submitted this the 12th day of December, 2005.

/s/ Dan W. Taliaferro
Dan W. Taliaferro
Gregory L. Davis
Attorneys for Plaintiff

Greg L. Davis, Esq
Dan W. Taliaferro, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing document by U. S. Mail, first class postage prepaid and properly addressed, on the 12th day of December, to the following:

Sandra B. Reiss, Esq.
OGLETREE, DEAKINS, NASH SMOAK & STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

/s/ Dan W. Taliaferro
Dan W. Taliaferro