IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY G. PORTERFIELD,      )
                        )
       Plaintiff,       )
v.                      )      CASE NO. 2:05-cv-937-F
                        )
FLOWERS BAKING COMPANY OF   )
OPELIKA, L.L.C.,          )
                        )
       Defendants.     )

# **O R D E R**

Upon consideration of the plaintiff's Motion to Strike Defendant's Surreply Brief and/or Alternatively, Motion to Expand Briefing Order (Doc. #20) filed on December 13, 2005, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The defendant's Surreply Brief in Opposition to Plaintiff's Motion to Remand and Plaintiff's Motion to Join and Motion to Amend Complaint (Doc. #19) is stricken. The plaintiff's motion for leave to file is DENIED.

DONE this 15th day of December, 2005.

                                   /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE