UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD**  )<br>)<br>  **Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**FLOWERS BAKING CO. OF**  )<br>**OPELIKA, LLC.**  )<br>)<br>  **Defendant.**  )<br>) | CASE NO.  2:05-cv-937-F |

## PARTIES' JOINT MOTION FOR LEAVE TO RESUBMIT A REVISED REPORT OF PARTIES' RULE 26 PLANNING MEETING AFTER THE COURT RULES ON PLAINTIFF'S MOTION TO REMAND

COME NOW, the parties, by and through counsel, and move this Court to allow the parties to submit a revised Parties' Planning Meeting Report pursuant to Fed.R.Civ.P. 26 after the Court rules on the Plaintiff's Motion to Remand which is currently pending.  The parties submit this Motion based on the following:

1.  On October 17, 2005, this Court issued a Rule 26f Order requiring the parties to meet and submit a Rule 26 report by November 8, 2005.  The parties filed the Rule 26 report on November 8, 2005.

2.  On November 3, 2005, Plaintiff filed a Motion to Remand which is still pending before this Court.

3.  The Court has never issued an Order setting forth timelines for discovery, dispositive motions or trial based on the Parties' Planning Meeting Report.

4. Because the Court is still considering Plaintiff's Motion to Remand, the parties request that the Court allow them to resubmit another Rule 26 Parties' Planning Meeting Report once the Court has ruled, if necessary.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Honorable Court GRANT the parties' Motion.

Certification:  This will certify that all parties have agreed to the above.  Further, the parties have agreed that Sandra Reiss will e-file the foregoing Joint Motion.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| **/s/Dan Taliaferro** | **/s/ Sandra B. Reiss** |
| **Greg Davis, Esq.** | **Kevin P. Hishta, Esq. (Georgia Bar 357410)** |
| **Dan Taliaferro, Esq. (TAL006)** | **Sandra B. Reiss (REI018)** |
| 6987 Halcyon Park Drive | Ogletree, Deakins, Nash, Smoak & Stewart, |
| Montgomery, AL  36117 | Reiss address: |
| e-mail:  gldavis@knology.net | One Federal Place, Suite 1000 |
| e-mail:  danwtaliaferro@msn.com | 1819 Fifth Avenue North |
| Davis phone: (334) 832-9080 | Birmingham, AL 35203 |
| Taliaferro phone: (334) 409-7000 | |
| | e-mail:  Sandra.reiss@odnss.com |
| | Reiss Ph. (205) 328-1900 |
| | Reiss Fax (205) 328-6000 |
| | |
| | Hishta address: |
| | Ogletree, Deakins, Nash, Smoak & Stewart |
| | Bank of America Plaza |
| | 600 Peachtree Street, N.E. |
| | Suite 2100 |
| | Atlanta, GA   30308 |
| | e-mail:  Kevin.hishta@ogletreedeakins.com |
| | Hishta Ph. (404) 881-13002 |
| | Hishta Fax (404) 870-1732 |