IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY G. PORTERFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-937-MEF |
| | ) | |
| FLOWERS BAKING COMPANY OF | ) | |
| OPELIKA, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Leave to File (Doc. #22) filed on February 10, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of February, 2006.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE