UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 2:05-cv-937-F |
| FLOWERS BAKING CO. OF ) OPELIKA, LLC. ) | |
| Defendant. ) | |

**RESUBMISSION PER THE COURT'S ORDER OF FEBRUARY 15, 2006, OF THE REPORT OF PARTIES' RULE 26 PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(d), a meeting was held via telephone, (prior to May 17, 2006), by and between:

   A. Greg L. Davis and Dan W. Taliaferro on behalf of Plaintiff; and

   B. Sandra B. Reiss and Kevin Hishta of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., on behalf of Defendant.

2. Pre-Discovery Disclosures. The Parties have already exchanged the information required by Local Rule 26.1(a)(1) and will supplement as discovery continues.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   A. Discovery will be sought on the following subjects: Plaintiff's substantive claims and the defenses of Defendant, including all defenses to damages.

    B. All discovery will be commenced in time to be completed by February 15, 2007.

    C. Maximum of 25 interrogatories and 25 requests for production of documents by each party to any other party. If either party needs additional discovery the parties will confer with each other before resorting to assistance from the Court. Maximum of 20 requests for admission by each party to any other party. Responses due as provided in Federal Rules of Civil Procedure.

    D. Maximum of 8 depositions by each party, seven hours each. If either party needs additional depositions, the parties will confer with each other before resorting to assistance from the Court.

    E. Reports from retained experts under Rule 26(a)(2) due:

      1. From plaintiff by October 30, 2006.

      2. From defendant by December 15, 2006.

    F. Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days after notice but no later than 45 days before the close of discovery.

  4. Other Items.

    A. The parties do not request a conference with the Court before entry of the scheduling order.

    B. All potentially dispositive motions should be filed by January 30, 2007.

    C. The parties submit that settlement cannot be realistically evaluated at this time.

    D. The parties request a final pretrial conference the week of April 23, 2007.

    E. Final lists of trial evidence under Rule 26(a)(3) should be due as specified in the pretrial order.

    F. Parties should have ten days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    G. The case should be ready for trial by June 4, 2007, to take place in Montgomery, Alabama, and at this time is expected to take approximately 2-3 days.

DATED this 17th day of May, 2006.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT SANDRA B. REISS WILL E-FILE THE FOREGOING REPORT OF PARTIES' PLANNING MEETING.  SPECIFICALLY, THE ABOVE IS AGREED TO BY:

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| **/s/Dan Taliaferro (with permission)** | **/s/Sandra B. Reiss** |
| **Greg Davis, Esq.** | **Kevin P. Hishta, Esq.** (Georgia Bar 357410) |
| **Dan Taliaferro, Esq. (TAL006)** | **Sandra B. Reiss (REI018)** |
| 6987 Halcyon Park Drive | Ogletree, Deakins, Nash, Smoak & Stewart, |
| Montgomery, AL  36117 | Reiss address: |
| e-mail:  gldavis@knology.net | One Federal Place, Suite 1000 |
| e-mail:  danwtaliaferro@msn.com | 1819 Fifth Avenue North |
| Davis phone: (334) 832-9080 | Birmingham, AL 35203 |
| Taliaferro phone: (334) 409-7000 | |
| | e-mail:  Sandra.reiss@odnss.com |
| | Reiss Ph. (205) 328-1900 |
| | Reiss Fax (205) 328-6000 |
| | |
| | Hishta address: |
| | Ogletree, Deakins, Nash, Smoak & Stewart |
| | Bank of America Plaza |
| | 600 Peachtree Street, N.E. |
| | Suite 2100 |
| | Atlanta, GA   30308 |
| | e-mail:  Kevin.hishta@ogletreedeakins.com |
| | Hishta Ph. (404) 881-13002 |
| | Hishta Fax (404) 870-1732 |