UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| ) | |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC.** ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MOVE THE TRIAL DATE ONLY DUE TO UNAVOIDABLE CONFLICT**

COMES NOW Defendant Flowers Baking Company of Opelika, LLC (hereinafter "Flowers" or "Defendant"), by and through its undersigned counsel, and respectfully moves this Court to move the trial of this case currently set for June 4, 2007, to the next trial term for Opelika which is December 2007, or any other specially set date after the scheduled June 4, 2007, trial date. Defendant submits this Motion based on the following:

1. On May 17, 2006, this Court entered a Scheduling Order for the above-styled matter with a trial term commencing on June 4, 2007.

2. Kevin Hishta, lead counsel for Defendant, recently found out that his daughter graduates from college during the week of June 4, 2007.

3. Plaintiff's counsel has no opposition to this Motion and will not be prejudiced by the same.

4. Defendant requests only that the trial date be moved to the next trial term for Opelika or a date specially set after the current trial term of June 4, 2007.

1

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court GRANT this Motion.

/s/Sandra B. Reiss
Sandra B. Reiss (REI018)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900
Fax:  (205) 328-6000

And

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.hishta@ogletreedeakins.com
Ph. (404) 881-1302
Fax (404) 870-1732

*Attorneys for Defendant,*
*Flowers Baking Co. of Opelika, LLC*

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Middle District Court's ECF system on this 15th day of June, 2006, which will forward the same via electronic notice to counsel for Plaintiff, as follows:

      The Law Offices of
      Greg L. Davis
      6987 Halcyon Park Drive
      Montgomery, AL   36117

      Dan W. Taliaferro
      Attorney at Law
      6987 Halcyon Park Drive
      Montgomery, AL  36117

      /s/Sandra B. Reiss
      Sandra B. Reiss