IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD,         ) | |
| )  | |
| Plaintiff,         ) | |
| v.                                                          ) | CASE NO. 2:05-cv-937-MEF |
| )  | |
| FLOWERS BAKING COMPANY OF  ) | |
| OPELIKA, L.L.C.,         ) | |
| )  | |
| Defendant.         ) | |

## **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Move the Trial Date (Doc. #29) filed on June 15, 2006, it is hereby

ORDERED that the motion is GRANTED. The Uniform Scheduling Order (Doc. #28) dated May 17, 2006 is VACATED.

DONE this 16th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE