### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| ) | |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC.** ) | |

### JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties move the Court to enter the proposed Protective Order, attached to this motion as Exhibit "A." In support of their Motion, the parties state:

1. Through discovery, plaintiff seeks production of proprietary and confidential product and financial information, route distributorship information, personnel files, and investigatory files of the Defendant. Plaintiff's income tax records and limited medical records may also be disclosed.

2 The attached Protective Order is designed to protect the legitimate confidentiality and privacy expectations of both parties.

This Joint Motion for Protective Order along with Exhibit "A" is respectfully submitted this the 6th day of February, 2007.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT SANDRA B. REISS WILL E-FILE THE FOREGOING JOINT MOTION.  SPECIFICALLY, THE ABOVE IS AGREED TO BY:

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| **/s/Dan Taliaferro (with permission)** | **/s/Sandra B. Reiss** |
| **Greg Davis, Esq.** | **Kevin P. Hishta, Esq. (GA Bar 57410)** |
| **Dan Taliaferro, Esq. (TAL006)** | **Sandra B. Reiss (REI018)** |
| 6987 Halcyon Park Drive | Ogletree, Deakins, Nash, Smoak & Stewart, |
| Montgomery, AL  36117 | <u>Reiss address:</u> |
| e-mail:  gldavis@knology.net | One Federal Place, Suite 1000 |
| e-mail:  danwtaliaferro@msn.com | 1819 Fifth Avenue North |
| Davis phone: (334) 832-9080 | Birmingham, AL 35203 |
| Taliaferro phone: (334) 409-7000 | |
| | e-mail:  Sandra.reiss@odnss.com |
| | Reiss Ph. (205) 328-1900 |
| | Reiss Fax (205) 328-6000 |
| | |
| | <u>Hishta address:</u> |
| | Kevin P. Hishta |
| | Ogletree, Deakins, Nash, Smoak & Stewart |
| | Bank of America Plaza |
| | 600 Peachtree Street, NE |
| | Suite 2100 |
| | Atlanta, GA  30308 |

2