UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| ) | |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Flowers Baking Co. Of Opelika, LLC, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditor' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The direct parent of Flowers Baking Co. Of Opelika, LLC, is Flowers Foods Bakeries Group, LLC. The parent of Flowers Foods Bakeries Group, LLC is Flowers Foods, Inc.

The affiliates are listed on the attachment, marked as Exhibit "A".

| | |
|---|---|
| <u>March 12, 2007</u> | /s/Sandra B. Reiss |
| | Sandra B. Reiss (REI018) |
| | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART** |
| | One Federal Place, Suite 1000 |
| | 1819 Fifth Avenue North |
| | Birmingham, Alabama 35203-2118 |
| | e-mail: Sandra.Reiss@odnss.com |
| | Ph. (205) 328-1900 |
| | Fax: (205) 328-6000 |

1

And

Kevin P. Hishta, Esq. (Georgia Bar 357410)
Admitted *Pro Hac Vice*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30308
e-mail: Kevin.hishta@ogletreedeakins.com
Ph. (404) 881-1302
Fax (404) 870-1732

*Attorneys for Defendant,*
*Flowers Baking Co. of Opelika, LLC*

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Middle District Court's ECF system on this 12th day of March, 2007, which will forward the same via electronic notice to counsel for Plaintiff, as follows:

    The Law Offices of
    Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL   36117

    Dan W. Taliaferro
    Attorney at Law
    6987 Halcyon Park Drive
    Montgomery, AL  36117

                                          /s/Sandra B. Reiss
                                          Sandra B. Reiss