# EXHIBIT "A"

## CORPORATE STRUCTURE OF FLOWERS FOODS, INC.

**FLOWERS FOODS, INC.**

    Flowers Finance, LLC

    Derst Baking Company, LLC

    Flowers Foods Bakeries Group, LLC

    Flowers Bakeries Brands, Inc.

    Flowers Baking Co. of Florida, LLC

    Flowers Baking Co. of Miami, LLC

    Flowers Baking Co. of Jacksonville, LLC

    Flowers Baking Co. of Bradenton, LLC

    Flowers Baking Co. of Thomasville, LLC

    Flowers Baking Co. of Villa Rica, LLC

    Flowers Baking Co. of  McDonough, LLC

    Table Pride, LLC

    Flowers Baking Co. of Opelika, LLC

    Bailey Street Bakery, LLC

    Flowers Baking Co. of Tucker, LLC

    Flowers Baking Co. of Birmingham, LLC

    Flowers Baking Co. of Tuscaloosa, LLC

    Flowers Baking Co. of Lafayette, LLC

    Flowers Baking Co. of New Orleans, LLC

    Flowers Baking Co. of Baton Rouge, LLC

    Flowers Baking Co. of Jamestown, LLC

    Flowers Baking Co. of Newton, LLC

    Franklin Baking Company, LLC

    Flowers Baking Co. of Lynchburg, LLC

    Flowers Baking Co. of Norfolk, LLC

    Flowers Baking Co. of Morristown, LLC

Flowers Baking Co. of Memphis, LLC
Flowers Baking Co. of Nashville, LLC
West Tennessee Baking Co., LLC
Flowers Baking Co. of Houston, LLC
Flowers Baking Co. of West Virginia, LLC
The Donut House, LLC
Flowers Baking Co. of Texas, LLC
Leeland Baking Co., LLC
Flowers Baking Co. of Denton, LLC
Flowers Baking Co. of Tyler, LLC
Flowers Baking Co. of San Antonio, LLC
Flowers Baking Co. of El Paso, LLC
El Paso Baking Co. de Mexico, S.A. de C.V.
San Antonio Baking Co., LLC
Austin Baking Co., LLC
Corpus Christi Baking Co., LLC
Flowers Baking Co. of Pine Bluff, LLC
Flowers Baking Co. of Batesville, LLC
Storck Baking Company, LLC (i)
Flowers Foods Specialty Group, LLC
Flowers Specialty Foodservice Sales, LLC
Flowers Bakery of Atlanta, LLC
Flowers Bakery of Suwanee, LLC
Flowers Bakery of London, LLC
Flowers Bakery of Crossville, LLC
Flowers Specialty Snack Sales, Inc
Flowers Bakery of Cleveland, LLC
Flowers Bakery of Fort Smith, LLC
Flowers Bakery of Texarkana, LLC
Flowers Bakery of Montgomery, LLC
Flowers Bakery of  Winston-Salem, LLC
Flowers Frozen Desserts, LLC

Flowers Frozen Desserts of Pembroke, LLC

Flowers Frozen Desserts Sales Group, LLC

Flowers Foil Company, LLC

Flowers Frozen Desserts of Pennsylvania, LLC

Flowers Frozen Desserts of Spartanburg, LLC

Flowers Frozen Distributors, LLC

Flowers Specialty Brands, Inc.

Flowers Frozen Desserts of Stilwell, LLC