**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **HENRY G. PORTERFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO: 2:05-cv-937-F** |
| | ) | |
| | ) | |
| **FLOWERS BAKING CO. OF** | ) | |
| **OPELIKA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF**
**ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant, Flowers Baking Co. of Opelika, LLC, and submits the following evidence in support of its Motion for Summary Judgment and Brief, filed contemporaneously herewith:

Tab A        Declaration of Steve Bordeaux

Tab B        Deposition of Henry Porterfield

               Exhibits to Tab B – Porterfield Deposition

               Ex. 3 - 6/14/94 Distributor's Agreement

               Ex. 4 - Addendum to Distributor's Agreement

               Ex. 13 - 1998 Breach letter to Henry Porterfield from Steve Bordeaux

               Ex. 14 - 9/15/98 Letter to Henry Porterfield from Albert Allenback,

                         Colonel, USAF

               Ex. 15 - 9/10/98 Letter to Steve Bordeaux from Henry Porterfield

Exhibits to Tab B – Porterfield Deposition (cont'd)

Ex. 18 - 6/23/00 Repurchase Statement, Purchase Agreement, Release
Agreement and Bill of Sale

Ex. 19 - 7/3/00 Distributor's Agreement

Ex. 20 - Addendum to Distributor's Agreement

Ex. 26 - 3/1/02 Repurchase Statement, Purchase Agreement, Release
Agreement and Bill of Sale

Ex. 27 - 3/11/02 Distributor's Agreement

Ex. 28 - Addendum to Distributor's Agreement

Ex. 39 - 6/3/04 Letter to Henry Porterfield from Grady Messer

Ex. 42 - 10/22/04 Letter to Henry Porterfield from Grady Messer

Ex. 43 - 12/6/04 Letter to Henry Porterfield from Steve Stephens

Ex. 44 - 2/3/05 Letter to Henry Porterfield from Grady Messer

Ex. 45 - 2/14/05 Memo regarding Burger King #306

Ex. 46 - 3/4/05 Steve Stephens Handwritten Notes

Ex. 47 - 3/7/05 Letter to Henry Porterfield from Grady Messer

Ex. 48 - 3/16/05 E-mail from Grady Messer to Steve Bordeaux

Ex. 49 - 3/16/05 Letter to Henry Porterfield from Michael Lord

Ex. 53 - 3/23/05 Letter to Henry Porterfield from Michael Lord

Ex. 59 - 1999 Tax Return

Ex. 60 - W-2's

Ex. 61 - 2000 Tax Return signed in 2006

Ex. 62 - 2001 Tax Return signed in 2006

<u>Exhibits to Tab B – Porterfield Deposition</u> (cont'd)

Ex. 63 - 2002 Tax Return signed in 2006

Ex. 64 - 2003 Tax Return signed in 2006

Tab C          Declaration of Grady Messer

<u>Exhibits to Tab C – Messer Declaration</u>

Ex. 1 - 3/16/01 Letter to Henry Porterfield from Grady Messer

Ex. 2 - 10/23/01 Letter to Henry Porterfield from Grady Messer

Ex. 3 - 3/18/02 Letter to Henry Porterfield from Grady Messer

Ex. 4 - 5/29/02 Letter to Henry Porterfield from Grady Messer

Ex. 5 - 4/07/04 Memo to Henry Porterfield from Grady Messer

Ex. 6 - 6/03/04 Memo to Henry Porterfield from Grady Messer

Ex. 7 - 7/16/04 Letter to Henry Porterfield from Grady Messer

Ex. 8 - 10/22/04 Letter to Henry Porterfield from Grady Messer

Ex. 9 - 12/06/04 Letter to Henry Porterfield from Grady Messer

Ex. 10 - 2/03/05 Letter to Henry Porterfield from Grady Messer

Ex. 11 - 3/07/05 Letter to Henry Porterfield from Grady Messer

Tab D          Declaration of Steve Stephens

<u>Exhibits to Tab D – Stephens Declaration</u>

Ex. 1 - 3/4/05 Handwritten Note

Tab E          Deposition of Grady Messer

<u>Exhibits to Tab E – Messer Deposition</u>

Ex. 2 - 3/16/05 Email from Grady Messer to Steve Bordeaux

Tab F          Declaration of Michael Lord

<u>Exhibits to Tab F – Lord Declaration</u>

Ex. 1 - 3/16/05 Letter to Henry Porterfield from Michael Lord

Ex. 2 - 3/23/05 Letter to Henry Porterfield from Michael Lord

Tab G        Deposition of Steve Bordeaux

Tab H        Deposition of Michael Lord

Respectfully submitted this 2nd day of July, 2007.

/s/ Kevin P. Hishta_____
Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA  30308
E-mail:  Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

Sandra B. Reiss (REI018)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail:  Sandra.Reiss@odnss.com
(205) 328-1900
(205) 328-6000 Fax

Counsel for Defendant, Flowers Baking Co. of
Opelika, LLC

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 2nd day of July, 2007, I electronically filed the foregoing Evidentiary Submissions in Support of Defendant's Motion for Summary Judgment and Brief with the Clerk of the Court using the CM/ECF system which will send notification of such filing attaching thereto a full and complete copy of the same to:

   The Law Offices of
   Greg L. Davis
   6987 Halcyon Park Drive
   Montgomery, AL  36117

   Dan W. Taliaferro
   Attorney at Law
   6987 Halcyon Park Drive
   Montgomery, AL  36117


       /s/ Kevin P. Hishta
       Kevin P. Hishta