# Tab C –

# DECLARATION OF GRADY MESSER

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY G. PORTERFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 2:05-cv-937-F |
| | ) | |
| | ) | |
| FLOWERS BAKING CO. OF | ) | |
| OPELIKA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF GRADY MESSER

I, Grady Messer, having been duly sworn, hereby declare and state as follows:

1.    I am currently employed by Flowers Baking Co. of Opelika, LLC ("Flowers") as a Director of Sales in Montgomery. I have held this position for over 15 years. In my position, I am responsible for general oversight of Flowers' distributors in the Montgomery area and am responsible for addressing any service issues with Flowers' distributors. As described below, I addressed various service issues with Henry Porterfield while he was a distributor for Flowers.

2.    By letter dated March 16, 2001, I issued Mr. Porterfield a curable breach letter due to service issues at Mr. Porterfield's Applebee's account. Breach letters are the documents that Flowers' representatives prepare in the normal course of business to advise distributors that they are in breach of the Distributor Agreement. A true and correct copy of the March 16, 2001 letter that was issued to Mr. Porterfield is attached hereto as Exhibit 1.

3.    By letter dated October 23, 2001, I issued Mr. Porterfield a curable breach letter for out-of-code products in one of Mr. Porterfield's Winn-Dixie accounts. A true and correct copy of this October 23, 2001 letter is attached hereto as Exhibit 2.

1

4.    By letter dated March 18, 2002, I issued Mr. Porterfield a curable breach letter for out-of-code product in two of Mr. Porterfield's Winn-Dixie accounts. A true and correct copy of this March 18, 2002 letter is attached hereto as Exhibit 3.

5.    By letter dated May 29, 2002, I issued Mr. Porterfield a curable breach letter for multiple service issues. A true and correct copy of this May 29, 2002 letter is attached hereto as Exhibit 4.

6.    By letter dated April 7, 2004, I reminded Mr. Porterfield that Burger King expected that its stores be serviced five days a week. A true and correct copy of this April 7, 2004 letter is attached hereto as Exhibit 5.

7.    By letter dated June 3, 2004, I issued Mr. Porterfield a breach letter for not providing five day service to his Burger King accounts. A true and correct copy of this June 3, 2004 letter is attached hereto as Exhibit 6.

8.    By letter dated July 16, 2004, I issued Mr. Porterfield a curable breach letter for failing to properly service his accounts. A true and correct copy of this July 16, 2004 letter is attached hereto as Exhibit 7.

9.    By letter dated October 22, 2004, I confirmed a discussion between Steve Stephens, Mr. Porterfield and myself regarding certain accounts expecting five day service. A true and correct copy of this October 22, 2004 letter is attached hereto as Exhibit 8.

10.    By letter dated December 6, 2004, I issued Mr. Porterfield a curable breach letter due to Mr. Porterfield being kicked out his Krystal accounts. A true and correct copy of this December 6, 2004 letter is attached hereto as Exhibit 9.

11.     By letter dated February 3, 2005, I issued Mr. Porterfield a breach of contract letter for being kicked out of one of his Burger King accounts. A true and correct copy of this February 3, 2005 letter is attached hereto as Exhibit 10.

12.     By letter dated March 7, 2005, I issued Mr. Porterfield a curable breach letter due to him having been barred from his Sodexho account. In this letter, Mr. Porterfield was given two options, resuming service or making alternative arrangements for service of the account. A true and correct copy of this March 7, 2005 letter is attached hereto as Exhibit 11. I hand delivered this breach letter to Mr. Porterfield on March 8, 2005 and also sent a copy to him via certified mail.

13.     There is a freezer in the Montgomery warehouse. Flowers uses the freezer to store certain limited restaurant products for emergency situations, such as rolls for Krystal chili pups, rolls for Sonic, foot-long hot dogs, and Burger King steak buns.

14.     If distributors request assistance in meeting customer needs, for example, in delivering additional product to a customer to meet the customer's needs, Flowers' managers are available to help. Flowers' managers regularly help Flowers' distributors in this way.

I hereby declare under the penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

Executed on ___6-28-07___, 2007.

_Grady Messer_
Grady Messer

Sworn to and subscribed before me this the 28th day of ___June___, 2007.

_Julia B. Manley_
Notary Public

My commission expires:___MY COMMISSION EXPIRES MARCH 4, 2011___

4

# EXHIBIT 1 TO GRADY MESSER DECLARATION

Friday,March 16,2001


Mr. Henry Portefield
Distributor # 2069
Montgomery, Al.


