# Tab D –

# DECLARATION OF STEVE STEPHENS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO: 2:05-cv-937-F |
| | ) |
| FLOWERS BAKING CO. OF | ) |
| OPELIKA, LLC, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF STEVE STEPHENS

I, Steve Stephens, having been duly sworn, hereby declare and state as follows:

1. I am currently a Sales Manager for Flowers Baking Co. of Opelika, LLC ("Flowers") in the Montgomery area and have held this position since August 31, 1998. As a Sales Manager, I assist Flowers' distributors in developing their respective businesses, including helping distributors with customer relations issues.

2. On March 4, 2005, I met with Joni Barnes, the Food Director for Troy State Sodexho Marriott in Montgomery, Alabama. At the time, the Troy State Sodexho Marriott in Montgomery was one of Henry Porterfield's accounts. I had previously spoken with Ms. Barnes on the phone and she told me that Mr. Porterfield could not work her account anymore. I went down to see her personally to see if I could resolve the issue and get Mr. Porterfield back into the account.

3. Ms. Barnes explained to me that she had had problems with Mr. Porterfield not working her account on the proper scheduled days. She also told me that on Thursday, March 3, 2005, Mr. Porterfield serviced the Sodexho Marriott in the morning, but that he did not have any

1

hamburger buns. She went on to say that Mr. Porterfield promised that he would bring some hamburger buns back later that day but he never did.

4. Ms. Barnes went on to tell me that she had called Henry on Friday, March 4 to inquire about what had happened and that Mr. Porterfield told her that his truck had broken down and that he could not get back to the account. Ms. Barnes told me that she did not believe him.

5. Mr. Porterfield had had previous service issues with his Sodexho Marriott about a year before. Ms. Barnes was ready to discontinue his services then, but she agreed to give Mr. Porterfield another chance after I talked to her and explained to her the possibility of Mr. Porterfield losing his distributorship.

6. On this occasion, Ms. Barnes would not give Mr. Porterfield another chance. She advised me that she had already made arrangements to obtain her bread from an alternate supplier.

7. I prepared a summary of my discussion with Ms. Barnes shortly after my conversation with her as I typically do in situations like this where a Flowers' distributor is involved. A true and correct copy of my notes from my conversation with Ms. Barnes is attached hereto as Exhibit 1.

8. If distributors request assistance in meeting customer needs, for example, in delivering additional product to a customer to meet the customer's needs, Flowers' managers are available to help. Flowers' managers regularly help Flowers' distributors in this way.

I hereby declare under the penalty of perjury that the foregoing is true and correct according to my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

Executed on 6-28-07, 2007.

_____
Steve Stephens

Sworn to and subscribed before me this the 28th day of June, 2007.

_____
Notary Public

My commission expires: MY COMMISSION EXPIRES MARCH 4, 2011

## EXHIBIT 1 TO STEVE STEPHENS DECLARATION

On Friday 3-4-05, I met with Joni Barnes the Food Director with Sodexho Troy St. Montgomery. Mrs. Barnes notified me that she would no longer use Flowers Baking Co as their bread supplier. Mrs. Barnes explained to me that she has had problems with Henry not working their account on the proper scheduled days. She told me that on Thursday 3-3-05 Henry worked her in the morning, but did not have any hamburger buns, Henry promised her that he would bring some back later that day. Henry never carried any buns back. On Friday Mrs. Barnes called Henry and asked what happened, Henry told Mrs Barnes his truck broke down and he couldn't get back to deliver their buns. Mrs. Barnes said she did not believe this story. Mrs. Barnes told me that this was not the first time she had to go to the store and buy product that Henry failed to leave. Mrs. Barnes also reminded me that about a year ago she asked for a different Breadman, but after talking to me about Henry being a Distributor and the possibility of him losing his distributorship, she agreed to give Henry another chance. Mrs Barnes said Thursday was Henry's last chance. Mrs Barnes said she made arrangements to buy her bread from another supplier.

Steve Stephens

FBO000821