# Tab E –

# DEPOSITION OF GRADY MESSER

| | | |
|---|---|---|
| 1 | Q. | Any other instances that you recall sitting |
| 2 | | here today where Mr. Porterfield was barred |
| 3 | | from working a stop? |
| 4 | A. | Troy State Sodexho Marriott. |
| 5 | Q. | When was that? |
| 6 | A. | That was in March of 2005, I believe. |
| 7 | Q. | Tell me what you recall about |
| 8 | | Mr. Porterfield being barred from working |
| 9 | | at Troy State Sodexho Marriott. |
| 10 | A. | I understand that he didn't deliver their |
| 11 | | bread that day. The lady called in and I |
| 12 | | believe he told her he had truck problems. |
| 13 | | Which, you know, had he had truck problems |
| 14 | | and he had called one of us -- when I say |
| 15 | | one of us, myself or Steve Stevens, sales |
| 16 | | manager, certainly we would have helped him |
| 17 | | out and carried bread down there. |
| 18 | | But I think it was later on in the day, |
| 19 | | and I think Mr. Stevens went down and |
| 20 | | talked to the lady. And that's when she |
| 21 | | told him that she didn't want Henry back in |
| 22 | | to service her anymore. |
| 23 | Q. | Was that the same day that she had called |

```
 1            in?  Did it all happen in a one-day period?
 2      A.    I'm really not sure whether -- it was
 3            probably either that day or the next day
 4            one.  I'm not sure.
 5      Q.    Was Mr. Porterfield sent a breach letter, a
 6            ten-day breach letter on the Troy State
 7            Sodexho Marriott account?
 8      A.    Yes.
 9      Q.    Was that breach cured?
10      A.    No.
11      Q.    Does Flowers service Troy State Sodexho
12            Marriott now currently, today?
13      A.    Troy State -- Sodexho Marriott is a big
14            company, you know, and they have units all
15            over the world -- all over the United
16            States, you know.  This particular one at
17            Troy State in Montgomery, we lost it to our
18            competitors.
19      Q.    Which was who?
20      A.    I believe it was Colonial at that time.
21      Q.    And when did you lose it to them?
22      A.    When he -- I understand when he didn't
23            carry the bread back.
```

1  Q.  Okay. Let me ask you this just so I
2      understand it: With an account like Troy
3      State, is that an account that Flowers
4      Baking Company has and then they give it to
5      a distributor or is that an account that a
6      distributor goes out and gets or can it be
7      both?
8  A.  Sodexho or Troy State --
9  Q.  Any account. I'm just saying, you know --
10     let's just kind of walk through an
11     account. Like can a route salesman go get
12     a brand new account?
13 A.  Yes.
14 Q.  If there's somebody in his geographic
15     exclusive territory that moves into it, he
16     himself can go out and call on store "X"
17     over here and get that account?
18 A.  If it's in his territory.
19 Q.  If it's in his territory. Can the sales
20     manager also go out and call on a store to
21     try to get that store for one of his
22     salesmen in that area?
23 A.  In that particular area, yes.

1      reason?
2  A.  Right.
3  Q.  And who did you meet with at Flowers
4      concerning that decision?
5  A.  Who did I meet with?
6          Probably talked on the telephone to
7      Michael and -- yeah.
8  Q.  What did you and Michael talk about
9      regarding Mr. Porterfield losing the
10     account with Troy State Sodexho Marriott?
11 A.  Okay. We gave him the breach letter,
12     ten-day breach --
13 Q.  That's what you sent him?
14 A.  That's correct.
15 Q.  And then during that ten-day period -- did
16     you talk to Michael during that ten-day
17     period?
18 A.  I'm sure I did, yeah.
19 Q.  What did y'all talk about?
20 A.  I don't remember at this time. But during
21     the ten-day period I talked with Henry.
22     During that time Henry called me one day
23     and wanted to know if I could talk with

Deposition of Grady Messer                                       May 7, 2007

Page 55

1   him.  I said sure.  And he said we'll be
2   there in about 30 minutes.
3          In about 30 minutes Henry and a
4   Mr. Williams and a Mr. Knuckles -- I
5   believe was his name -- came walking in my
6   office.  And I was expecting Henry only.
7   He didn't say he was bringing someone else
8   with him; okay?  And I think both of them
9   were city councilmen at that time.  I think
10  one of them may have been Henry's pastor.
11         Anyway, we sat down and they was asking
12  me -- they said they had been down to Troy
13  State to talk to the lady about getting
14  Henry back in the store -- or the unit, and
15  the lady would not even talk with them.
16  And I explained to them that, you know, I
17  wasn't going to discuss Henry's business
18  with them.  That was personal between
19  Henry, you know.  And they said, well, they
20  was just trying to help Henry.
21         And the lady down there wouldn't even
22  talk to him about it.  And one of the guys
23  asked me -- I think it was Mr. Knuckles

