# Tab G –

# DEPOSITION OF STEVE BORDEAUX

```
 1           started as a route salesperson at the
 2           time.  It was quite a few years ago though.
 3    Q.     Mr. Porterfield was -- his contract with
 4           Flowers Baking Company was terminated in
 5           March of 2005, I believe?
 6    A.     Yes, sir, I believe so.
 7    Q.     Tell me what your involvement was regarding
 8           the termination of Mr. Porterfield's
 9           contract.
10    A.     My involvement was to give the final say-so
11           whether to go forward or not go forward on
12           the issue of the curable breach.
13    Q.     When you say go forward or not go forward,
14           explain to me what you mean by that.
15    A.     Whether to terminate the contract for the
16           curable breach that was not cured or not
17           to.
18    Q.     And who besides yourself participated in
19           that decision-making process?
20    A.     Michael Lord and myself.
21    Q.     Tell me what you recall about the first
22           time that you heard about the breach that
23           Mr. Porterfield had with his contract.
```

| | | |
|---|---|---|
| 1 | Q. | You don't have any memory of speaking with |
| 2 | | him in the last five years? |
| 3 | A. | I'm sure that I have spoken with him in the |
| 4 | | last five years, but I don't know the exact |
| 5 | | date or exactly what it was about or |
| 6 | | anything. |
| 7 | Q. | You don't have any memory of it today? |
| 8 | A. | I don't have any memory of it at all, sir, |
| 9 | | not just today other than, you know, me |
| 10 | | seeing Mr. Porterfield out there a few |
| 11 | | minutes ago and said hey. |
| 12 | Q. | There's been testimony yesterday and today |
| 13 | | concerning bread that was placed into the |
| 14 | | freezer at the Montgomery warehouse |
| 15 | | location, the Opelika warehouse location, |
| 16 | | and the Phenix City warehouse location. |
| 17 | | Are you aware that bread is placed into the |
| 18 | | freezer at those locations? |
| 19 | A. | Yes, sir.  I'm aware that the main use of |
| 20 | | that freezer is for bun usage.  There |
| 21 | | perhaps might have been some bread in -- as |
| 22 | | I refer to as loaf breads.  There may have |
| 23 | | been some in there, but I'm not exactly |

```
 1         sure what was in there.  But I know the
 2         biggest part of it was mainly buns.
 3    Q.   How long is that bread stored in the
 4         freezer?
 5    A.   We try not to keep it longer than any three
 6         months -- two months to three months.  It
 7         is subject to get freezer-burned.
 8    Q.   What happens to the bread once it's removed
 9         from the freezer?
10    A.   If it's been in there longer than three
11         months, then we remove it and throw it in
12         the trash dumpster because it had freezer
13         burn on it.
14    Q.   If it's being sold to a restaurant, what
15         happens to the bread?
16              When I say bread, buns, bread
17         products.
18    A.   What do you mean by what happened to it?  I
19         mean, what --
20    Q.   Are you aware that the dates are removed
21         from the product?
22    A.   Yes, sir.
23    Q.   Are you aware that new dates are placed
```

1   A.   I'm pretty sure it was before.  I mean, he
2        was aware that we had the freezers and that
3        we purchased them from Burger King and, you
4        know, knew what we were doing with them.
5        There's emergency situations and that's all
6        the freezers were for was emergency
7        situations.  It's not something every day,
8        but that's -- that practice is being done.
9        And that's all they are for is for
10       emergency situations for fast food
11       restaurants mainly.
12  Q.   Let me ask you this:  Regarding your route
13       salesmen such as Henry Porterfield, does
14       Flowers have the right to direct the manner
15       in which Mr. Porterfield does business?
16              MR. HISTA:  You want to clarify
17                 the time frame, whether you're
18                 talking about when he was an
19                 employee route salesman or
20                 when he was a distributor.  He
21                 was both.
22              MR. DAVIS:  When he was a
23                 distributor.

1       know?

2                   MS. REISS:  I'm going to object to

3             the extent it calls for a

4             legal conclusion.

5   A.  I'm sure -- you know, I don't know exactly

6       what they expect as far as that -- in that

7       regards.  I do not know.

