# Tab H –

# DEPOSITION OF MICHAEL LORD

Deposition of Michael Lord                    May 8, 2007

```
 1            Alabama; Georgetown, Georgia, if I haven't

 2            said that one; and then Alex City, Alabama.

 3    Q.      While we're on the subject, how many of

 4            those warehouses have freezers?

 5    A.      Three of them.

 6    Q.      What three?

 7    A.      Would be Phenix City, Montgomery, and

 8            Opelika.

 9                    (Plaintiff's Exhibit 1 was marked

10                    for identification.)

11    Q.      Let me just show you what I've marked as

12            Plaintiff's Exhibit 1.  That's just a

13            family tree of Flowers Baking Company here

14            that I've drawn out, an organizational

15            chart:  president, underneath it is vice

16            president, and then I've got the two

17            director of sales.  Underneath that I've

18            got your sales managers.  In some places

19            I've abbreviated S-M-A-N for sales

20            manager.  Also I've got your branch

21            operations manager and I've abbreviated

22            that also.  Is that the general makeup of

23            Flowers Baking of Opelika?
```

Deposition of Michael Lord                              May 8, 2007

1    what Grady -- well, I'm just going to tell

2    you what I remember of it, and I'll try to

3    go back and straighten out where Grady

4    messed a few things up at.

5        And I'll just start out from the

6    original breach letter that we issued on

7    March the 7th for -- it was a ten-day

8    breach for not being able to work the

9    Sodexho account at Troy State.  We gave him

10   the breach letter.  He had ten days to cure

11   it.  Around March 16th is when the

12   councilman came to see -- with

13   Mr. Porterfield.  That was the day that the

14   threats took place.  That was the day that

15   we barred him from the company property.

16       Then on the 23rd -- on or about the

17   23rd is when we met with Mr. Porterfield

18   and his brother and gave him his letter of

19   termination of the contract.  And this is

20   where Grady got it mixed up in my opinion.

21       Grady was saying that we met before the

22   ten days was up, but it was the day we gave

23   him the actual termination letter.  That

Deposition of Michael Lord                          May 8, 2007

1    Q.    Did you and Mr. Bordeaux meet to discuss

2          this?

3    A.    Yes, sir.

4    Q.    When did y'all meet?

5    A.    The first time we found out what happened,

6          which would have been March the 7th.

7    Q.    7th?

8    A.    Yes, sir.

9    Q.    Tell me about your conversations with Steve

10         Bordeaux.

11   A.    We just talked about that we had another

12         issue -- another issue with Henry and felt

13         like we needed to give him a ten-day breach

14         letter over this.

15   Q.    Okay.  And you issued a ten-day breach

16         letter?

17   A.    Yes, sir.

18   Q.    Did you and Mr. Bordeaux talk any more

19         about it after the ten-day breach letter

20         was issued?

21   A.    Yes, sir.  We talked about it on the 16th

22         of March when the councilman came by to see

23         Grady and the threats that were made.  We

Deposition of Michael Lord                                May 8, 2007

1         talked about it then because we decided to

2         bar him from the premises any -- from

3         Flowers' property.  And then we talked about

4         it the day that we did his termination

5         letter also.

6    Q.   Tell me, on March 16th were you in

7         Montgomery or were you in Opelika?

8    A.   I was in Opelika.

9    Q.   How did you learn about the March 16th

10        event?

11   A.   Grady sent an e-mail to Steve and myself --

12        Steve Bordeaux and myself.

13   Q.   That was the e-mail that we discussed or

14        looked at yesterday.  I think it was marked

15        as an exhibit.  It's marked as Plaintiff's

16        Exhibit 2 to Grady Messer's deposition?

17   A.   That's it.

18   Q.   And --

19   A.   And he also called me and told me what

20        happened too.

21   Q.   This says it was sent by Grady Messer, I

22        guess, 3-16 at 2:43 p.m.  Is that --

23   A.   Yes, sir.

Deposition of Michael Lord                    May 8, 2007

1    Q.   I assume you received it sometime after

2         2:43 p.m.?

3    A.   Yes, sir.

4    Q.   Do you remember when you received it?

5    A.   No, sir, I don't.

6    Q.   Once you received it, what did you do?

7    A.   I read it and talked with Steve about it.

8         And Steve had read it, also, because it was

9         sent to him as well.

