IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-937-MEF |
| ) | |
| FLOWERS BAKING COMPANY OF ) | |
| OPELIKA, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #35) filed on July 2, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on July 26, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before July 19, 2007. The defendants may file a reply brief on or before July 26, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE