UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY PORTERFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.: 2:05-cv-937-MEF |
| **FLOWERS BAKING CO. OF** | ) | |
| **OPELIKA, LLC.,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

Please take notice that the Plaintiff may call any or all of the below listed individuals or entities as witnesses at the trial of this matter:

1. Henry Porterfield
   167 West Rosemary Rd
   Montgomery, AL 36109

2. Marcus Porterfield
   167 West Rosemary Rd
   Montgomery, AL 36109

3. Steve Bordeaux
   c/o Flowers Baking Co.

4. Michael Lord
   c/o Flowers Baking Co.

5. Grady Messer
   c/o Flowers Baking Co.

6. Calvin Rhodes
   c/o Flowers Baking Co.

7. Don Adkins
   c/o Flowers Baking Co.

8. George Deese
   c/o Flowers Baking Co.

9. Gene Lord
   c/o Flowers Baking Co.

10. Brad Alexander
    c/o Flowers Baking Co.

11. David Scott
    c/o Flowers Baking Co.

12. Joe Tashire
    c/o Flowers Baking Co.

13. Gary Davis
    c/o Flowers Baking Co.

14. Chuck Rich
    c/o Flowers Baking Co.

15. Charles Morrow
    113 Turnberry Ct.
    Prattville, AL 36066

16. David Price
    Address Unknown

17. Doug Branch
    Address Unknown

18. Mr. Jiles Williams, Jr.
    Address Unknown

19. Mr. James Knuckles
    Address Unknown

20. Robert Porterfield
    3683 South Oak Street
    Montgomery, AL 36109

21. Tom Griffin
    c/o Flowers Baking Co.

22. Duane Cleveland
    c/o Flowers Baking Co.

23. Robert McCrory
    c/o Flowers Baking Co.

24. Flower's Comptroller
    c/o Flowers Baking Co.

25. Tammy Luster
    c/o Flowers Baking Co.

26. John Beasley
    c/o Flowers Baking Co.

27. A representative from Troy State Sodexho

28. All witnesses deposed prior to trial

29. All witnesses listed by defendant

30. All witnesses necessary for rebuttal

31. All witnesses revealed through further discovery

32. All witnesses listed in any deposition

33. Plaintiff reserves the right to amend this witness list to add additional witnesses.

    Respectfully submitted this the 5th day of July, 2007.

                                        /s/ GREG L. DAVIS (DAV077)
                                        Greg L .Davis (DAV077)
                                        Dan W. Taliaferro(TAL006)
                                        Attorneys for the Plaintiff

**OF COUNSEL:**

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th of July, 2007, I electronically filed a copy of the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing attaching thereto a full and complete copy of the same to:

Kevin P. Hishta
Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART. P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

                                      /s/ Greg L. Davis
                                      OF COUNSEL