IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY PORTERFIELD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:05-CV-937-MEF** |
| ) | |
| **FLOWERS BAKING OF** ) | |
| **OPELIKA, LLC.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## OBJECTIONS TO PLAINTIFF'S WITNESS LIST

COMES NOW Defendant Flowers Baking of Opelika LLC., ("Flowers" or "Defendant") and, out of an abundance of caution even though Plaintiff's witness list was not timely filed, files its objections to Plaintiff's Witness List as follows:

1. Defendant objects to listed witness #6, **Calvin Rhodes,** as this witness has no knowledge of the termination of Plaintiff's distributorship, made no decisions regarding Plaintiff's performance, territory or his customers. Mr. Rhodes also had no role in the decision to end Plaintiff's distributorship and has been retired from Flowers for over 3 years. See Attachment 1, Affidavit of Calvin Rhodes, to Defendant' Response Brief in Opposition to Plaintiff's Motion to Join and Motion to Amend Complaint, filed November 21, 2005.

2. Defendant objects to witness #8, **George Deese**, as this witness was not previously disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e), is not an employee of Defendant, and has no knowledge of the facts and claims at issue and was only named to inconvenience and harass this individual and Defendant.

3. Defendant objects to witness #9, **Gene Lord,** as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a)(1) or 26(e), and this witness has no knowledge of the facts and claims at issue and was named only to inconvenience and harass this individual and Defendant.

4. Defendant objects to witness #11, **David Scott,** as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e) and has no knowledge of the facts and claims at issue and was named only to inconvenience and harass this individual and Defendant.

5. Defendant objects to witness #12, **Joe Tashire [sic],** as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e) and this witness has no knowledge of the facts and claims at issue and was named only to inconvenience and harass this individual and Defendant.

6. Defendant objects to witness #13, **Gary Davis**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e) and this witness has no knowledge of the facts and claims at issue and was named only to inconvenience and harass this individual and Defendant.

7. Defendant objects to witness #16, **David Price**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e) and on the basis of relevancy as Defendant has no knowledge of this person or their knowledge or connection to this case.

8. Defendant objects to witness #18, **Jile*s* Williams**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e) and there is no contact information listed for this witness as required.

9.   Defendant objects to witness #19, **James Knuckles**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e) and there is no contact information listed for this witness as required.

10.   Defendant objects to witness #21, **Tom Griffin**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e).

11.   Defendant objects to witness #22, **Duane Cleveland**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e).

12.   Defendant objects to witness #23, **Robert McCrory**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e).

13.   Defendant objects to witness #26, **John Beasley**, as this witness was not previously and properly disclosed to defendant pursuant to Fed.R.Civ.P. 26(a) (1) or 26(e).

14.   Defendant objects to witness # 27, an unnamed witness of one of Defendant's clients, as this is an unidentified witness, has never been disclosed, and is meant to harass and inconvenience the individual and Defendant.

15.   Defendant objects to witness(es) #31, "all witnesses revealed through further discovery", as these persons may have no knowledge of the facts and issues in the case, may be retired and this "catch all' is not a properly listed witness and is meant to inconvenience and harass these witnesses and Defendant.

16.   Defendant objects to witness(es) #32, "all witnesses listed in any deposition", as these persons may have no knowledge of the facts and issues in the case, may be retired and this "catch all' is not a properly listed witness and is meant to inconvenience and harass these witnesses and Defendant.

Respectfully submitted,

/s/ Sandra B. Reiss
Sandra B. Reiss
Alabama Bar No. ASB-3650-s80s
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail: Sandra.Reiss@odnss.com
(205) 328-1900
(205) 328-6000 Fax

Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308
E-mail: Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

Counsel for Defendant, Flowers Baking Co. of Opelika, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 18TH day of July, 2007, I electronically filed the foregoing *Objections to Plaintiff's Witness List* with the Clerk of the Court using the CM/ECF system which will send notification of such filing attaching thereto a full and complete copy of the same to:

    The Law Offices of
    Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL  36117

    Dan W. Taliaferro
    Attorney at Law
    6987 Halcyon Park Drive
    Montgomery, AL  36117

    /s/ Sandra B. Reiss
    Sandra B. Reiss