# DEPOSITION OF GRADY MESSER

## May 7, 2007

## Pages 1 through 150

### PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

Page 129

1    more than 50 hours a week to run a route
2    ever?
3  A. Ever?
4    I -- golly. I don't remember any
5    that's complained about it.
6  Q. Have any of them ever mentioned to you that
7    it took more than 50 hours to run their
8    route?
9  A. I'm sure it's been mentioned.
10 Q. Do you recall who mentioned it to you?
11 A. No.
12 Q. Do distributors get vacation time?
13 A. They can purchase a vacation.
14 Q. They have to pay for it?
15 A. The first week it's $50. They can purchase
16   a second week. I believe it's 150. But
17   yes.
18 Q. It's not a benefit that's given to them
19   automatically. They have to pay for that?
20 A. Yes. They're independent distributors.
21   They're business people, their own ...
22 Q. Do they get any sick leave?
23 A. No.

Page 130

1  Q. Do you withhold federal taxes on them?
2  A. I don't control that part, so I'm not sure.
3  Q. Who would be the person most knowledgeable
4    about the accounting of this particular
5    account?
6    When I say this particular one, with
7    Henry Porterfield.
8  A. Who would be the accounting?
9    Jerry Woodham is our controller. Now,
10   what do you mean by accounting? What
11   part --
12 Q. Charges that have been charged to --
13 A. That route?
14 Q. -- that route.
15 A. Probably be Jerry Woodham, which is our
16   controller.
17 Q. Have you ever had any distributors that
18   have lost an account before and not been
19   able to regain it within ten days?
20 A. I cannot think of any right offhand.
21 Q. Have any happened recently?
22 A. That lost an account --
23 Q. Yes.

Page 131

1  A. -- and ...
2    I can't think of one recently, no.
3  Q. If one had been lost recently, you would
4    know about it, though; right?
5  A. In most cases.
6  Q. So you're telling me that since 19 -- just
7    so I'm right -- since 1991, since you came
8    to the Montgomery market as director of
9    sales, that you've never had any
10   distributor out there lose one of the
11   customers on a route and never regained
12   that customer again?
13 A. We haven't had one to lose one and breach
14   his contract and not -- and not get it --
15   you know, he had a noncurable breach and
16   get it completed in ten days.
17 Q. If Sodexho had told you that Henry could
18   come back on the premises, would that have
19   cured the breach?
20 A. Yes.
21 Q. If Sodexho had told you that Henry could
22   come back on the premises, would you have
23   terminated Henry?

Page 132

1  A. Not if he got back in the account, no.
2  Q. Have you ever had someone lose an account
3    and you not send them a curable breach
4    letter?
5  A. A key account, probably not. Little
6    mom-and-pops that probably didn't know
7    about it, it's possible.
8  Q. What is a key account?
9  A. A key account being a Winn-Dixie or a big
10   account, Sodexho, more than one store,
11   Wal-Mart, Bruno's.
12 Q. Is there a dollar figure that you have to
13   rise to to reach key account status?
14 A. Well, not necessarily. You know, most key
15   accounts are a group of stores or whatever,
16   you know, but no.
17 Q. So a key account typically is a very large
18   account, though, within one geographic
19   area?
20 A. A key account is a -- something that we
21   refer to as being a group of stores or, you
22   know, a big volume store.
23 Q. If -- I'm trying to think of one. If there