IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY PORTERFIELD, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-937-MEF |
| | ) |
| FLOWERS BAKING COMPANY OF | ) |
| OPELIKA, LLC, | ) |
| | ) |
|     DEFENDANT. | ) |

**<u>ORDER</u>**

This cause is before the Court on Plaintiff's Motion to Extend Briefing Schedule (Doc. # 43). This motion is not opposed by Defendant. Frankly, the Court is reluctant to grant the relief requested. Nowhere in the motion does Plaintiff make any attempt to explain why discovery was not commenced earlier. The Court accepts Plaintiff's representation that it was not until the depositions taken in early May of 2007 that certain other witnesses were identified, but the Court notes that Plaintiff has failed to explain why the depositions taken in May of 2007 were not completed sooner or why other discovery could not have been conducted earlier in the case in order to identify all pertinent witnesses. This case has been pending in this Court since October of 2005. The parties conducted their planning meeting early in the case and could have commenced discovery at any time after November 7, 2005. Even if the parties were waiting until after this Court ruled on the motion to remand before they started discovery, they could have conducted discovery after the Court ruled on that in May of 2006. The failure of the parties to conduct discovery sooner and the requests for

extension of time they have made[1] necessarily it more difficult for this Court to rule on Defendant's motion for summary judgment prior to the time of the pretrial and prior to the date on which the parties will need to begin to expend resources on trial preparation. While the Court will grant the requested extension of time, the parties are cautioned that doing so is inconsistent with this Court's normal practice in similar circumstances. The parties should not expect to receive any further extensions of any deadline absent the most compelling of reasons.

It is hereby ORDERED as follows:

1. Plaintiff's Motion to Extend Briefing Schedule (Doc. # 43) is GRANTED.

2. The deadline for Plaintiff's response to Defendant's Motion for Summary Judgment is hereby EXTENDED from July 19, 2007 to **July 26, 2007**.

3. The deadline for Defendant's reply is hereby extended from July 26, 2007 to **August 8, 2007**.

4. The Motion for Summary Judgment shall be deemed submitted on **August 8, 2007** with no further submissions or argument on the motion to be allowed without leave of court.

DONE this the 18th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In exchange for its consent to Plaintiff's motion, Defendant has asked that its own deadline be extended not only to allow for it to file a reply after Plaintiff files a response, but also to allow it an extra week in which to formulate that reply.