IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY PORTERFIELD, | * | |
|     Plaintiff | * | |
| v. | * | |
| | * | |
| FLOWERS BAKING COMPANY OF | * | Case No. 2:05-cv-937-MEF |
| OPELIKA, LLC, GRADY MESSER, | * | |
| CALVIN RHODES, STEVE BORDEAU, | * | |
|     Defendants. | * | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff, by and through counsel, and gives notice to this Court that on Tuesday, July 17, 2007 both counsel for Plaintiff and counsel for Defendants engaged in settlement negotiations and discussions but were unable to settle this case. The parties, however, are of the shared opinion that mediation is appropriate in this case and may prove beneficial to settling the issues present in this case short of trial.

Respectfully submitted this the 23rd of July, 2007.

/s/Dan W. Taliaferro (TAL006)
Greg L. Davis
Attorneys for Plaintiff

OF COUNSEL:

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd of July, 2007, I electronically filed a copy of the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing attaching thereto a full and complete copy of the same to:

Kevin P. Hishta, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308

Sandra B. Reiss, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

/s/ Dan W. Taliaferro
OF COUNSEL