IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY PORTERFIELD, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| FLOWERS BAKING COMPANY OF | * | Case No. 2:05-cv-937-MEF |
| OPELIKA, LLC, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION
TO DEFENDANT FLOWERS BAKING COMPANY OF
OPELIKA, LLC'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff in the above styled cause and hereby submits the following

evidence in opposition to Defendant's Motion For Summary Judgment:

1. Exhibit "1", being the distributor agreement and attachments thereto entered into

between Henry Porterfield and Flowers Baking Company of Opelika dated March 11. 2002.

2. Exhibit "2", being the Affidavit of Charles Morrow.

3. Exhibit "3", being the weekly distributor summary reports bate stamped # FBO

000863 through # FBO 000988.

4. Exhibit "4", being the Affidavit of James Knuckles.

5. Exhibit "5", being the Affidavit of Henry Porterfield.

6. Exhibit "6", being the Affidavit of Jiles Williams.

7. Exhibit "7", being the 2005 W2 sent from Flowers to Henry Porterfield.

8. Exhibit "8", being the 2006 W2 sent from Flowers to Henry Porterfield.

9. Deposition excerpts from Grady Messer.

10.    Deposition excerpts from Michael Lord.

11.    Deposition excerpts from Steven Bordeaux.

12.    Deposition excerpts from Jerry Woodham.

13.    Deposition excerpts from Henry Porterfield.


Respectfully submitted this the 26th day of July, 2007.


/s/ GREG L. DAVIS (DAV077)
Greg L .Davis (DAV077)
Dan W. Taliaferro(TAL006)
Attorneys for the Plaintiff


**OF COUNSEL:**

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties of record, as listed below, by placing same in the United States Mail, postage prepaid and properly addressed on this the 26th day of July, 2007.

Kevin P. Hishta
Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

/s/ Greg L. Davis
OF COUNSEL