

PLAINTIFF'S EXHIBIT 4

STATE OF ALABAMA
MONTGOMERY COUNTY

## AFFIDAVIT

Before me, the undersigned Notary Public personally appeared James Knuckles, who was made known to me and who being by me first duly sworn does depose and say as follows:

"My name is James Knuckles. I am a resident citizen of Montgomery, Alabama and I am a City Councilman for the City of Montgomery."

"In March of 2005, I was contacted by Mr. Henry Porterfield to assist him with a problem he was experiencing with his work. Henry Porterfield told me that his delivery truck had broken down on the way to make a delivery to Sodexo TSUM in Montgomery and that as a result of him not making the delivery, the lady in charge at Sodexo TSUM told him and Flowers that Sodexho TSUM was not going to use Flowers buns anymore and had chosen to go with a competitor. Henry also told me that Flowers had sent him a letter stating that this problem with Sodexho TSUM was a breach of his contract, and that the letter further stated he must cure or correct this breach within 10 days by talking Sodexo TSUM into once again taking deliveries from Flowers Baking Company. According to Henry, he had to get the Sodexho TSUM account back or his contract with Flowers would be terminated."

"I have known Henry and the Porterfield family for years and I know they are good citizens of Montgomery, so I was happy to assist Henry on this matter. I asked Henry what I could do to help. Henry stated that he needed my help in talking to the person in charge at Sodexo TSUM. He hoped that by having an outside third party to assist him that he could convince the person in charge to allow him to continue to service the account. I told Henry that I would be glad to help. Henry told me that he wanted to do whatever he could to convince the person in charge to allow him to continue servicing the account. He said this job was very important to him and he was willing to do whatever he could to get that account back."

"I met with Henry and Montgomery County Commissioner Jiles Williams, Jr. and we drove to Troy State of Montgomery to the cafeteria to meet with the person in charge of the cafeteria. Henry told me that Sodexo Marriott had the account at Troy State. Henry told us he had already spoken with the manager of Sodexo TSUM several times, including that morning. He said he had explained to her his delay on that day was unavoidable and beyond his control. He further stated to her that he would work hard to see that a problem like this never occurred again."

When we arrived at the Sodexho TSUM cafeteria, we approached the manager. She was seated in the cafeteria. Henry introduced us to her, but she just got up out of her chair and left the room. She never gave us the opportunity to speak with her. When we left the cafeteria it became clear to us that she was not budging on her decision to stop Flowers from servicing their account.

"The three of us then drove to Flowers's warehouse in Montgomery to inform Grady Messer, who I understood to be Henry's boss, of exactly what we had done to try and convince the lady at

Sodexho TSUM to allow Henry to resume his deliveries to that restaurant. We all spoke with Grady Messer and told him of our meeting with the woman at Sodexho TSUM. Grady Messer refused to discuss Henry's situation or business with us, but he told us Henry had to get the account back or his contract to deliver bread and baking products would be terminated. I was surprised by Grady Messer's attitude and his apparent inability to understand that Henry had done everything he knew to do to try and regain this account. Personally, I felt this situation was unfair. I told Mr. Messer that I thought Henry had done everything he could to get the business back, and that I hoped he would let Henry start his delivery service again."

Further deponent sayeth not.

Dated this the 26th day of July, 2007.

_____
James Knuckles

Sworn to and subscribed before me on this the 26th day of July, 2007.

_____
NOTARY PUBLIC
My commission expires 1/20/2010

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 20, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS