# 2005 W-2 and EARNINGS SUMMARY

Safe, accurate, FAST! Use **e-file**

Visit the IRS Website at www.irs.gov.

Employee Reference Copy

**W-2** Wage and Tax Statement **2005**

employee's records.    OMB No. 1545-0008

| number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| .50 W53 | | SV24 | 92 |

c Employer's name, address, and ZIP code

FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

e/f Employee's name, address, and ZIP code

HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 63-0752595 | 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 |

| 1 Wages, tips, other comp. 46468.57 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 30126.69 | 4 Social security tax withheld 1867.85 |
| 5 Medicare wages and tips 30126.69 | 6 Medicare tax withheld 436.84 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AL | 150729 | 46468.57 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | |
|---|---|---|
| GROSS PAY | 46,468.57 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2    1,867.85 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2    436.84 |
| STATE INCOME TAX BOX 17 OF W-2 | 0.00 | SUI/SDI BOX 14 OF W-2    0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | |



PLAINTIFF'S EXHIBIT 1    PENGAD 800-631-6989

To change your employee W-4 profile information file a new W-4 with your payroll department

HENRY  G PORTERFIELD
67 ROSAMARY  DR
MONTGOMERY,  AL  36109

Social Security Number:  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

Taxable Marital Status:

SINGLE

Exemptions/Allowances:

Federal: 0

State:  0

Local:  0

© 2005 AUTOMATIC DATA PROCESSING, INC.

Save 15% on Tax Preparation, learn more at https://taxpartner.adp.com

---

## Federal Filing Copy

| 1 Wages, tips, other comp. 46468.57 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 30126.69 | 4 Social security tax withheld 1867.85 |
| 5 Medicare wages and tips 30126.69 | 6 Medicare tax withheld 436.84 |

| a Control number 0000907250 W53 | Dept. | Corp. SV24 | Employer use only 92 |
|---|---|---|---|

c Employer's name, address, and ZIP code

FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

| b Employer's FED ID number 63-0752595 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

| State | Employer's state ID no. 150729 | 16 State wages, tips, etc. 46468.57 |
|---|---|---|
| AL | | |
| 17 income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Wage and Tax Statement **2005**
Copy B to be filed with employee's Federal Income Tax Return.    OMB No. 1545-0008

---

## AL State Filing Copy

| 1 Wages, tips, other comp. 46468.57 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 30126.69 | 4 Social security tax withheld 1867.85 |
| 5 Medicare wages and tips 30126.69 | 6 Medicare tax withheld 436.84 |

| a Control number 0000907250 W53 | Dept. | Corp. SV24 | Employer use only 92 |
|---|---|---|---|

c Employer's name, address, and ZIP code

FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

| b Employer's FED ID number 63-0752595 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

| 15 State | Employer's state ID no. 150729 | 16 State wages, tips, etc. 46468.57 |
|---|---|---|
| AL | | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Wage and Tax Statement **2005**
Copy 2 to be filed with employee's State Income Tax Return.    OMB No. 1545-0008

---

## City or Local Filing Copy

| 1 Wages, tips, other comp. 46468.57 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 30126.69 | 4 Social security tax withheld 1867.85 |
| 5 Medicare wages and tips 30126.69 | 6 Medicare tax withheld 436.84 |

| a Control number 0000907250 W53 | Dept. | Corp. SV24 | Employer use only 92 |
|---|---|---|---|

c Employer's name, address, and ZIP code

FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

| b Employer's FED ID number 63-0752595 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

| 15 State | Employer's state ID no. 150729 | 16 State wages, tips, etc. 46468.57 |
|---|---|---|
| AL | | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Wage and Tax Statement **2005**
Copy 2 to be filed with employee's City or Local Income Tax Return.    OMB No. 1545-0008