## 2006 W-2 and EARNINGS SUMMARY

Safe, accurate, FAST! Use **e-file**  Visit the IRS Web Site at www.irs.gov/efile.

**W-2 Employee Reference Copy — Wage and Tax Statement 2006**  OMB No. 1545-0008

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 74,499.75 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 2,386.13 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 558.05 |
| STATE INCOME TAX BOX 17 OF W-2 | 0.00 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |


PLAINTIFF'S EXHIBIT 8

Control number: 0000907250 W53  Dept.  Corp. SV24  Employer use only 97

Employer's name, address, and ZIP code:
FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

Employee's name, address, and ZIP code:
HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

b Employer's FED ID number: 63-0752595
d Employee's SSA number: 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

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 74499.75 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 38485.93 |
| 4 | Social security tax withheld | 2386.13 |
| 5 | Medicare wages and tips | 38485.93 |
| 6 | Medicare tax withheld | 558.05 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 13 | Stat emp. / Ret. plan / 3rd party sick pay | X |
| 14 | Other | |
| 15 | State: AL  Employer's state ID no. 150729 | |
| 16 | State wages, tips, etc. | 74499.75 |
| 17 | State income tax | |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

To change your employee W-4 profile information file a new W-4 with your payroll department

HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0

© 2005 AUTOMATIC DATA PROCESSING, INC.

Save 15% on Tax Preparation, learn more at https://taxpartner.adp.com

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2006**

1 Wages, tips, other comp. 74499.75
2 Federal income tax withheld
3 Social security wages 38485.93
4 Social security tax withheld 2386.13
5 Medicare wages and tips 38485.93
6 Medicare tax withheld 558.05
a Control number 0000907250 W53  Corp. SV24  Employer use only 97
c Employer's name, address, and ZIP code:
FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801
b Employer's FED ID number: 63-0752595
d Employee's SSA number: 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
13 X
e/f Employee's name, address and ZIP code:
HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109
15 Employer's state ID no. 150729
16 State wages, tips, etc. 74499.75
Copy B to be filed with employee's Federal Income Tax Return.

**AL State Filing Copy — W-2 Wage and Tax Statement 2006**

1 Wages, tips, other comp. 74499.75
3 Social security wages 38485.93
4 Social security tax withheld 2386.13
5 Medicare wages and tips 38485.93
6 Medicare tax withheld 558.05
a Control number 0000907250 W53  Corp. SV24  97
c FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801
b 63-0752595
d 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
13 X
HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109
15 AL  150729
16 State wages, tips, etc. 74499.75
Copy 2 to be filed with employee's State Income Tax Return.

**City or Local Filing Copy — W-2 Wage and Tax Statement 2006**

1 Wages, tips, other comp. 74499.75
3 Social security wages 38485.93
4 Social security tax withheld 2386.13
5 Medicare wages and tips 38485.93
6 Medicare tax withheld 558.05
a Control number 0000907250 W53  Corp. SV24  Employer use only 97
c FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801
b 63-0752595
d 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
13 X
HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109
15 AL  150729
16 State wages, tips, etc. 74499.75
Copy 2 to be filed with employee's City or Local Income Tax Return.

FBO000855