COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

HENRY PORTERFIELD,

    Plaintiff,

vs.                                CIVIL ACTION NO.
                                  2:05-CV-937-MEF

FLOWERS BAKING COMPANY OF
OPELIKA, LLC,

    Defendant.

* * * * * * * * * * * *

        **DEPOSITION OF MICHAEL LORD**, taken pursuant to stipulation and agreement before Tracye Sadler, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, at the Tiger Town Inn, 205 21st Street, Opelika, Alabama, on May 8, 2007, commencing at approximately 9:10 a.m.

* * * * * * * * * * * *

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.

1  Q.  Then in 2000 you became director of sales?
2  A.  Yes, sir.
3  Q.  And what does the director of sales job
4      title do?
5  A.  The director of sales oversees in my
6      bakery four sales managers and they oversee
7      each of the routes that's up under each of
8      those branches. And they call on -- call
9      on key customers, district managers for
10     Wal-Mart, Krystal, Burger King. Basically
11     the same thing that the sales manager and
12     operations manager does, but it's just on a
13     little bit higher level.
14 Q.  Okay. Let's see. And I guess vice
15     president of sales was your next position?
16 A.  Yes, sir.
17 Q.  What's the job duties for that?
18 A.  Well, I'm responsible for everything that
19     goes on in the sales department for the
20     whole bakery. I oversee the directors,
21     the -- I set the features that we run in
22     the stores. But basically I'm just in
23     charge of everything that takes place with

1   the sales department in our independent
2   distributor routes.
3 Q. And the president of Flowers Baking of
4   Opelika is Mr. Bordeaux; is that right?
5 A. Correct.
6 Q. So you've got your president and then
7   you're underneath him as vice president of
8   sales?
9 A. Yes, sir.
10 Q. Are there other vice presidents?
11 A. Not at our bakery, no, sir.
12 Q. Not at Flowers of Opelika?
13 A. Not at Flowers Baking Company of Opelika.
14 Q. All right. Underneath the vice president
15   of sales you've got director of sales. Are
16   there more than one director of sales?
17 A. There's two director of sales.
18 Q. All right. Under the director of sales,
19   how many sales managers are there?
20 A. Four.
21 Q. Does each have two or --
22 A. No. Each director has four sales managers.
23 Q. Each director has four. All right. And

14

```
 1            have four now.  But we had three in Phenix
 2            City, one in Opelika, and one in LaGrange.
 3   Q.       How many warehouses does Flowers Baking of
 4            Opelika have?
 5   A.       You want me to get -- think it up right
 6            quick?
 7   Q.       Sure.
 8   A.       I don't know it off the top of my head.
 9   Q.       Sure.
10   A.       Can I have a piece of that paper so I can
11            write it down?
12   Q.       Sure.  Sure.
13   A.       I don't want to tell you a wrong number.
14               14.
15   Q.       Okay.  As vice president of sales are you
16            responsible for all of the warehouses?
17   A.       Yes, sir.
18   Q.       Where are all the warehouses?
19   A.       Phenix City, Alabama; Montgomery; Opelika;
20            LaGrange, Georgia; Greenville, Alabama;
21            Troy, Alabama; Selma, Alabama; Clanton,
22            Alabama; Roanoke, Alabama; Manchester,
23            Georgia; Thomaston, Georgia; Tallassee,
```

1    Alabama; Georgetown, Georgia, if I haven't
2    said that one; and then Alex City, Alabama.
3 Q. While we're on the subject, how many of
4    those warehouses have freezers?
5 A. Three of them.
6 Q. What three?
7 A. Would be Phenix City, Montgomery, and
8    Opelika.
9           (Plaintiff's Exhibit 1 was marked
10           for identification.)
11 Q. Let me just show you what I've marked as
12    Plaintiff's Exhibit 1. That's just a
13    family tree of Flowers Baking Company here
14    that I've drawn out, an organizational
15    chart: president, underneath it is vice
16    president, and then I've got the two
17    director of sales. Underneath that I've
18    got your sales managers. In some places
19    I've abbreviated S-M-A-N for sales
20    manager. Also I've got your branch
21    operations manager and I've abbreviated
22    that also. Is that the general makeup of
23    Flowers Baking of Opelika?

      take care of it.

