**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 27, 2007

# NOTICE OF CORRECTION

**From:  Clerk's Office**

**Case Style: Henry Porterfield vs. Flowers Baking Company**
**Case Number: 2:05cv937-MEF**

**Pleading : #47 Evidentiary Submission Exhibits**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 7/26/07 without the exhibits that is referenced within the body of the pleading.**

**Exhibits 1-13 are attached to this notice.**