**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

HENRY PORTERFIELD,         *
     Plaintiff              *

v.                       *
                       *

FLOWERS BAKING COMPANY OF   *    Case No. 2:05-cv-937-F
OPELIKA, LLC, GRADY MESSER,   *
CALVIN RHODES, STEVE BORDEAU,   *
     Defendants.           *



**AFFIDAVIT OF CHARLES MORROW**

**STATE OF ALABAMA**

**MONTGOMERY COUNTY**

     BEFORE ME, the undersigned authority, personally appeared Charles Morrow, who being first duly sworn did depose and state under oath as follows:

1.    "My name is Charles Morrow. I am a resident, citizen of Montgomery County, Alabama and I am over the age of nineteen years.

2.    "I have been an employee or an independent contractor with Flowers Baking Company of Opelika, LLC for approximately 25 years. I make deliveries of baking products to stores along my route. The route is an exclusive territory I purchased from Flowers."

3.    "I am familiar with what Flowers did to Henry Porterfield in 2005. Flowers treated Henry differently from other people who have experienced a problem with one of his delivery accounts. When an account on your route stops taking deliveries from you, that is known as a "breach." Flowers usually works very hard with you to "cure" the breach and help you resume your deliveries. That is what they have always have done as far as I know. In Henry's case it was different. Flowers did not help him. In fact, Flowers worked to make

sure he would not cure his breach, then they terminated him. I have never heard of another independent contractor being treated like that."

4.    "I know Grady Messer. He is a Director of Sales for Flowers and he often has conversations and meetings with the independent contractors working for Flowers. He has the authority to tell independent contractors, like me, what to do. From the way Grady Messer acted around Henry Porterfield, I know Messer did not like him. Most of this problem started more than a year ago, around the time we heard that Publix and Walmart were going to be adding new locations to Henry's routes or not long after. I have heard Grady Messer state that he was going to find a way to get Henry terminated and get his route back. He said that last year before all the trouble between Henry and Messer began this year. I also know Grady was angry about Henry complaining over Flowers making us deliver out of date product to our accounts. He said to stop complaining or he would regret it or words like that. John Renfroe, a sales manager for Flowers, has said much the same to me about complaining over out of code product or product that was not fresh baked. I would have told Henry about this earlier, but I don't see him that often, and I was afraid of Flowers firing me for telling what was said. I need my job and it is important to me that I get along with the people at Flowers. I have only recently informed Henry of this information because of these fears."

5.    "This affidavit is based upon my own personal knowledge and is true and correct to the best of my knowledge."

*Charles Morrow*

Charles Morrow

SWORN TO AND SUBSCRIBED BEFORE ME this the 29th day of November, 2005.

_____
Notary Public
My commission expires: 08/10/09

_____
Dan W. Taliaferro
Counsel for Plaintiff Henry Porterfield

Dan W. Taliaferro,
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 409-0545
(334) 409-7001 fax