

STATE OF ALABAMA
MONTGOMERY COUNTY

## AFFIDAVIT

Before me, the undersigned Notary Public personally appeared Jiles Williams, Jr. who was made known to me and who being by me first duly sworn does depose and say as follows:

My name is Jiles Williams, Jr. I am a citizen of Montgomery, Alabama, and I am a County Commissioner for Montgomery County, Alabama."

Sometime in March 2005, I was contacted by Mr. Henry Porterfield. He said he needed me to help him with a problem that had developed at his work as a deliveryman for Flowers baking Company. Henry Porterfield told me that earlier that month his delivery truck had broken down whole he was on the way to make a delivery of bread or baking products to Sodexo TSUM in Montgomery. Henry said that as a result of him not making the delivery, the lady in charge at Sodexo TSUM told him and Flowers that they were not going to use Flowers buns anymore and had chosen to go with a competitor. Henry also told me that Flowers had issued him a ten (10) day breach letter which stated that unless he cured the breach by getting the Sodexo Marriott account back, his contract would be terminated.

I asked Henry how I could help. Henry stated that he needed my help in talking to the person in charge at Sodexo Marriott. He hoped that by having an outside third party to assist him that he could convince the person in charge to allow him to continue to service the account. I told Henry that I would be glad to help. Henry told me that he wanted to do whatever he could to convince the person in charge to allow him to continue servicing the account.

The morning we went to talk to the restaurant manager at Sodexo TSUM, Henry informed me that he had called this manger that morning. He stated he explained to her how his truck had broken down and that this misfortune had made it impossible for him to deliver baked goods to her restaurant on time that day.

I met with Henry and James Knuckles and we drove to Troy State of Montgomery to the cafeteria to meet with the person in charge of the cafeteria. Henry told me that Sodexo Marriott had the account at Troy State. Henry began by introducing us to the person in charge. She refused to speak with any of us and she left the room. She was not budging on her decision to stop Flowers from servicing their account and to change to one of Flower's competitors.

We then drove to the Flowers warehouse in Montgomery to discuss what we had done with Henry's boss, Grady Messer. Mr. Messer briefly listened to us and told us that Henry had to get the account back or his contract would be terminated. He told us he would not discuss Henry's business with us. I did not feel that this was fair and told Mr. Messer that I thought Henry had done everything he could to get the business back.

Further deponent sayeth not.

Dated this the 26 day of July, 2007.

_____
Jiles Williams, Jr.


Sworn to and subscribed before me on this the 26th day of July, 2007.


_____
NOTARY PUBLIC
My commission expires 1/20/2010

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 20, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS