## 2005 W-2 and EARNINGS SUMMARY

Safe, accurate, FAST! Use **e-file**  Visit the IRS Website at www.irs.gov.

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2005**

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | |
|---|---|---|
| GROSS PAY | 46,468.57 | |
| | | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 1,867.85 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 436.84 |
| STATE INCOME TAX BOX 17 OF W-2 | 0.00 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |


PLAINTIFF'S EXHIBIT 1

**Employer's name, address, and ZIP code:**
FLOWERS BAKING CO OF OPELIKA LLC
101 SIMMONS STREET
OPELIKA, AL 36801

**Employee's name, address, and ZIP code:**
HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

Employer's FED ID number: 63-0752595
Employee's SSA number: 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

- 1 Wages, tips, other comp.: 46468.57
- 2 Federal income tax withheld:
- 3 Social security wages: 30126.69
- 4 Social security tax withheld: 1867.85
- 5 Medicare wages and tips: 30126.69
- 6 Medicare tax withheld: 436.84
- 13 Stat emp / Ret. plan / 3rd party sick pay: X (Ret. plan)
- 15 State: AL  Employer's state ID no.: 150729
- 16 State wages, tips, etc.: 46468.57

To change your employee W-4 profile information file a new W-4 with your payroll department

HENRY G PORTERFIELD
67 ROSAMARY DR
MONTGOMERY, AL 36109

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
 Federal: 0
 State: 0
 Local: 0

© 2005 AUTOMATIC DATA PROCESSING, INC.
Save 15% on Tax Preparation, learn more at https://taxpartner.adp.com

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2005**
FLOWERS BAKING CO OF OPELIKA LLC, 101 SIMMONS STREET, OPELIKA, AL 36801
Control number: 0000907250 W53  Dept. SV24  92
Employer's FED ID: 63-0752595  Employee's SSA: 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
1 Wages: 46468.57  3 SS wages: 30126.69  4 SS tax withheld: 1867.85
5 Medicare wages: 30126.69  6 Medicare tax withheld: 436.84
HENRY G PORTERFIELD, 67 ROSAMARY DR, MONTGOMERY, AL 36109
15 State AL  150729  16 State wages: 46468.57

**AL State Filing Copy — W-2 2005** (same values)

**City or Local Filing Copy — W-2 2005** (same values)

FBO000854