# COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

HENRY PORTERFIELD,

      Plaintiff,

vs.                CIVIL ACTION NO.
                     2:05-CV-937-MEF

FLOWERS BAKING COMPANY OF
OPELIKA, LLC,

      Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

**DEPOSITION OF MICHAEL LORD**, taken pursuant to stipulation and agreement before Tracye Sadler, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, at the Tiger Town Inn, 205 21st Street, Opelika, Alabama, on May 8, 2007, commencing at approximately 9:10 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

haislip, ragan, green, starkie & watson, p.c.
566 south perry street • montgomery, alabama 36104

10

1  Q.   Then in 2000 you became director of sales?

2  A.   Yes, sir.

3  Q.   And what does the director of sales job

4       title do?

5  A.   The director of sales oversees in my

6       bakery four sales managers and they oversee

7       each of the routes that's up under each of

8       those branches.  And they call on -- call

9       on key customers, district managers for

10      Wal-Mart, Krystal, Burger King.  Basically

11      the same thing that the sales manager and

12      operations manager does, but it's just on a

13      little bit higher level.

14 Q.   Okay.  Let's see.  And I guess vice

15      president of sales was your next position?

16 A.   Yes, sir.

17 Q.   What's the job duties for that?

18 A.   Well, I'm responsible for everything that

19      goes on in the sales department for the

20      whole bakery.  I oversee the directors,

21      the -- I set the features that we run in

22      the stores.  But basically I'm just in

23      charge of everything that takes place with

11

1          the sales department in our independent

2          distributor routes.

3    Q.    And the president of Flowers Baking of

4          Opelika is Mr. Bordeaux; is that right?

5    A.    Correct.

6    Q.    So you've got your president and then

7          you're underneath him as vice president of

8          sales?

9    A.    Yes, sir.

10   Q.    Are there other vice presidents?

11   A.    Not at our bakery, no, sir.

12   Q.    Not at Flowers of Opelika?

13   A.    Not at Flowers Baking Company of Opelika.

14   Q.    All right.  Underneath the vice president

15         of sales you've got director of sales.  Are

16         there more than one director of sales?

17   A.    There's two director of sales.

18   Q.    All right.  Under the director of sales,

19         how many sales managers are there?

20   A.    Four.

21   Q.    Does each have two or --

22   A.    No.  Each director has four sales managers.

23   Q.    Each director has four.  All right.  And

14

1    have four now.  But we had three in Phenix

2    City, one in Opelika, and one in LaGrange.

3  Q.  How many warehouses does Flowers Baking of

4    Opelika have?

5  A.  You want me to get -- think it up right

6    quick?

7  Q.  Sure.

8  A.  I don't know it off the top of my head.

9  Q.  Sure.

10  A.  Can I have a piece of that paper so I can

11    write it down?

12  Q.  Sure.  Sure.

13  A.  I don't want to tell you a wrong number.

14       14.

15  Q.  Okay.  As vice president of sales are you

16    responsible for all of the warehouses?

17  A.  Yes, sir.

18  Q.  Where are all the warehouses?

19  A.  Phenix City, Alabama; Montgomery; Opelika;

20    LaGrange, Georgia; Greenville, Alabama;

21    Troy, Alabama; Selma, Alabama; Clanton,

22    Alabama; Roanoke, Alabama; Manchester,

23    Georgia; Thomaston, Georgia; Tallassee,

15

1  Alabama; Georgetown, Georgia, if I haven't

2  said that one; and then Alex City, Alabama.

3  Q.  While we're on the subject, how many of

4  those warehouses have freezers?

5  A.  Three of them.

6  Q.  What three?

7  A.  Would be Phenix City, Montgomery, and

8  Opelika.

9  (Plaintiff's Exhibit 1 was marked

10  for identification.)

11  Q.  Let me just show you what I've marked as

12  Plaintiff's Exhibit 1.  That's just a

13  family tree of Flowers Baking Company here

14  that I've drawn out, an organizational

15  chart:  president, underneath it is vice

16  president, and then I've got the two

17  director of sales.  Underneath that I've

18  got your sales managers.  In some places

19  I've abbreviated S-M-A-N for sales

20  manager.  Also I've got your branch

21  operations manager and I've abbreviated

22  that also.  Is that the general makeup of

23  Flowers Baking of Opelika?

64

1       take care of it.

