UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| ) | |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC.** ) | |

## DEFENDANT'S WITNESS LIST PURSUANT TO FED. R. EVIDENCE 701, 702, 703, AND 705

**COMES NOW** Defendant, Flowers Baking Company of Opelika, LLC and pursuant to this Court's Amended Scheduling Order dated June 16, 2006, and submits its witness list pursuant to Fed.R.Evidence 701, 702, 703 and 705.

1. Steve Bordeaux
   President
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

2. Michael Lord
   Vice-President of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

3. Brad Alexander
   Vice-President, Region 4
   c/o Defendant's Counsel
   Ogletree Deakins

4. Henry Porterfield.
   167 West Rosemary
   Montgomery, Alabama

     5.        Marcus Porterfield
              167 West Rosemary
              Montgomery, Alabama

     6.        Grady Messer
              District Manager
              Flowers Baking of Opelika, LLC
              c/o Defendant's Counsel
              Ogletree Deakins

7. Defendant reserves the right to call witnesses identified on Plaintiff's witness list to the extent not otherwise objected to by defendant.

Defendant reserves the right to supplement this witness list.

Defendant reserves the right to call as rebuttal and/or impeachment witnesses individuals not named herein.

Defendant reserves the right to present the testimony of a witness by deposition should the witness be unavailable at the time of trial.

Respectfully submitted on August 1, 2007.

        /s/Sandra B. Reiss
        **Sandra B. Reiss (ASB-3650-s80s)**
        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama 35203-2118
        e-mail: Sandra.Reiss@odnss.com
        Ph. (205) 328-1900 / Fax: (205) 328-6000

        and

        Kevin P. Hishta, Esq. (Georgia Bar 357410)
        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
        Bank of America Plaza
        600 Peachtree Street, N.E., Suite 2100
        Atlanta, GA 30308
        e-mail: Kevin.Hishta@ogletreedeakins.com
        Ph. (404) 881-1302 /Fax (404) 870-1732
        *Attorneys for Defendant,*
        *Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

      I do hereby certify that the foregoing was e-filed via this Court's CM/ECF service on this 1st day of August, 2007, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

    The Law Offices of
    Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL   36117

    Dan W. Taliaferro
    Attorney at Law
    6987 Halcyon Park Drive
    Montgomery, AL  36117

                                        /s/Sandra B. Reiss
                                        Sandra B. Reiss