UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| FLOWERS BAKING CO. OF ) | |
| OPELIKA, LLC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SUPPLEMENTAL EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant, Flowers Baking of Opelika, LLC ("Flowers") and submits the following supplemental evidence in support of its Motion for Summary Judgment and Brief, filed contemporaneously with Defendant's Reply Brief in Support of Summary Judgment:

Tab I          Deposition of Marcus Porterfield  -  ["Marcus Dep."]

Tab J          Deposition of Robert Porterfield  -  ["Robert Dep."]

Tab K         Deposition of Brad Alexander  - ["Alexander Dep."]

Tab L          Deposition of Jerry Woodham -  ["Woodham Dep."]

Tab M         (Second) Deposition of Michael Lord  - ["Lord II Dep."]

/s/Sandra B. Reiss

Sandra B. Reiss (ASB-3650-s80s)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Email: sandra.reiss@odnss.com
Ph.  205-328-1900; Fax: 205-328-6000
and
Kevin P. Hishta, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 2100
Atlanta, GA   30308
Email: kevin.hishta@odnss.com

*Counsel for Defendant,*
*Flowers Baking Co. of Opelika, LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I e-filed the foregoing Supplemental Evidentiary Submission on this 8th day of August, 2007 via this Court's CM/ECF system, and that the Clerk will send Notice and a Copy of the same to: Greg L. Davis, Esquire, and Dan Taliaferro, Esq.

                                              /s/Sandra B. Reiss
                                              Sandra B. Reiss

Case 2:05-cv-00937-MEF-TFM   Document 51   Filed 08/08/2007   Page 4 of 4