**<u>DEFENDANT'S SUPPLEMENTAL EVIDENTIARY SUBMISSION</u>**
**<u>IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

TAB  I

Deposition of Marcus Porterfield

# FREEDOM COURT REPORTING

---

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3           NORTHERN DIVISION
4
5   CASE NUMBER:  2:05-CV-937-F
6   HENRY G. PORTERFIELD,
7       Plaintiff,
8       vs.
9   FLOWERS BAKING COMPANY OF OPELIKA, LLC,
10      Defendant.
11
12      S T I P U L A T I O N
13      IT IS STIPULATED AND AGREED by and
14  between the parties through their respective
15  counsel, that the deposition of Marcus
16  Porterfield may be taken before Sara Mahler,
17  CSR, at the conference room of the Opelika
18  Best Western, at 205 North 21st Street,
19  Opelika, Alabama 36801, on the 16th day of
20  July, 2007.
21
22      DEPOSITION OF MARCUS PORTERFIELD
23

---

**Page 2**

1       IT IS FURTHER STIPULATED AND
2   AGREED that the signature to and the reading
3   of the deposition by the witness is waived,
4   the deposition to have the same force and
5   effect as if full compliance had been had
6   with all laws and rules of Court relating to
7   the taking of depositions.
8       IT IS FURTHER STIPULATED AND
9   AGREED that it shall not be necessary for
10  any objections to be made by counsel to any
11  questions except as to form or leading
12  questions, and that counsel for the parties
13  may make objections and assign grounds at
14  the time of the trial, or at the time said
15  deposition is offered in evidence, or prior
16  thereto.
17      IT IS FURTHER STIPULATED AND
18  AGREED that the notice of filing of the
19  deposition by the Commissioner is waived.
20
21      * * * * * * * * * * * * *
22
23

---

**Page 3**

1       * * * * * * * * * * * *
2           I N D E X
3           EXAMINATION
4               PAGE
5   By Ms. Reiss ........................ 6
6
7   (No Exhibits Were Marked.)
8
9       * * * * * * * * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23

---

**Page 4**

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3           NORTHERN DIVISION
4
5   CASE NUMBER:  2:05-CV-937-F
6   HENRY G. PORTERFIELD,
7       Plaintiff,
8       vs.
9   FLOWERS BAKING COMPANY OF OPELIKA, LLC,
10      Defendant.
11
12  BEFORE:
13      SARA MAHLER, Commissioner.
14
15  APPEARANCES:
16      GREG DAVIS, ESQUIRE, 6987 Halcyon
17  Park Drive, Montgomery, Alabama 36117,
18  appearing on behalf of the Plaintiff.
19      SANDRA B. REISS, ESQUIRE, of
20  OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
21  1819 5th Avenue North, Suite 1000,
22  Birmingham, Alabama 35203, appearing on
23  behalf of the Defendant.

---

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 5

1  APPEARANCES: (Cont.)
2      KEVIN P. HISHTA, ESQUIRE, of
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
4  600 Peachtree Street NE, Suite 2100,
5  Atlanta, Georgia 30308, appearing on behalf
6  of the Defendant.
7
8      ALSO PRESENT: HENRY PORTERFIELD
9          MICHAEL LORD
10          * * * * * *
11
12      I, SARA MAHLER, CSR, a Court
13  Reporter of Wetumpka, Alabama, acting as
14  Commissioner, certify that on this date, as
15  provided by the Federal Rules of Civil
16  Procedure and the foregoing stipulation of
17  counsel, there came before me at the offices
18  of conference room of the Opelika Best
19  Western, 205 North 21st Street, Opelika,
20  Alabama 36801, beginning at 10:00 a.m.,
21  Marcus Porterfield, witness in the above
22  cause, for oral examination, whereupon the
23  following proceedings were had:

Page 6

1      MARCUS PORTERFIELD,
2  being first duly sworn, was examined and
3  testified as follows:
4      COURT REPORTER:  Usual
5  stipulations?
6      MS. REISS:  That's fine.
7      MR. HISHTA:  That's fine.
8      EXAMINATION
9  BY MS. REISS:
10      Q.  Mr. Porterfield, my name is
11  Sandra Reiss, and I represent Flowers Baking
12  of Opelika.  And you understand you're here
13  for your deposition; correct?
14      A.  Yes, ma'am.
15      Q.  Okay.  If you could state your
16  full name for the Record, please.
17      A.  Marcus Dwayne Porterfield.
18      Q.  Okay.  And have you ever been
19  known by any other name or nickname?
20      A.  Just Porterfield.
21      Q.  Okay.  Now, have you ever had
22  your deposition taken before?
23      A.  No, ma'am.

Page 7

1      Q.  Okay.  Well, I'm just here to
2  ask you a series of questions about yourself
3  and about the events surrounding this
4  lawsuit.  If at any time you feel you need
5  to take a break or you need to get up and
6  walk around, as long as there's no question
7  on the table, just let me know, and we'll
8  take a break, okay?
9      A.  Okay.
10      Q.  It's not meant to be a
11  marathon.  If I use a term or I start -- I
12  ask a question that you don't understand,
13  please ask me to clarify it, okay?
14  Otherwise, I'll assume you've heard and
15  understood the question; is that fair?
16      A.  Yes, ma'am.
17      Q.  Okay.  Great.  Do you
18  understand the oath you just took is the
19  same you would take in a courtroom?
20      A.  Yes, ma'am.
21      Q.  Okay.  You might want to speak
22  up for the court reporter.
23      A.  Okay.

Page 8

1      Q.  Are you currently on any
2  medications that would impair your ability
3  to testify?
4      A.  No, ma'am.
5      Q.  Okay.  Are you on any
6  medications at all?
7      A.  High blood pressure.
8      Q.  Is that it?
9      A.  Yes, ma'am.
10      Q.  How old are you, Marcus?
11      A.  Twenty-six.
12      Q.  And when's your birthday?
13      A.  May the 13th, 1981.
14      Q.  And what's your current
15  address?
16      A.  167 West Rosemary.
17      Q.  Is that where your father
18  lives?
19      A.  Yes, ma'am.
20      Q.  Okay.  Who all -- Who else
21  lives at that address?
22      A.  Me, my dad, my mother, my
23  niece, and my sister.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 9

1  Q.  And what's your sister's name?
2  A.  LaRhonda Porterfield.
3  Q.  Does LaRhonda work?
4  A.  Yes, ma'am.
5  Q.  Where does she work?
6  A.  She's currently -- She's
7  currently a teacher right now.
8  Q.  Okay.  Where does she teach
9  at?
10  A.  To my knowledge, she was
11  teaching in Tuskegee.  Now she's teaching at
12  the Bullock County.
13  Q.  What school?
14  A.  I'm not for sure.
15  Q.  Is she -- What does she teach?
16  A.  History.
17  Q.  Is she high-school level?
18  A.  I think junior high.
19  Q.  Junior high.  Okay.  And how
20  old's your niece?
21  A.  Oh, my niece just turned ten.
22  Q.  Okay.  It's my understanding,
23  your father no longer works; is that

Page 10

1  correct?
2  A.  Yes, ma'am.
3  Q.  Okay.  How does your father
4  make his income?
5  A.  I would have no idea.
6  Q.  Okay.  Does your mother work?
7  A.  Yes, ma'am.
8  Q.  Where does she work?
9  A.  American Classic Designs.
10  Q.  And what does she do there?
11  A.  Just various types of stuff,
12  ma'am.  I'm not for sure.
13  Q.  You don't know what she does?
14  A.  No, ma'am.
15  Q.  Does she work there full time?
16  A.  Yes, ma'am.
17  Q.  All right.  What kind of
18  business is America Classic Designs?
19  A.  Embroidery and T-shirt print.
20  Q.  Okay.  Have you talked to
21  anyone about your father's lawsuit, other
22  than your father?
23  A.  No, ma'am.

Page 11

1  Q.  Okay.  Have you read any of
2  the depositions in this case?
3  A.  No, ma'am.
4  Q.  Have you ever lived outside
5  your parents' home?
6  A.  When I was older -- When I was
7  younger, much younger, I had my own
8  apartment.
9  Q.  For how long did you live
10  outside your parents' house?
11  A.  For about three years.
12  Q.  Okay.  What were you -- What
13  ages were you then?
14  A.  I'm not for sure.  I know I
15  was in my early twenties.
16  Q.  Why did you move back in with
17  your parents?
18  A.  Financial troubles.  I ran
19  into some financial trouble.
20  Q.  Have you ever declared
21  bankruptcy?
22  A.  No, ma'am.
23  Q.  Do you plan on moving within

Page 12

1  the next year?
2  A.  If God willing, yes.
3  Q.  I would think it would be hard
4  as a twenty-six-year-old living with your
5  parents.  What's your Social Security
6  number?
7  A.  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.
8  Q.  And you have an Alabama
9  driver's license?
10  A.  Yes, ma'am.
11  Q.  Okay.  What's your highest
12  level of education, Mr. Porterfield?
13  A.  High school.
14  Q.  Where did you graduate high
15  school?
16  A.  Prattville High.
17  Q.  And did you graduate?
18  A.  Yes, ma'am.
19  Q.  Okay.  What year did you
20  graduate?
21  A.  '81.
22  Q.  Where do you -- Do you
23  currently work?

