**DEFENDANT'S SUPPLEMENTAL EVIDENTIARY SUBMISSION**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

TAB   J

Deposition of Robert Porterfield

# FREEDOM COURT REPORTING



Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3         NORTHERN DIVISION

4

5    CASE NUMBER:  2:05-CV-937-F

6    HENRY G. PORTERFIELD,

7         Plaintiff,

8         vs.

9    FLOWERS BAKING COMPANY OF OPELIKA, LLC,

10        Defendant.

11

12        S T I P U L A T I O N

13        IT IS STIPULATED AND AGREED by and

14   between the parties through their respective

15   counsel, that the deposition of Robert

16   Porterfield may be taken before Sara Mahler,

17   CSR, at the conference room of the Opelika

18   Best Western, at 205 North 21st Street,

19   Opelika, Alabama 36801, on the 16th day of

20   July, 2007.

21

22        DEPOSITION OF ROBERT PORTERFIELD

23

Page 2

1        IT IS FURTHER STIPULATED AND

2    AGREED that the signature to and the reading

3    of the deposition by the witness is waived,

4    the deposition to have the same force and

5    effect as if full compliance had been had

6    with all laws and rules of Court relating to

7    the taking of depositions.

8        IT IS FURTHER STIPULATED AND

9    AGREED that it shall not be necessary for

10   any objections to be made by counsel to any

11   questions except as to form or leading

12   questions, and that counsel for the parties

13   may make objections and assign grounds at

14   the time of the trial, or at the time said

15   deposition is offered in evidence, or prior

16   thereto.

17        IT IS FURTHER STIPULATED AND

18   AGREED that the notice of filing of the

19   deposition by the Commissioner is waived.

20

21        * * * * * * * * * * * * *

22

23

Page 3

1         * * * * * * * * * * * * *

2              I N D E X

3            EXAMINATION

4                      PAGE

5    By Ms. Reiss ........................ 6

6

7    (No Exhibits Were Marked.)

8

9         * * * * * * * * * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 4

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3         NORTHERN DIVISION

4

5    CASE NUMBER:  2:05-CV-937-F

6    HENRY G. PORTERFIELD,

7         Plaintiff,

8         vs.

9    FLOWERS BAKING COMPANY OF OPELIKA, LLC,

10        Defendant.

11

12   BEFORE:

13        SARA MAHLER, Commissioner.

14

15   APPEARANCES:

16        GREG DAVIS, ESQUIRE, 6987 Halcyon

17   Park Drive, Montgomery, Alabama 36117,

18   appearing on behalf of the Plaintiff.

19        SANDRA B. REISS, ESQUIRE, of

20   OGLETREE, DEAKINS, NASH, SMOAK & STEWART,

21   1819 5th Avenue North, Suite 1000,

22   Birmingham, Alabama 35203, appearing on

23   behalf of the Defendant.

1 (Pages 1 to 4)

# 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 5

1  APPEARANCES: (Cont.)
2
3      ALSO PRESENT: HENRY PORTERFIELD
4          MICHAEL LORD
5      * * * * * *
6
7      I, SARA MAHLER, CSR, a Court
8  Reporter of Wetumpka, Alabama, acting as
9  Commissioner, certify that on this date, as
10  provided by the Federal Rules of Civil
11  Procedure and the foregoing stipulation of
12  counsel, there came before me at the offices
13  of conference room of the Opelika Best
14  Western, 205 North 21st Street, Opelika,
15  Alabama 36801, beginning at 10:50 a.m.,
16  Robert Porterfield, witness in the above
17  cause, for oral examination, whereupon the
18  following proceedings were had:
19      ROBERT PORTERFIELD,
20  being first duly sworn, was examined and
21  testified as follows:
22      COURT REPORTER:  Usual
23  stipulations?

Page 6

1      MR. HISHTA:  Yes.
2      MS. REISS:  Yes.
3      EXAMINATION
4  BY MS. REISS:
5      Q.  Mr. Porterfield, it's funny,
6  I've talked to three Porterfields this
7  morning.  My name is Sandra Reiss, and I
8  represent Flowers Baking Company of Opelika,
9  and I'm here to take your deposition today.
10      Have you ever had your
11  deposition taken before, where you sat at a
12  table with a lawyer and had questions asked
13  of you under oath?
14      A.  Oh, yeah.  I've done that
15  before.
16      Q.  Okay.  How many times?
17      A.  Once.
18      Q.  All right.  Well, just go
19  through -- How long has it been?
20      A.  Maybe about a year and a half,
21  two years, somewhere along that line.
22      Q.  Okay.  Let me just go over the
23  rules again, they're pretty benign.  I'm

Page 7

1  going to ask you a series of questions about
2  yourself and about your relationship to your
3  brother and maybe what knowledge you have of
4  his case.
5      As long as -- You can take a
6  break at any time.  If you need to get up
7  and stretch your legs, although, Marcus' was
8  very quick and yours is probably going to be
9  quicker, just let me know, as long as
10  there's no questions sitting at the table.
11  I prefer that you finish the question first
12  before you take a break, okay?
13      A.  Okay.
14      Q.  If I ask you a question and I
15  use a term or I garble the sentence and you
16  don't understand it, just ask me to clarify.
17  Okay?
18      A.  Okay.
19      Q.  All right.  State your full
20  name for the Record, please.
21      A.  Robert Porterfield, Jr.
22      Q.  Do you have a middle name?
23      A.  No, I don't.

Page 8

1      Q.  Okay.  Have you ever been
2  known by any nicknames?
3      A.  Yes, I have.
4      Q.  What is it?
5      A.  Well, June bug.
6      Q.  Okay.
7      A.  June and all kind of things.
8      Q.  Now, you said were you deposed
9  before?
10      A.  Yeah.
11      Q.  Were you a witness in a
12  lawsuit, or were you the plaintiff, or were
13  you the person being sued?  What was --
14      A.  I was the plaintiff.
15      Q.  Okay.  And who were you suing?
16      A.  The individual -- I guess we
17  did an insurance, but the individual
18  Angeline Smith.
19      Q.  And why were you suing
20  Ms. Smith?
21      A.  A car accident.
22      Q.  Okay.  Did she hit you?
23      A.  Yes, ma'am.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 9

1  Q.  Was anyone else in the car
2  with you?
3  A.  There certainly was.
4  Q.  Who was it?
5  A.  My wife and daughter.
6  Q.  And what's your wife's name?
7  A.  Debra Porterfield.
8  Q.  Okay.  And what's your
9  daughter's name?
10  A.  Carmen Porterfield.
11  Q.  How old was Carmen at the
12  time?
13  A.  Oh, boy.  Around, I would say
14  twenty-five.
15  Q.  Okay.  Was anyone seriously
16  injured?
17  A.  I would think so, yes, ma'am.
18  Q.  Well, I don't know; that's why
19  I'm asking you.
20  A.  Yeah.
21  Q.  Okay.  You understand the oath
22  you just took is the same as you would take
23  in court?

Page 10

1  A.  Right.
2  Q.  Okay.  Has that lawsuit ended?
3  A.  It's been resolved.
4  Q.  Okay.  That's the correct term
5  I hear.  Who was your lawyer in that
6  lawsuit?
7  A.  Attorney Davis and Attorney
8  Taliaferro.
9  Q.  The same Mr. Davis sitting
10  next to you?
11  A.  It certainly is.
12  Q.  He has just got on a roll with
13  the Porterfield family.
14       Okay.  Are you on any
15  medications that would impair your ability
16  to testify today?
17  A.  No, not at all.
18  Q.  Okay.  Now, what's your
19  current address?
20  A.  3683 Oak Street, Montgomery.
21  Q.  And who lives there with you?
22  A.  My wife Debra and Carmen.
23  Q.  Is Carmen your only child?

Page 11

1  A.  No.
2  Q.  Okay.  How many other children
3  do you have?
4  A.  There are three others.
5  Q.  Do they live in the Montgomery
6  area?
7  A.  Two live in the Montgomery
8  area, one doesn't.
9  Q.  Okay.  Where does the other
10  one live?
11  A.  He lives in Mississippi.
12  Q.  Okay.  Can you tell me the
13  names of the two that live in Montgomery
14  area, just for jury purposes.  We wouldn't
15  want them on our jury.
16  A.  Okay.  Joseph Todd.
17  Q.  Joseph Todd, okay.
18  A.  And Sharon.  The last name now
19  is Hill.
20  Q.  Is Joseph Todd a stepson?
21  A.  Yes, ma'am.
22  Q.  Okay.  Now, how many brothers
23  and sisters do you have?

