**DEFENDANT'S SUPPLEMENTAL EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

TAB K

Deposition of Brad Alexander

# DEPOSITION OF BRAD ALEXANDER

## July 17, 2007

## Pages 1 through 35

### PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

### Page 1

```
 1
 2       IN THE UNITED STATES DISTRICT COURT
 3        FOR THE MIDDLE DISTRICT OF ALABAMA
 4                 NORTHERN DIVISION
 5
 6   HENRY PORTERFIELD,
 7       Plaintiff,
 8   vs.            CIVIL ACTION NO.
                   2:05-CV-937-MEF
 9
     FLOWERS BAKING COMPANY OF
10   OPELIKA, LLC,
11       Defendant.
12
              * * * * * * * * * * * *
13
14
         DEPOSITION OF BRAD ALEXANDER, taken
15
     pursuant to stipulation and agreement before Tracye
16
     Sadler, Certified Shorthand Reporter and
17
     Commissioner for the State of Alabama at Large, at
18
     the Tiger Town Inn, 205 21st Street, Opelika,
19
     Alabama, on July 17, 2007, commencing at
20
     approximately 10:00 a.m.
21
22
              * * * * * * * * * * * *
23
```

### Page 2

```
 1            APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4   Mr. Greg L. Davis
     LAW OFFICES OF GREG L. DAVIS
 5   Attorneys at Law
     6987 Halcyon Park Drive
 6   Montgomery, Alabama 36117
 7
     ON BEHALF OF THE DEFENDANT:
 8
     Mr. Kevin P. Hishta
 9   Ms. Sandra B. Reiss
     OGLETREE, DEAKINS, NASH, SMOAK & STEWART
10   Attorneys at Law
     One Federal Place, Suite 1000
11   1819 Fifth Avenue North
     Birmingham, Alabama 35203
12
13   ALSO PRESENT:
14   Mr. Henry Porterfield
     Mr. Michael Lord
15
16
17            * * * * * * * * * * *
18
19        EXAMINATION INDEX
20
     BY MR. DAVIS . . . . . . . . . . . 5
21
22
23   (No exhibits marked to this deposition.)
```

### Page 3

```
 1            STIPULATIONS
 2       It is hereby stipulated and agreed by and
 3   between counsel representing the parties that the
 4   deposition of BRAD ALEXANDER is taken pursuant to
 5   the Federal Rules of Civil Procedure and that said
 6   deposition may be taken before Tracye Sadler,
 7   Certified Shorthand Reporter and Commissioner for
 8   the State of Alabama at Large, without the
 9   formality of a commission, that objections to
10   questions other than objections as to the form of
11   the question need not be made at this time but may
12   be reserved for a ruling at such time as the said
13   deposition may be offered in evidence or used for
14   any other purpose by either party provided for by
15   the Statute.
16       It is further stipulated and agreed by and
17   between counsel representing the parties in this
18   case that the filing of said deposition is hereby
19   waived and may be introduced at the trial of this
20   case or used in any other manner by either party
21   hereto provided for by the Statute regardless of
22   the waiving of the filing of the same.
23       It is further stipulated and agreed by and
```

### Page 4

```
 1   between the parties hereto and the witness that the
 2   signature of the witness to this deposition is
 3   hereby not waived.
 4
 5            * * * * * * * * * * * *
 6
 7       THE COURT REPORTER:  Usual
 8         stipulations?
 9       MR. HISHTA:  Yes.
10       MR. DAVIS:  That's fine.
11
12            BRAD ALEXANDER
13   The witness, after having first been duly sworn
14   to speak the truth, the whole truth, and nothing
15   but the truth, testified as follows:
16            EXAMINATION
17   BY MR. DAVIS:
18   Q.  Please state your name for the record.
19   A.  Brad Alexander.
20   Q.  Mr. Alexander, my name is Greg Davis.  I
21       know you sat here through the last
22       deposition.  But just to cover a few
23       things, have you ever given a deposition
```

Page 5

1  before?
2  A. No.
3  Q. Okay. The court reporter is going to be
4     taking down everything that both of us
5     say. If you would, wait until I've
6     finished with my question before you start
7     your answer so she doesn't have to type
8     over each one of us.
9        But, also, if I ask you a question and
10    you don't understand it, stop me and say,
11    Greg, I don't understand what you're
12    talking about. And I'll try to rephrase it
13    or we'll try to get on the same page. If
14    you answer the question, I'll assume that
15    you understood it. Is that fair?
16 A. That's fair.
17 Q. What's your current address?
18 A. 405 Meander Trace, Thomasville, Georgia.
19 Q. And what's your educational background?
20 A. Undergraduate degree, political science,
21    from the University of Georgia,
22    MBA-marketing degree from Georgia State
23    University.

Page 6

1  Q. When did you get your degree from Georgia?
2  A. 1981 I graduated.
3  Q. When did you get your MBA?
4  A. 1983 or '84, somewhere in that time period.
5  Q. Once you finished your MBA, what was the
6     first job that you had?
7  A. Actually I started before I got my MBA.
8  Q. Where did you start to work?
9  A. My first job was for Atlanta Baking
10    Company, a Flowers subsidiary, in Atlanta,
11    Georgia. I started in 1981 after
12    graduating from University of Georgia.
13 Q. What did you do for Atlanta Baking at that
14    time?
15 A. I was route salesman, worked in production,
16    worked in the office, worked in shipping,
17    kind of got an overview of the whole
18    operation for about a two, two and a half
19    year period.
20 Q. How long did you stay with Atlanta Baking?
21 A. About two years, two and a half years. I
22    was getting my MBA at night.
23 Q. Did you have some tie to Atlanta Baking at

Page 7

1  that time before getting the job? I mean,
2  did you have anybody that worked there or
3  relatives or anything that?
4  A. No relatives. Just interviewed.
5  Q. Did they hire you to -- for management
6  purposes, or is that why you were doing a
7  bunch of different jobs during that time
8  period or is that --
9  A. I'm not sure. They just hired me and said
10    we're first going to teach you how to do --
11    how to run a bread route and then we're
12    going to expose you to other areas. So I'm
13    not sure.
14 Q. So you stayed there for two and a half
15    years. Then where did you go?
16 A. I was offered a job at Flowers' corporate
17    office in the marketing department after I
18    finished my MBA.
19 Q. In Thomasville?
20 A. Yes.
21 Q. And what did you do there?
22 A. Just general marketing things. I was in
23    charge of the coupon budget, point of sale

Page 8

1  material that the plants order, help
2  coordinate that for the plants, general
3  marketing.
4  Q. And how long did you stay in the marketing
5     department?
6  A. About two years.
7  Q. Then were you promoted or transferred?
8  A. No. I heard of a job with Jack's Cookie
9     Company in Tampa, Florida, and interviewed
10    for that job and was fortunate enough to
11    get that. So I became a sales manager at
12    Jack's Cookie Company in Tampa, Florida.
13 Q. How long did you live in Tampa?
14 A. About a year and a half. I moved a lot.
15    I'm sorry.
16 Q. After Jack's Cookie Company, where did you
17    go?
18 A. I then was offered a position with Jack's
19    Cookie Company of Charlotte, North
20    Carolina, as a director of sales.
21 Q. And so you moved from Tampa to Charlotte?
22 A. That's correct.
23 Q. And how long were you director of sales?

