IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD,    ) | |
| ) | |
| Plaintiff,    ) | |
| v.    ) | CASE NO. 2:05-cv-937-MEF |
| ) | |
| FLOWERS BAKING COMPANY OF    ) | |
| OPELIKA, L.L.C.,    ) | |
| ) | |
| Defendant.    ) | |

## **O R D E R**

Upon consideration of the defendant's Motions to Strike Affidavit (Doc. #52 and # 53) filed on August 8, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before August 24, 2007 as to why the motions should not be granted.

DONE this the 16th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE