IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY PORTERFIELD,**<br>Plaintiff<br><br>v.<br><br>**FLOWERS BAKING COMPANY OF OPELIKA, LLC, GRADY MESSER, CALVIN RHODES, STEVE BORDEAU,**<br>Defendants. | *  2007 AUG 24  P 4:50<br>*<br>*<br>*<br>*   Case No. 2:05-cv-937-F<br>*<br>*<br>* |

## EXHIBIT LIST IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTIONS TO STRIKE AFFIDAVITS

Exhibit 2.....................................Charles Morrow Affidavit

Exhibit 5.....................................Henry Porterfield Affidavit

Exhibit 9.....................................Grady Messer Deposition Excerpts

Exhibit 10...................................Michael Lord Deposition Excerpts

Exhibit 12...................................Jerry Woodham Deposition Excerpts

Exhibit 13...................................Hnery Porterfield Deposition Excerpts