# DEPOSITION OF GRADY MESSER

## May 7, 2007

## Pages 1 through 150

### PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

- Plaintiff's Exhibit 9 -

Deposition of Grady Messer                                            May 7, 2007

Page 5

1              GRADY MESSER
2      The witness, after having first been duly sworn
3   to speak the truth, the whole truth, and nothing
4   but the truth, testified as follows:
5              EXAMINATION
6   BY MR. DAVIS:
7   Q.  Please state your name for the record.
8   A.  Grady Messer.
9   Q.  Mr. Messer, what's your current address?
10  A.  6221 Wynfrey Place, Montgomery, Alabama,
11      36117.
12  Q.  And who do you live there with?
13  A.  My wife.
14  Q.  And what's her name?
15  A.  Phyllis.
16  Q.  What is your -- it's my understanding --
17      what's your current position, or do you
18      have a current position?
19  A.  Director of sales.
20  Q.  How long have you been there?
21  A.  About 16 years.
22  Q.  And that's with Flowers?
23  A.  Flowers Baking Company of Opelika.

Page 6

1   Q.  What's your educational background?
2   A.  High school.
3   Q.  When did you get out of high school?
4   A.  '61.
5   Q.  Once you got out of high school, what was
6       the first job that you had?
7   A.  I believe -- that's a long way back.  But I
8       believe it's Anniston Manufacturing
9       Company.
10  Q.  And what did you do for Anniston
11      Manufacturing Company?
12  A.  Worked in -- it was a cotton mill.
13  Q.  Did you grow up in Anniston or --
14  A.  No.
15  Q.  Where did you grow up?
16  A.  Growed up in Delta, Alabama.
17  Q.  Where is Delta?
18  A.  That is probably 35, 40 miles south of
19      Anniston.
20  Q.  Is it close to Roanoke?
21  A.  Kind of.
22  Q.  I'm just trying to think of where it's at.
23  A.  Yeah, kind of.  It's -- you ever heard of

Page 7

1       Lineville?
2   Q.  I know where Lineville is.
3   A.  Okay.  It's pretty close to Lineville.
4   Q.  How long did you work at Anniston
5       Manufacturing Company?
6   A.  Probably two or three years.
7   Q.  What did you do after that?
8   A.  Grocery store.
9   Q.  In Anniston?
10  A.  No.  In Talladega.
11  Q.  What did you do there at the grocery store,
12      what kind of work?
13  A.  Well, a little of everything.  My uncle
14      owned the business, so ...
15  Q.  And how long did you work for your uncle?
16  A.  Golly.  Two or three years.  I'm not sure.
17  Q.  How long -- what was the next job you had?
18  A.  Flowers.
19  Q.  And so what year?
20      You went to work there in --
21  A.  Let's back up.  McGough Bakeries.
22  Q.  McGough?
23  A.  McGough, M-C-G-O-U-G-H.

Page 8

1   Q.  How long did you work for McGough Bakeries?
2   A.  I went to work in '68, and I think Flowers
3       Baking Company bought McGough out in '73.
4       And, like I say, I think that's ...
5   Q.  What did you do when you first went to work
6       for McGough Bakers?
7   A.  Route salesman.
8   Q.  How long were you a route salesman?
9   A.  Probably four years.
10  Q.  What was the next position you had with
11      McGough?
12  A.  Supervisor.
13  Q.  And then were you supervisor when Flowers
14      bought you out in 1973?
15  A.  Yes.
16  Q.  What position did you assume at Flowers?
17  A.  The same.
18  Q.  And what geographic area was McGough
19      Bakers -- Bakery and what area did they
20      cover?
21  A.  At one time they had a bakery in
22      Birmingham, one in Montgomery, one in
23      Decatur, Alabama.  So basically that part

Deposition of Grady Messer                                       May 7, 2007

Page 17

```
1   Q.  In '91.
2   A.  Jim Bob Smith was one of them. Billy
3       Reed. I believe Woody Jaye. And I think
4       Chris Tate. I'm not -- I'm not sure of the
5       dates. They have been my sales managers
6       before. I'm not sure ...
7   Q.  How long did you stay director of sales in
8       the Montgomery market?
9   A.  That is my job now.
10  Q.  So from '91 until 2007 you've been director
11      of sales?
12  A.  That's correct.
13  Q.  Who do you report to in the Montgomery
14      market now presently in 2007?
15  A.  Michael Lord.
16  Q.  Michael Lord?
17  A.  Yes.
18  Q.  What's his position with Flowers?
19  A.  Vice president, Opelika.
20  Q.  How many sales managers do you have now in
21      2007?
22  A.  We have four.
23  Q.  Who are the sales managers now?
```

