# DEPOSITION OF JERRY WOODHAM

## July 16, 2007

## Pages 1 through 142

### PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

Plaintiff's Exhibit 12

Page 101

1  A. Yes.
2  Q. It's got funds paid to distributor, zero.
3     You see that?
4  A. Yes, sir.
5  Q. It's got funds received from distributor,
6     $1,810.54?
7  A. Yes, sir.
8  Q. Where did that $1,810.54 come from?
9  A. I can't say just from looking at this
10    report where it came from.
11 Q. Did Mr. Porterfield write you a check in
12    2006 for $1,810.54?
13 A. I don't know.
14 Q. So $1,026,000 worth of product went out the
15    door at Flowers during 2006 on this
16    particular route?
17       MR. HISHTA: Objection. Vague.
18          And that's not what he
19          previously testified to.
20 Q. Tell me how the $1,026,415.34 is
21    comprised.
22 A. It's a total of all the weekly distributor
23    statements.

Page 102

1  Q. Of the beginning balance owed?
2  A. Yes.
3  Q. And the beginning balance owed is derived
4     from what?
5  A. From the previous week.
6  Q. Okay.
7       MR. HISHTA: Are we going to be a
8          while? Because if we are,
9          I need to reschedule a
10         conference call if we could
11         take a break.
12      MR. DAVIS: Yeah. We can go ahead
13         and take a break for just a
14         minute.
15      (A brief recess was taken.)
16 Q. (Mr. Davis continuing:) Let's go to 918.
17    918 is for route 2069 for the dates
18    12-25-2005 to 12-31-2005. You see that?
19 A. Yes, sir.
20 Q. All right. At the very bottom of the page,
21    if I look at total distributor balance,
22    it's got 10,709.85. You see that?
23 A. Yes, sir.

Page 103

1  Q. And then if we look at pay by scan credits
2     less prior week pay by scan inventory, it
3     looks like a credit of 728.27?
4  A. Yes, sir.
5  Q. And then also you've got a less current
6     week pay by scan delivery tickets,
7     12-25-2005 to 12-31-2005. It looks like
8     another credit of $1,008.77; is that
9     correct?
10 A. Yes.
11 Q. That leaving a weekly distributor balance
12    of $8,972.81; right?
13 A. Yes, sir.
14 Q. That's the end of 2005. That's the balance
15    owed on that account; right?
16 A. Yes.
17 Q. Now, flip over two pages to 920. Beginning
18    balance owed. You see that?
19 A. Yes, sir.
20 Q. $10,723.19. You'll have to walk me through
21    that and explain that one to me and tell me
22    how it went from 8,972.81 to 10,723.19.
23 A. I don't know.

Page 104

1  Q. From an accounting standpoint how did it do
2     it?
3  A. I don't know.
4  Q. Why don't you know? I mean, is there
5     something you need to look at to determine
6     why it did that?
7  A. I could try. I mean, I ...
8  Q. Look back at 918.
9       MR. HISHTA: Are we missing 919?
10      MR. DAVIS: 19 is right here.
11         That's the end of the year.
12         That's a full one.
13      MR. HISHTA: It's not in the
14         exhibit that is --
15      MR. DAVIS: Let's put it -- let's
16         make sure that the exhibit
17         before we leave has every
18         single document from 919 -- or
19         whatever it begins at to the
20         end.
21      MR. HISHTA: Do you have an extra
22         919?
23      MR. DAVIS: I thought -- I don't

Page 105

1 know why it's not copied in
2 there, but --
3    MR. HISHTA: It appears the year
4       ending documents in the
5       exhibit that you're using for
6       the court reporter for some
7       reason does not have those
8       documents.
9  Q. Look at 919 and tell me is there anything
10     that's added at 919 -- document number 919,
11     which is the end of the year report total,
12     that would change it from 12-31 to 1-1.
13 A. I mean, I don't see anything.
14 Q. Well, let's go back to 918. Let me ask a
15     question about 918 one more time.
16        All right. You're the controller of
17     Flowers; right?
18 A. Yes, sir.
19 Q. All right. You understand these documents
20     as good as anybody; right?
21 A. Yes, sir.
22 Q. And these are your documents that y'all
23     produced; right?

