# FREEDOM COURT REPORTING

TRAVEL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER:  2:05-cv-937-F

HENRY G. PORTERFIELD,

    Plaintiff,

    VS.

FLOWERS BAKING COMPANY OF OPELIKA, LLC,

    Defendant.

* * * * * * * * * * * * * * * *

DEPOSITION OF

HENRY G. PORTERFIELD

May 9th, 2007

* * * * * * * * * * * * * * * *

TRAVEL TRANSCRIPT PREPARED BY

FREEDOM COURT REPORTING

Plaintiff's Exhibit 13

www.freedomreporting.com

1-877-373-3660

Page 305

1  Q. Are there other African-
2 American distributors in the Montgomery
3 warehouse?
4  A. Ask them.
5  Q. Pardon me?
6  A. Ask them. Talk to them.
7  Q. Anybody else maintain that
8 they were being discriminated against in
9 any way due to their race?
10  A. Talk to them.
11  Q. I said: Are you aware of
12 that?
13  A. Yes.
14  Q. Okay. Who do you believe
15 will state that they have been
16 discriminated against due to their race?
17  A. Ask Dwayne Cleveland. Ask
18 Doug Branch. I don't know what some of
19 the rest of them will say nothing anyway.
20 But those two probably ain't job scared.
21 They might say so.
22  Q. Did you have any
23 conversations with them about Grady Messer

Page 306

1 allegedly being a racist?
2  A. I have with Doug Branch.
3 And not only Grady Messer, John Renfroe.
4  Q. Who is John Renfroe?
5  A. The other district manager
6 down there.
7  Q. When did that discussion
8 take place?
9  A. Just holding conversation
10 with the guys. We talks. I don't know
11 when, but we have talked.
12  Q. Did Mr. Grady ever make any
13 statement to you to the effect that you
14 didn't need to be threatening anyone?
15  A. When I called him racist.
16  Q. What was his response?
17  A. He just said why would I
18 call him racist. I don't -- I don't
19 remember exactly what -- what he said, but
20 I didn't make a threat towards him.
21  Q. So the only thing that you
22 you said during that conversation was,
23 Mr. Messer, you're a racist?

Page 307

1  A. I called him racist.
2  Q. And that's it?
3  A. I talked about him. I said
4 why was he doing me like this and why was
5 you treating me so different. And then I
6 did call him racist, yeah.
7  Q. Did you raise your voice?
8  A. I don't remember.
9  Q. Could you have?
10  A. I don't remember.
11  Q. Were you close to him when
12 you were having this conversation?
13  A. No.
14  Q. How far away were you?
15  A. About two -- about three
16 feet, maybe.
17  Q. The document goes on to
18 state I am not threatening anyone but more
19 than me is going to get hurt over this,
20 and that's a promise.
21     Did you say that?
22  A. Don't remember. No.
23  Q. You don't remember?

Page 308

1  A. No. I didn't say that.
2  Q. You're absolutely sure you
3 didn't say that?
4  A. I didn't say that.
5  Q. So if Grady Messer testifies
6 that you said that, he's lying?
7  A. He's lying.
8  Q. He's lying about this
9 conversation?
10  A. He's lying.
11     (Whereupon, Defendant's Exhibit No.
12 49 was marked for identification purposes
13 by Mr. Hista.)
14  Q. (BY MR. HISTA)
15 Mr. Porterfield, you have been handed what
16 has been marked as Exhibit No. 49.
17     Do you recognize this
18 document?
19  A. Yes, I do.
20  Q. Tell me what it is, please.
21  A. This is a document received
22 from Grady Messer, when the other day he
23 sits here and said he didn't see me but

