IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY PORTERFIELD,** | * | |
| Plaintiff | * | |
| v. | * | |
| | * | |
| **FLOWERS BAKING COMPANY OF** | * | Case No. 2:05-cv-937-F |
| **OPELIKA, LLC, GRADY MESSER,** | * | |
| **CALVIN RHODES, STEVE BORDEAU,** | * | |
| Defendants. | * | |

### PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES

COMES NOW Plaintiff, by and through counsel, and submits its Supplemental Initial Disclosures as follows:

1. Jerry Woodham. This witness was deposed on July 16, 2007. He is the comptroller of Flowers Baking Company of Opelika, LLC. He is expected to testify to the accounting practices used by Defendant in operating Plaintiff's delivery route, the valuation of the route, the means and methods of accounting, charges, and expenses for deliveries of baked goods to customers on the route, how deliverymen are charged for "shrinkage" or inventory variance, and to explain the weekly summary reports produced by Defendant.

2. Michael Lord. This witness was deposed on May 12, 2007 and again on July 17, 2007. He is the Vice President of Sales for Defendant corporation and is listed on Defendant's witness list. He is expected to testify to the events surrounding the termination of Plaintiff. Additionally, he is expected to testify to the same matters listed for Jerry Woodham and to Defendant's use of frozen bread.

3. James Knuckles, City Councilman, City of Montgomery, 103 N. Perry Street, Montgomery, Alabama 36104.  This witness, who submitted an affidavit to this Court on July 26, 2007, is

expected to testify to the actions taken by himself and by Plaintiff to regain the Sodexho TSUM account. Additionally, he may testify as a character witness for Plaintiff.

4. Jiles Williams, County Commissioner, Montgomery County, 100 S. Lawrence Street, Montgomery, Alabama 36104. This witness, who submitted an affidavit to this Court on July 26, 2007, is expected to testify to the actions taken by himself and by Plaintiff to regain the Sodexho TSUM account. Additionally, he may testify as a character witness for Plaintiff.

5. Charles Morrow, 113 Turnberry Court, Prattville, Alabama 36066. This witness submitted an affidavit to this Court on November 29, 2005. He is expected to testify to the events surrounding the termination of Plaintiff, statements made by employees and officers of Defendant corporation, and to accounting practices of Defendant corporation. Additionally, he is expected to testify to policies and procedures of Defendant corporation and to all matters set forth in his affidavit previously filed herein.

6. Grady Messer.  This witness is the District Manager for Defendant corporation. He was deposed on May 7, 2007 and is listed on Defendant's witness list. He is expected to testify to the events surrounding the termination of Plaintiff's contract and his statements to and about Plaintiff and Plaintiff's delivery route, Defendant's accounting practices, Defendant's policies and procedures, Defendant's use of frozen bread, and to all matters discussed in his deposition.

7. Steve Bordeaux. This witness is President of Defendant corporation and is listed on Defendant's witness list. He was deposed on May 7, 2007. He is expected to testify to the events surrounding the termination of Plaintiff's contract, issues surrounding the delivery of frozen bread, accounting practices and procedures of Defendant corporation, and all matters discussed in his deposition.

8. Don Adkins. This witness is the Distributor Coordinator for Defendant corporation and resides

at 4751-E Maple Ridge Trail, Columbus, Georgia 31909. He was deposed on May 8, 2007. He is expected to testify to accounting practices used by Defendant corporation and to the evaluation of distributor's routes.

9. Brad Alexander. This witness is the Vice President of Defendant corporation and is listed on Defendant's witness list. He was deposed July 17, 2007. He is expected to testify to frozen bread deliveries and practices of using and selling frozen bread by Defendant corporation.

10. Marcus Porterfield, c/o attorneys for Plaintiff. This witness is the son of Plaintiff. He was deposed on July 17, 2007. He is listed on Defendant's witness list. He is expected to testify to the events surrounding the termination of Plaintiff, Defendant's use of frozen bread products, and to matters discussed in his deposition.

11. Robert Porterfield, c/o attorneys for Plaintiff. He was deposed on July 17, 2007. He is expected to testify to the matters discussed in his deposition.

12. Calvin Rhodes. This witness is an officer/employee of Defendant corporation. His deposition was scheduled for July, 2007, but due to an emergency, it was cancelled by defendant. He is expected to testify to the events surrounding the termination of Plaintiff's contract, to the use of frozen bread by Defendant, and to his conversations with Plaintiff and with other agents and employees of defendant regarding Plaintiff.

Respectfully submitted this the 28th day of August, 2007.

/s/ Dan W. Taliaferro
Dan W. Taliaferro (TAL006)
Gregory L. Davis (DAV077)
Attorneys for Plaintiff

OF COUNSEL:
Greg L. Davis, Esq
Dan W. Taliaferro, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117

## CERTIFICATE OF SERVICE

I hereby certify that on August 28th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sandra B. Reiss, Esq.
OGLETREE, DEAKINS, NASH SMOAK & STEWART
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

/s/ Dan W. Taliaferro
**OF COUNSEL**