UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| ) | |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC.** ) | |

## DEFENDANT'S WITNESS LIST

**COMES NOW** Defendant, Flowers Baking Company of Opelika, LLC and pursuant to this Court's Amended Scheduling Order dated June 16, 2006, and submits the following list of individuals whom defendant may call during the trial of this action:

1. Henry Porterfield
   167 West Rosemary
   Montgomery, Alabama
   c/o Plaintiff's Counsel

2. Michael Lord
   Vice President of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

3. Grady Messer
   District Manager
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

4. Steve Bordeaux
   President
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

5. Don Adkins
   Distributor Coordinator
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

6. Jerry Woodham
   Controller
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

7. Marcus Porterfield
   167 West Rosemary
   Montgomery, Alabama  36109-2819
   (334) 272-6912

8. Brad Alexander
   Regional Vice President
   Flowers Foods, Inc.
   c/o Defendant's Counsel
   Ogletree Deakins

9. Robert Porterfield
   3683 Oak Street
   Montgomery, Alabama  36105-2011
   (334) 264-8566

10. James Knuckles
    103 N. Perry Street
    Montgomery, Alabama 36104

11. Jiles Williams
    100 S. Lawrence Street
    Montgomery, Alabama 36104
    or
    994 Alma Drive
    Montgomery, Alabama 36108
    (334) 262-0210

12. Doug Branch
    2701 F. Scott Ct.
    Montgomery, AL  36106

13. Marty Senn
    801 Cobblestone Cove
    Prattville, AL   36067

14. Steve Stephens
    Sales Manager
    c/o Defendant's Counsel
    Ogletree Deakins

15. Defendant reserves the right to call witnesses identified on Plaintiff's witness list to the extent not otherwise objected to by defendant.

Defendant reserves the right to supplement this witness list.

Defendant reserves the right to call as rebuttal and/or impeachment witnesses individuals not named herein.

Defendant reserves the right to present the testimony of a witness by deposition should the witness be unavailable at the time of trial.

Respectfully submitted on September 26, 2007.

/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000

and

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.Hishta@ogletreedeakins.com
Ph. (404) 881-1302 /Fax (404) 870-1732

*Attorneys for Defendant*
*Flowers Baking Co. of Opelika, LLC*

**CERTIFICATE OF SERVICE**

      I do hereby certify that the foregoing Defendant's Witness List was e-filed via this Court's CM/ECF service on this 26th day of September, 2007, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

      The Law Offices of
      Greg L. Davis
      6987 Halcyon Park Drive
      Montgomery, AL   36117

      Dan W. Taliaferro
      Attorney at Law
      6987 Halcyon Park Drive
      Montgomery, AL   36117

                                                  /s/Sandra B. Reiss
                                                  Sandra B. Reiss