UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY G. PORTERFIELD** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 2:05-cv-937-F |
| | ) | |
| | ) | |
| **FLOWERS BAKING CO. OF** | ) | |
| **OPELIKA, LLC.** | ) | |

### DEFENDANT'S LIST OF DEPOSITIONS TO BE USED AT TRIAL

**COMES NOW** Defendant, Flowers Baking Company of Opelika, LLC and pursuant to this Court's Amended Scheduling Order dated June 16, 2006, submits the following list of depositions to be used in their entirety at the possible trial of this case:

1. Videotaped Deposition of Henry Porterfield

2. Depositions of Michael Lord dated May 8, 2007, and July 17, 2007

3. Deposition of Grady Messer

4. Deposition of Steve Bordeaux

5. Deposition of Don Adkins

6. Deposition of Jerry Woodham

7. Deposition of Marcus Porterfield

8. Deposition of Brad Alexander

9. Deposition of Robert Porterfield

Respectfully submitted on September 26, 2007.

/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:   Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000

and

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA  30308
e-mail:  Kevin.Hishta@ogletreedeakins.com
Ph. (404) 881-1302 /Fax (404) 870-1732

*Attorneys for Defendant*
*Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was e-filed via this Court's CM/ECF service on this 26th day of September, 2007, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

> The Law Offices of
> Greg L. Davis
> 6987 Halcyon Park Drive
> Montgomery, AL   36117
>
> Dan W. Taliaferro
> Attorney at Law
> 6987 Halcyon Park Drive
> Montgomery, AL  36117

/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:   Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000