# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HENRY PORTERFIELD,** | * |
| | * |
| **Plaintiff,** | * |
| v. | * |
| | * |
| **FLOWERS BAKING COMPANY OF OPELIKA, LLC,** | *   Case No. 2:05-cv-937-MEF |
| | * |
| | * |
| **Defendants.** | * |

## PLAINTIFF'S DESIGNATION OF
## DEPOSITION EXCERPTS TO BE USED AT TRIAL

**COMES NOW** the Plaintiff in the above styled cause and provides the following designated deposition excerpts to be used at trial:

1. Deposition of Grady Messer pg. 13, line 14 through pg. 29, line 4, pg. 35, line 7 through pg. 46, line 21, pg. 49, line 19 through pg. 110, line 12, pg. 114, line 6 through pg. 137, line 4, pg. 142, line 20 through 145, line 4.

2. Deposition Jerry Woodham; pg. 5, line 7 through pg. 134, line 3.

3. Deposition of Michael Lord taken on May 8, 2007; pg. 5, line 7 through pg. 76, line 23.

4. Deposition of Michael Lord taken on July 17, 2007; pg. 92, line 18 through pg. 133, line 9.

5. Deposition of Steven Bordeaux taken on May 8, 2007; pg. 5 through pg. 92, line 12.

6. Deposition of Don Atkins; pg. 4, line 20 through pg. 17, line 16.

7. Any deposition taken thus far which may be necessary for rebuttal or impeachment purposes.

Respectfully submitted this the 26th day of September, 2007.

/s/ GREG L. DAVIS (DAV077)
Greg L .Davis (DAV077)
Dan W. Taliaferro (TAL006)
Attorneys for the Plaintiff

**OF COUNSEL:**

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

Kevin P. Hishta, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308

                              /s/ Greg L. Davis_____
                              OF COUNSEL