# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HENRY PORTERFIELD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.: 2:05-cv-937-MEF** |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S AMENDED WITNESS LIST

Please take notice that the Plaintiff may call any or all of the below listed individuals or entities as witnesses at the trial of this matter:

1. Henry Porterfield
   167 West Rosemary Rd
   Montgomery, AL 36109

2. Marcus Porterfield
   167 West Rosemary Rd
   Montgomery, AL 36109

3. Steve Bordeaux
   c/o Flowers Baking Co.

4. Michael Lord
   c/o Flowers Baking Co.

5. Grady Messer
   c/o Flowers Baking Co.

6. Calvin Rhodes
   c/o Flowers Baking Co.

7. Don Adkins
c/o Flowers Baking Co.

8. George Deese
c/o Flowers Baking Co.

9. Gene Lord
c/o Flowers Baking Co.

10. Brad Alexander
c/o Flowers Baking Co.

11. Chuck Rich
c/o Flowers Baking Co.

12. Charles Morrow
113 Turnberry Ct.
Prattville, AL 36066

13. David Price
Address Unknown

14. Doug Branch
Address Unknown

15. Mr. Jiles Williams, Jr.
Address Unknown

16. Mr. James Knuckles
Address Unknown

17. Robert Porterfield
3683 South Oak Street
Montgomery, AL 36109

18. Tom Griffin
c/o Flowers Baking Co.

19. Duane Cleveland
c/o Flowers Baking Co.

20. Robert McCrory
c/o Flowers Baking Co.

21. Jerry Woodham
c/o Flowers Baking Co.

22. Tammy Luster
    c/o Flowers Baking Co.

23. John Beasley
    c/o Flowers Baking Co.

24. A representative from Troy State Sodexho

25. All witnesses deposed prior to trial

26. All witnesses listed by defendant

27. All witnesses necessary for rebuttal

28. All witnesses revealed through further discovery

29. All witnesses listed in any deposition

30. Plaintiff reserves the right to amend this witness list to add additional witnesses.

Respectfully submitted this the 26th day of September, 2007.

/s/ GREG L. DAVIS (DAV077)
Greg L .Davis (DAV077)
Dan W. Taliaferro (TAL006)
Attorneys for the Plaintiff

**OF COUNSEL:**

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

Kevin P. Hishta, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308

                                                  /s/ Greg L. Davis_____
                                                  OF COUNSEL