IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD,   ) | |
| )  | |
| Plaintiff,   ) | |
| v.   ) | CASE NO. 2:05-cv-937-MEF |
| )  | |
| FLOWERS BAKING COMPANY OF   ) | |
| OPELIKA, L.L.C.,   ) | |
| )  | |
| Defendant.   ) | |

## **O R D E R**

It is ORDERED that the pretrial hearing set in this case for October 1, 2007 is continued to October 9, 2007 at 10:30 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE