UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY G. PORTERFIELD** )<br>)<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>)<br>**FLOWERS BAKING CO. OF** )<br>**OPELIKA, LLC.** ) | **CASE NO: 2:05-cv-937-F** |

## DEFENDANT'S AMENDED WITNESS LIST

**COMES NOW** Defendant, Flowers Baking Company of Opelika, LLC and pursuant to this Court's Second Amended Scheduling Order dated October 16, 2007, and submits the following list of individuals whom defendant may call during the trial of this action:

1. Henry Porterfield
   167 West Rosemary
   Montgomery, Alabama
   c/o Plaintiff's Counsel

2. Michael Lord
   Vice President of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

3. Grady Messer
   District Manager
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

4. Steve Bordeaux
   President
   Flowers Baking Company of Opelika, LLC
   c/o Defendant's Counsel
   Ogletree Deakins

5.  Don Adkins
    Distributor Coordinator
    Flowers Baking Company of Opelika, LLC
    c/o Defendant's Counsel
    Ogletree Deakins

6.  Jerry Woodham
    Controller
    Flowers Baking Company of Opelika, LLC
    c/o Defendant's Counsel
    Ogletree Deakins

7.  Marcus Porterfield
    167 West Rosemary
    Montgomery, Alabama  36109-2819
    (334) 272-6912

8.  Brad Alexander
    Regional Vice President
    Flowers Foods, Inc.
    c/o Defendant's Counsel
    Ogletree Deakins

9.  Robert Porterfield
    3683 Oak Street
    Montgomery, Alabama  36105-2011
    (334) 264-8566

10. James Knuckles
    103 N. Perry Street
    Montgomery, Alabama 36104

11. Jiles Williams
    100 S. Lawrence Street
    Montgomery, Alabama 36104
    or
    994 Alma Drive
    Montgomery, Alabama 36108
    (334) 262-0210

12. Marty Senn
    801 Cobblestone Cove
    Prattville, AL   36067

    13.    Steve Stephens
           Sales Manager
           c/o Defendant's Counsel
           Ogletree Deakins

    14.    Defendant reserves the right to call witnesses identified on Plaintiff's witness list to the extent not otherwise objected to by defendant.

Defendant reserves the right to supplement this witness list.

Defendant reserves the right to call as rebuttal and/or impeachment witnesses individuals not named herein.

Defendant reserves the right to present the testimony of a witness by deposition should the witness be unavailable at the time of trial.

Respectfully submitted on January 23, 2007.

/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000

and

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.Hishta@ogletreedeakins.com
Ph. (404) 881-1302 /Fax (404) 870-1732

*Attorneys for Defendant*
*Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

    I do hereby certify that the foregoing Defendant's Witness List was e-filed via this Court's CM/ECF service on this 23rd day of January, 2007, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

    The Law Offices of
    Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL   36117

    Dan W. Taliaferro
    Attorney at Law
    6987 Halcyon Park Drive
    Montgomery, AL  36117

    /s/Sandra B. Reiss
    Sandra B. Reiss