UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY G. PORTERFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 2:05-cv-937-F |
| | ) | |
| | ) | |
| **FLOWERS BAKING CO. OF OPELIKA, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S AMENDED EXHIBIT LIST

COMES NOW Defendant, Flowers Baking Co. of Opelika, LLC, and pursuant to this Court's Second Amended Scheduling Order dated October 16, 2007, and submits the following list of materials and documentation which Defendant may use as evidence during the possible trial of this action:

1. Henry Porterfield Application for Employment dated January 24, 1989

2. 1994 Distributor's Agreement between Henry Porterfield and Flowers Baking Company of Opelika, Inc.

3. Adjustments (December 30, 1994)

4. Letter from Steve Bordeaux to Henry Porterfield signed February 15, 1995

5. Letter from Steve Bordeaux to Henry Porterfield signed January 3, 1996

6. Letter from Steve Bordeaux to Henry Porterfield signed April 11, 1996

7. Memo from Grady Messer to Henry Porterfield dated April 9, 1997

8. Letter from Steve Bordeaux to Henry Porterfield signed January 14, 1998

9. Letter from Steve Bordeaux to Henry Porterfield signed September 1, 1998

10. Letter from Henry Porterfield to Steve Bordeaux dated September 10, 1998

11. Letter from Albert Allenback, Colonel, USAF, to Henry Porterfield dated September 15, 1998

12. Letter from Calvin Rhodes to Henry Porterfield dated October 9, 1998

13. Letter from Steve Bordeaux to Henry Porterfield signed October 17, 1998

14. E-mail from Grady Messer to Steve Bordeaux dated September 7, 1999

15. Amendment to Promissory Note dated September 13, 1999

16. Handwritten Notes of Grady Messer dated May 4, 2000

17. 6/23/00 Repurchase Statement, Purchase Agreement, Release Agreement and Bill of Sale

18. 2000 Distributor's Agreement between Henry Porterfield and Flowers Baking Company of Opelika, LLC

19. Addendum to 2000 Distributor's Agreement

20. Letter from Steve Bordeaux to Henry Porterfield signed August 3, 2000

21. Interdepartment Memo from Steve Stephens to Grady Messer dated August 4, 2000

22. Handwritten Note of Steve Stephens dated April 6, 2001

23. Letter from Grady Messer to Henry Porterfield dated March 16, 2001

24. Letter from Grady Messer to Henry Porterfield dated October 23, 2001

25. 3/1/02 Repurchase Statement, Purchase Agreement, and Release Agreement and Bill of Sale dated March 21, 2002

26. 2002 Distributor's Agreement between Henry Porterfield and Flowers Baking Company of Opelika, LLC

27. Addendum to 2002 Distributor's Agreement

28. Letter from Grady Messer to Henry Porterfield dated March 18, 2002

29. Letter from Grady Messer to Henry Porterfield dated May 29, 2002

30. Letter from Grady Messer to Henry Porterfield dated October 8, 2002

31. Handwritten Note of Steve Stephens dated October 15, 2002

32. Voluntary Petition for Bankruptcy filed by Henry Porterfield dated February 25, 2003

33. Letter from Grady Messer to Henry Porterfield dated March 28, 2003

34. Voluntary Petition for Bankruptcy filed by Henry Porterfield dated June 18, 2003

35. Letter from Grady Messer to Henry Porterfield dated July 7, 2003

36. Letter from Grady Messer to Henry Porterfield dated September 12, 2003

37. Letter from Grady Messer to Henry Porterfield dated February 3, 2005

38. Repurchase of partial territory of March 29, 2004

39. Memo from Grady Messer to Henry Porterfield dated April 7, 2004

40. Letter from Grady Messer to Henry Porterfield dated June 3, 2004

41. Letter from Grady Messer to Henry Porterfield dated July 14, 2004

42. Letter from Grady Messer to Henry Porterfield dated July 16, 2004

43. Letter from Grady Messer to Henry Porterfield dated October 22, 2004

44. Distributor Checklist signed August 13, 2004

45. Letter from Steve Stephens to Henry Porterfield dated December 6, 2004

46. E-mail from Grady Messer to Steve Bordeaux dated December 20, 2004

47. Handwritten Notes of Steve Stephens dated January 7, 2005

48. Memo to Distributors from Michael Lord dated January 24, 2005

49. Letter from Grady Messer to Henry Porterfield dated February 3, 2005

50. Memo regarding Burger King #306 dated February 14, 2005

51. Handwritten Note of Steve Stephens dated March 4, 2005

52. Letter from Grady Messer to Henry Porterfield dated March 7, 2005

53. Letter from Grady Messer to Henry Porterfield dated March 7, 2005, one hand delivered by Grady Messer and a copy sent to Henry Porterfield via certified mail.

