UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-cv-937-F |
| ) | |
| ) | |
| FLOWERS BAKING CO. OF ) | |
| OPELIKA, LLC. ) | |

**DEFENDANT'S REVISED LIST OF DEPOSITION EXCERPTS
TO BE USED AT TRIAL**

**COMES NOW** Defendant, Flowers Baking Company of Opelika, LLC and pursuant to this Court's Second Amended Scheduling Order dated October 16, 2007, submits the following list of deposition excerpts to be used in the trial of this case:

1. Videotaped Deposition of Henry Porterfield pp. 15-17, 20, 25-27, 29-30, 38, 42, 44-45, 56, 61-62, 68, 71-77, 79-86, 96-101, 113-177, 181-189, 205-08, 210-11, 213-14, 215-232, 233-236, 238-239, 241-281, 282-297, 298-304, 306- 322-389

2. Deposition of Marcus Porterfield pp. 7-8, 9-10, 12-14, 16, 18-28, 30-38, 40-41, 43-48

3. Deposition of Robert Porterfield pp. 9-10, 13-16, 18-20, 22-29, 32-35, 39-47

The remaining depositions may be used in their entirety only in the unlikely event the individual is unable to attend the trial:

1. Depositions of Michael Lord dated May 8, 2007, and July 17, 2007

2. Deposition of Grady Messer

3. Deposition of Steve Bordeaux

4. Deposition of Don Adkins

5. Deposition of Jerry Woodham

6.      Deposition of Brad Alexander

Respectfully submitted on January 23, 2008.

        /s/Sandra B. Reiss
        Sandra B. Reiss (ASB-3650-s80s)
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama 35203-2118
        e-mail:  Sandra.Reiss@odnss.com
        Ph. (205) 328-1900 / Fax: (205) 328-6000

        and

        Kevin P. Hishta, Esq.
        (Georgia Bar 357410; PHV in Alabama)
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART
        Bank of America Plaza
        600 Peachtree Street, N.E., Suite 2100
        Atlanta, GA 30308
        e-mail: Kevin.Hishta@ogletreedeakins.com
        Ph. (404) 881-1302 /Fax (404) 870-1732

        *Attorneys for Defendant,*
        *Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

  I do hereby certify that the foregoing was e-filed via this Court's CM/ECF service on this 23rd day of January, 2008, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

  The Law Offices of
  Greg L. Davis
  6987 Halcyon Park Drive
  Montgomery, AL  36117

  Dan W. Taliaferro
  Attorney at Law
  6987 Halcyon Park Drive
  Montgomery, AL  36117

      /s/Sandra B. Reiss
      Sandra B. Reiss (ASB-3650-s80s)
      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
      One Federal Place, Suite 1000
      1819 Fifth Avenue North
      Birmingham, Alabama 35203-2118
      e-mail:  Sandra.Reiss@odnss.com
      Ph.  (205) 328-1900 / Fax:  (205) 328-6000