IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY PORTERFIELD,** | * |
| | * |
| **Plaintiff,** | * |
| v. | * |
| | * |
| **FLOWERS BAKING COMPANY OF OPELIKA, LLC,** | *   Case No. 2:05-cv-937-MEF |
| | * |
| | * |
| **Defendants.** | * |

### PLAINTIFF'S REVISED DESIGNATION OF DEPOSITION EXCERPTS TO BE USED AT TRIAL

**COMES NOW** the Plaintiff in the above styled cause and provides the following designated deposition excerpts to be used at trial:

1. Deposition of Grady Messer pg. 13, line 14 through pg. 29, line 4, pg. 35, line 7 through pg. 46, line 21, pg. 49, line 19 through pg. 110, line 12, pg. 114, line 6 through pg. 137, line 4, pg. 142, line 20 through 145, line 4.

2. Deposition Jerry Woodham; pg. 5, line 7 through pg. 134, line 3.

3. Deposition of Michael Lord taken on May 8, 2007; pg. 5, line 7 through pg. 76, line 23.

4. Deposition of Michael Lord taken on July 17, 2007; pg. 92, line 18 through pg. 133, line 9.

5. Deposition of Steven Bordeaux taken on May 8, 2007; pg. 5 through pg. 92, line 12.

6. Deposition of Don Atkins; pg. 4, line 20 through pg. 17, line 16.

7. Deposition of Brad Alexander; pg 1 through 33.

8. Any deposition taken thus far which may be necessary for rebuttal or impeachment purposes.

Respectfully submitted this the 23rd day of January, 2008.

/s/ GREG L. DAVIS (DAV077)
Greg L .Davis (DAV077)

                                      Dan W. Taliaferro (TAL006)
                                      Attorneys for the Plaintiff

**OF COUNSEL:**

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23rd, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

Kevin P. Hishta, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308

                                      /s/ Greg L. Davis
                                      OF COUNSEL