# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HENRY PORTERFIELD,** | * |
| | * |
| **Plaintiff,** | * |
| v. | * |
| | * |
| **FLOWERS BAKING COMPANY OF** | *   Case No. 2:05-cv-937-MEF |
| **OPELIKA, LLC,** | * |
| | * |
| **Defendants.** | * |

## PLAINTIFF'S REVISED EXHIBIT LIST

Please take notice that the Plaintiff may introduce into evidence, or question witnesses concerning, the following exhibits at the trial of this matter:

1. Letter Dated March 23, 2005 to Henry Porterfield from Michael Lord (marked as Plaintiff's Exhibit "3" to Michael Lord's Deposition).

2. Distributor's Agreement dated March 11, 2002 between Flowers Baking Co. of Opelika, LLC, and Henry Porterfield (marked as Defendant's Exhibit "1" to Michael Lord's Deposition).

3. Video Tape of freezer taken by Marcus Porterfield.

4. Examples of "Product" which Flowers distributes. Breads, buns, and cakes which are distributed by Flowers.

5. Henry Porterfield Distributor Summary Reports, bate stamped FBO000863-FBO000989.

6. W-2s issued to Henry Porterfield for the years 2000, 2001, 2002, 2003, 2004, 2005, and 2006.

7. Letter dated March 7, 2005 to Henry Porterfield from Grady Messer (marked as Plaintiff's Exhibit "3" to Grady Messer's deposition).

8. Territory Reconciliation report indicating balance due to Distributor 20000011, for territory No. 2069 (marked as Plaintiff's Exhibit "2" to Woodhams deposition).

9. Route 2069 Publix sales and Wal-Mart Brand sales reports (marked as Exhibit "1" to J. Woodhams deposition).

10. Memo dated 3/16/2005 to Steve Bordeaux and Michael Lord from Grady Messer (marked as Plaintiff's Exhibit "2" to Grady Messer's deposition).

11. Letter addressed to Mr. Michael Lord from Henry Porterfield (marked as Exhibit "5").

12. Letter dated March 16, 2005 to Mr. Henry Porterfield from Michael Lord (marked as Defendants Exhibit 49 to Henry Porterfield's deposition) bate stamped FBO000081.

13. Weekly Distributor Reports from 4/21/07 to present for route # 2069.

14. Territory reconciliation signed by Steve Bordeaux 3/07/2005 (bate stamped FBO000209).

15. Purchase Agreement dated 3/12/2005 (bate stamped FBO000210-FBO000212).

16. Territorial description for area 2069, revised 03/29/2004 (bate stamped FBO000287).

17. Flowers Baking Co. of Opelika Distributor Checklist (bate stamped as FBO000196-FBO000200).

18. Plaintiff reserves the right to use any of Defendants exhibits which are not objected to.

19. Any exhibits which may be necessary for rebuttal or impeachment purposes.

20. Plaintiff reserves the right to amend this Exhibit list.

Respectfully submitted this the 23rd day of January, 2008.

/s/ GREG L. DAVIS (DAV077)
Greg L .Davis (DAV077)
Dan W. Taliaferro(TAL006)
Attorneys for the Plaintiff

**OF COUNSEL:**

The Law Offices of:
GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334) 832-9080
(334) 409-7001 Fax

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, Alabama 36117
(334)409-0545
(334)409-7001 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23rd, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

Kevin P. Hishta, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308

                                              /s/ Greg L. Davis_____
                                              OF COUNSEL