UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>FLOWERS BAKING CO. OF )<br>OPELIKA, LLC. )<br>)<br>Defendant. ) | CASE NO: 2:05-cv-937-MEF |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION EXCERPTS

**COMES NOW** Defendant, Flowers Baking Company of Opelika, LLC and pursuant to this Court's Second Amended Scheduling Order dated October 16, 2007, submits the following objections to Plaintiff's List of Deposition Excerpts.

**1. Deposition of Grady Messer**

**Defendant objects to Excerpts set forth as: p. 71, l. 21-23; p. 73, l. 2-7; p. 74, l. 23 - p. 76, l. 5; p. 77, l. 23 – p. 86, l. 12; p. 93, l. 23 – p. 101, l. 15; p. 134, l. 16 – p. 135, l. 9; p. 142, l. 20 – 22; p. 144, l. 7-10**

These pages refer to the freezer and the discontinued practice of placing a small amount of restaurant product in the freezer. This Court has already ruled this practice is not a breach of contract and granted summary judgment to Defendant's regarding this issue. As such any introduction of testimony regarding the discontinued practice would unduly prejudicial and cause confusion for the jury. For the entire argument on this subject, Defendant would refer to its

"Motion in Limine to Exclude Any Evidence Regarding The Freezer or Freezing of Limited Restaurant Products And Any Claims Already Dismissed" filed contemporaneously herewith.

**2. Deposition of Michael Lord, Taken May 8, 2007**

**Defendant objects to Excerpts set forth as:   p. 40, l. 10 – p. 45, l. 19;**

**p. 51, l. 19 – p. 66, l. 12; p. 68, l. 3 – p. 76, l. 5; p. 80, l. 5 – 17.**

These pages refer to the freezer and the discontinued practice of placing a small amount of restaurant product in the freezer. This Court has already ruled this practice is not a breach of contract and granted summary judgment to Defendant's regarding this issue. As such any introduction of testimony regarding the discontinued practice would unduly prejudicial and cause confusion for the jury. For the entire argument on this subject, Defendant would refer to its "Motion in Limine to Exclude Any Evidence Regarding The Freezer or Freezing of Limited Restaurant Products And Any Claims Already Dismissed" filed contemporaneously herewith.

**3. Deposition of Steve Bordeaux**

**Defendant objects to Excerpts set forth as:   p. 22, l. 12 – p. 30, l. 11;**

**p. 60, l. 15 – p. 75, l. 18; p. 83, l. 9 – p. 85, l. 5.**

These pages refer to the freezer and the discontinued practice of placing a small amount of restaurant product in the freezer. This Court has already ruled this practice is not a breach of contract and granted summary judgment to Defendant's regarding this issue. As such any introduction of testimony regarding the discontinued practice would unduly prejudicial and cause confusion for the jury. For the entire argument on this subject, Defendant would refer to its "Motion in Limine to Exclude Any Evidence Regarding The Freezer or Freezing of Limited Restaurant Products And Any Claims Already Dismissed" filed contemporaneously herewith.

Respectfully submitted on February 15, 2008.

/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000

and

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.Hishta@ogletreedeakins.com
Ph. (404) 881-1302 /Fax (404) 870-1732

*Attorneys for Defendant*
*Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Defendant's Objections to Plaintiff's Deposition Excerpts was e-filed via this Court's CM/ECF service on this 15th day of February, 2008, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

> The Law Offices of
> Greg L. Davis
> 6987 Halcyon Park Drive
> Montgomery, AL   36117
>
> Dan W. Taliaferro
> Attorney at Law
> 6987 Halcyon Park Drive
> Montgomery, AL  36117

/s/Sandra B. Reiss
Sandra B. Reiss