**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HENRY G. PORTERFIELD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO: 2:05-cv-937-MEF** |
| ) | |
| ) | |
| **FLOWERS BAKING CO. OF** ) | |
| **OPELIKA, LLC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JURY INSTRUCTIONS**

<u>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**</u>

1.      Does anyone know the following people: Henry Porterfield, Grady Messer, Michael Lord, Steve Bordeaux, Robert Porterfield, Marcus Porterfield, Charles Morrow, Calvin Rhodes, Steve Stephens, Don Adkins, Jerry Woodham, Brad Alexander, James Knuckles, Jiles Williams, Marty Senn, Gene Lord, George Deese, Chuck Rich, Doug Branch, Tom Griffin, Duane Cleveland, Robert McCrory, Tammy Luster, John Beasley.

2.      Does anyone know or ever been represented by Greg Davis or Dan Taliaferro?

3.      Does anyone here know either of us, Kevin Hishta or Sandy Reiss, or any other attorney in the Birmingham or Atlanta office of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

4.      Has anyone heard of or been represented by Ogletree, Deakins, Nash, Smoak & Stewart, P.C.?

5.      Now in this instance we have a former independent route distributor who is suing Flowers Baking of Opelika LLC for an alleged breach of contract.  Does anyone feel or believe that if someone is suing for breach of contract, the company must have done something wrong?

6.      You know they say that a majority of jurors normally walk into a case feeling a bit in favor of the individual who is suing?   Does anyone feel that way?

7.      The law states that corporations and individuals must be treated equally in the courtroom. Does anyone believe that is a bad rule or unfair rule?

8.      Has anyone here, or any of your close friends or relatives, work or worked for Flowers Baking Company of Opelika LLC or any Flowers company?

9.      Does anyone know anything or heard anything about Flowers Baking of Opelika LLC or Flowers Foods?

10.      Does anyone here know any independent distributors of Flowers Baking Company of Opelika, LLC?

           If so who?

11.      Has anyone here ever worked in a sales position or have a family member who performed that type of work?

12.      Is there anyone here that believes that the testimony of an individual suing a company is more credible than that of people who speak for the company?

13.      Does anyone here prefer Flowers products over others?

14.      Anyone have any negative feelings towards Flowers?

15.      If you had a cell phone and your vehicle broke down and you knew you would be delayed meeting a client or customer, who of you would NOT use your cell phone to alert the client?

16.      If someone had that fact scenario, and did not call the client or customer or anyone else, do you believe he or she was doing his or her best to serve the customer?

17.      Does anyone here think that videotaping on their workplace premises is acceptable?   Has anyone here videotaped at their workplace premises without permission?

18.      Has anyone here ever had a contract with someone or a business and the other party did not perform their obligation under the contract?

19.      Does anyone here who works in customer service or sales not believe in the philosophy that the customer always comes first?

20.      Has anyone ever filed a complaint at their workplace against their employer?

21.      Has anyone here ever brought or thought about bringing your minister or city councilmen to work to resolve a workplace dispute?

22.      Has anyone here ever been threatened with physical violence by a co-worker or employee?

23.     Is there anyone here who might end up believing that Flowers has not violated the law, but would want to award the plaintiff something out of sympathy?


Respectfully submitted on February 15, 2008.


/s/Sandra B. Reiss
**Sandra B. Reiss (ASB-3650-s80s)**
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900 / Fax:  (205) 328-6000

and

Kevin P. Hishta, Esq.  (Georgia Bar 357410)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA   30308
e-mail:  Kevin.Hishta@ogletreedeakins.com
Ph. (404) 881-1302 /Fax (404) 870-1732

*Attorneys for Defendant*
*Flowers Baking Co. of Opelika, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was e-filed via this Court's CM/ECF service on this 15th day of February, 2008, and that a true and correct copy will be sent pursuant to the CM/ECF service to counsel who are registered for efiling as follows:

The Law Offices of
Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL   36117

Dan W. Taliaferro
Attorney at Law
6987 Halcyon Park Drive
Montgomery, AL  36117

/s/Sandra B. Reiss
Sandra B. Reiss