IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD,           ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
| v.                              ) | CASE NO. 2:05-cv-937-MEF |
|                                 ) | |
| FLOWERS BAKING COMPANY OF       ) | |
| OPELIKA, L.L.C.,                ) | |
|                                 ) | |
|     Defendant.                  ) | |

## **O R D E R**

Upon consideration of the defendant's Motions in Limine (Doc. #80 & #81) filed on February 15, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before February 22, 2008 as to why the motions should not be granted.

DONE this the 19th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE