IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY G. PORTERFIELD,            ) | |
|                                  ) | |
|     Plaintiff,                   ) | |
| v.                               ) | CASE NO. 2:05-cv-937-MEF |
|                                  ) | |
| FLOWERS BAKING COMPANY OF        ) | |
| OPELIKA, L.L.C.,                 ) | |
|                                  ) | |
|     Defendant.                   ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. #82) dated February 19, 2008 requiring the plaintiff to file a response to defendant's Motions in Limine is VACATED.

DONE this 19th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE