IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY PORTERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:05-CV-937-MEF |
| ) | |
| FLOWERS BAKING COMPANY OF ) | |
| OPELIKA, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Henry G. Porterfield and Defendant Flowers Baking Co. of Opelika, LLC, by and through their respective undersigned counsel, stipulate to dismiss this action with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 27th day of February, 2008.

| | |
|---|---|
| **THE LAW OFFICES OF GREG L. DAVIS** | **OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Greg L. Davis | Kevin P. Hishta |
| 6987 Halcyon Park Drive | Bank of America Plaza |
| Montgomery, AL 36117 | 600 Peachtree Street, NE |
| | Suite 2100 |
| Dan W. Taliaferro | Atlanta, Georgia 30308 |
| 6987 Halcyon Park Drive | |
| Montgomery, AL 36117 | Sandra B. Reiss |
| | One Federal Place, Suite 1000 |
| | 1819 Fifth Avenue North |
| | Birmingham, Alabama 35203-2118 |
| By:/s/ Greg L. Davis | By: /s/Kevin P. Hishta |
| **GREG L. DAVIS** | **KEVIN P. HISHTA** |
| (DAV077) | GA Bar No. 357410 |