Re: Distributor's Agreement ( " Agreement ") between Flowers Baking Company of Opelika
   Inc. ("Flowers") and Henry Porterfield ( "Distributor").

Dear Mr. Porterfield:

This letter is written in regard to your commission of  a curable breach of the above Mentioned
Agreement. Mr. Bradford, manager at Applebee, Carter Hill road store called yesterday and
Said you were very rude to him and refused to pick up some products that would have been
Out of code before you worked him again.
Henry, this kind of conduct has happen before at this account. Please be reminded that all
Accounts are a very important part of your business and Flowers business.


Please be advised that you have 10 days from this failure of performance to cure this Breach.
If you do not, Flowers will have no other alternative but to terminate your Rights under the
Agreement listed in Paragraphs 2.5,5.1,and 16.3 in accordance with its terms.

I look forward to hearing from you.

Sincerely Yours,

FLOWERS BAKING CO. OF OPELIKA, INC.

Grady  Messer
Director of Sales

# EXHIBIT 2 TO GRADY MESSER DECLARATION



October 23, 2001

Mr. Henry Porterfield
Distributor # 2069
Montgomery, Al.

Re: Distributor's Agreement ( "Agreement ") between Flowers Baking Company of Opelika,
    Inc. ( Flowers ) and Henry Porterfield, ( Distributor ) .

Dear Henry,

This letter is written in regards to your commission of a curable breach of the above mentioned
Agreement.

Today, Tuesday October 23, 2001, you had the following out of code products in WinnDixie#
463, Promenade Shopping Center.
8 Bluebird Bag Donuts, date Oct. 23
6 Bluebird Danish, dated Oct. 23
2- 5" Sunbeam Buns, Blue ties
6 Nature's Own 100% Wheat, Yellow ties
6 Sunbeam Old Fashioned, Yellow ties
1 Sunbeam Thin, Yellow ties
1 Sunbean Hot Dog 12, Yellow tie

Maintaining a fresh market is a must in order to grow and maintaining our business.

Please be advised that you have 10 days from this failure of performance to cure this breach.
If you do not, Flowers will have no other alternative but to terminate your rights under the
Agreement listed in Paragraphs 2.5, 5.1, and 11.1 in accordance with its terms.

I look forward to hearing from you.

Sincerely Yours,

FLOWERS BAKING CO. OF OPELIKA, INC.

*Grady Messer*
Grady Messer
Director of Sales

REFUSED
TO
Sign  Sh Sr
10-24-0

FBO000708

# EXHIBIT 3 TO GRADY MESSER DECLARATION



March 18, 2002

Mr. Henry Porterfield
Distributor # 2069
Montgomery, Al.

Re: Distributor's Agreement (" Agreement" ) between Flowers Baking Co. Of Opelika,LLC,
    (" Flowers") and Henry Porterfield, ( "Distributor").

Dear Henry,

This letter is written in regards to your commission of a curable breach of the above mentioned
agreement.
I was in your Winn Dixie, Carter Hill Road several weeks ago on Feb. 23, and you had some out
of code products and I talked to you about it.

Saturday , March 16, 2002, Steve Stephens and myself was back in that store and your other
stores and found out of code products in all of them

Winn Dixie, Carter Hill Road,   You had 47 items out of code. Most should have been picked up
Friday.
Winn Dixie, Promenade,  I pulled 22 items that were out of code, and you already had 46 items in
backroom that was out of code.  Most of this product should have been pulled Friday.
Henry, you now have three Winn Dixie stores on you route . You need to slow down,order
correctly, and work correctly to maintain and grow your business.

Please be advised that you have 10 days from this failure of performance to cure this breach. If
you do not, Flowers will have no alternative but to terminate your rights under the Agreement
listed in Paragraphs 2.5, 5.1, and 11.1 in accordance with its terms.

Sincerely Yours,

FLOWERS  BAKING  CO.  OF  OPELIKA, LLC

*Grady Messer*

Grady Messer
Director of Sales

*Henry would not sign.*
*Steve Styp*
*3-18-02*

FBO000173

# EXHIBIT 4 TO GRADY MESSER DECLARATION

May 29, 2002

Mr. Henry Porterfield
Distributor # 2069
Montgomery, Al

Re: Distributor's Agreement (Agreement) between Flowers Baking Company of Opelika, LLC
    (Flowers) and Henry Porterfield (Distributor).

Dear Mr. Porterfield,

This letter is written in regards to your commission of a curable breach of the above mentioned
Agreement.