1   asked me did -- how long did he have to get
2   back in the stop. And I told him it was a
3   ten-day breach. And he looked around to
4   Henry and said, well, you got -- you got
5   several days to work on that stop.
6        And after a brief conversation between
7   us they get up and leave. And Henry lagged
8   back and -- I don't know. He and I made a
9   few conversations, and he made the remarks
10  that somebody might get killed over this --
11  no, no, no, I'm sorry -- somebody might die
12  over this. I said, Henry, are you
13  threatening me? He said, I'm not
14  threatening you. I'm just telling you
15  there's more people going to get hurt over
16  this than me. And then he turned around
17  and left.
18 Q.  All right. Any other conversations that
19  you had with -- well, let me back up. I
20  was talking about to begin with
21  conversations you had with Michael, and we
22  kind of got sidetracked here.
23 A.  Okay.

1          products put in the freezer.
2    Q.    But that defines product as anything that
3          y'all -- as fresh baked goods; correct?
4    A.    That's what that says, yes.
5    Q.    Are frozen goods fresh baked goods?
6    A.    The products that we keep in our freezer
7          are fresh.  It's a limited number of
8          products such as foot-long hot dogs, Chili
9          Pups, things of that nature that
10         restaurants use.  And when we get them, we
11         put them in there fresh.  So, yes, they're
12         fresh.
13   Q.    How long do they remain fresh in a freezer?
14   A.    Well, we don't -- we only keep them so long
15         in the freezer, probably a couple of
16         months.  But we only use them on
17         emergencies, when we have call-ins during
18         the night or one of the distributors asks
19         for them.
20   Q.    So you don't keep anything longer than two
21         months in the freezer?
22   A.    Probably not, no.
23   Q.    Is there a log or any type of recordkeeping

|   |    |                                                              |
|---|----|--------------------------------------------------------------|
| 1 |    | as to the dates that items are placed into                   |
| 2 |    | the freezers?                                                |
| 3 | A. | The dates are on the products, yes.                          |
| 4 | Q. | So the dates are on the product?                             |
| 5 | A. | That's correct.                                              |
| 6 | Q. | And the date that's on the product is the                    |
| 7 |    | date that it was manufactured?                               |
| 8 | A. | That's correct.                                              |
| 9 | Q. | And who places the dates on the product?                     |
| 10| A. | The producing plant that produces it.                        |
| 11| Q. | And so when it -- let's take an example,                     |
| 12|    | Chili Pups.                                                  |
| 13| A. | Okay.                                                        |
| 14| Q. | When the Chili Pups get produced at the                      |
| 15|    | plant, the date is put on the Chili Pups.                    |
| 16|    | They're shipped to your warehouse in                         |
| 17|    | Montgomery, received at your warehouse.                      |
| 18|    | And then some of those items are sent out                    |
| 19|    | to the stores that need them and some are                    |
| 20|    | placed into the freezer for emergencies; is                  |
| 21|    | that right?                                                  |
| 22| A. | That's right.                                                |
| 23| Q. | And they're not kept any longer than two                     |

```
 1           them to pick it up out of code?
 2     Q.    Is it a breach on behalf of Flowers for
 3           them to allow them to pick it up?
 4     A.    And carry it to another customer?
 5                Yes.
 6     Q.    You don't want your distributors to deliver
 7           product to customers that's out of code, do
 8           you?
 9     A.    No.
10     Q.    You want product that is fresh being
11           delivered to everyone; right?
12     A.    That's right.
13     Q.    Well, tell me how is a product fresh and in
14           code when it's been sitting in a freezer
15           for two months.
16     A.    That freezer stops the process of it
17           getting old.  And when we take it out --
18           and, like I say, it's only minimum items
19           that we keep in there.  And when we take it
20           out of the freezer and throw it out, we put
21           a two-day date on it.  And in most cases
22           it's used the day we carry it.
23     Q.    Do you change the original date on it?
```

| | | |
|---|---|---|
| 1 | A. | We take the original date off. |
| 2 | Q. | So the original date that was placed on the |
| 3 | | bread on the date it was manufactured is |
| 4 | | removed and a new date is put on it? |
| 5 | A. | The date -- yes. |
| 6 | Q. | And the new date that's put on it is the |
| 7 | | date that it came out of the freezer? |
| 8 | A. | That's right. |
| 9 | Q. | And -- |
| 10 | A. | No, no. I'm sorry. It's two days from the |
| 11 | | day it comes out of the freezer. |
| 12 | Q. | So if it came out of the freezer today on |
| 13 | | the 7th of May, then a date would be put on |
| 14 | | it for the 9th of May? |
| 15 | A. | That's right. |
| 16 | Q. | Now, what does that date of the 9th of May |
| 17 | | indicate? |
| 18 | A. | It indicates if it's still in that |
| 19 | | restaurant when we get there on the 9th |
| 20 | | that we pick it up. |
| 21 | Q. | So basically you're removing the original |
| 22 | | production date of the bread and you're |
| 23 | | putting a remove by date onto the bread? |

1  A.  Not if he got back in the account, no.

2  Q.  Have you ever had someone lose an account
3      and you not send them a curable breach
4      letter?

5  A.  A key account, probably not.  Little
6      mom-and-pops that probably didn't know
7      about it, it's possible.