8   Q.  What's your definition of fresh?

9   A.  Fresh is anything that is of good quality

10      and it's still in good shape as far as it

11      being -- any product for that matter, you

12      know, as far as it being edible or -- you

13      know, it's still good for you.  It wouldn't

14      be harmful, you know, for eating.

15  Q.  Okay.  Do you think that freezing bread

16      still makes it be fresh as Flowers would

17      describe fresh or define fresh?

18  A.  I think freezing bread does not distort the

19      actual product, whether it be Flowers'

20      product or anybody else's product.  I don't

21      think it distorts the product as far as the

22      quality and the edible goodness of that

23      particular product.

1   Q.   Would you agree with me that freezing is a
2        form or a method of preserving a product?
3   A.   It extends the product.
4   Q.   It allows you to take fresh product and
5        preserve its freshness for a while. Would
6        you agree with that statement?
7   A.   It extends the actual shelf life of that
8        product because it is suspended. I mean,
9        it's in --
10  Q.   It's suspended. It's preserved?
11  A.   I don't know if it's preserved. If it's
12       preserved, it's something that's going to
13       really distort the -- it changes the
14       product itself when you preserve something.
15  Q.   Well --
16  A.   And I'm speaking of that in regards to
17       grandmother making, you know, fig preserves
18       or what have you.
19  Q.   Well, let's take another example. And I'll
20       use my grandmother. I remember she had
21       blueberry trees. And if you went out and
22       picked a bucket of blueberries and brought
23       them in and set them in the sink two or