10   Q.   And is that when you made the decision to

11        bar him from the property?

12   A.   Yes, sir.

13   Q.   From company property?

14   A.   Yes, sir.

15   Q.   And what did you do to bar him from company

16        property?

17   A.   We issued him a letter stating that he was

18        not allowed to come on company property.

19        And I can't -- we also talked to Henry.  I

20        don't remember if it was myself or Grady

21        that talked to Henry.  And he said that he

22        wanted it in writing, so we put it in

23        writing.

Deposition of Michael Lord                              May 8, 2007

Page 40

1    A.    The code is put on it so we'll know when it

2          was produced.

3    Q.    What's the date put on it for?

4    A.    There's a bake date on there so we'll know

5          when it was made.  There's a good-through

6          date so that the consumer that buys a loaf

7          of bread will know when they take it home

8          how long it should be good through -- at

9          least through that date.

10   Q.    You heard Mr. Messer yesterday state that

11         dates were removed from bread?

12   A.    In -- the only time we would take a date

13         off of any bread -- well, let me back up.

14               We only take dates off of restaurant

15         product that we put into a freezer.  That's

16         the only time we ever take a date off of

17         anything.  We don't take dates off of

18         product that is sold in any grocery store,

19         any convenience store, anything.  We take

20         the date off of a product when it comes out

21         of our freezer that we have for emergency

22         situations for restaurants, for oddball

23         items such as Chili Pups or Sonic foot-long

Deposition of Michael Lord                                    May 8, 2007

1        hot dogs, something oddball that a customer

2        may need in an emergency situation.  And we

3        would take the date off of that then and

4        put a new date on it when it came out of

5        the freezer.

6             But the product that comes out of the

7        freezer is a perfectly good saleable

8        product.  We would not in any way, shape,

9        or form sell anyone any product that is not

10       fit to sell.

11   Q.  Does Flowers sell bread out of freezers in

12       other markets other than the Opelika

13       market?

14   A.  I would not know that.

15   Q.  What about when you worked in Thomasville,

16       Georgia?  Were there any freezers in the

17       Thomasville, Georgia --

18   A.  To my knowledge we didn't have any.

19   Q.  Why do you take the date off of it and put

20       a new date on it?

21   A.  We put a new date on it to -- number one,

22       so it doesn't confuse a customer that --

23       when I say the customer, I'm speaking of a

Deposition of Michael Lord                              May 8, 2007

```
 1            Krystal or a Burger King or a Sonic.  We

 2            don't want to confuse the customer that

 3            what they're getting is a product that's

 4            been sitting out for two to three months.

 5            It's actually been sitting in the freezer

 6            for two to three months, and we don't want

 7            them to think that it's actually a product

 8            that's just been sitting out in a warehouse

 9            for three months.

10    Q.      You don't tell the customer that it's been

11            frozen, though, do you?

12    A.      We don't tell the -- like if I were to

13            deliver the buns to the restaurant, I don't

14            go in there and say, hey, by the way, we

15            just pulled these out of the freezer.  You

16            might want to wait a few minutes before you

17            use them.  But Burger King and Krystal

18            knows that we have put product in the

19            freezer to use for them in emergency

20            situations for their benefit.  They would

21            rather have a bun that had been frozen,

22            that it was freshly frozen, nothing wrong

23            with it, than they would rather have no
```

Deposition of Michael Lord                              May 8, 2007

```
 1              buns at all and --
 2                   (Brief interruption.)
 3    A.   They would rather have that than have
 4         nothing at all.
 5    Q.   It's deceptive to change the date; wouldn't
 6         you agree with that?
 7    A.   No, sir.
 8    Q.   Why isn't it deceptive in your opinion?
 9    A.   Because when we put a product in a freezer,
10         we suspended the code.  It's a product that
11         is still going to be good when it comes out
12         of the freezer.  It would be no different
13         than if you were to buy a bunch of
14         hamburger buns for a football game and not
15         use all of them and put them in your
16         freezer.  I mean, when you pull them back
17         out of the freezer, they're still perfectly
18         good saleable product -- or edible
19         product.  But, no, it's not deceptive to
20         me.
21    Q.   It's deceptive as to the date that it was
22         manufactured, isn't it?
23    A.   The manufacture date is there for recall
```

Deposition of Michael Lord                              May 8, 2007

Page 44

1          purposes, the reason we have a manufacture

2          date on there.  And we would have known if

3          there had been a recall.  But that's the

4          reason there's a manufacture date on there.