          Two, could have been that a -- you could have a Krystal on an interstate and bike week, for example, is going on in Panama City. I noticed a lot of bikes coming back from Panama City. And they could have done a lot of extra business on Chili Pups and needed to have some extra ones. So emergency situations will come up that you may not be ready for. Or the restaurant could just do more business than what they normally do.

Q. Does Flowers consider product that comes out of the freezer to be fresh?

A. I do.

Q. Fresh frozen?

A. I don't know -- I would not say it's fresh frozen. I wouldn't consider it that way. I mean, I wouldn't -- I wouldn't have any terminology that I would consider it. I consider it fresh edible product that can be sold to anyone.

Q. It's not frozen, though, within minutes of

92

1  between the parties hereto and the witness that the
2  signature of the witness to this deposition is
3  hereby not waived.
4
5              * * * * * * * * * * * *
6
7              THE COURT REPORTER: Usual
8              stipulations?
9       MR. HISHTA: Yes. And he'll read.
10      MR. DAVIS: That's fine.
11
12              **MICHAEL LORD**
13      The witness, after having first been duly sworn
14 to speak the truth, the whole truth, and nothing
15 but the truth, testified as follows:
16              EXAMINATION
17 BY MR. DAVIS:
18  Q.   Mr. Lord, I'm not going to get into any
19       particulars from last time, but I just want
20       to go over some stuff that we covered
21       yesterday in the deposition. And your
22       counsel has informed me yesterday that you
23       were the person most knowledgeable about

93

      pay by scan inventory.

      I'm just going to pick up -- we're looking at Plaintiff's Exhibit Number 3. I'm just going to pull out a page here. I've got FBO000908.

A. Okay.

      MR. HISHTA: Do you have a copy or --

      MR. DAVIS: That's fine. I don't need one. I'll look at it upside down.

Q. Yesterday we were having difficulty, I guess, deciphering these weekly summary pages.

A. Okay.

Q. If you would, explain for us the pay by scan figures that are on this particular document 908 --

A. All right.

Q. -- and as it relates to -- let's take the next one, 909.

A. Okay. I'm trying to think where to start here. What exactly -- what figure on here

94

1      do you not ...
2  Q.  All right.
3  A.  Because I couldn't see exactly what y'all
4      were looking at.
5  Q.  Let's do this.  Let me just start at the
6      top of the page.
7  A.  Okay.
8  Q.  This is what I did yesterday.
9  A.  Okay.  That will be good.  That will be
10     good.
11 Q.  At the top of the page you've got the
12     figures here, $8,344.82.
13 A.  Okay.
14 Q.  And that figure is for what?
15 A.  That is the balance forward from his
16     previous week.
17 Q.  Okay.  As we work down the page -- actually
18     there's two columns as we work down the
19     page.
20 A.  Okay.
21 Q.  You've got -- what's this, accountability?
22 A.  Right.
23 Q.  I'm reading upside down.

95

1  A.  Accountability.
2  Q.  You've got various figures, pluses and
3      minuses, in the accountability which brings
4      you down to the bottom here of 151.85 for
5      the accountability column.
6  A.  Correct.
7  Q.  And that's a negative figure.
8  A.  No.
9  Q.  I mean, it's a --
10 A.  Right there --
11 Q.  It's not a -- from an accounting standpoint
12     it's a negative figure.  It's an amount
13     that's owed; right?
14 A.  Right now on this particular -- the new
15     distributor balance here is $151.85.
16     That's what --
17 Q.  That's what he owes --
18 A.  -- Mr. Porterfield would owe us right now.
19 Q.  Okay.  That's under the accountability?
20 A.  Correct.
21 Q.  The next column over is discount --
22 A.  Earnings.
23 Q.  -- earnings.  As you work down that figure,