2              Two, could have been that a -- you

3       could have a Krystal on an interstate and

4       bike week, for example, is going on in

5       Panama City.  I noticed a lot of bikes

6       coming back from Panama City.  And they

7       could have done a lot of extra business on

8       Chili Pups and needed to have some extra

9       ones.  So emergency situations will come up

10      that you may not be ready for.  Or the

11      restaurant could just do more business than

12      what they normally do.

13  Q.  Does Flowers consider product that comes

14      out of the freezer to be fresh?

15  A.  I do.

16  Q.  Fresh frozen?

17  A.  I don't know -- I would not say it's fresh

18      frozen.  I wouldn't consider it that way.

19      I mean, I wouldn't -- I wouldn't have any

20      terminology that I would consider it.  I

21      consider it fresh edible product that can

22      be sold to anyone.

23  Q.  It's not frozen, though, within minutes of

92

1    between the parties hereto and the witness that the

2    signature of the witness to this deposition is

3    hereby not waived.

4

5                * * * * * * * * * * * *

6

7                    THE COURT REPORTER:  Usual

8                        stipulations?

9                MR. HISHTA:  Yes.  And he'll read.

10               MR. DAVIS:  That's fine.

11

12                    **MICHAEL LORD**

13        The witness, after having first been duly sworn

14   to speak the truth, the whole truth, and nothing

15   but the truth, testified as follows:

16                    <u>EXAMINATION</u>

17   <u>BY MR. DAVIS</u>:

18   Q.    Mr. Lord, I'm not going to get into any

19         particulars from last time, but I just want

20         to go over some stuff that we covered

21         yesterday in the deposition.  And your

22         counsel has informed me yesterday that you

23         were the person most knowledgeable about

93

1    pay by scan inventory.

2         I'm just going to pick up -- we're

3    looking at Plaintiff's Exhibit Number 3.

4    I'm just going to pull out a page here.

5    I've got FBO000908.

6  A.   Okay.

7              MR. HISHTA:  Do you have a copy

8                   or --

9              MR. DAVIS:  That's fine.  I don't

10                   need one.  I'll look at it

11                   upside down.

12 Q.   Yesterday we were having difficulty, I

13   guess, deciphering these weekly summary

14   pages.

15 A.   Okay.

16 Q.   If you would, explain for us the pay by

17   scan figures that are on this particular

18   document 908 --

19 A.   All right.

20 Q.   -- and as it relates to -- let's take the

21   next one, 909.

22 A.   Okay.  I'm trying to think where to start

23   here.  What exactly -- what figure on here

94

1      do you not ...

2  Q.  All right.

3  A.  Because I couldn't see exactly what y'all

4      were looking at.

5  Q.  Let's do this.  Let me just start at the

6      top of the page.

7  A.  Okay.

8  Q.  This is what I did yesterday.

9  A.  Okay.  That will be good.  That will be

10     good.

11 Q.  At the top of the page you've got the

12     figures here, $8,344.82.

13 A.  Okay.

14 Q.  And that figure is for what?

15 A.  That is the balance forward from his

16     previous week.

17 Q.  Okay.  As we work down the page -- actually

18     there's two columns as we work down the

19     page.

20 A.  Okay.

21 Q.  You've got -- what's this, accountability?

22 A.  Right.

23 Q.  I'm reading upside down.

95

1   A.   Accountability.

2   Q.   You've got various figures, pluses and

3       minuses, in the accountability which brings

4       you down to the bottom here of 151.85 for

5       the accountability column.

6   A.   Correct.

7   Q.   And that's a negative figure.

8   A.   No.

9   Q.   I mean, it's a --

10   A.   Right there --

11   Q.   It's not a -- from an accounting standpoint

12       it's a negative figure.  It's an amount

13       that's owed; right?

14   A.   Right now on this particular -- the new

15       distributor balance here is $151.85.