3 (Pages 9 to 12)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 13

1    A.    Yes, ma'am.
2    Q.    Okay. Where do you work?
3    A.    I work for Arvin Meritor.
4 They supply parts to Hyundai.
5    Q.    Arvin Meritor?
6    A.    Yes, ma'am.
7    Q.    And what do they supply to
8 Hyundai?
9    A.    We supply the door modules,
10 the speakers, and the handles to Hyundai.
11   Q.    Where is that located?
12   A.    In Hope Hull, Alabama.
13   Q.    Hope Hull?
14   A.    Yes, ma'am.
15   Q.    Is that near the plant?
16   A.    Yes, ma'am.
17   Q.    Okay. And how long have you
18 been at Arvin Meritor?
19   A.    It will be two years this
20 week.
21   Q.    Oh, okay. So, you started in
22 200 -- July of 2005?
23   A.    Yes, ma'am.

Page 14

1    Q.    What's your -- What were you
2 hired as?
3    A.    I was hired as just a JIS line
4 member.
5    Q.    What does that mean?
6    A.    That means -- That's the name
7 of the line, JIS. They go by their
8 initials. We make the door modules and
9 handles.
10   Q.    Were you in assembly?
11   A.    Yes, ma'am.
12   Q.    Okay. Has your job changed
13 since you've been there?
14   A.    No, ma'am.
15   Q.    And so, you're still on the
16 assembly line?
17   A.    Yes, ma'am.
18   Q.    Okay. Are you close to your
19 father?
20   A.    Yes, ma'am.
21   Q.    Do you talk to him about your
22 job?
23   A.    Yes, ma'am.

Page 15

1    Q.    Would you be surprised to know
2 that your father didn't know what you did at
3 Arvin Meritor?
4    A.    No, ma'am, I wouldn't be
5 surprised.
6    Q.    Why wouldn't it surprise you?
7    A.    Because he know I can handle
8 it.
9    Q.    No, I'm not asking if you can
10 handle it; I'm asking, he did not know what
11 did you there at your job?
12   A.    Okay.
13   Q.    Would that surprise you?
14   A.    No.
15   Q.    Why not?
16   A.    I don't know why.
17   Q.    Okay. Have you ever been
18 disciplined at Arvin Meritor?
19   A.    No, ma'am.
20   Q.    Okay. Do you plan on staying
21 there?
22   A.    Yes, ma'am.
23   Q.    Have you ever been fired from

Page 16

1 a job involuntarily?
2    A.    In what meanings are you
3 talking about?
4    Q.    Have you ever been asked to
5 leave a job, fired or terminated?
6    A.    Yes, ma'am.
7    Q.    How many times?
8    A.    Once.
9    Q.    And when was that?
10   A.    Flower Bakery.
11   Q.    Now, when you were at the
12 Flower Bakery, is this in Montgomery?
13   A.    Yes, ma'am.
14   Q.    Okay. You didn't work for
15 Flowers, did you?
16   A.    When I looked at my check stub
17 it said Work Staff.
18   Q.    Okay. So, you worked there
19 through a temp service?
20   A.    Yes, ma'am.
21   Q.    How long did you work for Work
22 Staff?
23   A.    I can't remember the time of

4  (Pages 13 to 16)

# FREEDOM COURT REPORTING

---

Page 17

1 day, but I know it was around July of 2000.
2    Q.    Is when you started?
3    A.    Yes, ma'am.
4    Q.    Okay.  And when were you let
5 go -- Did Work Staff terminate your
6 temporary employment?
7    A.    Yes, ma'am.
8    Q.    When did Work Staff terminate
9 your employment?
10    A.    It was '05, but I can't
11 remember when.
12    Q.    Were you given a reason as to
13 why your employment was terminated from Work
14 Staff?
15    A.    The reason I was given was the
16 paperwork was incorrect.
17    Q.    What paperwork was incorrect?
18    A.    They didn't say.
19    Q.    So, they -- So, someone at
20 Work Staff told you your paperwork was
21 incorrect?
22    A.    Yes, ma'am.
23    Q.    Who was that?

---

Page 18

1    A.    I'm not for sure of the lady's
2 name.  I cannot remember.
3    Q.    Was she black or white?
4    A.    White.
5    Q.    Had you worked with her
6 before?
7    A.    No, ma'am.
8    Q.    What was her position?
9    A.    I'm not for sure.
10    Q.    Does she work in the main
11 office?
12    A.    Yes, ma'am.
13    Q.    Were you -- You're aware you
14 were asked to leave Flowers' premises;
15 correct?
16    A.    Yes, ma'am.
17    Q.    And why were you asked to
18 leave Flowers' premises?
19    A.    I have no idea.
20    Q.    Okay.  Who asked you to leave
21 Flowers' premises?
22    A.    I can't remember who asked me
23 that.

---

Page 19

1    Q.    Was it the same day you were
2 terminated by Work Staff?
3    A.    Yes, ma'am.
4    Q.    Okay.  And you had a camcorder
5 with you that day?
6    A.    No, ma'am.
7    Q.    What did you have, a video --
8 some kind of recording, tape recording
9 device?
10    A.    No, ma'am.
11    Q.    What was the day that you
12 filmed at Flowers?
13    A.    I'm not for sure of the day,
14 ma'am.
15    Q.    How many days was it before
16 you were terminated by Work Staff?
17    A.    After the film, is that what
18 you're saying?
19    Q.    Uh-huh, yes.
20    A.    I'm not for sure.
21    Q.    Was it a week?
22    A.    I'm going to say I'm not for
23 sure.

---

Page 20

1    Q.    So, no one ever told you at
2 Flowers that you need to leave the premises
3 because you had been videotaping on the
4 premises?
5    A.    No, ma'am.
6    Q.    Why were you told to leave
7 Flowers' premises?
8    A.    All I'm saying I was just told
9 not to come back on the premises.  They
10 didn't give me a reason why, or when, or
11 what.
12    Q.    Okay.  And was it someone at
13 Work Staff that told you that, or somebody
14 from Flowers?
15    A.    To my recollection, I believe
16 it was Work Staff said they don't want me on
17 the premises, so that was to my knowledge.
18    Q.    Did you only videotape at
19 Flowers -- on Flowers' property one time, or
20 did you do it more than one time?
21    A.    I believe just that once.
22    Q.    All right.  And your father
23 asked you to do that?

---

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 21

1    A.    Yes, ma'am.
2    Q.    Did you ask him why he wanted
3  you to videotape?
4    A.    No, ma'am.
5    Q.    Has he asked you to videotape
6  at any other employer?
7    A.    No, ma'am.
8    Q.    And you didn't ask him why he
9  wanted you to videotape?
10    A.    I just, you know, that's my
11  dad.  I wanted -- wasn't going to argue
12  against him.  I just took the camera with
13  me, that's all.
14    Q.    Are you aware that what you
15  did cost -- what your dad asked you to do
16  cost you your job with Work Staff?
17    A.    No, ma'am.
18    Q.    Where did you work before you
19  worked for Work Staff?
20    A.    I was working at -- I can't
21  remember.  I was in high school then.  I
22  think I was at, if I'm not mistaken, Cracker
23  Barrel, I believe.

Page 22

1    Q.    What were you doing at Cracker
2  Barrel?
3    A.    Working in the dish room.
4    Q.    I'm sorry, what?
5    A.    Dish room.
6    Q.    Dish room.  And you did that
7  during high school?
8    A.    Yes, ma'am.
9    Q.    So, your first job outside of
10  high school was with Work Staff?
11    A.    Yes, ma'am.
12    Q.    Okay.  And then, your next job
13  was with Arvin Meritor?
14    A.    Yes, ma'am.
15    Q.    So, you've only had two jobs
16  out of high school -- two employers?
17    A.    Yes, ma'am.
18    Q.    Okay.  Have you ever
19  videotaped any other jobs?
20    A.    No, ma'am.
21    Q.    Will you ever do that again?
22    A.    I'm not for sure, because I
23  don't own a camera.