Page 12

1  A.  I have one sister, and four
2  other brothers.
3  Q.  Okay.  What's your sister's
4  name?
5  A.  Marrietta Branch.
6  Q.  Okay.  Was she married to Doug
7  Branch?
8  A.  At one time.
9  Q.  Okay.  And then you said you
10  have four brothers, and one of those is
11  Henry; correct?
12  A.  Right.
13  Q.  Okay.  And what are the names
14  of your other brothers?
15  A.  Thomas L., Arthur J., and
16  Anthony B. Porterfield.
17  Q.  B?
18  A.  B.
19  Q.  Okay.  Do they all live -- The
20  last three, do they live in the Montgomery
21  area?
22  A.  All of them do.
23  Q.  Okay.  Who's the oldest?

3 (Pages 9 to 12)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 13

1    A.    I am.
2    Q.    I'm looking at him, huh?
3    A.    Yeah. Absolutely.
4    Q.    Are you aware of any legal
5  problems your brother, Henry, has had in the
6  last ten years?
7    A.    The only one I'm aware of
8  within the last ten years is the one here
9  with Flowers.
10   Q.    You're not aware of any
11 problems he's had with the IRS, or the State
12 tax service?
13   A.    Oh, yeah. I've heard of that,
14 but I didn't know it was legal.
15   Q.    Okay. So, you're aware that
16 he has not filed taxes; correct, or owes
17 money to the government?
18   A.    I am aware that he owes money
19 to the government.
20   Q.    Okay. And are you also aware
21 he owes money to the State of Alabama?
22   A.    Of course.
23   Q.    Huh?

Page 14

1    A.    Of course.
2    Q.    Are y'all close?
3    A.    Of course.
4    Q.    Have you ever had to help your
5  brother out financially?
6    A.    Well, yeah.
7    Q.    Okay. When was the last time?
8    A.    It's been a while back.
9  Before he can't get any form -- At the time,
10 he didn't have income; and at that time, I
11 kind of helped him out.
12   Q.    Okay. What's your date of
13 birth?
14   A.    3/16/49.
15   Q.    How many times have you talked
16 to your brother about his lawsuit against
17 Flowers Baking of Opelika?
18   A.    How many times have I talked
19 to him about the lawsuit?
20   Q.    Yes, sir.
21   A.    I can't count the number of
22 times.
23   Q.    So, more than ten?

Page 15

1    A.    I would assume.
2    Q.    Okay. Can you remember any of
3  those conversations?
4    A.    Well, I know -- remember a
5  conversation recently about the tax
6  situation whereby he was supposed to receive
7  certain amounts of income, and he certainly
8  didn't see any of it; and they were asking
9  him to file taxes on income he didn't
10 receive, so that was the big problem.
11        And again, it goes back to the
12 case, I imagine, that he's already had with
13 the IRS as it relates to again compounded
14 monies to be owed on money that, from my
15 understanding, he didn't receive. That's
16 one big thing he was concerned about.
17        Certainly, his job or his
18 position with -- well, Flowers.
19   Q.    You understood he was an
20 independent distributor, though?
21   A.    Absolutely.
22   Q.    He's not an employee of
23 Flowers; correct?

Page 16

1    A.    Right.
2    Q.    Okay. Did he ever tell you
3  why he -- Flowers terminated his contract?
4    A.    Well, the first statement was
5  that Flowers would do what they wanted to
6  do.
7    Q.    Okay. Did he ever give you
8  any other reasons?
9    A.    They said he had an account
10 down with Troy State; and he had given them
11 some reason as to why, that he was having
12 some trouble with his truck. And he was
13 supposed to deliver some bread, and as a
14 result of the bread not being delivered that
15 particular time, then my understanding is
16 that Flowers wanted to terminate his
17 contract as a result of that lack of
18 delivery, I guess, serving that particular
19 account, whatever.
20   Q.    Did he tell you any other
21 reasons why his contract was terminated?
22   A.    There are no other -- Well,
23 possibly because of the fact that they were

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 17

1  opening up, and I guess this may be
2  speculation, they were opening up a new
3  Wal-Mart; they were opening up a new, my
4  understanding, a new Publix store; and this
5  was supposed to be with the territory he
6  had, supposedly generated him X amount of
7  dollars that would cause his income and his
8  property of his route to increase
9  tremendously, from what he shared with me.
10     Q.    Any other reasons?
11     A.    Those are basically the two
12 that he shared with me.
13     Q.    Wait. I think there were
14 three. Flowers does what it wants to do;
15 they terminated him because he didn't
16 deliver something to Troy State; and his
17 territory or route was going to have some
18 new customers?
19     A.    That's what he kind of felt --
20 He felt like he was being railroaded.  I
21 would use that term somehow to explain how
22 he felt about his contract being, I guess,
23 terminated.

Page 18

1     Q.    Okay.  Have you ever worked
2  for Flowers in any capacity?
3     A.    I've never worked for Flowers
4  in any capacity.  One summer -- Henry went
5  on vacation a few years back, a number of
6  years back; and I was off, and he had asked
7  me if I would try to run his route for him,
8  something I had never done before.  And I
9  found that it was just a tremendous thing
10 for me to attempt to do.
11        Certainly, with the amount of
12 work that was involved, and something that I
13 had to get used to and maybe toward the end,
14 I had a lot of help and support from some of
15 the other guys out there.  But toward the
16 end of the week, I was able to handle it.
17     Q.    How long did you run the
18 route?
19     A.    A full week. A hard week. A
20 very hard week.
21     Q.    What -- Do you currently work,
22 Mr. Porterfield?
23     A.    Well, I do work part time.

Page 19

1     Q.    Where are you employed?
2     A.    I'm employed right now with
3  Job Corp.  I'm recently retired.
4     Q.    What do you do with Job Corp?
5     A.    Teacher.
6     Q.    What do you teach?
7     A.    Math.
8     Q.    And where did you retire from?
9     A.    Montgomery County Board of
10 Education.
11     Q.    How long did you work for
12 them?
13     A.    Thirty-one years.
14     Q.    And you were a teacher there
15 also?
16     A.    And bus driver.
17     Q.    What school did you work at?
18     A.    George Washington Junior High
19 School.
20     Q.    And what did you teach there?
21     A.    Algebra and prealgebra.
22     Q.    Did your brother ever tell you
23 that Troy State asked that he never return

Page 20

1  to their account -- asked Flowers that?
2     A.    That Troy State told him not
3  to?
4     Q.    Yes.
5     A.    I don't recall him saying Troy
6  State not telling him to.  My understanding
7  was that the account at Troy State was
8  closed; and as a result of the account being
9  closed, I don't guess anybody from Flowers
10 could deliver bread there.
11     Q.    My question was, were you
12 aware that Troy State asked that your
13 brother not return as their breadman?
14     A.    No, I wasn't aware of that
15 now.
16     Q.    Okay.  Were you aware that
17 your brother had bought and sold at least
18 two additional territories from Flowers
19 while he was an independent distributor?
20     A.    Bought and sold two
21 additional?
22     Q.    Yes.
23     A.    I'm not aware of that.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 21

1    Q.    Okay.  Have you read any
2  depositions in this case?
3    A.    No, I haven't.
4    Q.    Okay.  How often do you talk
5  to Henry?
6    A.    Almost every day, every other
7  day.
8    Q.    Okay.  What does Henry do
9  during the day?
10    A.    Sometimes he goes down to the
11  church and be with the folk down there.  I
12  guess he go down there to eat lunch.  And he
13  basically does a lot of running around and
14  carrying my mama and some of the other folk
15  at the church around.  He does a lot of
16  that.
17    Q.    Do you go to the same church
18  as he does?
19    A.    Yes, ma'am.
20    Q.    Okay.  Does your wife work
21  outside the home?
22    A.    Yes, she does.
23    Q.    Where does she work?