Page 9

1  A. About two years.
2  Q. And where did you go next?
3  A. After that I was offered a position as a
4     regional brand manager for what at that
5     time was Flowers' northern region which
6     comprised about five bakeries in Virginia,
7     North Carolina, that area.
8  Q. What's a brand manager?
9  A. Just worked with the plants on the
10    marketing programs with their customers to
11    help the salesmen grow sales -- you know,
12    grow sales with different customers. And
13    basically that's what my role was.
14 Q. How long did you stay with Flowers that
15    time?
16 A. About two years.
17 Q. And then where did you go?
18 A. That was -- yeah, regional brand manager.
19    Went back to -- I was offered a position as
20    director of marketing for Flowers
21    Industries at that time in Thomasville,
22    Georgia.
23 Q. How long did you remain director of

Page 10

1     marketing?
2  A. About two years.
3  Q. All right. And what did you do as director
4     of marketing?
5  A. I was in charge of traditional marketing
6     programs from advertising, new product
7     development, point of sale material, brand
8     positioning, strategy for the brands and so
9     forth.
10 Q. What was the next position you held?
11 A. After that I was promoted -- this time I
12    didn't move. I was promoted to
13    vice-president of marketing. Basically a
14    title change, a little bit more
15    responsibility, but still in Thomasville.
16    And I did that for about five years.
17 Q. What year, I guess, was it when you were
18    promoted to vice-president of marketing?
19 A. I honestly don't remember the year.
20 Q. What did you do as vice-president of
21    marketing that was different from director
22    of marketing?
23 A. Not a lot different.

Page 11

1  Q. After vice-president of marketing, what was
2     the next position?
3  A. I accepted a position at Flowers Baking
4     Company of Baton Rouge, Louisiana, as a
5     plant president.
6  Q. And was that an LLC in Louisiana, Flowers
7     Baking of Baton Rouge, or do you know?
8     MR. HISHTA: Is it currently an
9     LLC?
10 Q. Well, was it then or do you know?
11 A. I honestly -- yeah, I don't know.
12 Q. But you were in charge of that particular
13    area in southern Louisiana?
14 A. That's correct.
15 Q. Mississippi, too, or --
16 A. A little bit, yeah. Jackson, Mississippi,
17    after that.
18 Q. And how long were you -- I'm sorry. How
19    long were you president?
20 A. Of Flowers Baking Company of Baton Rouge?
21    About almost two years, little bit less
22    than that.
23 Q. Where did you go next?

Page 12

1  A. I was offered a position at Flowers
2     corporate office in -- as senior
3     vice-president of sales and marketing.
4  Q. Do you know when that was?
5  A. I think it was around 1999. I'm not a
6     hundred-percent sure, but in that time
7     period.
8  Q. How long were you in that position?
9  A. Till August of 2003, so whatever that is.
10    About four years or so.
11 Q. And what happened in August 2003?
12 A. I was offered a position as regional
13    vice-president over region four. That's my
14    current position.
15 Q. Over region four?
16 A. Yes, sir.
17 Q. And that's the present; right?
18 A. Correct.
19 Q. General question concerning all of your
20    employment: Have you ever been fired from
21    any of these positions you told us about?
22 A. Yes.
23 Q. Which one were you fired from?

Page 13

1  A. Well, you're fired at each plant at that
2     you go -- when I went from the corporate
3     office and accepted the position at Jack's
4     Cookie Company, I'm actually fired,
5     terminated. I mean terminated.
6          MR. HISHTA: Yeah.
7  A. Is that what you mean?
8  Q. I'm asking has somebody asked you, you got
9     to leave this position?
10 A. Oh, I'm sorry. I didn't understand that.
11    No.
12 Q. That's what I consider fired.
13         (Brief interruption.)
14 A. I'm sorry. I didn't understand the
15    question. No, I was not fired.
16 Q. That's why I lumped it into one question
17    because I figured it would be a lot quicker
18    to ask it that way instead of asking you 10
19    or 15 times.
20       You were never fired from any position;
21    right?
22 A. No. I think I'll remember that word from
23    now on.

Page 14

1  Q. Tell me what you do as regional
2     vice-president over region four.
3  A. Mostly the strategy of the region. I'm
4     responsible for improving the financial
5     picture of the region.
6  Q. All right. Who -- and I know that Flowers
7     of Opelika is included in region four, I
8     think.
9  A. That's correct.
10 Q. At least that's what I've been told. How
11    many different Flowers companies are there
12    within region four?
13 A. There's -- do you want each individual name
14    or --
15 Q. Yeah, if you know them. Do you know how
16    many there are?
17 A. I have seven -- I have eight profit
18    centers.
19 Q. And what are they?
20 A. Okay. Home Baking Company. Home, H-O-M-E,
21    Baking Company. It's in Birmingham,
22    Alabama. Flowers Baking Company of
23    Tuscaloosa, Alabama. You have Opelika.

Page 15

1     And then Flowers Baking Company of
2     Batesville, Arkansas. Flowers Baking
3     Company of Villa Rica, Georgia. Bailey
4     Street Baking in Atlanta, Georgia. Flowers
5     Baking Company of Tucker, Georgia. And
6     Flowers Baking Company of Nashville,
7     Tennessee, which is not a bakery but is a
8     profit center. It's a sales operation.
9  Q. So those are your eight areas that report
10    to you?
11 A. Yes.
12 Q. How many regions are there within Flowers?
13 A. Four.
14 Q. Okay. And what is your -- does your region
15    have a description or a title to your
16    region other than just region four?
17 A. Just region four.
18 Q. I just didn't know like southeast or
19    anything like that. They didn't do them
20    like that?
21 A. No.
22 Q. All right. And Flowers of Opelika reports
23    to you?

Page 16

1  A. I work with the plant.
2  Q. You work with the plant?
3  A. I work with --
4  Q. You work with all the plants that you just
5     told me about. When you say you develop
6     strategy for -- is that for marketing or
7     for everything? What is that?
8  A. I really work -- my position is to try to
9     improve the overall financial performance
10    of the region. So kind of the strategy,
11    but the plants really -- we're very
12    decentralized. The plants run their
13    business. The plants do all the local
14    activity. I'm not involved in all that. I
15    just work with them and help them be
16    successful.
17 Q. Do you go out and visit each one of your
18    areas throughout the year, I guess, or how
19    often do you call on each particular area?
20         MR. HISHTA: When you're referring
21         to area, you're referring to
22         the particular companies that
23         he just listed?