Page 18

```
1   A.  Now?
2   Q.  Now.
3   A.  We've got Steve Stevens, John Renfroe,
4       Billy Reed, and Jeff Powell.
5   Q.  Okay. How many routes are there in the
6       Montgomery market?
7   A.  Now, what do you mean by the Montgomery
8       market? The market I just told you or --
9   Q.  Yeah. Well, you've got four sales
10      managers. I assume that they each have --
11  A.  Well, two of the sales managers -- one of
12      the sales managers is in Selma; okay?
13  Q.  Right. Which one is that?
14  A.  That's Billy Reed. He has Selma, Clanton,
15      Greenville.
16  Q.  Okay.
17  A.  Then Jeff Powell has got Alex City and
18      Tallassee.
19  Q.  Okay.
20  A.  The other two --
21  Q.  Renfroe and Stevens.
22  A.  -- Renfroe and Stevens, was in the
23      Montgomery market.
```

Page 19

```
1   Q.  How many routes are there in the Montgomery
2       market with those two sales managers?
3   A.  With those two managers, I believe we've
4       got 17.
5   Q.  How many of those 17 are company-owned
6       routes?
7   A.  Not any.
8   Q.  How many routes do you have in the Selma
9       market?
10  A.  Well, Selma, Greenville, Clanton -- six.
11  Q.  In the Alex City market?
12  A.  Six.
13  Q.  Are any of the Selma or Alex City markets
14      company-owned routes?
15  A.  No.
16  Q.  Since 1991 to present have there been any
17      company-run routes while you've been
18      director of sales?
19  A.  Yes.
20  Q.  When's the last time there was a
21      company-run route?
22          MS. REISS: Company-run or
23          company-owned?
```

Page 20

```
1           MR. DAVIS: Company-owned.
2   A.  I believe we sold the routes to
3       distributors in ninety -- in '94, '95, I
4       believe, is when we sold them. Somewhere
5       in that neighborhood.
6   Q.  So since '94 or '95 all the routes have
7       been run by distributors such as like
8       Mr. Porterfield, an independent contractor?
9           MS. REISS: I want to object to
10          the extent you asked for
11          company-owned. Now you're
12          using the term company-run.
13          There is a difference.
14  Q.  Company-owned since 1994, 1995.
15  A.  Since we went independent distributors.
16  Q.  Since you've had independent distributors.
17      Since that time?
18  A.  We had two private label routes that we
19      was -- you know, was -- during that time --
20      since that time. But since then they
21      have -- they have been discontinued.
22  Q.  Okay. Do you know Henry Porterfield?
23  A.  I absolutely do.
```

Deposition of Grady Messer                                               May 7, 2007

Page 53

1  A.  As far as I know, yes.
2  Q.  And Troy State or whatever the institution
3      is can recontract with somebody else to run
4      that part of their facility at any time?
5  A.  I don't know.
6  Q.  If Troy State terminates its contract with
7      Sodexho and picks up another contract with
8      another servicing company, that has nothing
9      to do with Flowers?
10 A.  If we -- you know, if we have serviced that
11     company that comes in and takes it from
12     them, we would work it, you know.
13 Q.  You would work it?
14 A.  Yes.
15 Q.  But if not --
16 A.  If not, we would not unless we, you know,
17     sold them on it.
18 Q.  Okay. So just so I'm clear, the reason
19     that Mr. Porterfield's contract was
20     terminated was because he lost the account
21     with Troy State Sodexho Marriott?
22 A.  That's correct.
23 Q.  And that was it. That was the only

Page 54

1      reason?
2  A.  Right.
3  Q.  And who did you meet with at Flowers
4      concerning that decision?
5  A.  Who did I meet with?
6      Probably talked on the telephone to
7      Michael and -- yeah.
8  Q.  What did you and Michael talk about
9      regarding Mr. Porterfield losing the
10     account with Troy State Sodexho Marriott?
11 A.  Okay. We gave him the breach letter,
12     ten-day breach --
13 Q.  That's what you sent him?
14 A.  That's correct.
15 Q.  And then during that ten-day period -- did
16     you talk to Michael during that ten-day
17     period?
18 A.  I'm sure I did, yeah.
19 Q.  What did y'all talk about?
20 A.  I don't remember at this time. But during
21     the ten-day period I talked with Henry.
22     During that time Henry called me one day
23     and wanted to know if I could talk with