Page 106

1  A. Yes.
2  Q. Your company produced.
3        Am I correct that by looking at this
4     little area down in the box, it's got total
5     distributor balance, $10,709.85. And then
6     it's got the credits. You see the two
7     credits?
8  A. Yes, sir.
9  Q. That leaves an ending balance according to
10    this document of $8,972.81. You see that?
11 A. Yes, sir.
12 Q. Now, assuming that nothing happened between
13    12-31 and 1-1, should the weekly
14    distributor balance roll over to the next
15    week?
16 A. Yes, sir.
17 Q. Is that the proper way for it to do?
18 A. Uh-huh (positive response).
19 Q. Because when you get credits, it reduces
20    the balance, gives you a new balance
21    because you've got credits; correct?
22 A. Yes.
23 Q. All right. Now, let's go to document

Page 107

1     number 920. And we've established that you
2     don't know why it went from $8,972.81 to
3     the new balance of $10,723.19; correct?
4  A. Yes, sir.
5  Q. Now, during this weekly period -- let's
6     just say that that figure is correct or for
7     whatever reason -- we don't know why it's
8     $10,723.19, but let's just use that
9     figure.
10       During that week, if we look at it, we
11    got a credit of 318 and then we got a
12    positive or a debit or whatever you want to
13    say of $1,101.05. You see that?
14 A. Yes.
15 Q. That brings your total distributor balance
16    up to $11,506.17; correct?
17 A. Yes, sir.
18 Q. You also have two credits, pay by scans;
19    all right?
20 A. Yes.
21 Q. It knocks it back down to $9,226.47;
22    correct?
23 A. Yes.

Page 108

1  Q. That's at the end of that week; correct?
2  A. Yes, sir.
3  Q. Flip over to 921. Can you tell me why the
4     beginning balance owed the very next day is
5     $11,506.17?
6  A. This carried from week one.
7  Q. Right. Where are the credits that were in
8     week one of 740.82 and 1538.88? Why isn't
9     the balance of -- my question is, why isn't
10    the balance $9,226.47 carried over to the
11    next page at the top?
12       You've already told me that I'm
13    supposed to -- that's supposed to be the
14    actual amount that's carried forward.
15 A. Well, if I said this one carried forward,
16    pay by scan, it's supposed to be the total
17    distributor -- that's what he owes -- when
18    you have pay by scan, the total distributor
19    balance is what they owe or Flowers owes
20    them.
21       MR. HISHTA: For the record
22          purposes, the number he was
23          just referring to as total

Deposition of Jerry Woodham                                           July 16, 2007

Page 109

1   distributor balance was
2   $11,506.17 on document
3   FBO000920.
4   Q. On the pay by scans, then, who got credit
5   for the pay by scans?
6   A. The distributor did.
7   Q. All right. Well, then flip back to 920
8   because I'm confused.
9         MR. HISHTA: That's the document
10            that we were just -- he was
11            testifying about when he was
12            referring to 11,506.17.
13  Q. Let's look at 920.
14        MR. HISHTA: I believe what Greg
15            is trying to walk through is
16            this arithmetic calculation
17            where this number ends up
18            being this number.
19  Q. Tell me why that happens.
20  A. Well, that's -- that's the balance a
21  distributor owes right there.
22  Q. All right. Let's look at it. The
23  distributor balance, we figured that out.