Page 41

1  Q. So Mr. Price never discussed
2  the allegations in his lawsuit with you?
3  A. He just told -- I know -- I
4  don't know the outcome of it. I just know
5  that he say he was wrongfully done at one
6  of his stops like I believe it was.
7    I ain't going to discuss what
8  it was because I don't regularly remember.
9  One of his -- he was on vacation, and they
10 lost a stop for him. That's all I can
11 remember.
12 Q. And did you discuss the
13 allegations that you're making in this
14 lawsuit with Mr. Price?
15 A. Repeat the question. How --
16 what you mean?
17 Q. Have you discussed the
18 allegations that you are making --
19 A. Yes.
20 Q. -- in this lawsuit with
21 Mr. Price?
22 A. Yes.
23 Q. Tell me what you recall

Page 42

1  about any discussion or discussions that
2  you've had with Mr. Price.
3  A. I just repeat the same thing
4  I told the rest of them. That Grady still
5  up to the same old thing.
6  Q. Okay. When you say Grady is
7  up to the same old thing, what do you
8  mean?
9  A. Still telling lies and doing
10 what he do.
11 Q. All right. Give me some
12 specifics.
13 A. About Grady?
14 Q. Yeah. Give me some
15 specifics about, you know, what you spoke
16 about with Raymond Price.
17 A. I discussed that I had lost
18 a Sodexho account and I tried to get it
19 back, and I didn't. And they terminated
20 the contract. That's basically all I
21 could discuss with him.
22 Q. Do you know if Mr. Price was
23 represented by a lawyer in his lawsuit

Page 43

1  against the company?
2  A. Do I know the lawyer?
3  Q. Do you know -- number one,
4  do you know if he was represented by
5  counsel?
6  A. Yes.
7  Q. And do you know who that
8  counsel was?
9    MR. TALIAFERRO: Object to
10 the form. Go ahead and answer it if you
11 can.
12 A. Greg -- Greg Davis. The
13 same lawyer I have that recommended him to
14 this one.
15 Q. Did Mr. Price recommend --
16 A. Yes.
17 Q. -- that you see Mr. Davis?
18 A. Yes.
19 Q. Have you discussed the
20 allegations in the lawsuit with Charles
21 Morrow?
22 A. Yes.
23 Q. Who is Charles Morrow?

Page 44

1  A. A retired distributor from
2  Flowers Baking Company.
3  Q. What do you recall about any
4  discussions with Mr. Morrow?
5  A. I have discussed with
6  Charles Morrow about Grady. And Charles
7  Morrow replied back that he had heard some
8  things about Grady hisself (sic.) about
9  allegations against me.
10   And that's how me and
11 Charles -- he wouldn't tell me at first
12 because I never discussed with any of
13 them. And it was like late I believe
14 September or October before I found out,
15 and I talked to Charles Morrow.
16 Q. Did Charles Morrow know
17 anything about your distributor record
18 with Flowers?
19 A. I wouldn't know.
20 Q. Do you know if Charles
21 Morrow, you know, has any knowledge about
22 any breach letters or performance issues
23 you had under the distributor agreement?

Page 293

1   A. That was about -- about five
2 or six miles --
3   Q. Do you --
4   A. -- through traffic.
5   Q. Do you specifically recall
6 telling her --
7   A. Downtown.
8   Q. Do you recall telling the
9 person at Sodexho that you would be back
10 later that day?
11   A. I told her I'd be back later
12 that day. I didn't talk to her no way. I
13 told the kitchen manager I'll be back
14 later that day.
15   Q. How did you know that they
16 needed the product for that --
17   A. That was --
18   Q. -- particular day?
19   A. That was a special event
20 they was having. It wasn't the normal
21 order. It was special, something special
22 they needed.
23        She had already ordered the

Page 294

1 normal order for the week. And that was
2 something special she needed. That's why
3 I said I can go get it for her and bring
4 it back.
5   Q. Could she have used the
6 product on Friday?
7   A. No. That was -- I told you
8 it was for lunch on Thursday.
9   Q. Okay. Where exactly did you
10 breakdown?
11   A. I broke down on Upper
12 Wetumpka Road.
13   Q. Is there a police report of
14 any sort?
15   A. You don't get a police
16 report when your truck tear up.
17   Q. Were there any witnesses to
18 the truck breaking down?
19   A. The one that fixed it.
20   Q. And that's it?
21   A. And my son was with me.
22   Q. Marcus?
23   A. I showed it to Grady Messer