54. E-mail from Grady Messer to Michael Lord dated March 8, 2005

55. E-mail from Grady Messer to Steve Bordeaux dated March 16, 2005

56. Letter from Michael Lord to Henry Porterfield dated March 16, 2005

57. Letter from Michael Lord to Henry Porterfield dated March 17, 2005

58. Undated letter from Henry Porterfield to Michael Lord

59. Handwritten Note of Tammy Luster dated March 22, 2005

60. Letter from Michael Lord to Henry Porterfield dated March 23, 2005

61. Henry Porterfield 1999 Tax Return

62. Henry Porterfield W-2 2000

63. Henry Porterfield W-2 2001

64. Henry Porterfield W-2 2002

65. Henry Porterfield W-2 2003

66. Henry Porterfield W-2 2004

67. Henry Porterfield W-2 2005

68. Henry Porterfield W-2 2006

69. Henry Porterfield 2000 Tax Return signed in 2006

70. Henry Porterfield 2001 Tax Return signed in 2006

71. Henry Porterfield 2002 Tax Return signed in 2006

72. Henry Porterfield 2003 Tax Return signed in 2006

73. Henry Porterfield 2004 Tax Returns signed in 2006

74. Henry Porterfield 2005 Tax Returns signed in 2006

75. Henry Porterfield 2006 Tax Returns

76. Route 2069 Publix Sales 2005-2007, Wal-Mart Brand Sales 2006-2007, Wal-Mart Private Label Sales 2006-2007

77. Territory 2069 Reconciliation

78. Route 2069 Distributor Summary Report 2001

79. Route 2069 Distributor Summary Report 2002

80. Route 2069 Distributor Summary Report 2003

81. Route 2069 Distributor Summary Report 2004

82. Weekly Route 2069 Distributor Reports 2005 -2007 from January 2, 2005 to date of trial

83. Henry Porterfield Application to Montgomery Public Schools dated March 28, 2005

84. Montgomery Public Schools Personnel Change form (effective October 13, 2006)

85. Letter from Mark Casillas to Henry Porterfield dated August 14, 2006

86. Henry Porterfield Application to Winn-Dixie dated August 16, 2006

87. Letter from Mark Casillas to Henry Porterfield dated September 27, 2006

88. Declaration of Grady Messer dated June 28, 2007

89. Declaration of Steve Bordeaux dated June 27, 2007

90. Declaration of Steve Stephens dated June 28, 2007

91. Declaration of Michael Lord dated June 21, 2007

92. Affidavit of Marty Senn dated March 2, 2006

93. Affidavit of Doug Branch dated March 2, 2006

94. Letter from Social Security Administration to Henry Porterfield dated February 4, 2007 regarding monthly disability benefits

Defendant reserves the right to introduce as evidence documents identified by Plaintiff on his exhibit list to which defendant has not objected.

Defendant reserves the right to offer as rebuttal and/or impeachment evidence documents not identified herein.

Defendant reserves the right to supplement this exhibit list.

Defendant reserves the right to present demonstrative evidence such as charts, timelines and other clarifying documents.

Some of these exhibits may be presented via projection onto a screen or monitor.

/s/ Sandra B. Reiss_____
Sandra B. Reiss
ASB-3650-s80s
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail: Sandra.Reiss@odnss.com
(205) 328-1900
(205) 328-6000 Fax

and

Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA  30308
E-mail:  Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

*Counsel for Defendant, Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2008, I electronically filed the foregoing Exhibit List with the Clerk of the Court using the CM/ECF system which will send notification of such filing attaching thereto a full and complete copy of the same to:

> The Law Offices of
> Greg L. Davis
> 6987 Halcyon Park Drive
> Montgomery, AL  36117
>
> Dan W. Taliaferro
> Attorney at Law
> 6987 Halcyon Park Drive
> Montgomery, AL  36117

/s/ Sandra B. Reiss
Sandra B. Reiss
ASB-3650-s80s
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail:  Sandra.Reiss@odnss.com
(205) 328-1900
(205) 328-6000 Fax