Saturday, May 25, 2002,  you didn't work any of your accounts or even order any products for
them. Had our management team not have been in the stores to handle them, you would have
been in trouble with them. Listed below are  some of the problems that were created by you not
working.

You over loaded market Friday. This created extra stale, Monday $ 408.47, Tuesday $ 837.97.
Saturday, you had some products that were due up, May 25, and white tie bread.
Your products were not Priced in key accounts. We had to price them for you.
You didn't sent a settlement in Saturday , which office was looking for.
No pull ups were made Saturday afternoon, until we handled it.

Henry , as you know you are putting Flowers and your business in jeopardy by not servicing
them on a regular basic.

Please be advised that you have 10 days from this failure of performanace to cure this breach. If
you do not, Flowers will have no other alternative but to terminate your rights under the
agreement listed in Paragraphs 2.5, 5.1, 11.1, 16.3 in accordance with its terms.

Sincerely Yours,

FLOWERS BAKING CO. OF OPELIKA, LLC

Grady Messer
Director Of Sales

*I HAVE DISCUSSED this WITH Henry, On Friday 5-31-02 —*

FBO000172

# EXHIBIT 5 TO GRADY MESSER DECLARATION

 **Flowers Baking Co.**
of Opelika, LLC

Wednesday, April 07, 2004

To: Henry Porterfield, Distributor # 2069

From: Grady Messer

Subject: Service, Burger King

Burger King requested that all their stores be worked 5 days per week. Week 12 you only worked stores number 306 and 5238 , 4 days. Last week , week 13 you only work store # 306 4 days.

In the future, all stores are to be worked 5 days per week.

If I can help you in any way, let me know.

Grady

FBO000717

# **EXHIBIT 6 TO GRADY MESSER DECLARATION**



**Flowers Baking Co.**
of Opelika, LLC

Thursday, June 03, 2004

To: Henry Porterfield , Dist. # 2069

From : Grady  Messer

Subject:  Distributor's Agreement by and between Flowers Baking Co.
          Of Opelika, LLC and Henry Porterfield.

Flowers Management has spoken with you on several different
occasions about giving your Burger Kings the proper service that they
require.
Burger Kings requires that all their stores receive 5 days per week
service. You only worked  Burger King # 5238, 3 days last week and
Burger King # 306, 4 days.
In the future Burger Kings must have 5 days per week service.

I call your attention to the contents  of Paragraphs 5.1, 2.5, 11.1 and
16.3 of your agreement.

You are required to correct the actions cited within  10 days fo receipt
of this letter , and failure to do so could result in Flowers taking those
actions afforded it by Paragraphs 16.1 through 16.4 of this agreement
which govern termination.


Grady  Messer
Director of Sales

FBO000167

# EXHIBIT 7 TO GRADY MESSER DECLARATION

July 16, 2004

Mr. Henry Porterfield
Distributor # 2069
Montgomery, Al.

Re: Distributor's Agreement ( Agreement ) between Flowers Baking Company of Opelika, LLC
    ( Flowers ) and Henry Porterfield ( Distributor ).

Dear Henry,

This letter is written in regards to your commission of a curable breach of the above mentioned
Agreement.

Today on your order you only received 50 Krystal buns. You didn't receive any more products
For the rest of your accounts. Winn Dixie, Burger Kings, Sonic, and Krystal all require daily, 5
days per week service. By not giving them daily service, you are jeoparding Flowers business and
yours.

Also , by not getting products on Friday, you are over loading the market on Thursday and
creating more stale on Monday. In order for you to receive 100% credit when you stale this
product, you must order correctly.

Now I know Marcus carried your route out but he didn't have the products to work your
accounts with. You are low in both of your Winn Dixes and he must carry bread back out when it
comes in today.
 Henry, for your business and ours to be successfully we must work as a team and take care of
our customers, no matter how large or small.

Please be advised that you have 10 days from this failure of performanace to cure this breach. If
you do not, Flowers will have no other alternative but to terminate your rights under the
agreement listed in paragraphs 2.5, 5.1, 11.1, 16.3 in accordance with its terms.

Sincerely Yours,

FLOWERS BAKING CO. OF OPELIKA, LLC


Grady Messer
Director of Sales

FBO000165

# EXHIBIT 8 TO GRADY MESSER DECLARATION



**Flowers Baking Co.**
of Opelika, LLC

2004

October 22, 2004

Mr. Henry Porterfield

Henry, today Steve Stephens and myself talked to you about your service to accounts, your attitude toward the small accounts and etc. We were all in agreement that all accounts are very important to you and Flowers. We owe every account service as they expect it. Some companies expect 5 days per week, and that is what we must give them .