8  Q.  What is a key account?

9  A.  A key account being a Winn-Dixie or a big
10     account, Sodexho, more than one store,
11     Wal-Mart, Bruno's.

12 Q.  Is there a dollar figure that you have to
13     rise to to reach key account status?

14 A.  Well, not necessarily.  You know, most key
15     accounts are a group of stores or whatever,
16     you know, but no.

17 Q.  So a key account typically is a very large
18     account, though, within one geographic
19     area?

20 A.  A key account is a -- something that we
21     refer to as being a group of stores or, you
22     know, a big volume store.

23 Q.  If -- I'm trying to think of one.  If there

```
 1          versus a contract that distributors are
 2          operating under now?
 3     A.   I'm not sure.  I don't know.
 4               MR. DAVIS:  That's all I've got.
 5               MS. REISS:  I just have a few.
 6                    EXAMINATION
 7     BY MS. REISS:
 8     Q.   Are you aware if Mr. Porterfield ever asked
 9          for product out of the freezer?
10     A.   Yes.
11     Q.   Did Mr. Porterfield ever complain to you
12          about having to take product out of the
13          freezer?
14     A.   No.  He was glad to get it.
15     Q.   Do you know if Mr. Porterfield ever
16          complained to anyone else about having to
17          get product out of the freezer?
18     A.   Not to my knowledge, no.
19     Q.   On what occasions do you have to provide
20          product out of a freezer to a customer?
21     A.   Very seldom.  It depends.  There's weeks
22          that go by that you don't.  Then you may
23          have two or three in one week.  But less
```

1        than one percent of our business comes out
2        of there, you know, very seldom.
3    Q.  Are any products that are kept in the
4        freezer delivered to grocery stores?
5    A.  No. All products are restaurant products.
6        None goes to grocery stores.
7    Q.  Has Mr. Porterfield ever come to you or
8        anyone else that you know of and said that
9        a customer complained that he delivered
10       them products out of a freezer?
11   A.  Not to my knowledge.
12   Q.  Has he ever had a breach issue because he
13       delivered a product that came out of the
14       freezer?
15   A.  Not to my knowledge, no.
16   Q.  Is failure to pull product off the shelf a
17       breach issue? Is it a possible breach
18       issue?
19   A.  Like out of codes in grocery stores?
20   Q.  Yes.
21   A.  Yes.
22   Q.  Has Mr. Porterfield ever had an issue where
23       he's failed to pull old product off the

> **Grady Messer**
> 03/16/2005 02:43 PM

To:   Steve Bordeaux/Flowers@Flowers
cc:   Michael Lord/Flowers@Flowers

Subject: Henry Porterfield

Henry called me about 1:00 P.M. today and wanted to know if I would be here awhile, I told him yes and he said he wanted to come down and talk to me. About 30 minutes later he come into my office and had Montgomery City Councilman Williams and Councilman Knuckles with him. For the record City Councilman Williams is the pastor of Henry's church. They came in and Mr. Williams said that they had been down to see the lady at Troy State about getting Henry's problem resolved but she was real rude and wouldn't talk to them. She told them that she didn't have time. Mr. Williams said that when you have someone livehood at stake, at least she could have talked to them. He went on to say that they were down here on behalf of Henry and try to get his problem resolved. I told them that I didn't know how much they knew about it but I couldn't discuss it with them. They said Henry said it was about losing the Troy State account and I had written Henry a 10 day letter. He asked when the 10 days was up. I told him 10 business days would be March 22. Mr. Knuckles said, well Henry you got several more days to work on this. About that time Henry said he talked to the lady at Troy State this morning and she said he could come back and work her. But after these 2 Councilmen went down and talked to her that she may have changed her mind. At that time Mr. Knuckes said if she said Henry could start back working her then everything should be ok. I told him that you had 10 days to cure a cureable breach. At that point they got up and left.
Henry stayed behind and talked to me some more. Henry said it really wasn't his fault that he lost this account and the last breaches wasn't his fault either. After a little more talking he got up and left. When he was going out the door he said somebody might die over this. I told him he didn't need to be threating anyone and his comment was, I'm not threating anyone but, more than me is going to hurt over this and that's a promise.


PLAINTIFF'S EXHIBIT 2