1   A.   As I stated awhile ago, I disagree and I
2        disagree with your statement of the
3        definition of that.
4   Q.   And what is it about what I said that you
5        disagree with?
6   A.   Every bit of it.
7   Q.   Okay. So you disagree that recently made,
8        produced, or harvested -- you disagree with
9        that. That's not a definition of fresh?
10  A.   That's correct.
11  Q.   You disagree with not preserved as by
12       canning, smoking, or freezing, for example,
13       fresh vegetables. You disagree with that
14       definition?
15  A.   Yes, I do.
16  Q.   And do you have a basis or a reason why you
17       disagree with it?
18  A.   There's several terms for freshness. If
19       you -- you can use your terminology of
20       freshness. You can use my terminology of
21       freshness. But as far as freezing product,
22       it does not preserve it. All it does is
23       put it in a suspended state. It's not

```
1         preserving it to mean it's going to last
2         there forever and ever and ever.  It's a
3         temporary state, the freezing part is, and
4         that's what I'm calling as far as fresh.
5         It's still fresh products in a suspended
6         state for a small length of time.  And we
7         don't keep anything in our freezers more
8         than two to three months.
9   Q.    So you as president of Flowers Baking of
10        Opelika would define fresh to include
11        freezing as long as it's only frozen for a
12        two to three-month period?
13  A.    No, sir, I disagree with that.  That's your
14        assessment.
15  Q.    All right.  Well, tell me what your
16        assessment of -- as president of Flowers
17        Baking Company your definition of the word
18        fresh.
19  A.    My definition of fresh is fresh baked
20        quality of products that's no -- not longer
21        than 14 to 16 days old if it has not been
22        frozen.  If the product has been -- half of
23        that length of that time, the 14th or 16th
```

```
 1                    distributor agreement.
 2              MS. REISS:  Well, I think you need
 3              to clarify, then, when -- if
 4              and when that is ever done.
 5     A.   When it is done, it is product that's came
 6          out of our freezers and the date was
 7          changed, yes, sir.
 8     Q.   And that's not a violation of the
 9          distributor agreement?
10     A.   No, sir.  Mainly because we don't come and
11          ask for those buns.  We don't sit there and
12          say, well, Mr. Davis, I have some steak
13          buns or freezer buns and if you run short
14          and you need them.  They came and asked us
15          for -- they meaning other distributors as
16          well as Mr. Porterfield -- for product out
17          of the freezers because they underordered,
18          didn't order properly.  A busload of
19          baseball players came through where they
20          had a tournament in a certain area and they
21          sold more than was anticipated.  That's
22          when the freezer product was used.
23     Q.   And it's not a violation -- my sole
```

```
 1         question, though, it's not a violation of
 2         the distributor agreement for Flowers to
 3         change the date on product?
 4    A.   No, sir.  No, sir.
 5    Q.   Well, would it be --
 6    A.   Not in that regard that I just mentioned
 7         it's not.
 8    Q.   Would it be a violation for a distributor
 9         to change the date on product?
10    A.   It depends on the circumstances, what it
11         was, what context it was being used or why
12         he was doing it.
13    Q.   But you never tell the customers in the
14         field, the restaurants, that you've changed
15         the date, do you?
16              MS. REISS:  Object to the form.
17              Facts not in evidence.  You
18              can go ahead and answer.
19    A.   Yes, sir.  We have told them in the past
20         sometimes at the local units, sometimes no,
21         just, you know, to cut down on the
22         intermediate local level harassment that
23         would possibly come as far as them maybe
```

```
 1              being upset because we had, you know,
 2              changed the --
 3   Q.         Frozen product?
 4   A.         Frozen product.
 5   Q.         And you changed the date on it?
 6   A.         Yes, sir.
 7   Q.         And you could see where that would cause
 8              certain customers to be irate about that,
 9              can't you?
10   A.         Because they wouldn't understand.  But if
11              they got upset, we would explain to them
12              what the procedure was for that particular
13              incident.  It was an emergency situation
14              and only done on emergency situations.  It
15              was done to take care of the customer's
16              needs, whether it be on Mr. Porterfield's
17              route or any other route.  It was only done
18              on extreme emergency cases, and if they
19              asked, we would tell them.  If they asked
20              the distributor and he don't know, all they
21              had to do was pick up the phone and call us
22              and ask us or we would have a manager over
23              there to explain it to them what actually
```

```
 1        happened.  We took these particular buns
 2        out of the freezer.  We did that as a
 3        precautionary measure because you, the
 4        customer, had a certain item on sale and
 5        you used -- you gave us the estimated usage
 6        increase for your particular unit.  You
 7        used more buns than what the estimated unit
 8        possible requirement would be.
 9   Q.   But you didn't disclose it to the customer?
10             MS. REISS:  Object to the form.
11             Asked and answered.
12   A.   Sometimes we did.  Sometimes we didn't,
13        sir.
14   Q.   Would you pay the same for frozen bread as
15        you would for bread that had never been
16        frozen?
17   A.   Yes, sir, if it's in good quality
18        product -- in good -- if it's in good
19        quality of product, yes, sir, I would.
20   Q.   And you think that consumers should pay the
21        same for frozen bread that's in good
22        quality as opposed to bread that's never
23        been frozen?
```

```
 1            may buy at those restaurants.  You know
 2            that ultimately the consumer is going to
 3            receive that bun; correct?
 4     A.     If we took some out of the freezer and a
 5            distributor took them to that unit after he
 6            had called us telling them that he wanted
 7            them and they used them in that particular
 8            restaurant for an emergency situation, yes,
 9            sir.
10     Q.     Is one reason -- well, strike that.
11                 By changing the date on bread are you
12            representing that the bread is good to that
13            new date?
14     A.     By changing the date to a different date?
15     Q.     Yes.
16     A.     Yes, sir.  Still good through the date that
17            we would put on it, yes, sir.
18     Q.     And you put basically two days on it; is
19            that right?
20     A.     Yes, sir, two days after we take something
21            out of the freezer.
22     Q.     And why don't you leave the original dates
23            on it?
```

Deposition of Steve Bordeaux                                    May 8, 2007

Page 84

```
 1       ate them.  And I am sure that you have done
 2       that.  Your wife has done that.  I have
 3       done that.  Probably everybody that we know
 4       of has done that.
 5   Q.  I understand that.
 6   A.  There's nothing wrong with that product.
 7   Q.  There's nothing wrong with freezing
 8       product.  I agree with that.  The
 9       difference is that there is something wrong
10       with freezing product that you represent to
11       be fresh.
12           MR. HISTA:  Objection.
13                   Argumentative.
14   Q.  Do you think that it's fine to distribute
15       product that you represent to be fresh when
16       you have frozen it or suspended it as you
17       would say?
18   A.  Yes, sir, I do.
19   Q.  And that's Flowers' position; right?
20   A.  And it's my position.  I think it's okay.
21       You asked me did I think --
22           MS. REISS:  I'm going to object to
23                   the extent that he is not a
```