5     Q.   And the manufacture date is removed, also,

6          isn't it?

7     A.   Yes, sir.

8     Q.   So the customer doesn't know the

9          manufacture date, does it?

10    A.   They may not know the manufacture date

11         there, no, sir.

12    Q.   And typically wouldn't customers want to

13         know the manufacture date of a product?

14    A.   Not necessarily.  Most customers are

15         concerned when the product is good through

16         is what they're concerned with is the

17         good-through.

18    Q.   So --

19    A.   And in an emergency situation where Krystal

20         needed Chili Pups, if the product was a day

21         old or two days old, as long as the product

22         was -- just because it's a day old on the

23         code does not mean that it's not edible.  I

Deposition of Michael Lord                    May 8, 2007

1          into the freezer.  Just to give you one

2          scenario -- and I'm going to use -- I'll

3          use Sonic foot-longs for example.  You got

4          route A here.  You got route B here.  Route

5          A works a Sonic.  Route B works a Sonic.

6          Route A has -- and he realizes he's got way

7          too many foot-long hot dogs.  He doesn't

8          need all of them.  And we know we don't

9          have any in the freezer, so we may say,

10         hey, let's just take these foot-longs and

11         let's put them in the freezer.  That's how

12         product would typically get put in there.

13    Q.   And the freezer bread, once it's taken out,

14         is given a new date; right?

15    A.   Yes, sir.

16    Q.   If bread was put in today on May the 8th,

17         2007 -- if it was taken out of the freezer

18         today, what date would be placed onto that

19         bread?

20    A.   More than likely the 9th or the 10th.  It

21         depends on the situation.  But anytime

22         bread comes -- anytime any buns come out of

23         that freezer that would go to a restaurant,

Deposition of Michael Lord                          May 8, 2007

Page 53

1       it's normal -- 99 percent of the time it's

2       an emergency situation where they've got to

3       have the product pretty soon and that

4       product is going to be used fairly quickly,

5       very quickly.  It's not going to be

6       something that's going to sit in that

7       restaurant for two to three days.  We're

8       not going to have to come back in there and

9       pull that product out of that restaurant

10      because it's gone past that date.

11   Q.  What is typically the -- when bread is

12      manufactured, when bread is made, they put

13      a date of manufacture and an expiration or

14      use by date?

15   A.  Not all products have the actual date that

16      you and I could read when it was

17      manufactured.  Anything that would go to

18      a -- any bulk buns that would go to Burger

19      King, for example, would have the date it

20      was baked and the good-through date on it.

21          Now, if you had a loaf of Sunbeam Giant

22      bread, again, for example, it would have a

23      date that it was manufactured, but it

Deposition of Michael Lord                           May 8, 2007

Page 54

```
 1          wouldn't be a date that everyone could

 2          read.  It would be there for Flowers'

 3          purposes in case of a recall.  Now, it

 4          would have a date that it would be -- it

 5          would say best by or good through or

 6          something like that.

 7    Q.    The bread that's delivered out of the

 8          freezer to a customer has no bake date on

 9          it, does it?

10    A.    The bake date would not be on there, no,

11          sir.

12    Q.    And the use by date is two to three days

13          after it's pulled out of the freezer?

14    A.    One to two days.

15    Q.    And if bulk product buns, for example --

16    A.    Right.  And what that is is a tray of

17          buns --

18                    MS. REISS:  Let him ask the

19                        question.

20    Q.    Bulk product buns -- if you've got bulk

21          product buns, they have a date -- bake date

22          on them and they have a use by date on

23          them; correct?
```

Deposition of Michael Lord                    May 8, 2007

Page 56

1              back up a minute.  I'm getting confused.

2                   If it was three or four days old when

3              it came out of the freezer -- wait.  I'm

4              getting this mixed up too.