96

|  |  |  |
|---|---|---|
| 1 |  | you've got 785.16. And that's what Flowers |
| 2 |  | would owe Mr. Porterfield? |
| 3 | A. | That is the discount he made on the |
| 4 |  | product -- |
| 5 | Q. | On the product. |
| 6 | A. | -- from that week. |
| 7 | Q. | From that week. |
| 8 | A. | Based on what he was charged for his |
| 9 |  | product and less any load shortage, less |
| 10 |  | any transfers -- or additional transfers, |
| 11 |  | if he had transferred more than he |
| 12 |  | transferred out, and less his sales. |
| 13 |  | That's what his discount was. |
| 14 | Q. | What his discount was? |
| 15 | A. | Right. |
| 16 | Q. | And then you go across that item line |
| 17 |  | there, which is new distributor -- |
| 18 | A. | New distributor balance. |
| 19 | Q. | -- balance. You take the -- add these two |
| 20 |  | figures together and that comes up with a |
| 21 |  | 633.31. |
| 22 | A. | Right there that shows that we owe him |
| 23 |  | $633.31. |

1  Q.  Right. Then beneath that you've got your
2      expenses, business expenses, that are
3      charged to that particular account, that
4      particular account being 2069.
5  A.  69.
6  Q.  They're pretty self-explanatory, and we
7      went over those yesterday. There's no
8      problem with that?
9  A.  Right.
10 Q.  Those business expenses total -- what's
11     that?
12 A.  957.30.
13 Q.  Now, when you take the figures on the right
14     side of the page starting with 8,344.82,
15     you bring all these down and it comes out
16     to what figure here?
17 A.  $8,668.81. That is what -- oh, go ahead.
18 Q.  Tell me what that figure is.
19 A.  Okay. This figure right here is what
20     Mr. Porterfield owes us right now without
21     any advance on his pay by scan inventory
22     and pay by scan invoices that he charged in
23     the current week. That right there is what

98

1  he would owe us.
2  Q. That's the figure he would owe you?
3  A. Correct.
4  Q. But during that week there were pay by
5     scan -- what's the next line down?
6  A. This is pay by scan credits. It tells what
7     his inventory is.
8  Q. Let's take pay by scan credits.
9  A. Okay. Well, actually it's describing what
10    the next two are.
11 Q. All right.
12 A. Prior week pay by scan inventory is the
13    next line there.
14 Q. And what is that?
15 A. This is the inventory that was counted on
16    the Saturday before this statement. It
17    tells you which date it was. It was 10-15
18    of 2005. That is the inventory that was
19    counted by -- I'm going to -- I know
20    Mr. Porterfield wasn't running the route
21    then. But it was counted by the person
22    that was pulling the route that day. That
23    is the inventory that they went through

99

       item by item and counted what was on the shelf and what was in the back room.

Q. That is inventory that he has not been paid for yet?

A. That is correct. That is correct. That's why we're giving him a temporary credit for it right here, so he doesn't have to blunt the full -- what's the word I'm looking -- so he doesn't have to pay for all of it. We're giving him a temporary credit based on what he said was in that store the previous week.

      Even though it has not gone through the register yet, we're giving him a temporary credit for that. That's not his money yet. It's just a temporary credit to try to make him whole. Because most distributors can't go in -- because pay by scan works a week behind on the point of sale data and your inventory. It's all a week behind. So if we didn't give him credit for this right here, he would owe us this $8,000 up here. So it is just a temporary credit.

1  Q.   And the next line down is what?
2  A.   That is the -- it says less current week
3       pay by scan delivery tickets.  And it gives
4       the actual dates that the tickets were made
5       from, from October 16th, '05, through
6       October 22nd of '05.  That is what the
7       tickets that he generated through his
8       hand-held for that particular week, which
9       is the current week that he was in -- that
10      is where he received credit for that
11      product.
12           Now, that product has not gone through
13      the -- he has not received pay by scan
14      credit for it yet here.  Okay.  He won't
15      receive credit for anything here until the
16      following week because it works a week
17      behind.
18           So, again, this is just a temporary
19      advance to try to make the distributor
20      whole to keep him from having to pay for
21      all the inventory that was in his store
22      that week that he put in.  Because he
23      didn't -- he's not going to receive any pay