16       That's what --

17   Q.   That's what he owes --

18   A.   -- Mr. Porterfield would owe us right now.

19   Q.   Okay.  That's under the accountability?

20   A.   Correct.

21   Q.   The next column over is discount --

22   A.   Earnings.

23   Q.   -- earnings.  As you work down that figure,

96

1    you've got 785.16.  And that's what Flowers
2    would owe Mr. Porterfield?
3  A.  That is the discount he made on the
4    product --
5  Q.  On the product.
6  A.  -- from that week.
7  Q.  From that week.
8  A.  Based on what he was charged for his
9    product and less any load shortage, less
10   any transfers -- or additional transfers,
11   if he had transferred more than he
12   transferred out, and less his sales.
13   That's what his discount was.
14 Q.  What his discount was?
15 A.  Right.
16 Q.  And then you go across that item line
17   there, which is new distributor --
18 A.  New distributor balance.
19 Q.  -- balance.  You take the -- add these two
20   figures together and that comes up with a
21   633.31.
22 A.  Right there that shows that we owe him
23   $633.31.

97

1  Q.  Right.  Then beneath that you've got your

2      expenses, business expenses, that are

3      charged to that particular account, that

4      particular account being 2069.

5  A.  69.

6  Q.  They're pretty self-explanatory, and we

7      went over those yesterday.  There's no

8      problem with that?

9  A.  Right.

10 Q.  Those business expenses total -- what's

11     that?

12 A.  957.30.

13 Q.  Now, when you take the figures on the right

14     side of the page starting with 8,344.82,

15     you bring all these down and it comes out

16     to what figure here?

17 A.  $8,668.81.  That is what -- oh, go ahead.

18 Q.  Tell me what that figure is.

19 A.  Okay.  This figure right here is what

20     Mr. Porterfield owes us right now without

21     any advance on his pay by scan inventory

22     and pay by scan invoices that he charged in

23     the current week.  That right there is what

98

1      he would owe us.

2  Q.  That's the figure he would owe you?

3  A.  Correct.

4  Q.  But during that week there were pay by

5      scan -- what's the next line down?

6  A.  This is pay by scan credits.  It tells what

7      his inventory is.

8  Q.  Let's take pay by scan credits.

9  A.  Okay.  Well, actually it's describing what

10     the next two are.

11  Q.  All right.

12  A.  Prior week pay by scan inventory is the

13     next line there.

14  Q.  And what is that?

15  A.  This is the inventory that was counted on

16     the Saturday before this statement.  It

17     tells you which date it was.  It was 10-15

18     of 2005.  That is the inventory that was

19     counted by -- I'm going to -- I know

20     Mr. Porterfield wasn't running the route

21     then.  But it was counted by the person

22     that was pulling the route that day.  That

23     is the inventory that they went through

99

1    item by item and counted what was on the

2    shelf and what was in the back room.

Q.   That is inventory that he has not been paid

4    for yet?

A.   That is correct.  That is correct.  That's

6    why we're giving him a temporary credit for

7    it right here, so he doesn't have to blunt

8    the full -- what's the word I'm looking --

9    so he doesn't have to pay for all of it.

10   We're giving him a temporary credit based

11   on what he said was in that store the

12   previous week.

13        Even though it has not gone through the

14   register yet, we're giving him a temporary

15   credit for that.  That's not his money yet.

16   It's just a temporary credit to try to make

17   him whole.  Because most distributors can't

18   go in -- because pay by scan works a week

19   behind on the point of sale data and your

20   inventory.  It's all a week behind.  So if

21   we didn't give him credit for this right

22   here, he would owe us this $8,000 up here.

23   So it is just a temporary credit.

100

1  Q.  And the next line down is what?

2  A.  That is the -- it says less current week

3      pay by scan delivery tickets.  And it gives

4      the actual dates that the tickets were made

5      from, from October 16th, '05, through

6      October 22nd of '05.  That is what the

7      tickets that he generated through his

8      hand-held for that particular week, which

9      is the current week that he was in -- that

10     is where he received credit for that

11     product.

12          Now, that product has not gone through

13     the -- he has not received pay by scan

14     credit for it yet here.  Okay.  He won't

15     receive credit for anything here until the

16     following week because it works a week

17     behind.

18          So, again, this is just a temporary

19     advance to try to make the distributor

20     whole to keep him from having to pay for

21     all the inventory that was in his store

22     that week that he put in.  Because he

23     didn't -- he's not going to receive any pay

101

1    by scan credit for it until the following

2    week.  And the same thing with his

3    inventory that he had on Saturday.  He's

4    not going to receive credit for that until

5    the following week.  So we give him a

6    temporary credit right there to try to make

7    him whole for that week so he doesn't have

8    to blunt the full -- full inventory.