Page 23

1    Q.    Because you what -- Oh, you
2  don't own the camera anymore.
3    A.    No.
4    Q.    What did you do with the
5  camera?
6    A.    I have no idea.  The last time
7  I seen it, it was over at my grandma's house
8  when I was cleaning over there; and I
9  haven't seen it since.
10    Q.    Was it your video camera?
11    A.    Yes, ma'am.
12    Q.    And you just left it at your
13  grandmother's?
14    A.    Yeah, I had left it there.
15    Q.    And why was that?
16    A.    Because -- I don't know why.
17  I was over there.
18    Q.    You were living over there?
19    A.    No.  I was just visiting.
20    Q.    But you bought the video
21  camera?
22    A.    Yes, ma'am.
23    Q.    Okay.  Did you have the video

Page 24

1  camera before your father asked you to
2  videotape at Flowers?
3    A.    Yes, ma'am.
4    Q.    So, you already owned it?
5    A.    Uh-huh.
6    Q.    Is that a yes?  You need to
7  say yes for the court reporter.
8    A.    Yes.
9    Q.    Okay.  Because she'll type
10  uh-huh; and she'll say it was a yes, and
11  I'll say it say it was a no, okay?
12    A.    Okay.
13    Q.    All right.  What was your --
14  What did you -- As a temporary, what did you
15  do at Flowers Baking of Opelika?
16    A.    Pull up.
17    Q.    What does pull up mean?
18    A.    You go out on Wednesday,
19  Saturday nights, and Sundays and you pull it
20  out of the store.
21    Q.    You mean you pull it out of
22  the stores?
23    A.    It was already out of code.

6  (Pages 21 to 24)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 25

1    Q.    Okay.  So, was this bread that
2  was out of code, or stale, that y'all would
3  take back?
4    A.    I'm not for sure.  All I know
5  is I was directed to go in and pull the
6  bread out and take the bread.
7    Q.    Okay.  And where would you
8  take the bread?
9    A.    Put it on the shelf.  Whatever
10 was left over, I would put it back to the
11 back of the store.
12   Q.    Okay.  I'm confused a little
13 bit.  Where did you -- Tell me exactly what
14 you did when you get there on a Wednesday.
15   A.    The bread already be in the
16 store on Wednesday, I just pulled it out and
17 put it on the shelf.
18        MR. DAVIS:  He pulled it out.
19        MS. REISS:  Okay.  He can
20 testify.  We'll get there.
21   Q.    (By Ms. Reiss) All right.  So,
22 it would be in the back of the store?
23   A.    Yeah.

Page 26

1    Q.    Say Winn Dixie, or something
2  like that, and you would take it and put it
3  out on the shelf?
4    A.    Yes, ma'am.
5    Q.    Of the store?
6    A.    Yes, ma'am.
7    Q.    Okay.  Did you do anything
8  else as a pull-up man?
9    A.    No, ma'am.  That's about it.
10   Q.    Okay.  And you worked, you
11 said, Wednesday and Saturdays and some
12 Sundays?
13   A.    Yes, ma'am.  Mostly Sunday.
14   Q.    Okay.  Did you ever pull any
15 old bread off the shelves when you're
16 putting new bread on the shelves at the
17 store?
18   A.    Not to my knowledge.
19   Q.    Okay.  Did you do any other
20 job duties as a pull-up man?
21   A.    No.
22   Q.    Okay.  What did you drive --
23 Did you drive one of the Flowers' trucks,

Page 27

1  or --
2    A.    My own vehicle.
3    Q.    All right.  And did you ever
4  bring any product back to the Flowers'
5  location?
6    A.    No, ma'am.
7    Q.    So, when you started your day,
8  would you just start from home and go to the
9  different -- your different stops, or would
10 you stop by Flowers first in Montgomery?
11   A.    I started from my house and go
12 to one of the stores.
13   Q.    Okay.  So, you didn't spend --
14 So, you had no reason really to be at the
15 Flowers' location very often; correct, in
16 Montgomery?
17   A.    I don't understand the
18 question, ma'am.
19   Q.    Well, you say you drove from
20 your home to do your job as a pull-up man.
21 You drive from your home to the stores; is
22 that correct?
23   A.    Yes, ma'am.

Page 28

1    Q.    And at the end of the day,
2  would you just return to your home?  You
3  wouldn't have to go by the Montgomery
4  warehouse?
5    A.    No, ma'am.
6    Q.    Okay.  Have you ever sued
7  anyone?
8    A.    No, ma'am.
9    Q.    Have you ever been sued?
10   A.    No, ma'am.
11   Q.    Do you know what your father's
12 lawsuit's about?
13   A.    No, ma'am.
14   Q.    You haven't talked to your
15 father about it?
16   A.    Once, but I can't remember
17 what it was about.
18   Q.    You didn't ask him what it was
19 about to come here today?
20   A.    No, ma'am.  He just told me I
21 had to do a deposition.  That's all.
22   Q.    Did you ask him why?
23   A.    No.

7 (Pages 25 to 28)

# FREEDOM COURT REPORTING

Page 29

1    Q.    Have you ever been a witness
2  in a court case?
3    A.    No, ma'am.
4    Q.    You're not married; correct?
5    A.    Correct.
6    Q.    Ever been arrested?
7    A.    No, ma'am.
8    Q.    Have you ever had any
9  education past high school? Take any
10  courses at a college, or anything like that?
11    A.    No, ma'am.
12    Q.    Do you plan on it?
13    A.    Thought about it.
14    Q.    Okay. Where did your sister
15  go to college?
16    A.    Troy in Montgomery.
17    Q.    Why were you on the premises
18  the day that you were there videotaping the
19  warehouse?
20    A.    My dad needed help on the
21  route. That's all.
22    Q.    So, your dad was still working
23  at that time?

Page 30

1    A.    Yes, ma'am.
2    Q.    Okay. And is the gentleman
3  that's shown on the videotape, is that your
4  father?
5    A.    Him and another man was on the
6  videotape.
7    Q.    The best I can tell, who was
8  the other male?
9    A.    Ricky Bell.
10    Q.    Ricky Bell. And who's Ricky
11  Bell?
12    A.    I don't know his position, but
13  he works out there.
14    Q.    Okay. And did your father ask
15  you to videotape a specific part of the
16  warehouse?
17    A.    Yes, ma'am.
18    Q.    What did he ask you to do?
19    A.    He just told me just to look
20  at this with your camera. Film this with
21  your camera. That's about all I did, ma'am.
22    Q.    Did he take -- Tell me how he
23  asked -- when he first asked you to

Page 31

1  videotape at the premises. Were you at
2  home?
3    A.    No, ma'am. I was on my way to
4  meet him.
5    Q.    Okay. And were you going to
6  help him that day?
7    A.    Yes, ma'am.
8    Q.    Okay. And what did he -- Did
9  he call you on your cell phone, or
10  something?
11    A.    I don't remember what he asked
12  me around that time. It was so far back, I
13  just can't remember what he had asked me.
14  He just said bring your camera. That's all.
15    Q.    Okay. So, he told you to
16  bring the video camera?
17    A.    Yes, ma'am.
18    Q.    Did you ask him why?
19    A.    No, ma'am.
20    Q.    Okay. And so then you got
21  there, and what happened?
22    A.    I helped him to load the
23  truck. We went to the freezer, and that's

Page 32

1  about it. We went to the freezer and filmed
2  that, and that's all.
3    Q.    Okay. Did he ask you to turn
4  on your video camera while you were loading
5  the truck?
6    A.    Can you define what you mean
7  by loading the truck?
8    Q.    When you -- You said you were
9  there to help him load the truck, I believe?
10    A.    Yes, ma'am.
11    Q.    Okay.
12    A.    I was helping him load the
13  truck from the warehouse onto the truck.
14    Q.    Right. Did he ask you to turn
15  on the video camera when he was loading his
16  truck?
17    A.    No.
18    Q.    Okay. When did he ask you to
19  turn on the video camera?
20    A.    When we went by the freezer.
21    Q.    And what was his instructions
22  to you about what to film?
23    A.    Just the freezer and the

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 33

1  bread. That's it.
2      Q.    Okay. And did he tell you
3  why?
4      A.    No, ma'am.
5      Q.    Did someone tell you to shut
6  off the video camera?
7      A.    No, ma'am.
8      Q.    So, the man I think your
9  father's lawyer represents, it's about a
10 twenty-second film, you just filmed for that
11 amount of time?
12     MR. DAVIS: Whatever length it
13 is?
14     MS. REISS: Yeah, whatever
15 length it is.
16     Q.   (By Ms. Reiss) And that's all
17 the film there is?
18     A.    Yes, ma'am.
19     Q.    And you've only videotaped one
20 time on the Flowers' premises?
21     A.    Yes, ma'am.
22     Q.    Okay. Did someone tape that
23 videotaping?

Page 34

1      A.    No, ma'am.
2      Q.    Did anyone talk to you, other
3  than your father, about videotaping at
4  Flowers?
5      A.    No, ma'am.
6      Q.    What did Ricky Bell -- Did
7  Ricky Bell say anything to you about it?
8      A.    No, ma'am.
9      Q.    Okay. And is that your father
10 on the tape, showing the dates on the bread,
11 talking about the dates on the bread?
12     A.    I can't remember, ma'am.
13     Q.    Should we look -- Let's look
14 at the videotape together.
15     MS. REISS: Can we bring that
16 down here?
17     MR. DAVIS: Sure. (Attorney
18 complies.)
19     Q.   (By Ms. Reiss) Who's talking
20 there?
21     A.    My dad.
22     Q.    Who's saying you tell them?
23     A.    That would be me.