Page 22

1    A.    At Gunter Air Force Base early
2  child care center.
3    Q.    How long has she worked at
4  Gunter Air Force Base?
5    A.    Oh, about seventeen years.
6    Q.    Were you aware that your
7  brother used to deliver bread to that
8  facility?
9    A.    I am aware of that, years ago.
10    Q.    Do you know why he no longer
11  delivers bread to that facility?
12    A.    I don't know why he doesn't
13  deliver bread to that facility, but he
14  doesn't deliver bread to any facility now.
15  But do you mean why at that point in time?
16    Q.    Right.  Why did he stop
17  delivering bread to Gunter Air Force Base?
18    A.    My understanding was there was
19  some kind of problems out there with the
20  delivery.  The details of what actually
21  transpired, I don't have any idea.
22    Q.    Were you aware that the
23  Colonel of that Air Force base performed an

Page 23

1  investigation, and found that your brother
2  had stolen thirty thousand dollars worth of
3  merchandise and barred him from the
4  premises?
5        MR. DAVIS:  Object to the
6  form.
7    A.    Thirty thousand dollars?
8    Q.    Yeah.
9    A.    Good Lord, no, ma'am.
10    Q.    Were you aware that the
11  investigation went -- spanned two years that
12  they investigated your brother?
13        MR. DAVIS:  Object to the
14  form.
15    A.    No.
16    Q.    Are you aware that your
17  brother has been kicked out of accounts for
18  cursing at customers?
19        MR. DAVIS:  Object to the
20  form.
21    A.    Kicked --
22        THE WITNESS:  What?
23        MR. DAVIS:  You can answer.

Page 24

1    A.    No, I'm not aware of that.
2  For doing what now, kicked --
3    Q.    -- cursing.
4    A.    At customers?
5    Q.    Yes.
6    A.    No.
7    Q.    Are you aware that your
8  brother testified at his deposition that he
9  kept back product from his customers for his
10  own gain?
11        MR. DAVIS:  Object to the
12  form.
13    Q.    That he didn't deliver all of
14  the product to the customers, and kept some
15  for his own gain?
16        MR. DAVIS:  Object to the
17  form.
18    A.    Oh, yeah.
19    Q.    You're aware of that?
20    A.    I'm aware of that.  Because my
21  understanding, that was a common thing that
22  the folks at Flowers did.
23    Q.    What folks at Flowers?

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 25

1   A.   Those that deliver bread.
2   Q.   **So, it was common to steal?**
3   A.   It was common for the people
4   who were delivering bread to exchange bread
5   among themselves, my understanding. And I
6   don't know, I guess they were changing bread
7   with themselves and distributing from route
8   to route. I don't know the details of it.
9   It's just something in that sort of nature,
10  whatever.
11  Q.   **When you ran the route for**
12  **your brother for that week, did you**
13  **deliver -- when someone had a delivery,**
14  **however many buns or however many loaves of**
15  **bread, you gave them the full delivery**
16  **amount; correct, what they were due for that**
17  **delivery?**
18  A.   Absolutely.
19  Q.   **Okay. You didn't keep**
20  **anything back.**
21  A.   I wouldn't know what to do
22  with it.
23  Q.   **Okay. You didn't keep it back**

Page 26

1   **and sell it for cash to someone else?**
2   A.   No, absolutely not.
3   Q.   **Okay. You would think that**
4   **would be unethical; correct?**
5   A.   I certainly would.
6   Q.   **All right. Have you ever been**
7   **sued, Mr. Porterfield?**
8   A.   I'm trying to think. Sued,
9   no, I don't think I've ever been sued. I've
10  had some things sent to my credit bureau,
11  but I wasn't sued.
12  Q.   **You've had some collections**
13  **perhaps?**
14  A.   Yeah, I've had collections.
15  Q.   **Okay. Now, did you help Henry**
16  **get his job with the Board of Education**
17  **after he left Flowers?**
18  A.   I kind of stepped in as a way
19  of looking out for him, some type of
20  employment. I spoke to some people to try
21  to get him employment.
22  Q.   **And was he hired by the Board?**
23  A.   Yes, ma'am.

Page 27

1   Q.   **Okay. What was he hired as?**
2   A.   Custodian.
3   Q.   **Okay. Do any other**
4   **Porterfields work at the Board of Education?**
5   A.   Uh-huh.
6   Q.   **Which ones?**
7   A.   My sister, Marrietta Branch.
8   Q.   **Okay. Anyone else?**
9   A.   I have a cousin that works
10  there at the Board of Education, Shirley
11  Porterfield.
12  Q.   **Does Thomas work at the Board**
13  **of Education?**
14  A.   Yes, he does. He drives a
15  school bus route. Matter of fact, I helped
16  him out to get a school bus driver job.
17  Q.   **Sounds like a big brother.**
18  A.   Well, I try to help them out
19  when I can.
20  Q.   **Now, did you ever see your**
21  **brother's application with the Board of**
22  **Education?**
23  A.   No.

Page 28

1   Q.   **Okay. Do you know that -- if**
2   **he told the truth on his application to the**
3   **Board of Education?**
4   A.   I would hope he would. I
5   don't know. I didn't see his application,
6   though.
7   Q.   **If he wrote on his application**
8   **reason for leaving your last employer, it**
9   **was time to leave, would that be the truth?**
10  A.   Time to leave? Well, I would
11  say that the reason is terminated contract.
12  Q.   **Okay.**
13  A.   I don't know about time to
14  leave.
15  Q.   **Okay. Do you know why your**
16  **brother no longer works at the Board of**
17  **Education?**
18  A.   I'm not aware of why he's not
19  working there.
20  Q.   **Was he fired?**
21  A.   My understanding, he was
22  placed on a leave of absence.
23  Q.   **Do you know why?**

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 29

1    A.    I don't think I've ever heard
2  a reason as to why.
3    Q.    Do you know if he was ever
4  disciplined while he was at the Board of
5  Education?
6    A.    No.
7    Q.    He didn't work there an entire
8  year; correct?
9    A.    No.
10    Q.    Have you ever been terminated
11  from a job involuntarily?
12    A.    Well, I think I may have been
13  terminated from a job years ago.  Because I
14  had a choice of resigning or being
15  terminated at 5 o'clock; and at 5 o'clock, I
16  was terminated.  So, I think I was
17  terminated at five.
18    Q.    Okay.  And was that, before
19  you went to the Board of Education?
20    A.    Yeah.
21    Q.    So, that was more than thirty
22  years ago?
23    A.    Yeah.

Page 30

1    Q.    Okay.  Well, who was the
2  employer?
3    A.    State of Alabama.
4    Q.    What department?
5    A.    Department of Agriculture and
6  Industries, Food and Drug Administration.
7    Q.    Okay.  Did your lawsuit where
8  you sued Ms. Smith, did it go to trial?
9    A.    No.
10    Q.    Okay.  Have you ever filed for
11  bankruptcy?
12    A.    No.
13    Q.    Have -- Do you know, or are
14  you aware if your brother's ever filed for
15  bankruptcy, and this is Henry?
16    A.    I'm not aware of that now.
17    Q.    Okay.  Do you know if he's
18  filed for bankruptcy more than once?
19    A.    I don't know if he's filed for
20  bankruptcy at all.
21    Q.    What's your highest level of
22  education?
23    A.    Let's see.  Well, I have a

Page 31

1  Master's and a few years beyond.
2    Q.    Okay.  What do you have your
3  Master's in?
4    A.    Math.
5    Q.    And where did you get that?
6    A.    Alabama State University.
7    Q.    Okay.  And what's your
8  bachelor's in?
9    A.    Chemistry.
10    Q.    All the courses I couldn't
11  pass.  I needed you in high school.
12          Were you ever disciplined
13  while you worked for the Board of Education?
14    A.    Let me think about that one.
15  Was I disciplined verbally, written, or
16  what.  What are we talking about?
17    Q.    Let's try written.
18    A.    Written, no; verbally, yes.
19    Q.    When was the last time you
20  were verbally disciplined before you
21  retired?
22    A.    Maybe about twenty-five years
23  ago.  Maybe about twenty-five years ago.