Page 17

1  MR. DAVIS: The eight companies,
2  yeah, that are under his --
3  A. For example, Flowers of Opelika, I've
4  probably been here three or four times this
5  year in a twelve-month period.
6  Q. Like typically what do you do?
7  I mean, I know you told me strategy on
8  helping the company's performance. But
9  like on a day-to-day basis, what does that
10 involve? What is that?
11  MR. HISHTA: Objection to the
12  characterization of his
13  visiting the companies on a
14  day-to-day basis. But having
15  said that, in general terms.
16 Q. In general terms.
17 A. One more time. I'm sorry.
18 Q. Generally what do you do day to day when
19 you're out either in the field or at the
20 home office or whatever?
21 A. If I'm at the home office, I read reports,
22 I look for new customer opportunities that
23 will help the plants grow their sales if I

Page 18

1  can. I read a lot of financial reports on
2  the profit and loss statement of the plant,
3  the plant efficiencies, try to help the
4  plant as much as possible secure capital --
5  money for -- to help improve their quality
6  of their operations and speeds,
7  improvements in the plants. Those are the
8  kind of general things I do.
9  Q. That's what you do when you're at the home
10 office. What about when you go out in the
11 field?
12 A. Well, a typical thing, I will go into a
13 bunch of grocery stores with the plant
14 president and/or the vice-president of
15 sales looking at our quality, looking at
16 our merchandising just trying to get a feel
17 for what competition is doing.
18  Not all the product made in the
19 specific area -- the product in this area
20 is made from several plants. So I can
21 really get a good idea when I go into the
22 market of what other plants that are
23 sending product in here are making and how

Page 19

1  their quality looks. So often I'll call
2  another plant while I'm in the market here
3  and -- to compliment or talk about a
4  certain quality. Walk through the bakery
5  to see how the plant is running, talk
6  about, you know, their efficiency reports
7  when we're together, talk about their
8  sales, trends and so forth.
9  Q. How many of these eight locations have
10 bakeries located within the territory where
11 they actually manufacture bread?
12 A. Well, the Opelika plant manufactures just
13 buns, but they -- you know, but all those
14 plants have product that they make except
15 for the Nashville plant. Nashville is just
16 a sales operation.
17 Q. Like Home Baking Company, what do they
18 manufacture or bake?
19  I don't know what is the proper term.
20 Bake?
21 A. Bake. Yeah, that's fine.
22 Q. Is that all right?
23 A. They manufacture buns, primarily hamburger

Page 20

1  buns.
2  Q. What about Flowers of Tuscaloosa?
3  A. Tuscaloosa makes white bread and buns.
4  Q. Opelika makes just buns?
5  A. Just buns and rolls, yeah.
6  Q. Batesville, Arkansas.
7  A. Makes bread and buns. They make white
8  bread, variety bread, and buns.
9  Q. Villa Rica?
10 A. Makes white bread, variety bread, and buns.
11 Q. Bailey Street in Atlanta?
12 A. Makes white bread and buns.
13 Q. And Tucker, Georgia?
14 A. Makes a lot of different products. They
15 make hoagie rolls, French bread, onion
16 rolls, sub rolls, kind of specialty type
17 items.
18 Q. Like if you have a particular area that
19 makes like -- let's take Opelika. Do they
20 make all types of buns or just a certain
21 type of buns?
22 A. They make certain types of buns.
23 Q. So basically -- and correct me if I'm

Page 21

1   wrong. Some areas are producing bread and
2   it's shipped from that area over into other
3   areas all through your region?
4   A. And through other --
5   Q. Is that fair?
6   A. Yes. Yes. All different states, all
7      different -- we try to have long runs, if
8      possible, to make the best quality and
9      produce at the lowest possible price.
10  Q. When you go out, do you also go out to each
11     one of the warehouses for each of these
12     areas?
13  A. No.
14  Q. You're aware -- let me ask you this: Are
15     you aware that Opelika, Montgomery, and
16     Phenix City have freezers located at their
17     warehouse location?
18  A. I did not. I knew that there was a
19     freezer, but I didn't know all those, like
20     you said, had freezers. I knew we had a
21     freezer.
22  Q. Do any of your other stores in any -- not
23     stores -- any of your other companies, I

Page 22

1      guess, is the best way to say it. Like
2      Home Baking Company, do they have a
3      freezer --
4   A. Yes.
5   Q. -- in any of their warehouses?
6   A. They have a freezer at the bakery.
7   Q. All right. What about out at the
8      warehouses?
9   A. Not that I'm aware of.
10  Q. What about Flowers of Tuscaloosa?
11  A. Not that I'm aware of.
12  Q. What about Batesville, Arkansas?
13  A. Not that I'm aware of.
14  Q. What about Villa Rica, Georgia?
15  A. Not that I'm aware of.
16  Q. What about Bailey Street?
17  A. Not that I'm aware of.
18  Q. Tucker, Georgia?
19  A. They produce some product that goes to a
20     central freezer like an AmeriCold freezer
21     or something.
22  Q. Actually at the bakery?
23  A. At -- it's not at the bakery. It's a few

Page 23

1      miles away. It's a central freezer that
2      you just rent space for -- from AmeriCold
3      or whatever. And it's a huge freezer that
4      other companies rent space for turkeys or
5      whatever, and we rent space there to put
6      frozen product in.
7   Q. What about Nashville, Tennessee?
8   A. Not that I'm aware of.
9   Q. Could any of these places have freezers and
10     you just don't know about it?
11  A. They could.
12  Q. As regional vice-president for Flowers
13     Baking Company -- is that right?
14  A. Flowers Foods.
15  Q. Or Flowers Foods. In your opinion is it
16     proper to freeze product such as bread?
17  A. It's done a lot, yes.
18  Q. It's done a lot.
19  A. In the industry it is done quit a bit.
20  Q. And I'm not talking about freezing bread as
21     soon as it's made. I'm talking about once
22     it's delivered to the warehouse. I
23     understand that bread is frozen, and

Page 24

1      there's nothing wrong with freezing certain
2      products as soon as it's made. For
3      instance, like the hoagie rolls and French
4      rolls and sub rolls, y'all make them,
5      transfer them to a warehouse that
6      specializes in having a freezer -- a big
7      freezer where you can freeze things. I
8      understand that that happens a lot in the
9      baking industry. What I'm trying to figure
10     out is, is it common in the baking industry
11     for a truck to leave Flowers of Tuscaloosa
12     loaded with buns and to go out to one of
13     the warehouses and be placed in a freezer
14     two or three days after it's gotten there
15     and kept there for two to three months?
16        MR. HISHTA: I'm going to object
17        to the form of the question
18        because that's assuming that
19        there are facts of record, you
20        know, that indicate that it's
21        two or three days old. I
22        mean, he can answer your
23        hypothetical.

Page 25

1  Q. You can answer it the way I've got it.
2  A. We have several customers, Krystal,
3     Chick -- I mean, there's a lot of customers
4     in the fast food industry that actually
5     we'll take product to their stores and
6     they'll actually put some extra in their
7     local freezer.
8  Q. I understand that.
9  A. Okay.
10 Q. But what I'm asking is, does Flowers do
11    that? Does Flowers -- you know, a truck
12    comes in from -- let's just take Opelika.
13    Opelika, they've made buns. They take
14    those buns and deliver them to Montgomery
15    to the warehouse to be distributed.
16 A. Uh-huh (positive response).
17 Q. They come into Montgomery. They're
18    unloaded from the truck, put on the dock,
19    and then taken back to a freezer and put in
20    the freezer.
21 A. Right.
22 Q. Is that common with Flowers?
23 A. I don't know how common it is, but I know

Page 26

1     that the plant here does it.
2  Q. Do you know of any other plants that do
3     it?
4  A. I don't -- offhand I don't.
5  Q. But you see nothing wrong with that type
6     behavior?
7  A. No, I don't. The freezer really suspends
8     the shelf life of a product. I do it at
9     home. I'll buy some bagels at the store
10    and eat some and put some in the freezer
11    and pull some out the next day and do
12    that. So for odd-ball items, low volume
13    kind of unique items, you know, we want to
14    make sure we take care of the customer. So
15    I'm sure that's why they do it here.
16    That's a local decision though.
17 Q. What's the time period that you should keep
18    something frozen or suspended?
19 A. I'm not an expert. I don't know, you
20    know. I -- I really don't know the answer.
21 Q. Does Flowers as far as you know ever notify
22    the customers that they're being delivered
23    frozen product?