Page 55

1   him. I said sure. And he said we'll be
2   there in about 30 minutes.
3       In about 30 minutes Henry and a
4   Mr. Williams and a Mr. Knuckles -- I
5   believe was his name -- came walking in my
6   office. And I was expecting Henry only.
7   He didn't say he was bringing someone else
8   with him; okay? And I think both of them
9   were city councilmen at that time. I think
10  one of them may have been Henry's pastor.
11      Anyway, we sat down and they was asking
12  me -- they said they had been down to Troy
13  State to talk to the lady about getting
14  Henry back in the store -- or the unit, and
15  the lady would not even talk with them.
16  And I explained to them that, you know, I
17  wasn't going to discuss Henry's business
18  with them. That was personal between
19  Henry, you know. And they said, well, they
20  was just trying to help Henry.
21      And the lady down there wouldn't even
22  talk to him about it. And one of the guys
23  asked me -- I think it was Mr. Knuckles

Page 56

1   asked me did -- how long did he have to get
2   back in the stop. And I told him it was a
3   ten-day breach. And he looked around to
4   Henry and said, well, you got -- you got
5   several days to work on that stop.
6       And after a brief conversation between
7   us they get up and leave. And Henry lagged
8   back and -- I don't know. He and I made a
9   few conversations, and he made the remarks
10  that somebody might get killed over this --
11  no, no, no, I'm sorry -- somebody might die
12  over this. I said, Henry, are you
13  threatening me? He said, I'm not
14  threatening you. I'm just telling you
15  there's more people going to get hurt over
16  this than me. And then he turned around
17  and left.
18 Q. All right. Any other conversations that
19    you had with -- well, let me back up. I
20    was talking about to begin with
21    conversations you had with Michael, and we
22    kind of got sidetracked here.
23 A. Okay.

14 (Pages 53 to 56)

Deposition of Grady Messer                                                May 7, 2007

Page 57

1  Q. In that ten-day period how many
2     conversations do you think you had with
3     Michael?
4  A. I don't really remember how many we had.
5  Q. Okay.
6  A. Michael and myself generally talk every day
7     about something, not necessarily a
8     distributor or whatever but about
9     something.
10 Q. Did y'all talk during that ten-day period
11    about Mr. Porterfield?
12 A. I'm not sure.
13 Q. And I may be wrong, but I thought you told
14    me earlier that it was Michael that made
15    the decision to terminate Henry; is that
16    right?
17 A. I think so.
18 Q. Tell me how that came about.
19 A. Well, when he was given the ten-day letter,
20    you know, he couldn't get back in the
21    stop. And then once he came and talked to
22    me that day and made the threatening
23    remarks, then certainly I e-mailed Michael

Page 58

1     and was telling him about the meeting we
2     had. The conversation was talked about and
3     everything. And that's when the -- I think
4     the letter went out to bar him from the
5     premises for threatening -- when he
6     threatened me that morning -- that
7     afternoon.
8  Q. And who was it that sent that letter?
9  A. I believe it was Michael.
10 Q. Did you have any other conversations --
11    let's back up.
12        From the time you sent the ten-day
13    breach letter you told me about one
14    conversation you had with Henry when he
15    came into the office with two other
16    gentlemen. During that time period did you
17    have other conversations with Henry?
18 A. I believe -- I'm not sure. I think we met
19    with Henry. I think Mike and myself did.
20    I'm not sure.
21 Q. And when was that?
22 A. It was sometime during -- I believe it was
23    during that ten-day period.

Page 59

1  Q. And what was the reason that y'all met with
2     him during that ten-day period?
3  A. I don't remember. I just remember us
4     meeting.
5  Q. Was it -- obviously it was before you sent
6     him the letter to bar him from the
7     premises?
8  A. I think so. I believe. I'm not sure.
9  Q. Did y'all meet with him to discuss the Troy
10    State Sodexho Marriott account?
11 A. I feel sure that was on the agenda, yes.
12    That's probably what it was about.
13 Q. What do you recall Henry saying during that
14    conversation?
15 A. I don't know. He had his brother with
16    him. I don't remember.
17 Q. Is that Robert?
18 A. I don't remember what his name was.
19 Q. But he had one of his brothers with him?
20 A. One of his brothers was with him.
21 Q. And did his brother say anything?
22 A. His brother said a few things. And at that
23    time, you know, Michael told him we wasn't

Page 60

1     going to discuss Henry's business with him,
2     you know.
3  Q. What do you recall his brother saying?
4  A. I don't remember what he said.
5  Q. How many brothers does Henry have that you
6     know about?
7  A. That's the only one. And I don't even know
8     whether that's his brother or not. He said
9     it was. I guess it was.
10 Q. You never met him before that day?
11 A. It's possible, but I didn't -- I didn't
12    remember him if I had.
13 Q. But you and Michael and Henry and his
14    brother were meeting, and you think it was
15    between the time of the ten-day breach
16    letter and the date you sent him the letter
17    saying don't come back on the premises?
18 A. I can't recall really.
19 Q. Well, it wasn't after the letter went out
20    where you told him not to come back on the
21    premises, was it?
22 A. No. It was probably before that letter.
23    I'm not sure.

15 (Pages 57 to 60)