Page 110

1   It's $11,506.17; correct?
2   A. Uh-huh (positive response).
3   Q. The way that's calculated is taking the
4   prior weekly balance and then any credits
5   or any debits, whatever is added to that
6   figure, to come up with that; correct?
7   A. Yes.
8   Q. You do that over here, add these up in the
9   far right-hand column, and it comes down to
10  that. You also get two credits, 740.82 and
11  1538.88; correct?
12  A. Yes.
13  Q. Making the new balance $9,226.47; is that
14  correct?
15        MR. HISHTA: Objection to the
16            terminology new balance such
17            that it connotates legally
18            that that is the balance that
19            Mr. Porterfield owes Flowers
20            after that calculation.
21  Q. Okay. Tell me what the $9,226.47 is.
22  A. It's the difference between the 11,506 and
23  the two numbers below it. It's just an

Page 111

1   accounting function.
2   Q. I see it's an accounting function. And
3   assuming your figures are correct,
4   Mr. Porterfield owes you $11,506.17. But
5   he's not given any credit, then, if you're
6   carrying that figure forward for the two
7   pay by scan credits of 740.82 and $1538.88,
8   is he?
9   A. Well, he gets his credit up here.
10  Q. All right. Up there you've got a credit
11  for point of sale data of $1,085.60; okay?
12  A. Yes, sir.
13  Q. All right. I don't know how those figures
14  equal the 740 figure and the 1538 figure.
15  A. They're not supposed to. This pay by scan
16  is a week behind. You have to take that
17  into account.
18  Q. Well, let's start over again. Am I correct
19  that at the beginning of the week he owed
20  10,723.19?
21  A. Yes, sir.
22  Q. Throughout the week you've got charges,
23  total product charged, relay adjustments,

Page 112

1   all these adjustments here in this column.
2   New distributor balance, $688.66 (sic).
3   $1,066.69 (sic) on the discount earnings.
4   Add those two together. You get a credit
5   of $318.07; correct?
6   A. Yes, sir.
7   Q. And that includes the pay by scan, doesn't
8   it?
9   A. Yes, sir.
10  Q. Now, the next thing down is you go to
11  business expenses. You add up all the
12  business expenses, and Mr. Porterfield owes
13  $1,101.05; correct?
14  A. Yes, sir.
15  Q. Now, you add up all these figures in the
16  right column and you get $11,506.17;
17  correct?
18  A. Yes, sir.
19  Q. Now, did Mr. Porterfield receive a credit
20  for pay by scan inventory 12-31 of $740.82?
21  A. Well, when you -- when you say credit, I
22  mean, this is just a balance -- he
23  didn't -- I don't know how to explain this

28 (Pages 109 to 112)

Page 113

```
1      to you.
2          He got his credit up here when the
3      items are scanned.
4   Q. Show it to me.
5   A. Right here.
6   Q. Pay by scan, yeah. Point of sale data,
7      $1,085.
8   A. Yes, sir.
9   Q. All right. That's a credit; right?
10  A. Yes, sir.
11  Q. You add that credit with all the other
12     credits here and you come up to 688.62,
13     don't you?
14  A. Yes, sir.
15  Q. Now, 688.62 plus the discount of that
16     equals a credit of 318; right?
17  A. Yes, sir.
18  Q. All right. But down here it's got prior
19     week's pay by scan $740. Where is that
20     figure in your accountability up on the
21     top?
22  A. Where is ...
23         It would be in the product he bought
```

Page 114

```
1      from us. Let's see. This is prior week
2      pay by scan inventory where he got credit
3      for the point of sale data.
4   Q. You got point of sale data, $1,085.60?
5   A. Uh-huh (positive response).
6   Q. All right. Where is the $1,538.88 credit
7      at?
8          MR. HISHTA: Do you understand his
9             question?
10         THE WITNESS: No. I mean--
11  Q. What I'm trying to figure out is, where do
12     these two figures -- you've got them listed
13     here as credits which brings weekly
14     distributor balance to $9,226.47.
15  A. Uh-huh (positive response).
16  Q. Is that accurate?
17         MR. HISHTA: Can you -- maybe to
18            make this simpler, can you
19            just explain what these two
20            figures are vis-a-vis pay by
21            scan?
22         I'm pointing to the two
23            figures that we have been
```