Page 295

1 the next day. I showed him -- I showed
2 Grady where the manifold was cracked on
3 the truck. Ask him.
4   Q. So it's your testimony that
5 Marcus was riding with you that day?
6   A. Yes, he was.
7   Q. Did you tell Marcus to try
8 and make any arrangements to get the
9 trucks that run -- the buns that were on
10 your truck over to the Sodexho account?
11   A. Didn't I tell you that I
12 didn't think about it once the truck broke
13 down?
14   Q. Could Marcus have gotten the
15 buns to the Sodexho account?
16   A. No. He could walk them to
17 it?
18   Q. Well, could he have called
19 to get a ride?
20   A. No.
21   Q. Why not?
22   A. I told you time had lapsed.
23   Q. Well, you just testified

Page 296

1 that you were on your way back to the
2 Sodexho account?
3   A. I was on the way back. And
4 who? He had no one to call.
5   Q. Couldn't you call another
6 distributor?
7   A. I told you at the time when
8 the truck broke down I didn't think about
9 the buns no more. My attention was on the
10 truck.
11   Q. As soon as the truck broke
12 down, if you had called someone, could
13 someone have come and picked up the buns
14 and delivered them to the Sodexho account?
15   A. No.
16   Q. Why not?
17   A. By the time they got to me
18 and got to Sodexho it still would have
19 been too late.
20   Q. Why do you say that?
21   A. Because it was -- the time
22 frame was something like about a ten-
23 minute difference from me getting there.

Page 297

1  And it would have took anybody at least
2  twenty-five minutes to get to me.
3      Q.  Okay.  What time did the
4  truck break down?
5      A.  I think it was about -- I
6  don't -- I don't know exactly.  About
7  something till twelve.
8      Q.  Do you have any records that
9  would support that statement?
10     A.  I don't know where he put
11 time I broke down or not.
12          THE VIDEO SPECIALIST:  Need
13 to change tape.
14          MR. HISTA:  Go ahead.  We can
15 go off the Record.
16          THE VIDEO SPECIALIST:  We're
17 going off the Record.  This is the end of
18 Tape 5.
19     (Short break.)
20          THE VIDEO SPECIALIST:  Back
21 on the Record.  This is the beginning of
22 Tape 6.
23     (Whereupon, Defendant's Exhibit No.

Page 298

1  47 was marked for identification purposes
2  by Mr. Hista.)
3      Q.  (BY MR. HISTA)
4  Mr. Porterfield, you've been handed what
5  has been marked as Defendant's Exhibit 47.
6      A.  Yes.
7      Q.  Do you recognize this
8  document?
9      A.  Yes.
10     Q.  Tell me what it is, please.
11     A.  This document is the letter
12 I received certified mail from Flowers
13 Baking Company.  I -- I -- I remember it,
14 yes.
15     Q.  And this was due to the
16 issue with Sodexho, correct?
17     A.  Sodexho, yes.  I remember
18 this.
19     Q.  And at this point, Sodexho
20 was not allowing you to service them; is
21 that correct?
22     A.  Yes.
23     Q.  Did you understand that you

Page 299

1  had ten business days to try and get back
2  into the Sodexho account?
3      A.  I understood that very
4  clearly.  But I went -- I was barred from
5  the warehouse before ten days.
6      Q.  Okay.
7      (Whereupon, Defendant's Exhibit No.
8  48 was marked for identification purposes
9  by Mr. Hista.)
10     A.  I'm aware of this one too.
11     Q.  Okay.  Let's go over this
12 document.  Defendant's Exhibit No. 48.
13         Does this document reference
14 the meeting that you previously testified
15 concerning Councilman Williams and
16 Councilman Knuckles?
17     A.  Uh-huh.
18     Q.  Is that a meeting with
19 Mr. Messer?
20     A.  Yes.
21     Q.  The document indicates that
22 Councilman Williams said that they been
23 down to see the lady at Troy State about