We also talked about our attitude toward them, like telling them that they were not a big enough account for you to work and etc. We were all in agreement that every account is important and we owe them the respect to work them  and be nice to their help.

Henry, you gave Steve and myself your word that you would correct this and I appreciate the way you handled it.

If I can help you in anyway, let me know.

Sincerely,
Flowers Baking Company of Opelika, LLC

Grady Messer
Director of Sales

FBO000721

# EXHIBIT 9 TO GRADY MESSER DECLARATION



**Flowers Baking Co.**
of Opelika, LLC

*Steve*
*Saw*
*Letter*
*12-9-04*
*Dec. 22*

Monday, December 06, 2004

Mr. Henry Porterfield
Distributor # 2069
Montgomery , AL

Re: Distributor's Agreement ( Agreement ) between Flowers Baking Company of Opelika
   LLC ( Flowers ) and Henry Porterfield ( Distributor )

Dear Henry,

This letter is written in regards to your commission of a curable breach of the above
mentioned agreement.

Saturday, December 4, 2004 , David Miller, District Manager for Krystal Company called me
and said when they told you that they didn't have a key to the back door, that you left the
buns setting outside by the back door and left.  He said this was not the first time that he and
his managers had had a problem with you and your bad attitude and he didn't want you
working any of his stores as of today, Monday, Dec. 6, 2004.  You work # 2 and # 6 now.

Please be advised that you have 10 days from this failure of performance  to cure this breach.
If you do not, Flowers will have no other alternative but to terminate yoy rights under the
agreement listed in Paragraphs 2.5, 5.1,5.2, and 16.1 in accordances with its terms.
I look forward to hearing from you.

Sincerely,
Flowers  Baking Co. Of Opelika, LLC

FBO000722

# EXHIBIT 10 TO GRADY MESSER DECLARATION

February 3, 2005

Mr. Henry Porterfield
Distributor # 2069
Montgomery, Al.

Re: Distributor's Agreement ( Agreement) between Flowers  Baking Co. Of Opelika
    LLC  ( Flowers ) and Henry Porterfield ( Distributor ).

Dear Mr. Porterfield,

This letter is Written in regards to your commission of a curable breach of the above
Mentioned agreement.

Mary, the manager of Burger King, Carter Hill Road, called Steve Stephen this morning
And said you was very rude and cursed in her store this morning.  She said she had asked you
several time to pickup the stale buns before you brought in the fresh one, pick up all your empty
tray each day. She said this morning when she said something  to you about picking up the empty
trays, you told her to stack the damn trays right and you would pick them up and when leaving
you had kicked a tray and it caused the door to slam. Mary said  that because of the way you had
acted in the past and the way you acted this morning, that she didn't want you working her store
Anymore.

Please be advised that you have 10 days from this failure of performance to cure this breach.
If you do not , Flowers will have no other alternative but to terminate your rights under the
Agreement listed in Paragraphs 2.5, 5.1, 5.2, and 16.1 in accordances with its terms.

Sincerely,
Flowers Baking Co. Of Opelika, LLC

Grady Messer
Director of Sales

# EXHIBIT 11 TO GRADY MESSER DECLARATION

March 7, 2005

<u>BY CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Mr. Henry Porterfield

Montgomery, AL

Re:     Distributor Agreement between Flowers Baking Co. of Opelika, LLC ("Company") and Henry
        Porterfield ("Distributor") dated March 7, 2005 (hereinafter the "Distributor Agreement")

Dear Mr. Porterfield,

This letter is to notify you that you are in breach of the above referenced Distributor Agreement.

We have been notified that due to your actions on your part, you will no longer be allowed to service
the Sodexho Troy St. at Montgomery in your territory.

In accordance with provisions of the Distributor Agreement, be advised that you have ten (10) business
days from the date of this letter to cure your failure of performance by either:

     (a) Obtaining permission to resume servicing Sodexho Troy St. at Montgomery, or
     (b) Making satisfactory alternative arrangements for providing service to Sodexho Troy St. at
        Montgomery.

If you refuse or otherwise fail to cure your failure of performance within this stated period, Company
reserves the right to thereafter terminate your Distributor Agreement.

If you have any questions, please let me know.

Sincerely,

Grady Messer
Director of Sales

FBO000729