1   A.   Yes, sir.

2   Q.   You did?

3   A.   Yes, sir.

4   Q.   Which Burger King did you tell that to?

5   A.   Are you asking me that in regards to what

6        she said earlier as far as Burger King?

7   Q.   Yes.

8   A.   Yes, sir. And the particular area that we

9        had was in Columbus, Georgia, and they were

10       frozen and that was their program.

11  Q.   They knew they were frozen?

12  A.   Yes, sir.

13  Q.   You told me earlier that sometimes you told

14       customers that they were getting frozen

15       buns and sometimes you didn't.

16              MS. REISS: Object to the form.

17                      That's not his testimony.

18  A.   That's not my testimony.

19  Q.   Do you always tell customers -- when I say

20       customers, I'm talking about your Burger

21       Kings, your Sonics, your Krystals -- that

22       they're getting buns that are frozen or

23       have been frozen?

```
 1   A.   No, we didn't tell them every time.  And
 2        I'm sure Mr. Porterfield or any other
 3        distributor did not tell them either when
 4        they were in dire need of buns and got
 5        frozen buns out of the freezer.  I didn't
 6        tell them.  They didn't tell them.
 7   Q.   So is it possible that the customer that
 8        received the buns didn't even know they
 9        were getting frozen buns?
10   A.   That is correct.  But those frozen buns
11        were good, saleable, in edible condition
12        buns.
13   Q.   So they were being deceived about the fact
14        that they were getting buns that were
15        frozen versus fresh product?
16   A.   No, sir, I'm not saying that.  You can say
17        that.  I'm not saying that, no, sir.  I
18        don't feel like that they were deceived.
19   Q.   You feel like that it was fine to deliver
20        them product that had been suspended,
21        frozen?
22   A.   Yes, sir.  It's a saleable, edible, good
23        tasting, good product.  I could serve you
```

1   some buns, Mr. Davis -- or anybody for that
2   matter -- and make you a sandwich and you
3   would not know the difference between
4   frozen and fresh.  And I don't see where
5   that is being deceptive or pulling the wool
6   over somebody's eye or anything.
7        The reason we did not say anything to
8   local management, whether it be at -- a
9   store manager or restaurant level person --
10  is that -- just the hassle and stuff that
11  you would have to go through there
12  explaining that to them, and the buns are
13  fine.
14       But as far as any corporation or
15  anything, Burger King or Krystal or whoever
16  it is, knows on certain situations,
17  emergency situations, taking care of our
18  customers' needs, the distributor's
19  customers' needs, that they got some frozen
20  buns on emergency situations.  And that's
21  not being brassy or anything.  I'm telling
22  you just like it was.  I mean, it's
23  emergency situation only.  Probably a half

Deposition of Steve Bordeaux                           May 8, 2007

```
 1        sir.
 2   Q.   Well, I thought you told me that --
 3   A.   It all depends on --
 4   Q.   -- as low as a half-percent and sometimes
 5        as high in certain situations as one and a
 6        quarter percent would actually get frozen.
 7   A.   No.  I didn't say it gets frozen.  I said
 8        that that was probably -- based on a
 9        different week -- I mean, you could go some
10        weeks and not have any.  You could go some
11        weeks and it might be 1.2 percent.  We
12        don't really track it.  That was just an
13        estimated guess on my part based on the
14        number of buns that we will use based on a
15        particular account getting "X" number of
16        trays per week.  It's just, you know, a
17        nonscientific way for me to kind of look at
18        what we were doing as far as freezing a
19        product.  There's nothing scientific about
20        it.
21   Q.   One other thing I wanted to ask you.  You
22        said on the Sodexho Marriott account that
23        Mr. Porterfield didn't service it at all.
```