5                   Say the product was three or four days

6              old when it was put into the freezer;

7              okay?  When it comes out of the freezer, I

8              don't want to add seven days on top of that

9              already.  So putting one to two days on it

10             is the best way to do it.  Plus it's been

11             frozen.  And there's nothing wrong with

12             it.  But it's going to get used quickly,

13             also, by the restaurant.

14   Q.   Some of the bread that's put into the

15             freezer has already been in the warehouse

16             two to three days, hasn't it?

17   A.   Sometimes, yes, sir.

18   Q.   How long have you been working at the

19             Opelika office?

20   A.   Since 1996.

21   Q.   And since 1996 y'all have been using bread

22             that you take out of the freezer, haven't

23             you?

Deposition of Michael Lord                        May 8, 2007

Page 57

1    A.    No, sir.

2    Q.    When did you start doing the bread out of

3          the freezer?

4    A.    We bought that freezer from Burger King

5          actually in 1998, 199.  I'm not exactly

6          sure when we bought the freezers.  But we

7          bought them from Burger King.  We bought

8          them from Burger King because we used to --

9          we had several -- we had five restaurants

10         in Columbus, Georgia, that they had set up

11         that we delivered the buns.  They kept them

12         in their freezer and they pulled them out

13         as they got ready to use them.  So they

14         decided they would rather us just deliver

15         the buns to them on a daily basis instead

16         of once a week off a tractor-trailer

17         truck.  They decided it would be better if

18         we just delivered them to them once a

19         week -- I mean -- excuse me -- five days

20         per week like on our regular route delivery

21         trucks instead of delivering it to them

22         once a week.  They just felt like they

23         liked that better.  And then we bought the

Deposition of Michael Lord                          May 8, 2007

Page 58

```
 1           freezer from them.

 2      Q.   That was for the Opelika store -- Opelika

 3           warehouse?

 4      A.   No, sir.  That was for the Montgomery.

 5      Q.   For Montgomery.  What about the Opelika

 6           warehouse?

 7      A.   The Opelika warehouse?

 8                I'm not sure how long that freezer has

 9           been there.

10      Q.   And the other warehouse is in Columbus -- I

11           mean, the other warehouse with the freezer

12           is in Columbus?

13      A.   Phenix City.

14      Q.   Phenix City.

15      A.   And we bought it from Burger King at the

16           same time.  But, like I said, Burger King

17           was -- we were delivering them buns that

18           they put into the freezer, and then they

19           pulled them out as they needed them instead

20           of having the inventory sitting on the

21           floor.  They pulled them out as they needed

22           them.

23      Q.   How big is the freezer in Phenix City?  Is
```

Deposition of Michael Lord                          May 8, 2007

Page 63

1        frame, product has been sold out of the

2        freezers in Opelika, in Phenix City, and in

3        Montgomery?

4    A.   Yes, sir.

5             MS. REISS:  I'm going to object to

6                  the characterization of sold

7                  out of the freezer.  It's not

8                  like they're standing at the

9                  freezer selling it to people.

10                 I mean, I just object to the

11                 characterization.

12   Q.   Product comes out of the freezer and is

13        sold to customers, however it comes out of

14        the freezer?

15   A.   It's sold to the distributor and then the

16        distributor sells it from there.  But it is

17        only sold out of those freezers for

18        emergency situations, being, one, the

19        distributor didn't order enough product,

20        which Henry has done before, didn't order

21        enough, didn't work his route like he

22        should have worked it to begin with and we

23        had to get product out of the freezer to

Deposition of Michael Lord                    May 8, 2007

1       take care of it.

2              Two, could have been that a -- you

3       could have a Krystal on an interstate and

4       bike week, for example, is going on in

5       Panama City.  I noticed a lot of bikes

6       coming back from Panama City.  And they

7       could have done a lot of extra business on

8       Chili Pups and needed to have some extra

9       ones.  So emergency situations will come up

10      that you may not be ready for.  Or the

11      restaurant could just do more business than

12      what they normally do.

13  Q.  Does Flowers consider product that comes

14      out of the freezer to be fresh?

15  A.  I do.

16  Q.  Fresh frozen?

17  A.  I don't know -- I would not say it's fresh

18      frozen.  I wouldn't consider it that way.