|   |   |
|---|---|
| 1 | by scan credit for it until the following |
| 2 | week. And the same thing with his |
| 3 | inventory that he had on Saturday. He's |
| 4 | not going to receive credit for that until |
| 5 | the following week. So we give him a |
| 6 | temporary credit right there to try to make |
| 7 | him whole for that week so he doesn't have |
| 8 | to blunt the full -- full inventory. |
| 9 | Because most distributors can't go out |
| 10 | there and carry all that themselves. So we |
| 11 | look at it like we're going to do this to |
| 12 | help you out so you don't have to carry the |
| 13 | whole inventory. |
| 14 Q. | All right. Now, flipping over to the next |
| 15 | page. |
| 16 A. | Yes, sir. |
| 17 Q. | So instead of carrying the $6,355 forward, |
| 18 | you carry the $8,668.81 forward? |
| 19 A. | Right. That is money that -- this is |
| 20 | really not his. This is a temporary |
| 21 | credit. It's a temporary credit. It's not |
| 22 | money -- he's going to actually receive |
| 23 | this in the following week. Okay. And let |

102

1     me --
2  Q. Let's just take this though. We're
3     supposed to carry this 866.81 --
4  A. 81.
5  Q. 81 -- I'm sorry -- $8,668.81 forward to the
6     next one.
7  A. Correct.
8  Q. But if we look to the next one, which is
9     909 --
10 A. Right.
11 Q. -- it's $8,723.23.
12 A. Right.
13 Q. And why is that figure more than the
14    distributor balance?
15 A. That's -- I really could not say at this
16    time. I really couldn't.
17 Q. And this is just one I picked at random out
18    of here. I didn't have this --
19 A. Can I use this?
20 Q. Sure. I'm just trying to figure it out.
21 A. Okay. There are several reasons why that
22    could be -- well, let me back up a minute.
23       There's only one reason that I can

think of right now why it would be. If a distributor puts unauthorized product into a pay by scan account -- and the easiest way I know to say it is -- let's -- we have a lot of restaurant products that we sell that are bulk package; okay?

If a distributor were to sell Winn-Dixie in this case -- because this is Winn-Dixie right now. If they were to sell them product that was not authorized to sell in Winn-Dixie, for instance, bulk buns, that line number is not set up to flow through the system, and it would kick it out. And they wouldn't receive credit for it. It would automatically flip through there. So his balance forward would change by whatever the amount of that product was.

If it was -- where are we at here? We're going from 42 to 43. So in this case it is -- it's $54.42 difference right there. I don't know this without really digging into it deeper, but it could be

104

1  that there was $54.42 worth of unauthorized
2  products that was charged into that store
3  that week.
4  Q. Well, sitting here today is there anything
5     in the documents that would tell you what
6     it is?
7  A. No. There's nothing in the documents.
8  Q. There's no line item that would tell us
9     anything?
10 A. There's no line item that I'm aware of that
11    would tell you.
12 Q. And this particular time was 10-16-2005 to
13    10-22-05 and 10-22-05 to 10-29-05?
14 A. Correct.
15 Q. And Flowers was running this route for
16    Mr. Porterfield at that time; correct?
17 A. That's correct.
18 Q. If we look at the inventory -- pay by scan
19    inventory line item here, the $571.11, that
20    means that this person that was working for
21    Flowers running this account went out to
22    the stores and determined that there was
23    $571.11 worth of inventory still in the

132

    this route.  Now, how much of it, I couldn't give you an exact number.  The truth be known, we've had to run fuel on our expense and put in the truck if the truth be known.

Q.  The truck rental expense shows 333.68 --

A.  Yes, sir.

Q.  -- a week.  And at some points it shows 667.38.

A.  When Wal-Mart opened up, we started charging him for two trucks.  Because we had to have two trucks to pull the route and it was taking two people to pull the route.  So we charged him for two trucks.

Q.  So two people were --

A.  We didn't charge him for two people, but we charged him for two trucks.

Q.  So was one person driving one truck for 40 hours and then going back and getting the other truck and driving it for 40 hours?

A.  I don't know how many hours they worked.  But there was two people pulling the route.

Q.  Two people driving two separate trucks?