9    Because most distributors can't go out

10   there and carry all that themselves.  So we

11   look at it like we're going to do this to

12   help you out so you don't have to carry the

13   whole inventory.

14   Q.   All right.  Now, flipping over to the next

15        page.

16   A.   Yes, sir.

17   Q.   So instead of carrying the $6,355 forward,

18        you carry the $8,668.81 forward?

19   A.   Right.  That is money that -- this is

20        really not his.  This is a temporary

21        credit.  It's a temporary credit.  It's not

22        money -- he's going to actually receive

23        this in the following week.  Okay.  And let

1     me --

2   Q.  Let's just take this though.  We're

3     supposed to carry this 866.81 --

4   A.  81.

5   Q.  81 -- I'm sorry -- $8,668.81 forward to the

6     next one.

7   A.  Correct.

8   Q.  But if we look to the next one, which is

9     909 --

10  A.  Right.

11  Q.  -- it's $8,723.23.

12  A.  Right.

13  Q.  And why is that figure more than the

14     distributor balance?

15  A.  That's -- I really could not say at this

16     time.  I really couldn't.

17  Q.  And this is just one I picked at random out

18     of here.  I didn't have this --

19  A.  Can I use this?

20  Q.  Sure.  I'm just trying to figure it out.

21  A.  Okay.  There are several reasons why that

22     could be -- well, let me back up a minute.

23        There's only one reason that I can

103

1   think of right now why it would be.  If a

2   distributor puts unauthorized product into

3   a pay by scan account -- and the easiest

4   way I know to say it is -- let's -- we have

5   a lot of restaurant products that we sell

6   that are bulk package; okay?

7        If a distributor were to sell

8   Winn-Dixie in this case -- because this is

9   Winn-Dixie right now.  If they were to sell

10  them product that was not authorized to

11  sell in Winn-Dixie, for instance, bulk

12  buns, that line number is not set up to

13  flow through the system, and it would kick

14  it out.  And they wouldn't receive credit

15  for it.  It would automatically flip

16  through there.  So his balance forward

17  would change by whatever the amount of that

18  product was.

19       If it was -- where are we at here?

20  We're going from 42 to 43.  So in this case

21  it is -- it's $54.42 difference right

22  there.  I don't know this without really

23  digging into it deeper, but it could be

104

1      that there was $54.42 worth of unauthorized

2      products that was charged into that store

3      that week.

4   Q.  Well, sitting here today is there anything

5      in the documents that would tell you what

6      it is?

7   A.  No.  There's nothing in the documents.

8   Q.  There's no line item that would tell us

9      anything?

10  A.  There's no line item that I'm aware of that

11     would tell you.

12  Q.  And this particular time was 10-16-2005 to

13     10-22-05 and 10-22-05 to 10-29-05?

14  A.  Correct.

15  Q.  And Flowers was running this route for

16     Mr. Porterfield at that time; correct?

17  A.  That's correct.

18  Q.  If we look at the inventory -- pay by scan

19     inventory line item here, the $571.11, that

20     means that this person that was working for

21     Flowers running this account went out to

22     the stores and determined that there was

23     $571.11 worth of inventory still in the

132

1      this route.  Now, how much of it, I

2      couldn't give you an exact number.  The

3      truth be known, we've had to run fuel on

4      our expense and put in the truck if the

5      truth be known.

6   Q.   The truck rental expense shows 333.68 --

7   A.   Yes, sir.

8   Q.   -- a week.  And at some points it shows

9        667.38.

10  A.   When Wal-Mart opened up, we started

11       charging him for two trucks.  Because we

12       had to have two trucks to pull the route

13       and it was taking two people to pull the

14       route.  So we charged him for two trucks.

15  Q.   So two people were --

16  A.   We didn't charge him for two people, but we

17       charged him for two trucks.

18  Q.   So was one person driving one truck for 40

19       hours and then going back and getting the

20       other truck and driving it for 40 hours?

21  A.   I don't know how many hours they worked.

22       But there was two people pulling the route.

23  Q.   Two people driving two separate trucks?