Page 35

1      Q.    And what were you -- Why were
2  you saying to your dad you tell them?
3      A.    I can't remember what was
4  said.
5      Q.    And your father there was
6  referring to steak buns; is that correct?
7      A.    I don't know for sure what
8  buns he meant right then, but I know I heard
9  steak buns. I'm not for sure.
10     Q.    Okay. And you and your
11 father -- Did you have a discussion with
12 your father after this videotape about why
13 you were videotaping?
14     A.    No, ma'am.
15     Q.    All right. So, you never once
16 asked your dad why are we doing this?
17     A.    No, ma'am.
18     Q.    And you lost your job soon
19 thereafter; correct?
20     A.    I'm not for sure what the
21 dates and time.
22     Q.    But it was pretty soon
23 thereafter, within a couple of days?

Page 36

1      A.    I believe so. I'm not for
2  sure.
3      Q.    You never went back on the
4  Flowers' premises after that; correct?
5      A.    No, ma'am.
6      Q.    Okay. Did you like your job
7  as a pull-up man?
8      A.    Yeah, and no.
9      Q.    What was the -- What part did
10 you like?
11     A.    It really wasn't nothing to
12 dislike, really.
13     Q.    Okay. Well, when -- You said
14 yes and no, what was the no for?
15     A.    It had it's ups and downs;
16 I'll put it like that.
17     Q.    Okay. Anybody ever treat you
18 unfairly at Flowers as a pull-up man?
19     A.    Not to my knowledge.
20     Q.    Did you enjoy working with
21 your father?
22     A.    Yes, ma'am.
23     Q.    Well, what'd you do with him

9 (Pages 33 to 36)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 37

1  on his route?
2      A.    Mostly helped him load and
3  unloaded the truck.  Go inside the warehouse
4  and, you know, and sometimes in the stores
5  and help him work.
6      Q.    And did he pay you?
7      A.    Yes, ma'am.
8      Q.    Okay.  How much did he pay
9  you?
10     A.    I'm not for sure.
11     Q.    Was it the same amount each
12  time?
13     A.    Yes, ma'am.  Nothing changed.
14  It was just the same amount.
15     Q.    Okay.  And how -- Did he pay
16  you by the hour?
17     A.    He mostly paid by dates.
18  That's about it.
19     Q.    Okay.  Did y'all agree on a
20  price for him to pay you?
21     A.    No, ma'am, not really.
22     Q.    And did you file taxes for the
23  years that you worked with your father?

Page 38

1      A.    I'm not for sure.
2      Q.    So, you -- When's the last
3  time you filed income taxes?
4      A.    This year.
5      Q.    Okay.  Did you file taxes
6  during the time you worked for Work Staff?
7      A.    Yes, ma'am.
8      Q.    Okay.  Did you report the
9  income your father paid you?
10     A.    No.
11     Q.    Why not?
12     A.    I'm not for sure of that
13  question.  What do you mean by why not?
14     Q.    I asked you why didn't you
15  report the income that your father paid you
16  when you helped him?
17     A.    It was out-of-pocket.  It was
18  a little -- That's all.
19     Q.    So, you just determined it
20  wasn't enough to report?
21     A.    Yes, ma'am.
22     Q.    How often did you help him?
23     A.    I mostly was helping him

Page 39

1  whenever I had free time.  That's about it.
2      Q.    How often a week?
3      A.    I'm not for sure.
4      Q.    Was it at least once a week?
5      A.    I'm not for sure.  Twice,
6  that's all I did.
7      Q.    Okay.  A week?
8      A.    I'm not for sure.
9      Q.    Well, you said twice, what
10  were you referring to?
11     A.    Probably, twice out of the
12  week, or something like that.
13     Q.    Okay.  And when you first
14  started, you said in 2000 or 2001 at Work
15  Staff, there was a freezer at the Montgomery
16  warehouse; correct?
17     A.    Yes, ma'am.
18     Q.    And were you aware that your
19  father bought a new territory in 2002?
20     A.    No, ma'am.
21     Q.    You weren't aware that he had
22  a new route after 2002?
23     A.    No, ma'am.

Page 40

1      Q.    Okay.  Are you happy --
2  happier at your job at Arvin Meritor?
3      A.    Yes, ma'am.
4      Q.    Do you make more money?
5      A.    Yes, ma'am.
6      Q.    Working with your father, you
7  understood the importance of pulling bread
8  that was out of code; correct, from the
9  shelves?
10     A.    Yes, ma'am.
11     Q.    And you understand the
12  importance of delivering the product that
13  was ordered; correct?
14     A.    Yes, ma'am.
15     Q.    Okay.  Have you ever heard
16  your father tell a lie?
17     A.    No.
18     Q.    Never?
19     A.    Huh-uh.
20     Q.    Okay.  Do you know if your
21  father filed his taxes every year he's
22  supposed to?
23     A.    I'm not for sure with that,

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 41

1  no.
2      Q.    Do you know if your father
3  testified that he sometimes cheated his
4  customers?
5          MR. DAVIS: Object to the
6  form.
7      A.    I don't even know.
8      Q.    You understand, also, it's
9  important to be respectful towards the
10 customers that you're delivering product to;
11 correct?
12     A.    Yes.
13     Q.    Are you aware that your father
14 had been kicked out of accounts for cursing
15 at customers?
16     A.    No, ma'am.
17     Q.    Okay. What accounts did you
18 service with your father; what accounts did
19 you help him with?
20     A.    I can't remember, ma'am.
21     Q.    You can't remember any of the
22 accounts you helped your father with?
23     A.    It varied. It was plenty, but

Page 42

1  I can't remember back then which ones we did
2  or didn't do.
3      Q.    Were you aware that at some
4  point, your father was banned from the
5  premises at Flowers?
6      A.    He told me he was.
7      Q.    Okay. Was that before or
8  after you were banned from the premises at
9  Flowers?
10     A.    I think it was more after I
11 was. I'm not for sure.
12     Q.    The fact that there was a
13 freezer at the Montgomery location wasn't a
14 secret; correct?
15     A.    I don't know.
16     Q.    It was out in the open; right?
17     A.    What do you mean by that?
18     Q.    I mean, it was outside the
19 warehouse; right?
20     A.    Yes, ma'am.
21     Q.    Okay. And had it been there
22 since you had started working there as a
23 pull-up man; correct?

Page 43

1      A.    Yes, ma'am.
2      Q.    Have you ever received any
3  product from the freezer to place in any
4  restaurant?
5      A.    I don't work in that area --
6  no restaurant area to take nothing to no
7  restaurants.
8      Q.    Well, let me phrase that in a
9  better way. When were you helping your
10 father, did he ever have to get product out
11 of the freezer at times to deliver to his
12 customers?
13     A.    Yes, ma'am.
14     Q.    Did you ever hear him complain
15 about it?
16     A.    (Witness shakes head in a
17 negative response.) I'm not for sure.
18     Q.    I mean, at first you nod your
19 head no, that you haven't.
20     A.    I'm saying I'm not for sure.
21 I can't remember him complaining about it or
22 not, ma'am.
23     Q.    Okay. Have you ever

Page 44

1  videotaped at Arvin Meritor?
2      A.    No, ma'am.
3      Q.    Why not?
4      A.    There's no reason to.
5      Q.    What was the reason to do it
6  at Flowers?
7      A.    I was asked.
8      Q.    Do you remember the day that
9  you and your father -- Did you ever remember
10 the day -- the last day your father worked
11 where y'all had to go to Troy State? Do you
12 remember having to stop at Troy State
13 Montgomery?
14     A.    I remember that day, but I
15 can't remember -- Can you repeat that
16 question again?
17     Q.    Sure. Do you remember on
18 the -- It was one of the last days your
19 father worked and you were with him on the
20 route, we understand.
21     A.    Uh-huh.
22     Q.    He stopped at Troy State. I
23 believe Sodexho was the account that ran the

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 45

1  cafeteria, and they wanted some hamburger
2  buns delivered. When you got there, y'all
3  didn't have enough buns, or they wanted
4  y'all to get buns. Do you remember that?
5      A.    Yes, ma'am.
6      Q.    Okay. And so, y'all went out
7  to get the buns to bring them back; is that
8  correct?
9      A.    The only thing I remember, he
10 just dropped me off at my car, and that was
11 it.
12     Q.    When did he drop you off at
13 your car?
14     A.    I'm not for sure. All I know
15 is I was dropped off at my car to go to
16 practice.
17     Q.    So, you don't remember the
18 truck breaking down?
19     A.    No, ma'am.
20     Q.    Okay. When you left Troy
21 State, he dropped you off at your car so you
22 could go to practice, is that your
23 testimony, and the truck was working fine?