Page 32

1    Q.    When you were just a young
2  teacher?
3    A.    Yeah.
4    Q.    Okay.  That week -- And you
5  say you only worked once for your brother?
6    A.    Uh-huh.
7    Q.    The week you worked for your
8  brother, was everyone friendly to you with
9  Flowers?
10    A.    Oh, yeah.  Everybody was
11  friendly to me, helping me out and all.  The
12  guys were.  I because I didn't know much
13  about what I was doing.  They were just
14  trying to show me what to do and how to do
15  it.  Very supportive, I would say.
16    Q.    Okay.  Do you know why your
17  brother listed you as a witness in this
18  case?
19    A.    He probably listed me as a
20  witness because of the fact that he was by
21  the house -- He was supposed to pick up a
22  letter from a Grady; and as a result, I was
23  there when he picked this letter up from him

8 (Pages 29 to 32)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 33

1  concerning the job out at Ryder's.
2          And I was with him again when
3  Grady and some individual out of Opelika met
4  to -- I would imagine to have him to settle
5  with them, as far as their business was
6  concerned, by offering him a certain amount
7  of money to sign.
8      Q.    Was that to buy back his
9  territory?
10     A.    I think that was to take care
11 of everything that he had with respect to
12 territory, and everything he had invested in
13 the business.
14     Q.    Okay.  That was the second
15 meeting?
16     A.    That was the second meeting.
17     Q.    And that took place at Tenda
18 Chick restaurant?
19     A.    It certainly did on Atlanta
20 Highway.
21     Q.    Okay.  And do you remember if
22 Mr. Lord was there?  Was the other gentleman
23 there?

Page 34

1      A.    There was a younger dude
2  there.
3      Q.    And tell me what happened at
4  that meeting at the Tenda Chick.
5      A.    Oh, Grady and this guy, he was
6  a part of the company man, and he didn't
7  look like the guy.
8      Q.    Okay.  I'm not trying to trick
9  you.
10     A.    Yeah.  But he didn't look like
11 the guy now.  He was a little younger.  I
12 think he's a little younger.  I don't know.
13 He looked younger to me.
14     Q.    Okay.
15     A.    But he and Grady --
16     Q.    This lawsuit's aged all of us.
17 No, I'm kidding.
18     A.    I'm telling you.  It's been
19 going on for a while.
20         But that particular day, he
21 had all the papers to sign and everything to
22 present to Henry in regards to, I guess at
23 that point and particular time, if Henry had

Page 35

1  signed it, it would have released him of
2  everything to do with Flowers.
3          And they were talking about
4  giving him so much amount of monies,
5  somewhat close to thirty thousand dollars,
6  which would buy him out of everything if he
7  signed.  And I told him at that time, I
8  didn't think that was a good idea to sign.
9      Q.    Did you say anything to the
10 gentleman that you met there from Flowers?
11     A.    I was basically speaking to
12 Henry, because, you know, I vaguely can
13 remember if we had maybe a little
14 conversation.  It wasn't too much of
15 anything.  I just vaguely remember a
16 conversation with myself and the guy.
17         Grady didn't say much; the
18 other guy did.  And basically it was about
19 signing the papers, saying that was the
20 thing that Henry should do at this time.  I
21 told Henry I didn't think that was a good
22 idea.
23     Q.    Okay.  Do you recall that you

Page 36

1  said to the people from Flowers:  If y'all
2  don't hire him back or if y'all don't get
3  him back, I'm going to have to support him?
4  Do you remember saying that?
5      A.    Well, I don't remember saying
6  those words, I'm going to have to support
7  him.  But I hope they understood that
8  because I was there at the meeting with
9  them, they knew already that I was going to
10 support him in terms of what he was going
11 through.
12     Q.    Okay.  I'm talking about
13 financially supporting him.
14     A.    I didn't tell them that, no.
15 I ain't had no way in the world of having to
16 be able to support him and my family, too.
17 He understood that I was going to help him
18 out if I could, basically, but I couldn't
19 support him.
20     Q.    Did you -- At one point in the
21 conversation, did the people from Flowers
22 say:  I'm sorry, to you, that we can't talk
23 about your brother's business with you?

9 (Pages 33 to 36)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 37

1    A.    Oh, yeah. That's when they
2  got short at one point in time. Because I
3  said -- They had said something of that
4  sort, but I was just here as a support
5  person. I told them: I'm here to support
6  him in terms of what he's going through here
7  with you guys.
8        Q.    And why would you try to talk
9  your brother out of taking the buyback of
10  his territory?
11        A.    Because I didn't think it was
12  just. I didn't think it was fair.
13        Q.    What was unjust about it?
14        A.    Because looking at the
15  possibility, in terms of where his route
16  could be, as opposed to where it was at that
17  particular time and the new growth, and
18  they're going to pay him in terms of where
19  it was then, I believe, as to what was
20  there. And Wal-Mart hadn't completed, as
21  well as the Publix not being completed,
22  certainly would not be the same amount of
23  money that if the route had shown growth,

Page 38

1  and I thought it was a bad idea.
2        Q.    So, you wanted them to pay him
3  for stores that hadn't even been built yet?
4        A.    Well, that's potential gain I
5  would think, you know. Potential gain is
6  what you have when you look in the future
7  for that. So, I thought it was a good idea
8  not to sell, knowing that your route's going
9  to have some more money then what it is at
10  this point in time. It wouldn't make sense
11  to me.
12        Q.    Did you say anything else at
13  that meeting, or can you remember anything
14  else that was said at that Tenda Chick
15  meeting?
16        A.    The only thing I was primarily
17  focused on was the fact that he should not
18  sign those papers.
19        Q.    Here's my question: Do you
20  remember anything else that was said by
21  anyone at that meeting?
22        A.    I can't say I do remember
23  anything else. I don't think they were

Page 39

1  pretty happy with him not signing, though.
2        Q.    Okay. What about the meeting
3  where you saw Grady Smith, you said that was
4  before? Was it Ryder, y'all met at Ryder
5  you said?
6        A.    Yeah.
7        Q.    And Mr. Smith gave him a
8  letter?
9        A.    Yeah.
10        Q.    How long before -- did this
11  meeting take place before the second
12  meeting?
13        A.    I don't know the span of time,
14  but it was -- to me it wasn't right the --
15  it wasn't the next month I don't believe, or
16  the next two months.
17        Q.    And what happened at that
18  meeting? Was it just --
19        A.    The second meeting?
20        Q.    Right.
21        A.    Where it's the guy from
22  Opelika and Grady?
23        Q.    No, I'm sorry.

Page 40

1        A.    The first meeting?
2        Q.    Correct.
3        A.    The first meeting where, by
4  Ryder? Okay. The guy was supposed to --
5  Grady was supposed to have brought someone
6  else out to pick up a truck, and he had a
7  letter to give Henry. Henry gets out of the
8  van; I'm sitting in the van, he walks over
9  to, it looked like a little dark green car,
10  it was dusk dark. I could just about see
11  the guys lips moving, the guy was. Because
12  he was turned to like go out, and we were
13  going in.
14        And when I looked over, he
15  said something to Henry, and handed him a
16  paper through the window of the car. So,
17  when Henry got back to the car, I said:
18  What did he say? And he said: He didn't
19  say anything, but here you go, Buddy. I
20  didn't think that was pretty nice, you know.
21        Q.    And that was Grady Messer, to
22  your understanding?
23        A.    Yes, I know him.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 41

1    Q.    Okay.
2        MR. DAVIS:  At first you said
3  Grady Smith.
4        MS. REISS:  I know, I did.
5  And I want to clarify for the Record that it
6  was Grady Messer, not Grady Smith.
7    A.    Oh, there's two Gradys now?
8    Q.    (By Ms. Reiss) No, there's
9  not.  I messed up.
10   A.    Oh.  Oh.
11   Q.    Do you know if your brother
12 had threatened Mr. Messer's life before
13 that?
14   A.    Threatened his life?
15   Q.    Before that experience?
16   A.    No.  I was unaware of him
17 threatening his life.  But if I was Grady, I
18 wouldn't have met him at dark, talking about
19 threatening his life.
20   Q.    Well, Mr. Messer didn't get
21 out of car, did he?
22   A.    He was sitting in the car, and
23 he opened the window and said -- and handed