Page 27

1      MR. HISHTA: Objection to the form
2         of the question. Number one,
3         it's not clear who Flowers is
4         and number two --
5      MR. DAVIS: Let's say Flowers of
6         Opelika.
7      MR. HISHTA: And when you're using
8         the terminology frozen, you're
9         referring to product that has
10        been in the freezer?
11     MR. DAVIS: In the freezer.
12 A. Can you ask that again? I'm sorry.
13 Q. Does Flowers --
14     MR. DAVIS: Well, just read it
15        back for me with the
16        understanding that it means in
17        Flowers of Opelika and frozen
18        product is bread -- or buns
19        that's placed into the
20        freezer.
21     (Requested portion of record read
22        by the court reporter.)
23 A. I know that certain customers know that

Page 28

1     happens from time to time, yes.
2  Q. What customers do you know that that
3     happens with?
4  A. Krystal, Sonic would be two that come off
5     the top of my head.
6  Q. And how do you know that they know that?
7  A. Because individual units know. I mean, how
8     do I know?
9  Q. Yeah. That's what I'm saying. Like do you
10    know somebody down at Flowers -- I mean,
11    down at Sonic and have you talked to them
12    and said -- and they say, oh, hey, we know
13    we're getting frozen product?
14 A. Krystal knows that.
15 Q. And how do you know that Krystal knows
16    that?
17 A. Because I know the buyer.
18 Q. Who's the buyer that buys from Krystal?
19 A. Gloria Daniels.
20 Q. Is that for which market?
21 A. The U.S.
22 Q. The U.S. So she buys product for the
23    entire U.S.?

Page 29

1   A.  Uh-huh (positive response).
2   Q.  From you?
3   A.  Uh-huh (positive response).
4   Q.  From Flowers?
5   A.  That's correct.
6   Q.  How does she know it?
7   A.  We've talked about it from time to time.
8       She said just don't let me run out. Please
9       take care of me.
10  Q.  Who else do you know that knows it?
11  A.  I know Sonic knows from time to time we
12      have, but I don't have a specific name to
13      give you. But they know that. It's not a
14      big deal to them.
15  Q.  And Gloria Daniels?
16  A.  Uh-huh (positive response).
17  Q.  Where is she located out of?
18  A.  Chattanooga.
19  Q.  And she's the -- do you know what her
20      position is?
21  A.  I think it's vice-president of purchasing.
22      A lot of the individual franchisees, too,
23      will freeze stuff in their local freezers.

Page 30

1   Q.  Does Flowers across the country freeze
2       bread for different Krystals?
3   A.  I don't understand the question.
4   Q.  Sure. Gloria Daniels works -- she buys
5       buns for Krystal; right?
6   A.  That's correct.
7   Q.  You said that she's aware that y'all freeze
8       buns from time to time and deliver them to
9       Krystal?
10          MR. HISHTA: When you're referring
11              to they, you're referring to
12              other subsidiaries. Is that
13              your question?
14          MR. DAVIS: Subsidiaries.
15  Q.  She's aware of that. That's what you're
16      telling me; right?
17  A.  She knows that from time to time that has
18      happened, yes.
19  Q.  And what I'm trying to -- you know, I'm
20      asking a bad question. But we know sitting
21      here today that it happens in Montgomery,
22      Opelika, and Phenix City. Where else in
23      the country does it happen or does she know

Page 31

1       about?
2   A.  I don't -- we haven't talked specific
3       locations, so I don't know.
4   Q.  I mean, does she know that in the
5       Montgomery market, in the Opelika market,
6       and the Phenix City market she's getting
7       frozen product from time to time?
8   A.  Not those specific markets probably. I
9       haven't talked about a specific market.
10      She knows that from time to time product,
11      you know, on rare occasions on an aisle-buy
12      item, you know, it might have been frozen.
13      But most of it -- of course, most of it's
14      fresh. I mean, it's a very small
15      percentage.
16  Q.  In the stores it's delivered to -- she's
17      with Krystal and vice-president of
18      purchasing. That's in the franchise
19      department? Is that what that is?
20  A.  She's up at corporate office. She buys for
21      both the company stores and the franchise
22      stores.
23  Q.  And the franchise stores.

Page 32

1       Do you know Henry Porterfield?
2   A.  First time I've seen him today.
3   Q.  Have you ever had any contact or any
4       dealings with him before today?
5   A.  No, sir.
6   Q.  Anything -- any dealings with the decision
7       by Flowers of Opelika to terminate his
8       distributorship?
9   A.  That's a local decision. I don't get
10      involved.
11          MR. DAVIS: That's all I've got.
12          MR. HISHTA: Mr. Alexander will
13              read. And I have no
14              questions.
15          (Deposition concluded at
16              approximately 10:30 p.m.)
17          * * * * * * * * *
18      FURTHER DEPONENT SAITH NOT
19          * * * * * * * * *
20      REPORTER'S CERTIFICATE
21  STATE OF ALABAMA:
22  MONTGOMERY COUNTY:
23      I, Tracye Sadler, Certified Shorthand

Page 33

1 Reporter and Commissioner for the State of Alabama
2 at Large, do hereby certify that I reported the
3 deposition of:
4         BRAD ALEXANDER
5 who was duly sworn by me to speak the truth, the
6 whole truth and nothing but the truth, in the
7 matter of:
8         HENRY PORTERFIELD,
9         Plaintiff,
10        vs.
11        FLOWERS BAKING COMPANY OF
12        OPELIKA, LLC,
13        Defendant.
14        IN THE UNITED STATES DISTRICT COURT
15        FOR THE MIDDLE DISTRICT OF ALABAMA
16        NORTHERN DIVISION
17        Case Number 2:05-CV-937-MEF
18 on July 17, 2007.
19        The foregoing 32 computer-printed pages
20 contain a true and correct transcript of the
21 examination of said witness by counsel for the
22 parties set out herein. The reading and signing of
23 same is hereby not waived.

Page 34

1        I further certify that I am neither of
2 kin nor of counsel to the parties to said cause nor
3 in any manner interested in the results thereof.
4        This 25th day of July 2007.

         _____
8        Tracye Sadler, Certified
         Shorthand Reporter and
         Commissioner for the State
9        of Alabama at Large

Page 35

* * * * * * * * * * * * *
WITNESS SIGNATURE PAGE
* * * * * * * * * * * * *

In Re: Henry Porterfield vs. Flowers Baking Company

I, BRAD ALEXANDER, hereby certify that I have read the foregoing transcript of my deposition given on July 17, 2007, and it is a true and correct transcript of the testimony given by me at the time and place stated with the corrections, if any, and the reasons therefor noted on a separate sheet of paper and attached hereto.