Page 115

```
1      discussing at the bottom of
2      document 920.
3   A. The less prior week pay by scan inventory
4      is the ending inventory for the week ending
5      12-31-05.
6   Q. And that's credit?
7   A. Uh-huh (positive response).
8   Q. Is that right?
9   A. Yes.
10  Q. All right. And the less current weekly pay
11     by scan delivery tickets, is that also a
12     credit?
13  A. Yes.
14  Q. And when you take your total distributor
15     balance of 11,506.17 and you take your two
16     credits away from it, it leaves a weekly
17     distributor balance of $9,226.47; correct?
18  A. Yes.
19  Q. And at the end of that week, that is the
20     weekly distributor balance?
21         MR. HISHTA: Objection.
22  Q. Is that correct?
23         MR. HISHTA: Objection to the
```

Page 116

```
1      extent it is vague as to what
2      balance you are referring to.
3   Q. I'm referring to your document that says
4      weekly distributor balance. Is the weekly
5      distributor balance for route 2069 at the
6      end of this week, which is 1-1-2006 to
7      1-7-2006 -- is the weekly distributor
8      balance $9,226.47?
9   A. Yes.
10  Q. Okay. When you go from 920 to 921, it goes
11     back to $11,506.17 for the beginning
12     balance owed instead of $9,226.47; is that
13     correct?
14  A. Yes.
15  Q. If you go down to the bottom of 921, it's
16     the same thing. You add up all those in
17     the right column and you come up with a
18     distributor balance of $11,523.75. You've
19     got two credits, pay by scan credits. One
20     is 942.83, one is $1,090, leaving you with
21     a weekly distributor balance of $9,490.92.
22     You see that?
23  A. Uh-huh (positive response).
```

Deposition of Jerry Woodham                                            July 16, 2007

Page 117

1   Q. Is that the weekly balance at the end of
2      that week?
3   A. That's the weekly distributor balance, yes.
4   Q. Is there anyplace contained within these
5      documents that gives Mr. Porterfield credit
6      for the pay by scan inventory credits that
7      are listed at the bottom of these documents
8      in the little box?
9   A. When you say give him credit --
10  Q. Right. Accounting is plus and minuses;
11     right? You've got pluses coming in and
12     minuses going out. In your accounting
13     statement you've got credits and debits.
14     Some are -- you know, the credits have
15     little negative signs behind them; correct?
16  A. Yes.
17  Q. Is that the way you designate it?
18     When you add up the positives with the
19     negatives, you come up with a balance.
20     Here each week you do that to come up with
21     a weekly distributor balance; correct?
22  A. Yes.
23  Q. And the figure at the bottom you've already

Page 118

1      told us, already testified to, the figure
2      at the bottom that says weekly distributor
3      balance is the balance for that account at
4      the end of that week.
5   A. Well, I didn't say that's what he was owed
6      or not owed.
7   Q. I'm not saying that's what he's owed. I'm
8      saying that's what the balance is on that
9      account.
10     MR. HISHTA: He's testified that
11     that figure at the bottom of
12     the page is, as stated on the
13     document, weekly distributor
14     balance.
15  Q. That's what Mr. Porterfield owes to Flowers
16     at the end of the day according to your
17     document?
18  A. The bottom number?
19  Q. The bottom number.
20  A. No. It's actually the total distributor
21     balance.
22  Q. All right.
23  A. That's why it's carried forward.

Page 119

1   Q. Why is it actually the total distributor
2      balance?
3   A. These numbers are put on there, like I
4      said, just as an accounting function just
5      to be able to balance the balance week to
6      week.
7   Q. I want to know sitting here today where
8      those figures came from and where they're
9      listed in your document.
10  A. Okay. If you take --
11  Q. Let's take 920. That's the one we've
12     been -- let's take that one.
13  A. I'm going to need a calculator.
14  Q. All right.
15  A. Okay. Let me see if I can remember this
16     correctly. Take -- I don't do this every
17     day, so ...
18     MR. HISHTA: Write on this piece
19     of paper.
20  A. Okay.
21     MR. HISHTA: You want to take him
22     through.
23  A. Okay. All I was going to -- if you take --