Page 300

1  getting Henry's problem resolved, but she
2  was real rude and wouldn't talk to them.
3         Were you there when that
4  happened?
5      A.  Yes.
6      Q.  What happened?  What
7  occurred?
8      A.  She came in and she wouldn't
9  talk.  She slammed down what she had and
10 rushed off to the back.
11     Q.  Was that the kitchen
12 manager?  Or was it Ms. Barnes?
13     A.  That was Ms. Barnes, the
14 lady with the attitude.
15     Q.  The document goes on to talk
16 about Mr. Knuckles saying, well, Henry,
17 you've got several more days to work on
18 this.
19     A.  I remember.
20     Q.  Do you remember Mr. Knuckles
21 saying that?
22     A.  Yes, I do.
23     Q.  And then the document says:

Page 301

1 About that time, Henry said he talked to
2 the lady at Troy State this morning, and
3 she said he could come back and work her?
4    A.  She did.
5    Q.  Is that -- who told you
6 that?
7    A.  The lady at Sodexho.
8    Q.  Which lady?
9    A.  Ms. Barnes.
10   Q.  Okay. So if that's true,
11 why did you go down there with the
12 councilmen?
13   A.  Because she said she knew
14 them and wouldn't mind talking to them. I
15 had talked to her that Tuesday.
16   Q.  Well, why did you go back
17 down with the councilmen if you were
18 already back in the account?
19   A.  I wasn't back in there one
20 hundred percent.
21   Q.  Pardon me?
22   A.  I wasn't back in there one
23 hundred percent, but I was back in the

Page 302

1 account.
2    Q.  What do you mean you weren't
3 back in there a hundred percent?
4    A.  That means she had two bread
5 companies working her.
6    Q.  Okay. She was going to
7 compare your service with somebody else?
8    A.  No. She was just going to
9 buy from both.
10   Q.  Okay. So you took the
11 councilmen down to try and get back into
12 the account --
13   A.  Yes.
14   Q.  -- full service?
15   A.  Yes.
16   Q.  Is that what you're saying?
17   A.  Yes.
18   Q.  The account -- I mean, the
19 document then goes on to state that Henry
20 stayed behind and talked to me some more.
21      Did you do that?
22   A.  Yes. I talked to him.
23   Q.  The document states Henry

Page 303

1 said it really wasn't his fault that he
2 lost the account and that the last
3 breaches wasn't his fault either.
4      Is that what you told
5 Mr. Messer?
6    A.  Yes.
7    Q.  The document states after a
8 little more talk he got up and left. When
9 he was going out the door, he said
10 somebody might die over this.
11      Did you say that?
12   A.  No.
13   Q.  Positive about that?
14   A.  No.
15   Q.  You're not positive?
16   A.  I said I didn't say it.
17   Q.  You didn't say that?
18   A.  No.
19   Q.  You're positive you didn't
20 say that?
21   A.  I didn't say that.
22   Q.  Did you say words to that
23 effect?

Page 304

1    A.  I didn't say that.
2    Q.  Did you say anything to
3 Mr. Messer as you were going out the door?
4    A.  I didn't say that.
5    Q.  Did you say anything to
6 Mr. Messer as you were going out the door?
7    A.  I called him racist.
8    Q.  Okay. What else did you
9 say?
10   A.  I believe that's about all.
11   Q.  Could you have said
12 something else, and you just don't
13 remember it today?
14   A.  I didn't -- that's what I
15 said to him. I called him a racist.
16   Q.  Why did you call him racist?
17   A.  Because he is.
18   Q.  And on what basis do you
19 make that contention?
20   A.  The way he treat me.
21   Q.  Pardon me?
22   A.  The way -- I just -- that's
23 my belief.