19      I mean, I wouldn't -- I wouldn't have any

20      terminology that I would consider it.  I

21      consider it fresh edible product that can

22      be sold to anyone.

23  Q.  It's not frozen, though, within minutes of

Deposition of Michael Lord                                    May 8, 2007

Page 74

```
 1              collect the full dollar from Burger King.

 2              But he makes the ten cents on his discount

 3              on that one tray if it were a dollar.

 4     Q.   You talked earlier about --

 5     A.   Did I answer what you were asking me?

 6     Q.   Yeah.

 7     A.   I can't remember what you asked me.

 8     Q.   More than answered.  Okay.

 9     A.   I'm sorry.

10     Q.   No.  You did fine.

11              You were talking earlier about you got

12              the freezers from Burger King.  Do you know

13              how prevalent the use of frozen product

14              is -- or especially frozen -- or bread

15              that's frozen or frozen product used in the

16              restaurant area in the Opelika area?

17     A.   Restaurants use frozen product all the

18              time.

19     Q.   What do you mean by product?

20     A.   Excuse me.  Restaurants use frozen bread on

21              a regular basis.

22     Q.   Have you ever lost any accounts to a

23              restaurant who just wanted frozen product
```

Deposition of Michael Lord                          May 8, 2007

Page 75

```
 1         instead of product delivered off the

 2         truck?

 3    A.   Yes.

 4    Q.   Can you give me an example?

 5    A.   Prattville Outback Steakhouse.  The first

 6         week that we delivered to that, we were

 7         delivering fresh product -- well, I say --

 8         excuse me.  We were delivering Outback

 9         steak loaves to the Outback Steakhouse.

10         The bread they give you at Outback, we

11         deliver that to them.  Well, they decided

12         that they wanted to go to a frozen program,

13         and we didn't service -- serve the account

14         anymore.  But they use -- they use frozen

15         bread there.

16              Restaurants keep -- sometimes will keep

17         an emergency -- a Chick-Fil-A for example.

18         They might keep some wheat buns supply in

19         their freezer on occasion for an emergency

20         situation.  Used to we didn't sell

21         Chick-Fil-A their wheat buns.  Sara Lee

22         sold them to them.  They didn't get good

23         service from them, so they kept some in
```

Deposition of Michael Lord                                    May 8, 2007

Page 76

1           their freezer for emergency situations in

2           case they ever needed it.

3      Q.   You talked earlier --

4      A.   But it had a -- I mean, it was in the

5           freezer.  I'm sorry.

6      Q.   Do you know Chuck Rich's role, what his

7           position is or what his job duties are?

8      A.   Chuck -- exactly what he does on a day in,

9           day out basis, I really don't know what he

10          does.  I know that I can go to him for what

11          he does for -- I know I can go to him in

12          his position to ask him some advice because

13          he's gone through similar situations with

14          distributors before.  And I know I can go

15          to him if I ever needed to ask a question

16          and I might not be exactly sure how I

17          needed to handle it.  But --

18     Q.   Did Mr. Rich make the decision to terminate

19          Mr. Porterfield's contract?

20     A.   No, sir -- no, ma'am.  Steve Bordeaux made

21          the final decision to terminate his

22          contract.  Chuck Rich had no bearing in the

23          decision whatsoever.

Deposition of Michael Lord                              May 8, 2007

Page 78

```
 1          cussed at the lady from what we were told.

 2          They had a witness on it and they said he

 3          was not going to be allowed to serve Burger

 4          King any longer.  We gave him a breach over

 5          that.  Matter of fact, I went to see Henry

 6          that day and gave him the letter and -- but

 7          the day I got there he had already cured

 8          that breach because he found someone else

 9          to service the Burger King for him.

10               Then March rolls around and I got

11          another problem with Mr. Porterfield with

12          the Sodexho Marriott account this time.

13          And this time he can't cure it because

14          there's nothing that can be done for it.

15          They changed to Sara Lee and they wouldn't

16          have anything -- they wouldn't talk with us

17          about it.

18     Q.   Is Sara Lee the same as Colonial?

19     A.   Sara Lee and Colonial are the same people.

20          Grady referred to Colonial yesterday, but

21          it's Sara Lee.

22                    MS. REISS:  That's all I have.

23                         EXAMINATION
```