Page 46

1      A.    I can't remember what it was
2  doing.
3      Q.    Mr. Porterfield, you're under
4  oath. You just told me that he dropped you
5  off at your car and the truck was fine.
6      A.    I'm saying I don't know was it
7  fine when he dropped me off or what.
8      Q.    Well, was it running?
9      A.    Yeah. But I'm saying after he
10 dropped me off and when I got to my car,
11 that was it. We parted ways.
12     Q.    No, I'm not asking how the
13 truck was after you left him. I'm asking at
14 the time he dropped you off, the truck was
15 running fine?
16     A.    I can't remember. Honestly, I
17 can't remember all that day, honestly.
18     Q.    But you can remember that he
19 dropped you off to your car?
20     A.    Yes. But that's only part of
21 that day I remember.
22     Q.    Wouldn't you remember if the
23 truck had broken down?

Page 47

1      A.    (Shrugs shoulders.)
2      Q.    Do you remember your father
3  calling you to come back and help him, later
4  that day, because the truck had broken down?
5      A.    He didn't call me.
6      Q.    And you have your own cell
7  phone; is that correct?
8      A.    Yes, ma'am.
9      Q.    Okay. Do you remember having
10 any trouble on the route that day before he
11 dropped you off?
12     A.    No, ma'am.
13     Q.    Okay. Do you believe it's
14 ethical not to deliver an entire order to a
15 customer?
16     A.    Can you repeat that question?
17     Q.    Sure. Based on your knowledge
18 of the bread business, working with your
19 father and working as a pull-up man, do you
20 believe it's ethical not to deliver an
21 entire order to a customer?
22     A.    Not that I know of.
23     Q.    Okay. Do you believe it's

Page 48

1  ethical to steal from your customers?
2      A.    No.
3      Q.    Do you know this Councilman
4  Nuckles? Do you know him?
5      A.    Who?
6      Q.    Councilman Nuckles. I think
7  he's a Montgomery councilman.
8      A.    I've heard of him, but I don't
9  know him.
10     Q.    Okay. You've never met him?
11     A.    No.
12     Q.    You've never met Councilman
13 Williams?
14     A.    Councilman Williams is my
15 pastor.
16     Q.    Oh, is he -- I think he's also
17 a pastor, yeah. Is he the pastor at your
18 church?
19     A.    Uh-huh.
20     Q.    Is that a yes?
21     A.    Yes, ma'am.
22     Q.    Okay. What church is that?
23     A.    New Providence Missionary

12 (Pages 45 to 48)

# FREEDOM COURT REPORTING

Page 49

1  Baptist Church.
2  **Q.    New what?**
3  A.    New Providence Missionary
4  Baptist Church.
5  **Q.    New Providence, okay.  And**
6  **where is that located?**
7  A.    Simmons Drive, Montgomery,
8  Alabama.
9  **Q.    Does your grandmother go to**
10 **that church?**
11 A.    Yes, ma'am.
12 **Q.    Okay.  How long ago was the**
13 **building built for that church; do you know?**
14 A.    No.
15 **Q.    Did your grandmother help**
16 **donate some land for that church?**
17 A.    Not that I know of.
18 **Q.    Okay.  Have you ever brought**
19 **any councilmen to visit with any of your**
20 **employers?**
21 A.    No, ma'am.
22 **Q.    What does your father do**
23 **during the day, now, average day?**

Page 50

1  A.    I don't know.  I'd be asleep
2  because I work the night shift.
3  **Q.    Okay.  What's your shift?**
4  **What time is your shift?**
5  A.    6:15 in the evening until
6  about four or five in the morning.
7  **Q.    Okay.  Have you given a**
8  **statement to your father's attorney?**
9  A.    No, ma'am.
10 **Q.    Do you have any other**
11 **recordings, tape recordings or video tapes,**
12 **related to when you worked at Flowers?**
13 A.    No, ma'am.
14 **Q.    Did you keep any notes at the**
15 **time you worked at Flowers?**
16 A.    No, ma'am.
17 MS. REISS:  Let's take a
18 break.  We may be through.
19 (Recess taken.)
20 **Q.    (By Ms. Reiss) Now, you were**
21 **talking about the day that y'all went to**
22 **Troy State.  That's the day when your dad**
23 **dropped and you went to practice; do you**

Page 51

1  **remember that?**
2  A.    Yes, ma'am.
3  **Q.    Had he finished the route at**
4  **that point?**
5  A.    I'm not for sure.
6  **Q.    You're not for sure?**
7  A.    No.
8  **Q.    How was your -- What was your**
9  **normal practice?  Would you ride with your**
10 **dad on the entire route?**
11 A.    Yeah, it depends on the day.
12 **Q.    Okay.  What day was different**
13 **than another day?**
14 A.    I'm not for sure.  Because
15 like the first day of the week would be more
16 busier than the second day of the week.  So,
17 it was more like that.
18 **Q.    So, are you saying your father**
19 **would drop you off earlier when it wasn't as**
20 **busy?**
21 A.    Yeah.
22 **Q.    Okay.  And you don't remember**
23 **if that day he was through with the route or**

Page 52

1  **not?**
2  A.    No, ma'am.
3  **Q.    Okay.  Have you -- And you**
4  **said you've never videotaped at Arvin**
5  **Meritor; is that correct?**
6  A.    Correct.
7  **Q.    Okay.  And do you know if they**
8  **have a rule that you can't videotape on the**
9  **premises?**
10 A.    We have a phone trade zone.
11 The only thing we're allowed is our cell
12 phone and our badges.  That's it.
13 **Q.    Right.  But you know you can't**
14 **videotape there; correct?**
15 A.    Correct.
16 **Q.    Okay.  Is it in a rule book or**
17 **a handbook you got that says that?**
18 A.    I guess.
19 **Q.    Well, how do you know you**
20 **can't videotape there?**
21 A.    Just the type of place, you
22 know, we don't videotape.
23 **Q.    Okay.**

13 (Pages 49 to 52)

# FREEDOM COURT REPORTING

Page 53

1    MS. REISS:  I think that's it.
2    (The deposition was concluded at 10:45 a.m.,
3    July 16th, 2007.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 54

1       REPORTER'S CERTIFICATE
2    STATE OF ALABAMA,
3    ELMORE COUNTY,
4       I, Sara Mahler, Certified Shorthand
5    Reporter and Commissioner for the State of
6    Alabama at Large, do hereby certify that the
7    above and foregoing proceeding was taken
8    down by me by stenographic means, and that
9    the content herein was produced in
10   transcript form by computer aid under my
11   supervision, and that the foregoing
12   represents, to the best of my ability, a
13   true and correct transcript of the
14   proceedings occurring on said date and at
15   said time.
16      I further certify that I am neither
17   of kin nor of counsel to the parties to the
18   action; nor in any manner interested in the
19   result of said case.
20
21
22       _____
         Sara Mahler, CSR,
         for the State of
23       Alabama at Large.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

**A**

ability 8:2 54:12
account 44:23
accounts 41:14
  41:17,18,22
acting 5:13
action 54:18
address 8:15,21
ages 11:13
ago 49:12
agree 37:19
AGREED 1:13
  2:2,9,18
aid 54:17
Alabama 1:2,19
  4:2,17,22 5:13
  5:20 12:8
  13:12 49:8
  54:2,6,23
allowed 52:11
America 10:18
American 10:9
amount 33:11
  37:11,14
Anybody 36:17
anymore 23:2
apartment 11:8
APPEARAN...
  4:15 5:1
appearing 4:18
  4:22 5:5
area 43:5,6
argue 21:11
arrested 29:6
Arvin 13:3,5,18
  15:3,18 22:13
  40:2 44:1 52:4
asked 16:4
  18:14,17,20,22
  20:23 21:5,15
  24:1 30:23,23
  31:11,13 35:16
  38:14 44:7
asking 15:9,10

46:12,13
asleep 50:1
assembly 14:10
  14:16
assign 2:13
assume 7:14
Atlanta 5:5
attorney 34:17
  50:8
Avenue 4:21
average 49:23
aware 18:13
  21:14 39:18,21
  41:13 42:3
a.m 5:20 53:2

**B**

B 4:19
back 11:16 20:9
  25:3,10,11,22
  27:4 31:12
  36:3 42:1 45:7
  47:3
badges 52:12
Bakery 16:10,12
Baking 1:9 4:9
  6:11 24:15
bankruptcy
  11:21
banned 42:4,8
Baptist 49:1,4
Barrel 21:23
  22:2
Based 47:17
beginning 5:20
behalf 4:18,23
  5:5
believe 20:15,21
  21:23 32:9
  36:1 44:23
  47:13,20,23
Bell 30:9,10,11
  34:6,7
best 1:18 5:18