Page 42

1  it to him like this (indicating), you know.
2  The window was down and all.
3    Q.    But he never got out of the
4  car; correct?
5    A.    I didn't see him get out of
6  the car.  He just handed it through his
7  window.
8    Q.    Do you know what the letter
9  said?
10   A.    As a result of his getting
11 back, I asked him what his letter said, and
12 I believe it was a letter of termination,
13 wasn't it?  I think it was a letter of
14 termination, if I recall.
15   Q.    Did it mention anything about
16 a threat that your brother had made to
17 Mr. Messer?
18   A.    I don't remember anything on
19 there about a threat.
20   Q.    Did your brother ever tell you
21 that he had an argument, and he threatened
22 Mr. Messer?
23   A.    He never said he threatened

Page 43

1  him.
2    Q.    Okay.  Do you know why y'all
3  met at Ryder instead of at the Flowers'
4  premises?
5    A.    Yeah.
6    Q.    Why?
7    A.    We met at the Ryder's because
8  they were going out -- well, he was carrying
9  Grady, they were trying to find the best
10 place to meet.  And at that point in time, I
11 think Grady was on his way to carry this guy
12 by the name of -- I can't remember the guy's
13 name, but he carried him out there to
14 Ryder's to pick up a truck.  And he told
15 Henry that that would be a pretty good place
16 for them to meet at that time.
17   Q.    Okay.  Do you know why you and
18 your brother met Mr. Messer at the Tenda
19 Chick, instead of at the Montgomery
20 facility?
21   A.    Oh, yeah.  You know, Henry
22 couldn't go back out there.
23   Q.    Do you know why?

Page 44

1    A.    He was barred off.
2    Q.    Do you know why he was barred?
3    A.    I'm thinking that he was
4  barred because his contract was -- because
5  his contract -- He was no longer allowed on
6  the premises because his contract was
7  terminated, and he was not to be out on the
8  premises.  But he said he was paying rent
9  out there, and I asked him why he wouldn't
10 be able to go out there if he was paying
11 rent.  That doesn't make sense.
12   Q.    Would you be surprised to hear
13 that he was barred because he made a threat
14 to Mr. Messer?
15   A.    Mr. Messer?
16   Q.    (Counsel nods head in the
17 affirmative.)
18   A.    That he had been barred
19 because he had --
20   Q.    -- he made a threat to
21 Mr. Messer.
22   A.    We're talking about Grady,
23 aren't we?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 45

1    Q.    Yes, sir.
2    A.    No. I wasn't aware of that.
3 I thought he was barred because they
4 terminated him.
5    Q.    Okay.
6    A.    But then I didn't think
7 Mr. Messer had been threatened. It would
8 seem, though, at the meeting that if I was
9 threatened by somebody at dusk dark, I
10 wouldn't meet them out there by myself
11 without some kind of security.
12    Q.    Well, he -- Mr. Messer brought
13 someone with him to the second meeting;
14 right?
15    A.    The first meeting is what
16 we're talking about here, aren't we?
17    Q.    No. The first meeting, you
18 said Mr. Messer never got out of his car;
19 right?
20    A.    And that was at dusk dark with
21 the window down.
22    Q.    Okay. And the second meeting,
23 Mr. Messer was with another individual?

Page 46

1    A.    The second meeting, he was
2 with another individual out of Opelika.
3    Q.    Okay.
4    A.    The one that was -- The one
5 that had the papers to sign, yeah.
6    Q.    Right. Okay. When you
7 delivered product for your brother, did you
8 ever leave it outside the door of a
9 facility, or did you always take it inside?
10 Did you ever leave it outside of the door of
11 a facility and drive off?
12    A.    I don't remember doing -- No.
13 I didn't do anything like that.
14    Q.    Okay.
15    A.    People had to sign to receive
16 it at the time.
17    Q.    Okay. And your brother
18 collects Social Security now; is that
19 correct?
20    A.    Yeah.
21    Q.    Do you collect any form of
22 Social Security?
23    A.    No, I don't. I wish I could.

Page 47

1    Q.    Have you ever -- Have you
2 given a statement to Mr. Davis on behalf of
3 your brother regarding this lawsuit?
4    A.    No more then the same things
5 that you've asked today.
6    Q.    Have you signed a written
7 statement?
8    A.    Signed a written statement
9 regarding him?
10    Q.    Yes.
11    A.    No.
12    Q.    Okay.
13    MS. REISS:  Let's take a quick
14 break, and I think I'll be through.
15    A.    Okay.
16    (Recess taken.)
17    MS. REISS:  I don't have any
18 further questions. Thank you, sir.
19 (The deposition was concluded at 11:30 a.m.,
20 July 16th, 2007.)
21
22
23

Page 48

1    REPORTER'S CERTIFICATE
2 STATE OF ALABAMA,
3 ELMORE COUNTY,
4    I, Sara Mahler, Certified Shorthand
5 Reporter and Commissioner for the State of
6 Alabama at Large, do hereby certify that the
7 above and foregoing proceeding was taken
8 down by me by stenographic means, and that
9 the content herein was produced in
10 transcript form by computer aid under my
11 supervision, and that the foregoing
12 represents, to the best of my ability, a
13 true and correct transcript of the
14 proceedings occurring on said date and at
15 said time.
16    I further certify that I am neither
17 of kin nor of counsel to the parties to the
18 action; nor in any manner interested in the
19 result of said case.
20
21
22    Sara Mahler, CSR,
      for the State of
23    Alabama at Large.

12 (Pages 45 to 48)

# FREEDOM COURT REPORTING

## A

ability 10:15 48:12
able 18:16 36:16 44:10
absence 28:22
absolutely 13:3 15:21 25:18 26:2
accident 8:21
account 16:9,19 20:1,7,8
accounts 23:17
acting 5:8
action 48:18
additional 20:18 20:21
address 10:19
Administration 30:6
affirmative 44:17
aged 34:16
ago 22:9 29:13 29:22 31:23,23
AGREED 1:13 2:2,9,18
Agriculture 30:5
aid 48:10
ain't 36:15
Air 22:1,4,17,23
Alabama 1:2,19 4:2,17,22 5:8 5:15 13:21 30:3 31:6 48:2 48:6,23
Algebra 19:21
allowed 44:5
amount 17:6 18:11 25:16 33:6 35:4 37:22
amounts 15:7

Angeline 8:18
answer 23:23
Anthony 12:16
anybody 20:9
APPEARAN... 4:15 5:1
appearing 4:18 4:22
application 27:21 28:2,5,7
area 11:6,8,14 12:21
argument 42:21
Arthur 12:15
asked 6:12 18:6 19:23 20:1,12 42:11 44:9 47:5
asking 9:19 15:8
assign 2:13
assume 15:1
Atlanta 33:19
attempt 18:10
Attorney 10:7,7
Avenue 4:21
aware 13:4,7,10 13:15,18,20 20:12,14,16,23 22:6,9,22 23:10,16 24:1 24:7,19,20 28:18 30:14,16 45:2
a.m 5:15 47:19

## B

B 4:19 12:16,17 12:18
bachelor's 31:8
back 14:8 15:11 18:5,6 24:9 25:20,23 33:8 36:2,3 40:17 42:11 43:22

bad 38:1
Baking 1:9 4:9 6:8 14:17
bankruptcy 30:11,15,18,20
barred 23:3 44:1,2,4,13,18 45:3
base 22:1,4,17 22:23
basically 17:11 21:13 35:11,18 36:18
beginning 5:15
behalf 4:18,23 47:2
believe 37:19 39:15 42:12
benign 6:23
best 1:18 5:13 43:9 48:12
beyond 31:1
big 15:10,16 27:17
Birmingham 4:22
birth 14:13
Board 19:9 26:16,22 27:4 27:10,12,21 28:3,16 29:4 29:19 31:13
bought 20:17,20
boy 9:13
Branch 12:5,7 27:7
bread 16:13,14 20:10 22:7,11 22:13,14,17 25:1,4,4,6,15
breadman 20:13
break 7:6,12 47:14
brother 7:3 13:5

14:5,16 19:22 20:13,17 22:7 23:1,12,17 24:8 25:12 27:17 28:16 32:5,8,17 37:9 41:11 42:16,20 43:18 46:7,17 47:3
brothers 11:22 12:2,10,14
brother's 27:21 30:14 36:23
brought 40:5 45:12
Buddy 40:19
bug 8:5
built 38:3
buns 25:14
bureau 26:10
bus 19:16 27:15 27:16
business 33:5,13 36:23
buy 33:8 35:6
buyback 37:9