_____
BRAD ALEXANDER
SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2007.
_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_____

July 25, 2007

Mr. Brad Alexander
c/o Mr. Sandra B. Reiss
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

In re: Henry Porterfield vs. Flowers Baking Company

Dear Mr. Alexander:

Enclosed is a copy of the transcript of your deposition taken on July 17, 2007. Please read the transcript and make any corrections on the correction sheet provided specifying the page and line number of each correction.

You will find the original signature page attached to the front of the transcript. Even if there are no corrections, please sign the original signature page and have your signature notarized.
Please return the signature page, correction sheet and transcript within thirty days. The list of corrections will be attached to the original deposition and all parties will be notified of any changes.
Thank you for your prompt attention to this matter.
Sincerely,

Tracye Sadler Blackwell
Certified Shorthand Reporter

cc: Mr. Greg L. Davis, Ms. Sandra B. Reiss



### A
about 5:12 6:18,21 8:6 8:14 9:1,6,16 10:2,16 11:21 12:10,21 16:5 18:10 19:3,6,7 20:2 22:7,10,12,14,16 23:7,10,20,21 29:7 31:1,9
accepted 11:3 13:3
across 30:1
ACTION 1:8
activity 16:14
actually 6:7 13:4 19:11 22:22 25:4,6
address 5:17
advertising 10:6
after 4:13 6:11 7:17 8:16 9:3 10:11 11:1 11:17 24:14
again 27:12
agreed 3:2,16,23
agreement 1:15
aisle-buy 31:11
Alabama 1:3,17,19 2:6 2:11 3:8 14:22,23 32:21 33:1,15 34:9 36:5
Alexander 1:14 3:4 4:12,19,20 32:12 33:4 35:7,16 36:3,7
almost 11:21
AmeriCold 22:20 23:2
and/or 18:14
another 19:2
answer 5:7,14 24:22 25:1 26:20
anybody 7:2
anything 7:3 15:19 32:6
APPEARANCES 2:1
approximately 1:20 32:16
area 9:7 11:13 16:19 16:21 18:19,19 20:18 21:2
areas 7:12 15:9 16:18 21:1,3,12
Arkansas 15:2 20:6 22:12
around 12:5
asked 13:8
asking 13:8,18 25:10 30:20
assume 5:14
assuming 24:18
Atlanta 6:9,10,13,20 6:23 15:4 20:11
attached 35:13 36:11 36:15
attention 36:17

Attorneys 2:5,10
August 12:9,11
Avenue 2:11 36:5
aware 21:14,15 22:9,11 22:13,15,17 23:8 30:7,15
away 23:1
a.m 1:20

### B
B 2:9 36:3,22
back 9:19 25:19 27:15
background 5:19
bad 30:20
bagels 26:9
Bailey 15:3 20:11 22:16
bake 19:18,20,21
bakeries 9:6 19:10
bakery 15:7 19:4 22:6 22:22,23
baking 1:9 6:9,13,20 6:23 11:3,7,20 14:20 14:21,22 15:1,2,4,5,6 19:17 22:2 23:13 24:9,10 33:11 35:5 36:6
basically 9:13 10:13 20:23
basis 17:9,14
Batesville 15:2 20:6 22:12
Baton 11:4,7,20
became 8:11
before 1:15 3:6 5:1,6 6:7 7:1 32:4 35:17
BEHALF 2:3,7
behavior 26:6
being 26:22
best 21:8 22:1
between 3:3,17 4:1
big 24:6 29:14
Birmingham 2:11 14:21 36:5
bit 10:14 11:16,21 23:19
Blackwell 36:20
both 5:4 31:21
Brad 1:14 3:4 4:12,19 33:4 35:7,16 36:3
brand 9:4,8,18 10:7
brands 10:8
bread 7:11 19:11 20:3 20:7,8,8,10,10,12,15 21:1 23:16,20,23 27:18 30:2
Brief 13:13
budget 7:23
bunch 7:7 18:13
buns 19:13,23 20:1,3,4

20:5,7,8,10,12,20,21 20:22 24:12 25:13,14 27:18 30:5,8
business 16:13
buy 26:9
buyer 28:17,18
buys 28:18,22 30:4 31:20

### C
call 16:19 19:1
capital 18:4
care 26:14 29:9
Carolina 8:20 9:7
case 3:18,20 33:17
cause 34:2
cc 36:22
center 15:8
centers 14:18
central 22:20 23:1
certain 19:4 20:20,22 24:1 27:23
CERTIFICATE 32:20
Certified 1:16 3:7 32:23 34:7 36:20
certify 33:2 34:1 35:7
change 10:14
changes 36:16
characterization 17:12
charge 7:23 10:5 11:12
Charlotte 8:19,21
Chattanooga 29:18
Chick 25:3
City 21:16 30:22 31:6
Civil 1:8 3:5
clear 27:3
come 25:17 28:4
comes 25:12
commencing 1:19
commission 3:9 35:20
Commissioner 1:17 3:7 33:1 34:8
common 24:10 25:22 25:23
companies 14:11 16:22 17:1,13 21:23 23:4
company 1:9 6:10 8:9 8:12,16,19 11:4,20 13:4 14:20,21,22 15:1,3,5,6 19:17 22:2 23:13 31:21 33:11 35:5 36:6
company's 17:8
competition 18:17
compliment 19:3
comprised 9:6
computer-printed 33:19
concerning 12:19
concluded 32:15

consider 13:12
contact 32:3
contain 33:20
Cookie 8:8,12,16,19 13:4
coordinate 8:2
copy 36:8
corporate 7:16 12:2 13:2 31:20
correct 8:22 11:14 12:18 14:9 20:23 29:5 30:6 33:20 35:10
correction 36:9,10,14
corrections 35:11 36:9 36:12,15
counsel 3:3,17 33:21 34:2
country 30:1,23
COUNTY 32:22
coupon 7:23
course 31:13
court 1:2 4:7 5:3 27:22 33:14
cover 4:22
current 5:17 12:14
currently 11:8
customer 17:22 26:14
customers 9:10,12 25:2 25:3 26:22 27:23 28:2
c/o 36:3

### D
Daniels 28:19 29:15 30:4
Davis 2:4,4,20 4:10,17 4:20 17:1 27:5,11,14 30:14 32:11 36:22
day 17:18,18 26:11 34:4 35:18
days 24:14,21 36:14
day-to-day 17:9,14
DEAKINS 2:9 36:4
deal 29:14
dealings 32:4,6
Dear 36:7
decentralized 16:12
decision 26:16 32:6,9
Defendant 1:11 2:7 33:13
degree 5:20,22 6:1
deliver 25:14 30:8
delivered 23:22 26:22 31:16
department 7:17 8:5 31:19
DEPONENT 32:18
deposition 1:14 2:23 3:4,6,13,18 4:2,22,23

32:15 33:3 35:8 36:9 36:15
description 15:15
develop 16:5
development 10:7
different 7:7 9:12 10:21,23 14:11 20:14 21:6,7 30:2
director 8:20,23 9:20 9:23 10:3,21
distributed 25:15
distributorship 32:8
DISTRICT 1:2,3 33:14 33:15
DIVISION 1:4 33:16
dock 25:18
doing 7:6 18:17
done 23:17,18,19
down 5:4 28:10,11
Drive 2:5
duly 4:13 33:5
during 7:7