Page 120

1      I'm trying to remember the formula that
2      balances it. Because, like I said, I don't
3      do this every day. So the point of sale
4      data and the prior week pay by scan
5      inventory for one week equals the next
6      week's point of sale data, revaluation
7      variance, and pay by scan inventory. The
8      next -- that's what I'm trying to say.
9      This is not saying that Henry Porterfield
10     owes us $9,490 on this week.
11  Q. On number 921?
12  A. Yes.
13  Q. What's it saying?
14  A. It's saying that he owes us $11,523.
15  Q. Well, we're back to my question. Tell me
16     where on that document, on 921, the 942.83
17     credit and the $1,090 credit went to.
18  A. Well, nobody ever said he was supposed to
19     get credit for that. He gets credit for
20     when it's scanned.
21  Q. All right. Then why is it there as being a
22     credit?
23  A. I told you, it's just an accounting

30 (Pages 117 to 120)

Deposition of Jerry Woodham                                                July 16, 2007

Page 121

1    function to check to make sure that these
2    numbers are right.
3  Q. Well, show me how these numbers are right
4    when you use the numbers at the bottom of
5    the page. Explain that to us.
6  A. Okay. That's what I'm -- that's what I'm
7    trying to remember, the formula. Which
8    ones are we using?
9        This one right here. Okay. I'm doing
10   something wrong. I can't remember the
11   formula exactly. I'm trying to remember
12   what it is.
13       It's not coming up right.
14       MR. HISHTA: Greg, for record
15         purposes, we would be happy to
16         supply you an explanation of
17         the accounting on a
18         week-to-week basis if he
19         cannot testify regarding his
20         recollection of that
21         accounting formula as he sits
22         here today.
23  Q. Sitting here today you don't know how you

Page 122

1    came up with those figures, do you?
2  A. Not off the top of my head, no.
3  Q. Let me ask you another question. Flip over
4    to 922. You see where it says new
5    distributor balance here?
6  A. Yes, sir.
7  Q. It's $1,264.18?
8  A. Yes, sir.
9  Q. From your standpoint -- from an accounting
10   standpoint, does this tell you that at the
11   end of the week that this distributor
12   had -- whether or not it's Henry
13   Porterfield or whoever it is -- had
14   $1,264.18 of bread that they didn't
15   deliver?
16       Aren't these figures based on bread?
17 A. On bread that they didn't deliver?
18       This number is taking the product he
19   bought from Flowers minus his load
20   adjustments --
21 Q. Shorts, damaged, product transfers,
22   authorized charges. So this distributor at
23   the end of the day has $1,264 worth of

Page 123

1    bread still in his inventory?
2  A. I don't know.
3  Q. That's undelivered merchandise?
4        MR. HISHTA: Objection. The
5          witness just testified that he
6          did not know what that figure
7          was.
8  A. It's not undelivered bread.
9  Q. All right. If total product charged,
10   $9,227.70 -- that means that $9,227.70
11   worth of bread left Flowers' warehouse
12   through Henry Porterfield's truck;
13   correct?
14       I mean, there's no direct-shipped on
15   this. It's all through a distributor;
16   right?
17 A. Left the warehouse in his truck?
18 Q. Left the warehouse, yes.
19 A. No. This is what was delivered to the
20   warehouse.
21 Q. Delivered to the warehouse and charged to
22   him; correct?
23 A. Yes.

Page 124

1  Q. So you've got $9,227.70 worth of product
2    sitting out there at the bay; correct?
3  A. (Witness nods head.)
4  Q. Now, once it's sitting at the bay, it's
5    delivered to all the stores; right?
6  A. Yes.
7  Q. According to the tickets.
8        You've got all these adjustments for
9    damaged and different adjustments that are
10   made. Then you've got authorized charges
11   which are charges that come back and a
12   check is made straight to Flowers from
13   Winn-Dixie or Publix or Wal-Mart or whoever
14   it might be that pays direct.
15       MR. HISHTA: Objection. That
16         wasn't his testimony
17         concerning what authorized
18         charges were.
19 Q. What's authorized charges? That's a
20   credit?
21 A. It's a credit to the distributor.
22 Q. It's a credit to the distributor for --
23   from a check that came in from somewhere

31 (Pages 121 to 124)