30:7 54:12
better 43:9
Birmingham
  4:22
birthday 8:12
bit 25:13
black 18:3
blood 8:7
book 52:16
bought 23:20
  39:19
bread 25:1,6,6,8
  25:15 26:15,16
  33:1 34:10,11
  40:7 47:18
break 7:5,8
  50:18
breaking 45:18
bring 27:4 31:14
  31:16 34:15
  45:7
broken 46:23
  47:4
brought 49:18
building 49:13
built 49:13
Bullock 9:12
buns 35:6,8,9
  45:2,3,4,7
busier 51:16
business 10:18
  47:18
busy 51:20

**C**

cafeteria 45:1
call 31:9 47:5
calling 47:3
camcorder 19:4
camera 21:12
  22:23 23:2,5
  23:10,21 24:1
  30:20,21 31:14
  31:16 32:4,15

32:19 33:6
car 45:10,13,15
  45:21 46:5,10
  46:19
case 1:5 4:5 11:2
  29:2 54:19
cause 5:22
cell 31:9 47:6
  52:11
CERTIFICA...
  54:1
Certified 54:4
certify 5:14 54:6
  54:16
changed 14:12
  37:13
cheated 41:3
check 16:16
church 48:18,22
  49:1,4,10,13
  49:16
Civil 5:15
clarify 7:13
Classic 10:9,18
cleaning 23:8
close 14:18
code 24:23 25:2
  40:8
college 29:10,15
come 20:9 28:19
  47:3
Commissioner
  2:19 4:13 5:14
  54:5
COMPANY 1:9
  4:9
complain 43:14
complaining
  43:21
compliance 2:5
complies 34:18
computer 54:10
concluded 53:2
conference 1:17

5:18
confused 25:12
Cont 5:1
content 54:9
correct 6:13
  10:1 18:15
  27:15,22 29:4
  29:5 35:6,19
  36:4 39:16
  40:8,13 41:11
  42:14,23 45:8
  47:7 52:5,6,14
  52:15 54:13
cost 21:15,16
councilman 48:3
  48:6,7,12,14
councilmen
  49:19
counsel 1:15
  2:10,12 5:17
  54:17
County 9:12
  54:3
couple 35:23
courses 29:10
court 1:1 2:6 4:1
  5:12 6:4 7:22
  24:7 29:2
courtroom 7:19
Cracker 21:22
  22:1
CSR 1:17 5:12
  54:22
current 8:14
currently 8:1
  9:6,7 12:23
cursing 41:14
customer 47:15
  47:21
customers 41:4
  41:10,15 43:12
  48:1

**D**

D 3:2
dad 8:22 21:11
  21:15 29:20,22
  34:21 35:2,16
  50:22 51:10
date 5:14 54:14
dates 34:10,11
  35:21 37:17
DAVIS 4:16
  25:18 33:12
  34:17 41:5
day 1:19 17:1
  19:1,5,11,13
  27:7 28:1
  29:18 31:6
  44:8,10,10,14
  46:17,21 47:4
  47:10 49:23,23
  50:21,22 51:11
  51:12,13,15,16
  51:23
days 19:15
  35:23 44:18
DEAKINS 4:20
  5:3
declared 11:20
Defendant 1:10
  4:10,23 5:6
define 32:6
deliver 43:11
  47:14,20
delivered 45:2
delivering 40:12
  41:10
depends 51:11
deposition 1:15
  1:22 2:3,4,15
  2:19 6:13,22
  28:21 53:2
depositions 2:7
  11:2
Designs 10:9,18
determined
  38:19

device 19:9
different 27:9,9
  51:12
directed 25:5
disciplined
  15:18
discussion 35:11
dish 22:3,5,6
dislike 36:12
DISTRICT 1:1
  1:2 4:1,2
DIVISION 1:3
  4:3
Dixie 26:1
doing 22:1 35:16
  46:2
donate 49:16
door 13:9 14:8
downs 36:15
drive 4:17 26:22
  26:23 27:21
  49:7
driver's 12:9
drop 45:12
  51:19
dropped 45:10
  45:15,21 46:4
  46:7,10,14,19
  47:11 50:23
drove 27:19
duly 6:2
duties 26:20
Dwayne 6:17

E
E 3:2
earlier 51:19
early 11:15
education 12:12
  29:9
effect 2:5
ELMORE 54:3
Embroidery
  10:19

employer 21:6
employers 22:16
  49:20
employment
  17:6,9,13
enjoy 36:20
entire 47:14,21
  51:10
ESQUIRE 4:16
  4:19 5:2
ethical 47:14,20
  48:1
evening 50:5
events 7:3
evidence 2:15
exactly 25:13
examination 3:3
  5:22 6:8
examined 6:2
Exhibits 3:7

F
fact 42:12
fair 7:15
far 31:12
father 8:17 9:23
  10:3,22 14:19
  15:2 20:22
  24:1 28:15
  30:4,14 34:3,9
  35:5,11,12
  36:21 37:23
  38:9,15 39:19
  40:6,16,21
  41:2,13,18,22
  42:4 43:10
  44:9,10,19
  47:2,19 49:22
  51:18
father's 10:21
  28:11 33:9
  50:8
Federal 5:15
feel 7:4

file 37:22 38:5
filed 38:3 40:21
filing 2:18
film 19:17 30:20
  32:22 33:10,17
filmed 19:12
  32:1 33:10
financial 11:18
  11:19
fine 6:6,7 45:23
  46:5,7,15
finished 51:3
fired 15:23 16:5
first 6:2 22:9
  27:10 30:23
  39:13 43:18
  51:15
five 50:6
Flower 16:10,12
Flowers 1:9 4:9
  6:11 16:15
  18:14,18,21
  19:12 20:2,7
  20:14,19,19
  24:2,15 26:23
  27:4,10,15
  33:20 34:4
  36:4,18 42:5,9
  44:6 50:12,15
following 5:23
follows 6:3
force 2:4
foregoing 5:16
  54:7,11
form 2:11 41:6
  54:10
four 50:6
free 39:1
freezer 31:23
  32:1,20,23
  39:15 42:13
  43:3,11
full 2:5 6:16
  10:15

further 2:1,8,17
  54:16

G
G 1:6 4:6
gentleman 30:2
Georgia 5:5
give 20:10
given 17:12,15
  50:7
go 14:7 17:5
  24:18 25:5
  27:8,11 28:3
  29:15 37:3
  44:11 45:15,22
  49:9
God 12:2
going 19:22
  21:11 31:5
graduate 12:14
  12:17,20
grandma's 23:7
grandmother
  49:9,15
grandmother's
  23:13
Great 7:17
GREG 4:16
grounds 2:13
guess 52:18

H
Halcyon 4:16
hamburger 45:1
handbook 52:17
handle 15:7,10
handles 13:10
  14:9
happened 31:21
happier 40:2
happy 40:1
hard 12:3
head 43:16,19
hear 43:14
heard 7:14 35:8

# FREEDOM COURT REPORTING

40:15 48:8
**help** 29:20 31:6
  32:9 37:5
  38:22 41:19
  47:3 49:15
**helped** 31:22
  37:2 38:16
  41:22
**helping** 32:12
  38:23 43:9
**HENRY** 1:6 4:6
  5:8
**high** 8:7 9:18,19
  12:13,14,16
  21:21 22:7,10
  22:16 29:9
**highest** 12:11
**high-school** 9:17
**hired** 14:2,3
**HISHTA** 5:2 6:7
**History** 9:16
**home** 11:5 27:8
  27:20,21 28:2
  31:2
**honestly** 46:16
  46:17
**Hope** 13:12,13
**hour** 37:16
**house** 11:10
  23:7 27:11
**Huh-uh** 40:19
**Hull** 13:12,13
**Hyundai** 13:4,8
  13:10

### I

**idea** 10:5 18:19
  23:6
**impair** 8:2
**importance** 40:7
  40:12
**important** 41:9
**income** 10:4
  38:3,9,15

**incorrect** 17:16
  17:17,21
**initials** 14:8
**inside** 37:3
**instructions**
  32:21
**interested** 54:18
**involuntarily**
  16:1

### J

**JIS** 14:3,7
**job** 14:12,22
  15:11 16:1,5
  21:16 22:9,12
  26:20 27:20
  35:18 36:6
  40:2
**jobs** 22:15,19
**July** 1:20 13:22
  17:1 53:3
**junior** 9:18,19

### K

**keep** 50:14
**KEVIN** 5:2
**kicked** 41:14
**kin** 54:17
**kind** 10:17 19:8
**know** 7:7 10:13
  11:14 15:1,2,7
  15:10,16 17:1
  21:10 23:16
  25:4 28:11
  30:12 35:7,8
  37:4 40:20
  41:2,7 42:15
  45:14 46:6
  47:22 48:3,4,9
  49:13,17 50:1
  52:7,13,19,22
**knowledge** 9:10
  20:17 26:18
  36:19 47:17
**known** 6:19