## C

capacity 18:2,4
car 8:21 9:1 40:9 40:16,17 41:21 41:22 42:4,6 45:18
care 22:2 33:10
Carmen 9:10,11 10:22,23
carried 43:13
carry 43:11
carrying 21:14 43:8
case 1:5 4:5 7:4 15:12 21:2 32:18 48:19
cash 26:1

cause 5:17 17:7
center 22:2
certain 15:7 33:6
certainly 9:3 10:11 15:7,17 18:11 26:5 33:19 37:22
CERTIFICA... 48:1
Certified 48:4
certify 5:9 48:6 48:16
changing 25:6
Chemistry 31:9
Chick 33:18 34:4 38:14 43:19
child 10:23 22:2
children 11:2
choice 29:14
church 21:11,15 21:17
Civil 5:10
clarify 7:16 41:5
close 14:2 35:5
closed 20:8,9
collect 46:21
collections 26:12 26:14
collects 46:18
Colonel 22:23
Commissioner 2:19 4:13 5:9 48:5
common 24:21 25:2,3
company 1:9 4:9 6:8 34:6
completed 37:20 37:21
compliance 2:5
compounded 15:13

# FREEDOM COURT REPORTING

computer 48:10
concerned 15:16
    33:6
concerning 33:1
concluded 47:19
conference 1:17
    5:13
Cont 5:1
content 48:9
contract 16:3,17
    16:21 17:22
    28:11 44:4,5,6
conversation
    15:5 35:14,16
    36:21
conversations
    15:3
Corp 19:3,4
correct 10:4
    12:11 13:16
    15:23 25:16
    26:4 29:8 40:2
    42:4 46:19
    48:13
counsel 1:15
    2:10,12 5:12
    44:16 48:17
count 14:21
County 19:9
    48:3
course 13:22
    14:1,3
courses 31:10
court 1:1 2:6 4:1
    5:7,22 9:23
cousin 27:9
credit 26:10
CSR 1:17 5:7
    48:22
current 10:19
currently 18:21
cursing 23:18
    24:3
Custodian 27:2

customers 17:18
    23:18 24:4,9
    24:14

---

**D**

D 3:2
dark 40:9,10
    41:18 45:9,20
date 5:9 14:12
    48:14
daughter 9:5
daughter's 9:9
Davis 4:16 10:7
    10:9 23:5,13
    23:19,23 24:11
    24:16 41:2
    47:2
day 1:19 21:6,7
    21:9 34:20
DEAKINS 4:20
Debra 9:7 10:22
Defendant 1:10
    4:10,23
deliver 16:13
    17:16 20:10
    22:7,13,14
    24:13 25:1,13
delivered 16:14
    46:7
delivering 22:17
    25:4
delivers 22:11
delivery 16:18
    22:20 25:13,15
    25:17
department
    30:4,5
deposed 8:8
deposition 1:15
    1:22 2:3,4,15
    2:19 6:9,11
    24:8 47:19
depositions 2:7
    21:2

details 22:20
    25:8
disciplined 29:4
    31:12,15,20
distributing
    25:7
distributor
    15:20 20:19
DISTRICT 1:1
    1:2 4:1,2
DIVISION 1:3
    4:3
doing 24:2 32:13
    46:12
dollars 17:7
    23:2,7 35:5
door 46:8,10
Doug 12:6
drive 4:17 46:11
driver 19:16
    27:16
drives 27:14
Drug 30:6
dude 34:1
due 25:16
duly 5:20
dusk 40:10 45:9
    45:20

---

**E**

E 3:2
early 22:1
eat 21:12
education 19:10
    26:16 27:4,10
    27:13,22 28:3
    28:17 29:5,19
    30:22 31:13
effect 2:5
ELMORE 48:3
employed 19:1,2
employee 15:22
employer 28:8
    30:2

employment
    26:20,21
ended 10:2
entire 29:7
ESQUIRE 4:16
    4:19
Everybody
    32:10
evidence 2:15
examination 3:3
    5:17 6:3
examined 5:20
exchange 25:4
Exhibits 3:7
experience
    41:15
explain 17:21

---

**F**

facility 22:8,11
    22:13,14 43:20
    46:9,11
fact 16:23 27:15
    32:20 38:17
fair 37:12
family 10:13
    36:16
far 33:5
Federal 5:10
felt 17:19,20,22
file 15:9
filed 13:16 30:10
    30:14,18,19
filing 2:18
financially 14:5
    36:13
find 43:9
finish 7:11
fired 28:20
first 5:20 7:11
    16:4 40:1,3
    41:2 45:15,17
five 29:17
Flowers 1:9 4:9

6:8 13:9 14:17
    15:18,23 16:3
    16:5,16 17:14
    18:2,3 20:1,9
    20:18 24:22,23
    26:17 32:9
    35:2,10 36:1
    36:21 43:3
focused 38:17
folk 21:11,14
folks 24:22,23
following 5:18
follows 5:21
Food 30:6
force 2:4 22:1,4
    22:17,23
foregoing 5:11
    48:7,11
form 2:11 14:9
    23:6,14,20
    24:12,17 46:21
    48:10
found 18:9 23:1
four 12:1,10
friendly 32:8,11
full 2:5 7:19
    18:19 25:15
funny 6:5
further 2:1,8,17
    47:18 48:16
future 38:6

---

**G**

G 1:6 4:6
gain 24:10,15
    38:4,5
garble 7:15
generated 17:6
gentleman 33:22
    35:10
George 19:18
getting 42:10
give 16:7 40:7
given 16:10 47:2

# FREEDOM COURT REPORTING

giving 35:4
go 6:18,22 21:12
  21:17 30:8
  40:12,19 43:22
  44:10
goes 15:11 21:10
going 7:1,8
  17:17 34:19
  36:3,6,9,10,17
  37:6,18 38:8
  40:13 43:8
good 23:9 35:8
  35:21 38:7
  43:15
government
  13:17,19
Grady 32:22
  33:3 34:5,15
  35:17 39:3,22
  40:5,21 41:3,6
  41:6,17 43:9
  43:11 44:22
Gradys 41:7
green 40:9
GREG 4:16
grounds 2:13
growth 37:17,23
guess 8:16 16:18
  17:1,22 20:9
  21:12 25:6
  34:22
Gunter 22:1,4
  22:17
guy 34:5,7,11
  35:16,18 39:21
  40:4,11 43:11
guys 18:15
  32:12 37:7
  40:11
guy's 43:12

## H

Halcyon 4:16
half 6:20

handed 40:15
  41:23 42:6
handle 18:16
happened 34:3
  39:17
happy 39:1
hard 18:19,20
head 44:16
hear 10:5 44:12
heard 13:13
  29:1
help 14:4 18:14
  26:15 27:18
  36:17
helped 14:11
  27:15
helping 32:11
Henry 1:6 4:6
  5:3 12:11 13:5
  18:4 21:5,8
  26:15 30:15
  34:22,23 35:12
  35:20,21 40:7
  40:7,15,17
  43:15,21
high 19:18 31:11
highest 30:21
Highway 33:20
Hill 11:19
hire 36:2
hired 26:22 27:1
HISHTA 6:1
hit 8:22
home 21:21
hope 28:4 36:7
house 32:21
huh 13:2,23

## I

idea 22:21 35:8
  35:22 38:1,7
imagine 15:12
  33:4
impair 10:15

income 14:10
  15:7,9 17:7
increase 17:8
independent
  15:20 20:19
indicating 42:1
individual 8:16
  8:17 33:3
  45:23 46:2
Industries 30:6
injured 9:16
inside 46:9
insurance 8:17
interested 48:18
invested 33:12
investigated
  23:12
investigation
  23:1,11
involuntarily
  29:11
involved 18:12
IRS 13:11 15:13

## J

J 12:15
job 15:17 19:3,4
  26:16 27:16
  29:11,13 33:1
Joseph 11:16,17
  11:20
Jr 7:21
July 1:20 47:20
June 8:5,7
Junior 19:18
jury 11:14,15

## K

keep 25:19,23
kept 24:9,14
kicked 23:17,21
  24:2
kidding 34:17
kin 48:17
kind 8:7 14:11