### E
each 5:8 13:1 14:13 16:17,19 21:10,11 36:10
eat 26:10
educational 5:19
efficiencies 18:3
efficiency 19:6
eight 14:17 15:9 17:1 19:9
either 3:14,20 17:19
employment 12:20
Enclosed 36:8
enough 8:10
entire 28:23
Even 36:12
ever 4:23 12:20 26:21 32:3
everything 5:4 16:7
evidence 3:13
examination 2:19 4:16 33:21
example 17:3
except 19:14
exhibits 2:23
expert 26:19
EXPIRES 35:20
expose 7:12
extra 25:6

### F
facts 24:19
fair 5:15,16 21:5
far 26:21
fast 25:4
Federal 2:10 3:5 36:4
feel 18:16

Case 2:05-cv-00937-MEF-TFM    Document 51-4    Filed 08/08/2007    Page 13 of 15
Deposition of Brad Alexander                                                July 17, 2007
Page 2

few 4:22 22:23
field 17:19 18:11
Fifth 2:11 36:5
figure 24:9
figured 13:17
filing 3:18,22
financial 14:4 16:9 18:1
find 36:11
fine 4:10 19:21
finished 5:6 6:5 7:18
fired 12:20,23 13:1,4 13:12,15,20
first 4:13 6:6,9 7:10 32:2
five 9:6 10:16
Florida 8:9,12
Flowers 1:9 6:10 7:16 9:5,14,20 11:3,6,20 12:1 14:6,11,22 15:1 15:2,4,6,12,22 17:3 20:2 22:10 23:12,14 23:15 24:11 25:10,11 25:22 26:21 27:3,5 27:13,17 28:10 29:4 30:1 32:7 33:11 35:5 36:6
follows 4:15
food 25:4
Foods 23:14,15
foregoing 33:19 35:8
form 3:10 24:17 27:1
formality 3:9
forth 10:9 19:8
fortunate 8:10
four 12:10,13,15 14:2,7 14:12 15:13,16,17 17:4
franchise 31:18,21,23
franchisees 29:22
freeze 23:16 24:7 29:23 30:1,7
freezer 21:19,21 22:3,6 22:20,20 23:1,3 24:6 24:7,13 25:7,19,20 26:7,10 27:10,11,20
freezers 21:16,20 23:9 29:23
freezing 23:20 24:1
French 20:15 24:3
fresh 31:14
from 5:21,22 6:1,12 8:21 10:6,21 12:20 12:23 13:2,20,22 18:20 21:2 23:2 25:12,18 28:1,18 29:2,4,7,11 30:8,17 31:7,10
front 36:12
frozen 23:6,23 26:18
26:23 27:8,17 28:13 31:7,12
further 3:16,23 32:18 34:1

**G**
general 7:22 8:2 12:19 17:15,16 18:8
Generally 17:18
Georgia 5:18,21,22 6:1 6:11,12 9:22 15:3,4,5 20:13 22:14,18
getting 6:22 7:1 28:13 31:6
give 29:13
given 4:23 35:9,10
Gloria 28:19 29:15 30:4
go 7:15 8:17 9:2,17 11:23 13:2 16:17 18:10,12,21 21:10,10 24:12
goes 22:19
going 5:3 7:10,12 24:16
good 18:21
gotten 24:14
graduated 6:2
graduating 6:12
Greg 2:4,4 4:20 5:11 36:22
grocery 18:13
grow 9:11,12 17:23
guess 10:17 16:18 22:1

**H**
Halcyon 2:5
half 6:18,21 7:14 8:14
hamburger 19:23
happen 30:23
happened 12:11 30:18
happens 24:8 28:1,3 30:21
having 4:13 17:14 24:6
head 28:5
heard 8:8
held 10:10
help 8:1 9:11 16:15 17:23 18:3,5
helping 17:8
Henry 1:6 2:14 32:1 33:8 35:5 36:6
her 29:19
hereto 3:21 4:1 35:13
hey 28:12
him 32:2,4
hire 7:5
hired 7:9
Hishta 2:8 4:9 11:8 13:6 16:20 17:11 24:16 27:1,7 30:10
32:12
hoagie 20:15 24:3
home 14:20,20 17:20 17:21 18:9 19:17 22:2 26:9
honestly 10:19 11:11
huge 23:3
hundred-percent 12:6
hypothetical 24:23
H-O-M-E 14:20

**I**
idea 18:21
improve 16:9 18:5
improvements 18:7
improving 14:4
included 14:7
INDEX 2:19
indicate 24:20
individual 14:13 28:7 29:22
Industries 9:21
industry 23:19 24:9,10 25:4
Inn 1:18
instance 24:3
instead 13:18
interested 34:3
interruption 13:13
interviewed 7:4 8:9
introduced 3:19
involve 17:10
involved 16:14 32:10
item 31:12
items 20:17 26:12,13

**J**
Jackson 11:16
Jack's 8:8,12,16,18 13:3
job 6:6,9 7:1,16 8:8,10
jobs 7:7
July 1:19 33:18 34:4 35:9 36:1,9
just 4:22 7:4,9,22 9:9 15:16,17,18 16:4,15 16:23 18:16 19:12,15 20:4,5,20 23:2,10 25:12 27:14 29:8

**K**
keep 26:17
kept 24:15
Kevin 2:8
kin 34:2
kind 6:17 16:10 18:8 20:16 26:13
knew 21:18,20
know 4:21 9:11 11:7,10 11:11 12:4 14:6,15
14:15 15:18 17:7 19:6,13,19 21:19 23:10 24:20 25:11,23 25:23 26:2,13,19,20 26:20,21 27:23,23 28:2,6,6,7,8,10,12,15 28:17 29:6,10,11,13 29:19 30:19,20,23 31:3,4,11,12 32:1
knows 28:14,15 29:10 29:11 30:17 31:10
Krystal 25:2 28:4,14 28:15,18 30:5,9 31:17
Krystals 30:2

**L**
L 2:4,4 36:22
Large 1:17 3:8 33:2 34:9
last 4:21
Law 2:4,5,10
least 14:10
leave 13:9 24:11
less 11:21
let 21:14 29:8
let's 20:19 25:12 27:5
life 26:8
like 15:18,19,20 17:6,9 19:17 20:18,19 21:19 22:1,20 24:3 28:9
line 36:10
list 36:14
listed 16:23
little 10:14 11:16,21
live 8:13
LLC 1:10 11:6,9 33:12
loaded 24:12
local 16:13 25:7 26:16 29:23 32:9
located 19:10 21:16 29:17
location 21:17
locations 19:9 31:3
long 6:20 8:4,13,23 9:14,23 11:18,19 12:8 21:7
look 17:22
looking 18:15,15
looks 19:1
Lord 2:14
loss 18:2
lot 8:14 10:23 13:17 18:1 20:14 23:17,18 24:8 25:3 29:22
Louisiana 11:4,6,13
low 26:12
lowest 21:9
lumped 13:16