### L

**L** 1:12
**lady's** 18:1
**land** 49:16
**Large** 54:6,23
**LaRhonda** 9:2,3
**laws** 2:6
**lawsuit** 7:4
  10:21
**lawsuit's** 28:12
**lawyer** 33:9
**leading** 2:11
**leave** 16:5 18:14
  18:18,20 20:2
  20:6
**left** 23:12,14
  25:10 45:20
  46:13
**length** 33:12,15
**Let's** 34:13
  50:17
**level** 9:17 12:12
**license** 12:9
**lie** 40:16
**line** 14:3,7,16
**little** 25:12
  38:18
**live** 11:9
**lived** 11:4
**lives** 8:18,21
**living** 12:4 23:18
**LLC** 1:9 4:9
**load** 31:22 32:9
  32:12 37:2
**loading** 32:4,7
  32:15
**located** 13:11
  49:6
**location** 27:5,15
  42:13
**long** 7:6 11:9
  13:17 16:21
  49:12
**longer** 9:23

**look** 30:19 34:13
  34:13
**looked** 16:16
**LORD** 5:9
**lost** 35:18

### M

**Mahler** 1:16
  4:13 5:12 54:4
  54:22
**main** 18:10
**male** 30:8
**man** 26:8,20
  27:20 30:5
  33:8 36:7,18
  42:23 47:19
**manner** 54:18
**marathon** 7:11
**Marcus** 1:15,22
  5:21 6:1,17
  8:10
**Marked** 3:7
**married** 29:4
**ma'am** 6:14,23
  7:16,20 8:4,9
  8:19 9:4 10:2,7
  10:12,14,16,23
  11:3,22 12:10
  12:18 13:1,6
  13:14,16,23
  14:11,14,17,20
  14:23 15:4,19
  15:22 16:6,13
  16:20 17:3,7
  17:22 18:7,12
  18:16 19:3,6
  19:10,14 20:5
  21:1,4,7,17
  22:8,11,14,17
  22:20 23:11,22
  24:3 26:4,6,9
  26:13 27:6,18
  27:23 28:5,8
  28:10,13,20

29:3,7,11 30:1
  30:17,21 31:3
  31:7,17,19
  32:10 33:4,7
  33:18,21 34:1
  34:5,8,12
  35:14,17 36:5
  36:22 37:7,13
  37:21 38:7,21
  39:17,20,23
  40:3,5,10,14
  41:16,20 42:20
  43:1,13,22
  44:2 45:5,19
  47:8,12 48:21
  49:11,21 50:9
  50:13,16 51:2
  52:2
**mean** 14:5 24:17
  24:21 32:6
  38:13 42:17,18
  43:18
**meanings** 16:2
**means** 14:6 54:8
**meant** 7:10 35:8
**medications** 8:2
  8:6
**meet** 31:4
**member** 14:4
**Meritor** 13:3,5
  13:18 15:3,18
  22:13 40:2
  44:1 52:5
**met** 48:10,12
**MICHAEL** 5:9
**MIDDLE** 1:2
  4:2
**Missionary**
  48:23 49:3
**mistaken** 21:22
**modules** 13:9
  14:8
**money** 40:4
**Montgomery**

# FREEDOM COURT REPORTING

4:17 16:12
27:10,16 28:3
29:16 39:15
42:13 44:13
48:7 49:7
**morning** 50:6
**mother** 8:22
  10:6
**move** 11:16
**moving** 11:23

---
**N**
---

**N** 1:12 3:2
**name** 6:10,16,19
  9:1 14:6 18:2
**NASH** 4:20 5:3
**NE** 5:4
**near** 13:15
**necessary** 2:9
**need** 7:4,5 20:2
  24:6
**needed** 29:20
**negative** 43:17
**neither** 54:16
**never** 35:15 36:3
  40:18 48:10,12
  52:4
**new** 26:16 39:19
  39:22 48:23
  49:2,3,5
**nickname** 6:19
**niece** 8:23 9:20
  9:21
**night** 50:2
**nights** 24:19
**nod** 43:18
**normal** 51:9
**North** 1:18 4:21
  5:19
**NORTHERN**
  1:3 4:3
**notes** 50:14
**notice** 2:18
**Nuckles** 48:4,6

**number** 1:5 4:5
  12:6

---
**O**
---

**O** 1:12
**oath** 7:18 46:4
**Object** 41:5
**objections** 2:10
  2:13
**occurring** 54:14
**offered** 2:15
**office** 18:11
**offices** 5:17
**OGLETREE**
  4:20 5:3
**Oh** 9:21 13:21
  23:1 48:16
**okay** 6:15,18,21
  7:1,8,9,13,17
  7:21,23 8:5,20
  9:8,19,22 10:3
  10:6,20 11:1
  11:12 12:11,19
  13:2,17,21
  14:12,18 15:12
  15:17,20 16:14
  16:18 17:4
  18:20 19:4
  20:12 22:12,18
  23:23 24:9,11
  24:12 25:1,7
  25:12,19 26:7
  26:10,14,19,22
  27:13 28:6
  29:14 30:2,14
  31:5,8,15,20
  32:3,11,18
  33:2,22 34:9
  35:10 36:6,13
  36:17 37:8,15
  37:19 38:5,8
  39:7,13 40:1
  40:15,20 41:17
  42:7,21 43:23

45:6,20 47:9
  47:13,23 48:10
  48:22 49:5,12
  49:18 50:3,7
  51:12,22 52:3
  52:7,16,23
**old** 8:10 26:15
**older** 11:6
**old's** 9:20
**once** 16:8 20:21
  28:16 35:15
  39:4
**ones** 42:1
**Opelika** 1:9,17
  1:19 4:9 5:18
  5:19 6:12
  24:15
**open** 42:16
**oral** 5:22
**order** 47:14,21
**ordered** 40:13
**outside** 11:4,10
  22:9 42:18
**out-of-pocket**
  38:17
**owned** 24:4

---
**P**
---

**P** 1:12 5:2
**PAGE** 3:4
**paid** 37:17 38:9
  38:15
**paperwork**
  17:16,17,20
**parents** 11:5,10
  11:17 12:5
**Park** 4:17
**part** 30:15 36:9
  46:20
**parted** 46:11
**parties** 1:14
  2:12 54:17
**parts** 13:4
**pastor** 48:15,17

48:17
**pay** 37:6,8,15,20
**Peachtree** 5:4
**phone** 31:9 47:7
  52:10,12
**phrase** 43:8
**place** 43:3 52:21
**Plaintiff** 1:7 4:7
  4:18
**plan** 11:23 15:20
  29:12
**plant** 13:15
**please** 6:16 7:13
**plenty** 41:23
**point** 42:4 51:4
**Porterfield** 1:6
  1:16,22 4:6 5:8
  5:21 6:1,10,17
  6:20 9:2 12:12
  46:3
**position** 18:8
  30:12
**practice** 45:16
  45:22 50:23
  51:9
**Prattville** 12:16
**premises** 18:14
  18:18,21 20:2
  20:4,7,9,17
  29:17 31:1
  33:20 36:4
  42:5,8 52:9
**PRESENT** 5:8
**pressure** 8:7
**pretty** 35:22
**price** 37:20
**print** 10:19
**prior** 2:15
**Probably** 39:11
**Procedure** 5:16
**proceeding** 54:7
**proceedings**
  5:23 54:14
**produced** 54:9

**product** 27:4
  40:12 41:10
  43:3,10
**property** 20:19
**provided** 5:15
**Providence**
  48:23 49:3,5
**pull** 24:16,17,19
  24:21 25:5
  26:14
**pulled** 25:16,18
**pulling** 40:7
**pull-up** 26:8,20
  27:20 36:7,18
  42:23 47:19
**put** 25:9,10,17
  26:2 36:16
**putting** 26:16

---
**Q**
---

**question** 7:6,12
  7:15 27:18
  38:13 44:16
  47:16
**questions** 2:11
  2:12 7:2

---
**R**
---

**ran** 11:18 44:23
**read** 11:1
**reading** 2:2
**really** 27:14
  36:11,12 37:21
**reason** 17:12,15
  20:10 27:14
  44:4,5
**received** 43:2
**Recess** 50:19
**recollection**
  20:15
**Record** 6:16
**recording** 19:8,8
**recordings**
  50:11,11
**referring** 35:6

# FREEDOM COURT REPORTING

39:10
**Reiss** 3:5 4:19
6:6,9,11 25:19
25:21 33:14,16
34:15,19 50:17
50:20 53:1
**related** 50:12
**relating** 2:6
**remember** 16:23
17:11 18:2,22
21:21 28:16
31:11,13 34:12
35:3 41:20,21
42:1 43:21
44:8,9,12,14
44:15,17 45:4
45:9,17 46:1
46:16,17,18,21
46:22 47:2,9
51:1,22
**repeat** 44:15
47:16
**report** 38:8,15
38:20
**reporter** 5:13
6:4 7:22 24:7
54:5
**REPORTER'S**
54:1
**represent** 6:11
**represents** 33:9
54:12
**respectful** 41:9
**respective** 1:14
**response** 43:17
**restaurant** 43:4
43:6
**restaurants** 43:7
**result** 54:19
**return** 28:2
**Ricky** 30:9,10
30:10 34:6,7
**ride** 51:9
**right** 9:7 10:17