17:19 22:19
  26:18 45:11
knew 36:9
know 7:9 9:18
  13:14 15:4
  22:10,12 25:6
  25:8,21 28:1,5
  28:13,15,23
  29:3 30:13,17
  30:19 32:12,16
  34:12 35:12
  38:5 39:13
  40:20,23 41:4
  41:11 42:1,8
  43:2,17,21,23
  44:2
knowing 38:8
knowledge 7:3
known 8:2

## L

L 1:12 12:15
lack 16:17
Large 48:6,23
laws 2:6
lawsuit 8:12
  10:2,6 14:16
  14:19 30:7
  47:3
lawsuit's 34:16
lawyer 6:12 10:5
leading 2:11
leave 28:9,10,14
  28:22 46:8,10
leaving 28:8
left 26:17
legal 13:4,14
legs 7:7
letter 32:22,23
  39:8 40:7 42:8
  42:11,12,13
Let's 30:23
  31:17 47:13
level 30:21

life 41:12,14,17
  41:19
line 6:21
lips 40:11
listed 32:17,19
little 34:11,12
  35:13 40:9
live 11:5,7,10,13
  12:19,20
lives 10:21 11:11
LLC 1:9 4:9
loaves 25:14
long 6:19 7:5,9
  18:17 19:11
  22:3 39:10
longer 22:10
  28:16 44:5
look 34:7,10
  38:6
looked 34:13
  40:9,14
looking 13:2
  26:19 37:14
Lord 5:4 23:9
  33:22
lot 18:14 21:13
  21:15
lunch 21:12

## M

Mahler 1:16
  4:13 5:7 48:4
  48:22
mama 21:14
man 34:6
manner 48:18
Marcus 7:7
Marked 3:7
married 12:6
Marrietta 12:5
  27:7
Master's 31:1,3
Math 19:7 31:4
Matter 27:15

# FREEDOM COURT REPORTING

Page 52

ma'am 8:23 9:17
  11:21 21:19
  23:9 26:23
mean 22:15
means 48:8
medications
  10:15
meet 43:10,16
  45:10
meeting 33:15
  33:16 34:4
  36:8 38:13,15
  38:21 39:2,11
  39:12,18,19
  40:1,3 45:8,13
  45:15,17,22
  46:1
mention 42:15
merchandise
  23:3
messed 41:9
Messer 40:21
  41:6,20 42:17
  42:22 43:18
  44:14,15,21
  45:7,12,18,23
Messer's 41:12
met 33:3 35:10
  39:4 41:18
  43:3,7,18
MICHAEL 5:4
middle 1:2 4:2
  7:22
Mississippi
  11:11
money 13:17,18
  13:21 15:14
  33:7 37:23
  38:9
monies 15:14
  35:4
Montgomery
  4:17 10:20
  11:5,7,13

12:20 19:9
  43:19
month 39:15
months 39:16
morning 6:7
moving 40:11

## N

N 1:12 3:2
name 6:7 7:20
  7:22 9:6,9
  11:18 12:4
  43:12,13
names 11:13
  12:13
NASH 4:20
nature 25:9
necessary 2:9
need 7:6
needed 31:11
neither 48:16
never 18:3,8
  19:23 42:3,23
  45:18
new 17:2,3,4,18
  37:17
nice 40:20
nicknames 8:2
nods 44:16
North 1:18 4:21
  5:14
NORTHERN
  1:3 4:3
notice 2:18
number 1:5 4:5
  14:21 18:5

## O

O 1:12
Oak 10:20
oath 6:13 9:21
Object 23:5,13
  23:19 24:11,16
objections 2:10
  2:13

occurring 48:14
offered 2:15
offering 33:6
offices 5:12
OGLETREE
  4:20
Oh 6:14 9:13
  13:13 22:5
  24:18 32:10
  34:5 37:1 41:7
  41:10,10 43:21
okay 6:16,22
  7:12,13,17,18
  8:1,6,15,22 9:8
  9:15,21 10:2,4
  10:14,18 11:2
  11:9,12,16,17
  11:22 12:3,6,9
  12:13,19,23
  13:15,20 14:7
  14:12 15:2
  16:2,7 18:1
  20:16 21:1,4,8
  21:20 25:19,23
  26:3,15 27:1,3
  27:8 28:1,12
  28:15 29:18
  30:1,7,10,17
  31:2,7 32:4,16
  33:14,21 34:8
  34:14 35:23
  36:12 39:2
  40:4 41:1 43:2
  43:17 45:5,22
  46:3,6,14,17
  47:12,15
old 9:11
oldest 12:23
once 6:17 30:18
  32:5
ones 27:6
Opelika 1:9,17
  1:19 4:9 5:13
  5:14 6:8 14:17

33:3 39:22
  46:2
opened 41:23
opening 17:1,2,3
opposed 37:16
oral 5:17
outside 21:21
  46:8,10
owed 15:14
owes 13:16,18
  13:21
o'clock 29:15,15

## P

P 1:12
PAGE 3:4
paper 40:16
papers 34:21
  35:19 38:18
  46:5
Park 4:17
part 18:23 34:6
particular 16:15
  16:18 34:20,23
  37:17
parties 1:14
  2:12 48:17
pass 31:11
pay 37:18 38:2
paying 44:8,10
people 25:3
  26:20 36:1,21
  46:15
performed
  22:23
person 8:13 37:5
pick 32:21 40:6
  43:14
picked 32:23
place 33:17
  39:11 43:10,15
placed 28:22
plaintiff 1:7 4:7
  4:18 8:12,14

please 7:20
point 22:15
  34:23 36:20
  37:2 38:10
  43:10
Porterfield 1:6
  1:16,22 4:6 5:3
  5:16,19 6:5
  7:21 9:7,10
  10:13 12:16
  18:22 26:7
  27:11
Porterfields 6:6
  27:4
position 15:18
possibility 37:15
possibly 16:23
potential 38:4,5
prealgebra
  19:21
prefer 7:11
premises 23:4
  43:4 44:6,8
present 5:3
  34:22
pretty 6:23 39:1
  40:20 43:15
primarily 38:16
prior 2:15
probably 7:8
  32:19
problem 15:10
problems 13:5
  13:11 22:19
Procedure 5:11
proceeding 48:7
proceedings
  5:18 48:14
produced 48:9
product 24:9,14
  46:7
property 17:8
provided 5:10
Publix 17:4

# FREEDOM COURT REPORTING

37:21
purposes 11:14

**Q**

question 7:11,14
    20:11 38:19
questions 2:11
    2:12 6:12 7:1
    7:10 47:18
quick 7:8 47:13
quicker 7:9

**R**

railroaded
    17:20
ran 25:11
read 21:1
reading 2:2
reason 16:11
    28:8,11 29:2
reasons 16:8,21
    17:10
recall 20:5 35:23
    42:14
receive 15:6,10
    15:15 46:15
Recess 47:16
Record 7:20
    41:5
regarding 47:3
    47:9
regards 34:22
Reiss 3:5 4:19
    6:2,4,7 41:4,8
    47:13,17
relates 15:13
relating 2:6
relationship 7:2
released 35:1
remember 15:2
    15:4 33:21
    35:13,15 36:4
    36:5 38:13,20
    38:22 42:18
    43:12 46:12

rent 44:8,11
Reporter 5:8,22
    48:5
REPORTER'S
    48:1
represent 6:8
represents 48:12
resigning 29:14
resolved 10:3
respect 33:11
respective 1:14
restaurant
    33:18
result 16:14,17
    20:8 32:22
    42:10 48:19
retire 19:8
retired 19:3
    31:21
return 19:23
    20:13
right 6:18 7:19
    10:1 12:12
    16:1 19:2
    22:16 26:6
    39:14,20 45:14
    45:19 46:6
Robert 1:15,22
    5:16,19 7:21
roll 10:12
room 1:17 5:13
route 17:8,17
    18:7,18 25:7,8
    25:11 27:15
    37:15,23
route's 38:8
rules 2:6 5:10
    6:23
run 18:7,17
running 21:13
Ryder 39:4,4
    40:4 43:3
Ryder's 33:1
    43:7,14