**M**
made 3:11 18:18,20 23:21 24:2 25:13
make 19:14 20:7,15,20 20:22 21:8 24:4 26:14 36:9
makes 20:3,4,7,10,12 20:14,19
making 18:23
management 7:5
manager 8:11 9:4,8,18
manner 3:20 34:3
manufacture 19:11,18 19:23
manufactures 19:12
many 14:11,16 15:12 19:9
marked 2:23
market 18:22 19:2 28:20 31:5,5,6,9
marketing 7:17,22 8:3 8:4 9:10,20 10:1,4,5 10:13,18,21,22 11:1 12:3 16:6
markets 31:8
material 8:1 10:7
matter 33:7 36:17
may 3:6,11,13,19
MBA 6:3,5,7,22 7:18
MBA-marketing 5:22
mean 7:1 13:5,7 17:7 24:22 25:3 28:7,10 31:4,14
Meander 5:18
means 27:16
merchandising 18:16
Michael 2:14
MIDDLE 1:3 33:15
might 31:12
miles 23:1
Mississippi 11:15,16
money 18:5
Montgomery 2:6 21:15 25:14,17 30:21 31:5 32:22
months 24:15
more 10:14 17:17
most 31:13,13
Mostly 14:3
move 10:12
moved 8:14,21
much 18:4

**N**
name 4:18,20 14:13 29:12
NASH 2:9 36:4
Nashville 15:6 19:15 19:15 23:7
need 3:11

| | | | | |
|---|---|---|---|---|
| neither 34:1 | 21:22,23 23:4 26:2 30:12 | primarily 19:23 | 14:1 23:12 | senior 12:2 |
| never 13:20 | | probably 17:4 31:8 | regions 15:12 | separate 35:12 |
| new 10:6 17:22 | out 16:17 17:19 18:10 21:10,10 22:7 24:10 24:12 26:11 29:8,17 33:22 | Procedure 3:5 | Reiss 2:9 36:3,22 | set 33:22 |
| next 9:2 10:10 11:2,23 26:11 | | produce 21:9 22:19 | relatives 7:3,4 | seven 14:17 |
| | | producing 21:1 | remain 9:23 | several 18:20 25:2 |
| night 6:22 | | product 10:6 18:18,19 18:23 19:14 22:19 23:6,16 25:5 26:8,23 27:9,18 28:13,22 31:7,10 | remember 10:19 13:22 | sheet 35:13 36:10,14 |
| North 2:11 8:19 9:7 36:5 | over 5:8 12:13,15 14:2 21:2 | | rent 23:2,4,5 | shelf 26:8 |
| | overall 16:9 | | rephrase 5:12 | shipped 21:2 |
| northern 1:4 9:5 33:16 | overview 6:17 | | report 15:9 | shipping 6:16 |
| notarized 36:13 | | | reported 33:2 | Shorthand 1:16 3:7 32:23 34:8 36:20 |
| NOTARY 35:19 | **P** | production 6:15 | reporter 1:16 3:7 4:7 5:3 27:22 33:1 34:8 36:20 | sign 36:12 |
| noted 35:12 | P 2:8 | products 20:14 24:2 | | signature 4:2 35:2 36:11,12,13,14 |
| nothing 4:14 24:1 26:5 33:6 | page 5:13 35:2 36:10 36:11,12,14 | profit 14:17 15:8 18:2 | | |
| notified 36:15 | pages 33:19 | programs 9:10 10:6 | REPORTER'S 32:20 | signing 33:22 |
| notify 26:21 | paper 35:13 | promoted 8:7 10:11,12 10:18 | reports 15:22 17:21 18:1 19:6 | Sincerely 36:18 |
| number 27:2,4 33:17 36:10 | Park 2:5 | prompt 36:17 | representing 3:3,17 | sir 12:16 32:5 |
| | particular 11:12 16:19 16:22 20:18 | proper 19:19 23:16 | Requested 27:21 | sitting 30:20 |
| | | provided 3:14,21 36:10 | reserved 3:12 | small 31:14 |
| **O** | parties 3:3,17 4:1 33:22 34:2 36:15 | PUBLIC 35:19 | response 25:16 29:1,3 29:16 | SMOAK 2:9 36:4 |
| object 24:16 | | pull 26:11 | | some 6:23 21:1 22:19 25:6 26:9,10,10,11 |
| Objection 17:11 27:1 | party 3:14,20 | purchasing 29:21 31:18 | responsibility 10:15 | somebody 13:8 28:10 |
| objections 3:9,10 | percentage 31:15 | | responsible 14:4 | something 22:21 26:18 |
| occasions 31:11 | performance 16:9 17:8 | purpose 3:14 | results 34:3 | somewhere 6:4 |
| odd-ball 26:12 | period 6:4,19 7:8 12:7 17:5 26:17 | purposes 7:6 | return 36:14 | Sonic 28:4,11 29:11 |
| off 28:4 | | pursuant 1:15 3:4 | Rica 15:3 20:9 22:14 | soon 23:21 24:2 |
| offered 3:13 7:16 8:18 9:3,19 12:1,12 | Phenix 21:16 30:22 31:6 | put 23:5 25:6,18,19 26:10 | right 10:3 12:17 13:21 14:6 15:22 19:22 22:7 23:13 25:21 30:5,16 | sorry 8:15 11:18 13:10 13:14 17:17 27:12 |
| offhand 26:4 | picture 14:5 | p.m 32:16 | | southeast 15:18 |
| office 6:16 7:17 12:2 13:3 17:20,21 18:10 31:20 | place 2:10 35:11 36:4 | | | southern 11:13 |
| | placed 24:13 27:19 | **Q** | role 9:13 | space 23:2,4,5 |
| | places 23:9 | quality 18:5,15 19:1,4 21:8 | rolls 20:5,15,16,16 24:3 24:4,4 | speak 4:14 33:5 |
| OFFICES 2:4 | Plaintiff 1:7 2:3 33:9 | | | specializes 24:6 |
| often 16:19 19:1 | plant 11:5 13:1 16:1,2 18:2,3,4,13 19:2,5,12 19:15 26:1 | question 3:11 5:6,9,14 12:19 13:15,16 24:17 27:2 30:3,13,20 | Rouge 11:4,7,20 | specialty 20:16 |
| OGLETREE 2:9 36:4 | | | route 6:15 7:11 | specific 18:19 29:12 31:2,8,9 |
| oh 13:10 28:12 | | | Rules 3:5 | |
| Okay 5:3 14:20 15:14 25:9 | | questions 3:10 32:14 | ruling 3:12 | specifying 36:10 |
| | plants 8:1,2 9:9 16:4,11 16:12,13 17:23 18:7 18:20,22 19:14 26:2 | quicker 13:17 | run 7:11 16:12 29:8 | speeds 18:6 |
| old 24:21 | | quit 23:19 | running 19:5 | start 5:6 6:8 |
| once 6:5 23:21 | | | runs 21:7 | started 6:7,11 |
| one 2:10 5:8 12:23 13:16 16:17 17:17 21:11 24:12 27:2 36:4 | please 4:18 29:8 36:9 36:12,14 | **R** | | state 1:17 3:8 4:18 5:22 32:21 33:1 34:8 |
| | point 7:23 10:7 | rare 31:11 | **S** | stated 35:11 |
| | political 5:20 | re 35:5 36:6 | Sadler 1:16 3:6 32:23 34:7 36:20 | statement 18:2 |
| onion 20:15 | Porterfield 1:6 2:14 32:1 33:8 35:5 36:6 | read 17:21 18:1 27:14 27:21 32:13 35:8 36:9 | | states 1:2 21:6 33:14 |
| Opelika 1:10,18 14:7 14:23 15:22 17:3 19:12 20:4,19 21:15 25:12,13 27:6,17 30:22 31:5 32:7 33:12 | | | SAITH 32:18 | Statute 3:15,21 |
| | portion 27:21 | | sale 7:23 10:7 | stay 6:20 8:4 9:14 |
| | position 8:18 9:3,19 10:10 11:2,3 12:1,8 12:12,14 13:3,9,20 16:8 29:20 | reading 33:22 | sales 8:11,20,23 9:11 9:12 12:3 15:8 17:23 18:15 19:8,16 | stayed 7:14 |
| | | really 16:8,11 18:21 26:7,20 | | STEWART 2:9 36:4 |
| | | reasons 35:12 | salesman 6:15 | still 10:15 |
| | | record 4:18 24:19 27:21 | salesmen 9:11 | stipulated 3:2,16,23 |
| operation 6:18 15:8 19:16 | positioning 10:8 | referring 16:20,21 27:9 30:10,11 | same 3:22 5:13 33:23 | stipulation 1:15 |
| | positions 12:21 | | Sandra 2:9 36:3,22 | stipulations 3:1 4:8 |
| operations 18:6 | positive 25:16 29:1,3 29:16 | regardless 3:21 | sat 4:21 | stop 5:10 |
| opinion 23:15 | | region 9:5 12:13,15 14:2,3,5,7,12 15:14 15:16,16,17 16:10 21:3 | saying 28:9 | store 26:9 |
| opportunities 17:22 | possible 18:4 21:8,9 | | science 5:20 | stores 18:13 21:22,23 25:5 31:16,21,22,23 |
| order 8:1 | present 2:13 12:17 | | secure 18:4 | |
| original 36:11,12,15 | president 11:5,19 18:14 | | see 19:5 26:5 | |
| other 3:10,14,20 7:12 15:16 18:22 21:2,4 | price 21:9 | regional 9:4,18 12:12 | seen 32:2 | strategy 10:8 14:3 16:6 16:10 17:7 |
| | | | sending 18:23 | |