20:22 24:13
25:21 27:3
32:14 35:8,15
42:16,19 52:13
**room** 1:17 5:18
22:3,5,6
**Rosemary** 8:16
**route** 29:21 37:1
39:22 44:20
47:10 51:3,10
51:23
**rule** 52:8,16
**rules** 2:6 5:15
**running** 46:8,15

---
### S

**S** 1:12
**Sandra** 4:19
6:11
**Sara** 1:16 4:13
5:12 54:4,22
**Saturday** 24:19
**Saturdays** 26:11
**saying** 19:18
20:8 34:22
35:2 43:20
46:6,9 51:18
**says** 52:17
**school** 9:13
12:13,15 21:21
22:7,10,16
29:9
**second** 51:16
**secret** 42:14
**Security** 12:5
**seen** 23:7,9
**series** 7:2
**service** 16:19
41:18
**shakes** 43:16
**shelf** 25:9,17
26:3
**shelves** 26:15,16
40:9

**she'll** 24:9,10
**shift** 50:2,3,4
**Shorthand** 54:4
**shoulders** 47:1
**showing** 34:10
**shown** 30:3
**Shrugs** 47:1
**shut** 33:5
**signature** 2:2
**Simmons** 49:7
**sister** 8:23 29:14
**sister's** 9:1
**SMOAK** 4:20
5:3
**Social** 12:5
**Sodexho** 44:23
**somebody** 20:13
**soon** 35:18,22
**sorry** 22:4
**speak** 7:21
**speakers** 13:10
**specific** 30:15
**spend** 27:13
**Staff** 16:17,22
17:5,8,14,20
19:2,16 20:13
20:16 21:16,19
22:10 38:6
39:15
**stale** 25:2
**start** 7:11 27:8
**started** 13:21
17:2 27:7,11
39:14 42:22
**state** 6:15 44:11
44:12,22 45:21
50:22 54:2,5
54:22
**statement** 50:8
**STATES** 1:1 4:1
**staying** 15:20
**steak** 35:6,9
**steal** 48:1
**stenographic**

54:8
**STEWART**
4:20 5:3
**STIPULATED**
1:13 2:1,8,17
**stipulation** 5:16
**stipulations** 6:5
**stop** 27:10 44:12
**stopped** 44:22
**stops** 27:9
**store** 24:20
25:11,16,22
26:5,17
**stores** 24:22
27:12,21 37:4
**Street** 1:18 5:4
5:19
**stub** 16:16
**stuff** 10:11
**sued** 28:6,9
**Suite** 4:21 5:4
**Sunday** 26:13
**Sundays** 24:19
26:12
**supervision**
54:11
**supply** 13:4,7,9
**supposed** 40:22
**sure** 9:14 10:12
11:14 18:1,9
19:13,20,23
22:22 25:4
34:17 35:7,9
35:20 36:2
37:10 38:1,12
39:3,5,8 40:23
42:11 43:17,20
44:17 45:14
47:17 51:5,6
51:14
**surprise** 15:6,13
**surprised** 15:1,5
**surrounding** 7:3
**sworn** 6:2

---
### T

**T** 1:12,12
**table** 7:7
**take** 7:5,8,19
25:3,6,8 26:2
29:9 30:22
43:6 50:17
**taken** 1:16 6:22
50:19 54:7
**talk** 14:21 34:2
**talked** 10:20
28:14
**talking** 16:3
34:11,19 50:21
**tape** 19:8 33:22
34:10 50:11
**tapes** 50:11
**taxes** 37:22 38:3
38:5 40:21
**teach** 9:8,15
**teacher** 9:7
**teaching** 9:11,11
**tell** 25:13 30:7
30:22 33:2,5
34:22 35:2
40:16
**temp** 16:19
**temporary** 17:6
24:14
**ten** 9:21
**term** 7:11
**terminate** 17:5,8
**terminated** 16:5
17:13 19:2,16
**territory** 39:19
**testified** 6:3 41:3
**testify** 8:3 25:20
**testimony** 45:23
**thereto** 2:16
**thing** 45:9 52:11
**think** 9:18 12:3
21:22 33:8
42:10 48:6,16
53:1

# FREEDOM COURT REPORTING

Thought 29:13
three 11:11
time 2:14,14 7:4
    10:15 16:23
    20:19,20 23:6
    29:23 31:12
    33:11,20 35:21
    37:12 38:3,6
    39:1 46:14
    50:4,15 54:15
times 16:7 43:11
today 28:19
told 17:20 20:1,6
    20:8,13 28:20
    30:19 31:15
    42:6 46:4
trade 52:10
transcript 54:10
    54:13
treat 36:17
trial 2:14
trouble 11:19
    47:10
troubles 11:18
Troy 29:16
    44:11,12,22
    45:20 50:22
truck 31:23 32:5
    32:7,9,13,13
    32:16 37:3
    45:18,23 46:5
    46:13,14,23
    47:4
trucks 26:23
true 54:13
turn 32:3,14,19
turned 9:21
Tuskegee 9:11
twenties 11:15
twenty-second
    33:10
Twenty-six 8:11
twenty-six-yea...
    12:4

twice 39:5,9,11
two 13:19 22:15
    22:16
type 24:9 52:21
types 10:11
T-shirt 10:19

## U

U 1:12
uh-huh 19:19
    24:5,10 44:21
    48:19
understand 6:12
    7:12,18 27:17
    40:11 41:8
    44:20
understanding
    9:22
understood 7:15
    40:7
unfairly 36:18
UNITED 1:1 4:1
unloaded 37:3
ups 36:15
use 7:11
Usual 6:4

## V

varied 41:23
various 10:11
vehicle 27:2
video 19:7 23:10
    23:20,23 31:16
    32:4,15,19
    33:6 50:11
videotape 20:18
    21:3,5,9 24:2
    30:3,6,15 31:1
    34:14 35:12
    52:8,14,20,22
videotaped
    22:19 33:19
    44:1 52:4
videotaping
    20:3 29:18

33:23 34:3
    35:13
visit 49:19
visiting 23:19
vs 1:8 4:8

## W

waived 2:3,19
walk 7:6
want 7:21 20:16
wanted 21:2,9
    21:11 45:1,3
warehouse 28:4
    29:19 30:16
    32:13 37:3
    39:16 42:19
wasn't 21:11
    36:11 38:20
    42:13 51:19
way 31:3 43:9
ways 46:11
Wednesday
    24:18 25:14,16
    26:11
week 13:20
    19:21 39:2,4,7
    39:12 51:15,16
went 31:23 32:1
    32:20 36:3
    45:6 50:21,23
weren't 39:21
West 8:16
Western 1:18
    5:19
Wetumpka 5:13
we'll 7:7 25:20
we're 52:11
what'd 36:23
when's 8:12
    38:2
white 18:3,4
Williams 48:13
    48:14
willing 12:2

Winn 26:1
witness 2:3 5:21
    29:1 43:16
work 9:3,5 10:6
    10:8,15 12:23
    13:2,3 16:14
    16:17,21,21
    17:5,8,13,20
    18:10 19:2,16
    20:13,16 21:16
    21:18,19 22:10
    37:5 38:6
    39:14 43:5
    50:2
worked 16:18
    18:5 21:19
    26:10 37:23
    38:6 44:10,19
    50:12,15
working 21:20
    22:3 29:22
    36:20 40:6
    42:22 45:23
    47:18,19
works 9:23
    30:13
wouldn't 15:4,6
    28:3 46:22

## X

X 3:2

## Y

yeah 23:14
    25:23 33:14
    36:8 46:9
    48:17 51:11,21
year 12:1,19
    38:4 40:21
years 11:11
    13:19 37:23
younger 11:7,7
y'all 25:2 37:19
    44:11 45:2,4,6
    50:21

## Z

zone 52:10

## 0

05 17:10

## 1

10:00 5:20
10:45 53:2
1000 4:21
13th 8:13
16th 1:19 53:3
167 8:16
1819 4:21
1981 8:13

## 2

2:05-CV-937-F
    1:5 4:5
200 13:22
2000 17:1 39:14
2001 39:14
2002 39:19,22
2005 13:22
2007 1:20 53:3
205 1:18 5:19
21st 1:18 5:19
2100 5:4

## 3

30308 5:5
35203 4:22
36117 4:17
36801 1:19 5:20

## 4

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
    12:7

## 5

5th 4:21

## 6

6 3:5
6:15 50:5

# FREEDOM COURT REPORTING

| | |
|---|---|
| **600** 5:4 | |
| **6987** 4:16 | |
| **8** | |
| **81** 12:21 | |