**S**

S 1:12
Sandra 4:19 6:7
Sara 1:16 4:13
    5:7 48:4,22
sat 6:11
saw 39:3
saying 20:5
    35:19 36:4,5
school 19:17,19
    27:15,16 31:11
second 33:14,16
    39:11,19 45:13
    45:22 46:1
security 45:11
    46:18,22
see 15:8 27:20
    28:5 30:23
    40:10 42:5
sell 26:1 38:8
sense 38:10
    44:11
sent 26:10
sentence 7:15
series 7:1
seriously 9:15
service 13:12
serving 16:18
settle 33:4
seventeen 22:5
shared 17:9,12
Sharon 11:18
Shirley 27:10
short 37:2
Shorthand 48:4
show 32:14
shown 37:23
sign 33:7 34:21
    35:8 38:18
    46:5,15
signature 2:2
signed 35:1,7
    47:6,8
signing 35:19

39:1
sir 14:20 45:1
    47:18
sister 12:1 27:7
sisters 11:23
sister's 12:3
sitting 7:10 10:9
    40:8 41:22
situation 15:6
Smith 8:18,20
    30:8 39:3,7
    41:3,6
SMOAK 4:20
Social 46:18,22
sold 20:17,20
somebody 45:9
somewhat 35:5
sorry 36:22
    39:23
sort 25:9 37:4
Sounds 27:17
span 39:13
spanned 23:11
speaking 35:11
speculation 17:2
spoke 26:20
State 7:19 13:11
    13:21 16:10
    17:16 19:23
    20:2,6,7,12
    30:3 31:6 48:2
    48:5,22
statement 16:4
    47:2,7,8
STATES 1:1 4:1
steal 25:2
stenographic
    48:8
stepped 26:18
stepson 11:20
STEWART
    4:20
STIPULATED
    1:13 2:1,8,17

stipulation 5:11
stipulations
    5:23
stolen 23:2
stop 22:16
store 17:4
stores 38:3
Street 1:18 5:14
    10:20
stretch 7:7
sued 8:13 26:7,8
    26:9,11 30:8
suing 8:15,19
Suite 4:21
summer 18:4
supervision
    48:11
support 18:14
    36:3,6,10,16
    36:19 37:4,5
supporting
    36:13
supportive
    32:15
supposed 15:6
    16:13 17:5
    32:21 40:4,5
supposedly 17:6
surprised 44:12
sworn 5:20

**T**

T 1:12,12
table 6:12 7:10
take 6:9 7:5,12
    9:22 33:10
    39:11 46:9
    47:13
taken 1:16 6:11
    47:16 48:7
Taliaferro 10:8
talk 21:4 36:22
    37:8
talked 6:6 14:15

# FREEDOM COURT REPORTING

14:18
**talking** 31:16
35:3 36:12
41:18 44:22
45:16
**tax** 13:12 15:5
**taxes** 13:16 15:9
**teach** 19:6,20
**teacher** 19:5,14
32:2
**tell** 11:12 16:2
16:20 19:22
34:3 36:14
42:20
**telling** 20:6
34:18
**ten** 13:6,8 14:23
**Tenda** 33:17
34:4 38:14
43:18
**term** 7:15 10:4
17:21
**terminate** 16:16
**terminated** 16:3
16:21 17:15,23
28:11 29:10,13
29:15,16,17
44:7 45:4
**termination**
42:12,14
**terms** 36:10 37:6
37:15,18
**territories** 20:18
**territory** 17:5,17
33:9,12 37:10
**testified** 5:21
24:8
**testify** 10:16
**Thank** 47:18
**thereto** 2:16
**thing** 15:16 18:9
24:21 35:20
38:16
**things** 8:7 26:10

47:4
**think** 9:17 17:13
26:3,8,9 29:1
29:12,16 31:14
33:10 34:12
35:8,21 37:11
37:12 38:5,23
40:20 42:13
43:11 45:6
47:14
**thinking** 44:3
**thirty** 23:2,7
29:21 35:5
**Thirty-one**
19:13
**Thomas** 12:15
27:12
**thought** 38:1,7
45:3
**thousand** 23:2,7
35:5
**threat** 42:16,19
44:13,20
**threatened**
41:12,14 42:21
42:23 45:7,9
**threatening**
41:17,19
**three** 6:6 11:4
12:20 17:14
**time** 2:14,14 7:6
9:12 12:8 14:7
14:9,10 16:15
18:23 22:15
28:9,10,13
31:19 34:23
35:7,20 37:2
37:17 38:10
39:13 43:10,16
46:16 48:15
**times** 6:16 14:15
14:18,22
**today** 6:9 10:16
47:5

**Todd** 11:16,17
11:20
**told** 20:2 28:2
35:7,21 37:5
43:14
**transcript** 48:10
48:13
**transpired**
22:21
**tremendous**
18:9
**tremendously**
17:9
**trial** 2:14 30:8
**trick** 34:8
**trouble** 16:12
**Troy** 16:10
17:16 19:23
20:2,5,7,12
**truck** 16:12 40:6
43:14
**true** 48:13
**truth** 28:2,9
**try** 18:7 26:20
27:18 31:17
37:8
**trying** 26:8
32:14 34:8
43:9
**turned** 40:12
**twenty-five** 9:14
31:22,23
**two** 6:21 11:7,13
17:11 20:18,20
23:11 39:16
41:7
**type** 26:19

_____

**U**

**U** 1:12
**Uh-huh** 27:5
32:6
**unaware** 41:16
**understand** 7:16

9:21
**understanding**
15:15 16:15
17:4 20:6
22:18 24:21
25:5 28:21
40:22
**understood**
15:19 36:7,17
**unethical** 26:4
**UNITED** 1:1 4:1
**University** 31:6
**unjust** 37:13
**use** 7:15 17:21
**Usual** 5:22

_____

**V**

**vacation** 18:5
**vaguely** 35:12
35:15
**van** 40:8,8
**verbally** 31:15
31:18,20
**vs** 1:8 4:8

_____

**W**

**Wait** 17:13
**waived** 2:3,19
**walks** 40:8
**Wal-Mart** 17:3
37:20
**want** 11:15 41:5
**wanted** 16:5,16
38:2
**wants** 17:14
**Washington**
19:18
**wasn't** 20:14
26:11 35:14
39:14,15 42:13
45:2
**way** 26:18 36:15
43:11
**week** 18:16,19
18:19,20 25:12

32:4,7
**went** 18:4 23:11
29:19
**Western** 1:18
5:14
**Wetumpka** 5:8
**we're** 44:22
45:16
**wife** 9:5 10:22
21:20
**wife's** 9:6
**window** 40:16
41:23 42:2,7
45:21
**wish** 46:23
**witness** 2:3 5:16
8:11 23:22
32:17,20
**words** 36:6
**work** 18:12,21
18:23 19:11,17
21:20,23 27:4
27:12 29:7
**worked** 18:1,3
22:3 31:13
32:5,7
**working** 28:19
**works** 27:9
28:16
**world** 36:15
**worth** 23:2
**wouldn't** 11:14
25:21 38:10
41:18 44:9
45:10
**written** 31:15,17
31:18 47:6,8
**wrote** 28:7

_____

**X**

**X** 3:2 17:6

_____

**Y**

**yeah** 6:14 8:10
9:20 13:3,13

# FREEDOM COURT REPORTING

Page 55

| | | | | |
|---|---|---|---|---|
| 14:6 23:8<br>24:18 26:14<br>29:20,23 32:3<br>32:10 34:10<br>37:1 39:6,9<br>43:5,21 46:5<br>46:20<br>**year** 6:20 29:8<br>**years** 6:21 13:6<br>13:8 18:5,6<br>19:13 22:5,9<br>23:11 29:13,22<br>31:1,22,23<br>**young** 32:1<br>**younger** 34:1,11<br>34:12,13<br>**y'all** 14:2 36:1,2<br>39:4 43:2 | **6** 3:5<br>**6987** 4:16 | | | |

---

**1**

**10:50** 5:15
**1000** 4:21
**11:30** 47:19
**16th** 1:19 47:20
**1819** 4:21

---

**2**

**2:05-CV-937-F**
1:5 4:5
**2007** 1:20 47:20
**205** 1:18 5:14
**21st** 1:18 5:14

---

**3**

**3/16/49** 14:14
**35203** 4:22
**36117** 4:17
**36801** 1:19 5:15
**3683** 10:20

---

**5**

**5** 29:15,15
**5th** 4:21

---

**6**