Street 1:18 15:4 20:11 22:16
stuff 29:23
sub 20:16 24:4
SUBSCRIBED 35:17
subsidiaries 30:12,14
subsidiary 6:10
successful 16:16
Suite 2:10 36:4
sure 7:9,13 12:6 26:14 26:15 30:4
suspended 26:18
suspends 26:7
sworn 4:13 33:5 35:17

**T**
take 20:19 25:5,12,13 26:14 29:9
taken 1:14 3:4,6 25:19 36:9
taking 5:4
talk 19:3,5,7
talked 28:11 29:7 31:2 31:9
talking 5:12 23:20,21
Tampa 8:9,12,13,21
teach 7:10
Tell 14:1
telling 30:16
Tennessee 15:7 23:7
term 19:19
terminate 32:7
terminated 13:5,5
terminology 27:8
terms 17:15,16
territory 19:10
testified 4:15
testimony 35:10
Thank 36:17
their 9:10 16:12 17:23 18:5,6 19:1,6,7 21:16 22:5 25:5,6 29:23
therefor 35:12
thereof 34:3
thing 18:12
things 4:23 7:22 18:8 24:7
think 12:5 13:22 14:8 29:21
thirty 36:14
Thomasville 5:18 7:19 9:21 10:15
though 26:16
three 17:4 24:14,15,21
through 4:21 19:4 21:3 21:4
throughout 16:18
tie 6:23
Tiger 1:18
Till 12:9

time 3:11,12 6:4,14 7:1 7:7 9:5,15,21 10:11 12:6 17:17 26:17 28:1,1 29:7,7,11,11 30:8,8,17,17 31:7,7 31:10,10 32:2 35:11
times 13:19 17:4
title 10:14 15:15
today 30:21 32:2,4
together 19:7
told 12:21 14:10 16:5 17:7
top 28:5
Town 1:18
Trace 5:18
Tracye 1:15 3:6 32:23 34:7 36:20
traditional 10:5
transcript 33:20 35:8 35:10 36:8,9,12,14
transfer 24:5
transferred 8:7
trends 19:8
trial 3:19
truck 24:11 25:11,18
true 33:20 35:9
truth 4:14,14,15 33:5,6 33:6
try 5:12,13 16:8 18:3 21:7
trying 18:16 24:9 30:19
Tucker 15:5 20:13 22:18
turkeys 23:4
Tuscaloosa 14:23 20:2 20:3 22:10 24:11
twelve-month 17:5
two 6:18,18,21,21 7:14 8:6 9:1,16 10:2 11:21 24:14,15,21 27:4 28:4
type 5:7 20:16,21 26:5
types 20:20,22
typical 18:12
typically 17:6

**U**
Uh-huh 25:16 29:1,3 29:16
under 17:2
Undergraduate 5:20
understand 5:10,11 13:10,14 23:23 24:8 25:8 30:3
understanding 27:16
understood 5:15
unique 26:13
UNITED 1:2 33:14
units 28:7
University 5:21,23

6:12
unloaded 25:18
until 5:5
used 3:13,20
using 27:7
Usual 4:7
U.S 28:21,22,23

**V**
variety 20:8,10
very 16:11 31:14
vice-president 10:13 10:18,20 11:1 12:3 12:13 14:2 18:14 23:12 29:21 31:17
Villa 15:3 20:9 22:14
Virginia 9:6
visit 16:17
visiting 17:13
volume 26:12
vs 1:8 33:10 35:5 36:6

**W**
wait 5:5
waived 3:19 4:3 33:23
waiving 3:22
Walk 19:4
want 14:13 26:13
warehouse 21:17 23:22 24:5 25:15
warehouses 21:11 22:5 22:8 24:13
way 13:18 22:1 25:1
Well 11:10 13:1 18:12 19:12 27:14
went 9:19 13:2
were 7:6 8:7,23 10:17 11:12,18,19 12:8,23 13:20
we'll 5:13 25:5
we're 7:10,11 16:11 19:7 28:13
We've 29:7
while 19:2
white 20:3,7,10,12
whole 4:14 6:17 33:6
witness 4:1,2,13 33:21 35:2
word 13:22
work 6:8 16:1,2,3,4,8 16:15
worked 6:15,16,16 7:2 9:9
works 30:4
wrong 21:1 24:1 26:5

**Y**
yeah 9:18 11:11,16 13:6 14:15 17:2 19:21 20:5 28:9

year 6:19 8:14 10:17 10:19 16:18 17:5
years 6:21,21 7:15 8:6 9:1,16 10:2,16 11:21 12:10
y'all 24:4 30:7

**1**
10 13:18
10:00 1:20
10:30 32:16
1000 2:10 36:4
15 13:19
17 1:19 33:18 35:9 36:9
1819 2:11 36:5
1981 6:2,11
1983 6:4
1999 12:5

**2**
2:05-CV-937-MEF 1:8 33:17
2003 12:9,11
2007 1:19 33:18 34:4 35:9,18 36:1,9
205 1:18
21st 1:18
25 36:1
25th 34:4

**3**
32 33:19
35203 2:11 36:5
36117 2:6

**4**
405 5:18

**5**
5 2:20

**6**
6987 2:5

**8**
84 6:4